Harvey L. Leiderman (SBN 55838)
David S. Reidy (SBN 225904)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA  94120-7936

Telephone:     (415) 543 8700
Facsimile:     (415) 391 8269

Attorneys for Defendants
AMIT CHOUDHURY, and
AMISIL HOLDINGS, LTD.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GREWAL, an individual,<br><br>              Plaintiff,<br><br>        vs.<br><br>AMIT CHOUDHURY, an individual; AMISIL HOLDINGS, LTD., a Cyprus corporation; and DOES ONE to FORTY,<br><br>              Defendants. | Case No.: C 07-04218 MEJ<br><br>**PROOF OF SERVICE** |

DOCSSFO-12487955.18/17/07 11:55 AM

*(left margin, vertical)* REED SMITH LLP — A limited liability partnership formed in the State of Delaware

**PROOF OF SERVICE**

Re: *Grewal v. Chodhury*, SFSC No. CGC-076-465312, USDC Northern No. C074218 MEJ

  I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is REED SMITH LLP, Two Embarcadero Center, Suite 2000, San Francisco, CA  94111-3922.  On **August 17, 2007**, I served the following document(s) by the method indicated below:

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

**ECF REGISTRATION INFORMATION HANDOUT**

**NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**

**UNITED STATES DISTRICT COURT, SAN FRANCISCO "GUIDELINES"**

**CIVIL COVER SHEET**

☒ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

ERNEST JEFFREY BANCHERO, ESQ.
KASTNER / BANCHERO LLP
20 CALIFORNIA STREET , 7TH FLOOR
SAN FRANCISCO, CA 94111
 (415) 398-7000
**GREWAL, ELIZABETH (PLAINTIFF)**

  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on **August 17, 2007**, at San Francisco, California.

_____
Victoria Fedoroff

DOCSSFO-12487794.38/17/07 11:53 AM

REED SMITH LLP
A limited liability partnership formed in the State of Delaware