UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH GREWAL

      Plaintiff(s),

v.

AMIT CHOUDHURY, et al.

      Defendant(s).

No. C 07-04218 MEJ

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: August 22, 2007

REED SMITH LLP

_____
Signature   David S. Reidy

Counsel for Defendants
(Plaintiff, Defendant, or indicate "pro se")

NDC-06