1  Harvey L. Leiderman (SBN 55838)
   HLeiderman@ReedSmith.com
2  David S. Reidy (SBN 225904)
   DReidy@Reedsmith.com
3  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
4  San Francisco, CA 94111-3922

5  **Mailing Address:**
   P.O. Box 7936
6  San Francisco, CA 94120-7936

7  Telephone:   (415) 543-8700
   Facsimile:    (415) 391-8269
8
   Attorneys for Defendants
9  AMIT CHOUDHURY, and
   AMISIL HOLDINGS, LTD.
10

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GREWAL, an individual, | Case No.: C-07-4218 CRB |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS ALL PLAINTIFF'S CLAIMS AGAINST AMISIL HOLDINGS, LTD., AND PLAINTIFF'S CLAIMS FOR FRAUD AND FRAUDULENT TRANSFER AGAINST AMIT CHOUDHURY, AND TO STRIKE IMMATERIAL MATTER FROM COMPLAINT** |
| vs. | |
| AMIT CHOUDHURY, an individual; AMISIL HOLDINGS, LTD., a Cyprus corporation; and DOES ONE to FORTY, | |
| Defendants. | |
| | Date:    October 12, 2007<br>Time:   10:00 a.m.<br>Place:   Courtroom 8, 19th Floor |
| | Compl. Filed:   July 19, 2007<br>Trial Date:      None |
| | *Honorable Charles R. Breyer* |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# ORDER

The Motions of Defendants Amit Choudhury ("Choudhury") and Amisil Holdings, Ltd. ("Amisil"), collectively, "Defendants", (1) to dismiss all of Plaintiff's claims against Amisil, (2) to dismiss Plaintiff's claims for fraud and fraudulent transfer against Choudhury and (3) to strike immaterial, impertinent and scandalous material from Plaintiff's Complaint came on regularly for hearing before this Court on October 12, 2007. Harvey L. Leiderman, Esq., Reed Smith, LLP, appeared and argued on behalf of Defendants. Jeffrey Banchero, Esq., Kastner/Banchero, appeared and argued on behalf of Plaintiff. The Court having reviewed the Motions, as well as all pleadings and evidence filed in support of and in opposition to the Motions, the other pleadings and papers on file in this case and having considered the arguments raised by the parties at the hearing, and for good cause shown,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.  Defendant Amisil's motion to dismiss all of Plaintiff's claims against it is GRANTED, without leave to amend, for failure to state any claim upon which relief can be granted against Amisil. FRCP 12(b)(6);

2.  Defendant Choudhury's motion to dismiss Plaintiff's "Seventh and Eighth Causes of Action" for fraudulent transfer is GRANTED, without leave to amend, for failure to plead fraud with particularity and failure to state any claim upon which relief can be granted against Choudhury FRCP 9(b), 12(b)(6);

3.  Defendant Choudhury's motion to dismiss Plaintiff's "Sixth Cause of Action" for fraud is GRANTED, without leave to amend, for failure to plead fraud with particularity and failure to state any claim upon which relief can be granted against Choudhury. FRCP 9(b), 12(b)(6); and

4.  Defendants' motion to strike the last sentence of Paragraph 3 and all but the first sentence of Paragraph 4 of the Complaint is GRANTED. The allegations therein are immaterial, impertinent and scandalous. FRCP 12(f). The referenced allegations are hereby stricken from the Complaint.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**IT IS FURTHER ORDERED** that Defendant Choudhury shall have to and including _____, 2007 in which to respond to the Complaint, as modified by this Order.

DATED: _____, 2007

_____
Hon. Charles R. Breyer
United States District Court Judge

DOCSSFO-12489218.2-HLLEIDER

REED SMITH LLP
A limited liability partnership formed in the State of Delaware