```
 1  Harvey L. Leiderman (SBN 55838)
    HLeiderman@ReedSmith.com
 2  David S. Reidy (SBN 225904)
    DReidy@ReedSmith.com
 3  REED SMITH LLP
    Two Embarcadero Center, Suite 2000
 4  San Francisco, CA  94111-3922

 5  Mailing Address:
    P.O. Box 7936
 6  San Francisco, CA  94120-7936

 7  Telephone:    (415) 543 8700
    Facsimile:    (415) 391 8269
 8
    Attorneys for Defendants
 9  AMIT CHOUDHURY, and
    AMISIL HOLDINGS, LTD.
10
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ELIZABETH GREWAL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMIT CHOUDHURY, an individual; AMISIL HOLDINGS, LTD., a Cyprus corporation; and DOES ONE to FORTY,<br><br>Defendants. | Case No.: C 07-04218 CRB<br><br>**PROOF OF SERVICE**<br><br>Date:     October 12, 2007<br>Time:     10:00 a.m.<br>Place:    Courtroom 8, 19th Floor<br><br>Comp. Filed:  July 19, 2007<br>Trial Date:   None<br><br>*Honorable Charles R. Breyer* |
|---|---|

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, Two Embarcadero Center, Suite 2000, San Francisco, CA 94111-3922. On August 31, 2007, I served the following document(s) by the method indicated below:

(1) DEFENDANTS' NOTICE OF MOTIONS AND MOTIONS TO DISMISS ALL PLAINTIFF'S CLAIMS AGAINST AMISIL HOLDINGS, LTD., AND PLAINTIFF'S CLAIMS FOR FRAUD AND FRAUDULENT TRANSFER AGAINST AMIT CHOUDHURY, AND TO STRIKE IMMATERIAL MATTER FROM THE COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF [FRCP 12(B)(6), (F)]

(2) [PROPOSED] ORDER

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

**For Plaintiff, Elizabeth Grewal**

Ernest Jeffrey Banchero, Esq.
Kastner / Banchero LLP
20 California Street , 7th Floor
San Francisco, CA 94111
Tel:  (415) 398-7000

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on August 31, 2007, at San Francisco, California.

/s/ Ann H. Devor
Ann H. Devor

PROOF OF SERVICE                    - 2 -                    Case No. C-07-4218 CRB