| | |
|---|---|
| 1 | Harvey L. Leiderman (SBN 55838) |
| | David S. Reidy (SBN 225904) |
| 2 | REED SMITH LLP |
| | Two Embarcadero Center, Suite 2000 |
| 3 | San Francisco, CA 94111-3922 |
| 4 | **Mailing Address:** |
| | P.O. Box 7936 |
| 5 | San Francisco, CA 94120-7936 |
| 6 | Telephone:  (415) 543-8700 |
| | Facsimile:  (415) 391-8269 |
| 7 | |
| 8 | Attorneys for Defendants |
| | AMIT CHOUDHURY, and |
| | AMISIL HOLDINGS, LTD. |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GREWAL, an Individual, | Case No.: C-07-4218 MEJ |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE** |
| vs. | |
| AMIT CHOUDHURY, an Individual; AMISIL HOLDINGS, LTD., a Cyprus corporation; and DOES ONE to FORTY, | <u>Current Hearing</u>:<br>Date:  October 12, 2007<br>Time:  10:00 a.m.<br>Place:  Courtroom 8, 19th Floor |
| Defendants. | **[Proposed] New Hearing:**<br>Date:  October 26, 2007<br>Time:  10:00 a.m.<br>Place:  Courtroom 8, 19th Floor |
| | Compl. Filed:  July 19, 2007<br>Trial Date:  None |
| | *Honorable Charles R. Breyer* |

### STIPULATION

WHEREAS, on August 31, 2007, Defendants Amit Choudhury ("Choudhury") and Amisil Holdings, Ltd. ("Amisil") (collectively, "Defendants") timely filed a motion to dismiss certain

1  causes of action and to strike certain allegations (the "Motion") of Plaintiff's Complaint in this
2  Action, and the Motion was scheduled for hearing on October 12, 2007, at 10:00 a.m., in Courtroom
3  8 of the above-entitled Court; and
4      WHEREAS, Defendants and Plaintiff (collectively, the "Parties") are engaged in settlement
5  discussions which may result in a resolution of the claims at issue in this matter without the need for
6  a hearing on the Motion, or further litigation of this action; and
7      WHEREAS, the Parties wish to continue the hearing on the Motion for two weeks to
8  facilitate further settlement discussions:
9      IT IS THEREFORE STIPULATED by and between Defendants and Plaintiff that:
10     1.    The hearing on Defendants' Motion should be continued for two weeks, to October
11 26, 2007, at the same time and location; and
12     2.    Plaintiff's opposition to the Motion shall be considered timely if filed and served on
13 or before October 5, 2007; and
14     3.    Defendants' reply in support of the Motion shall be considered timely if filed and
15 served on or before October 12, 2007.

**SO STIPULATED:**

DATED: September 19, 2007    REED SMITH LLP

By _____
David S. Reidy
Attorneys for Defendants
AMIT CHOUDHURY, and
AMISIL HOLDINGS, LTD.

DATED: September 19, 2007    KASTNER BANCHERO LLP

By _____
E. Jeffrey Banchero, Esq.
Attorneys for Plaintiff
ELIZABETH GREWAL

**ORDER**

Based on the stipulation of the Parties, as set forth herein above, and for good cause shown, this Court hereby orders that:

1. The hearing on Defendants' Motion is hereby continued to October 26, 2007, at 10:00 a.m., in Courtroom 8 of the above-entitled Court;

2. Plaintiff's opposition to the Motion shall be filed and served on or before October 5, 2007; and

3. Defendants' reply in support of the Motion shall be filed and served on or before October 12, 2007.

**SO ORDERED:**

DATED: _____, 2007

_____
Hon. Charles R. Breyer
United States District Court Judge