1  Harvey L. Leiderman (SBN 55838)
   David S. Reidy (SBN 225904)
2  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
3  San Francisco, CA 94111-3922

4  **Mailing Address:**
   P.O. Box 7936
5  San Francisco, CA 94120-7936

6  Telephone:   (415) 543-8700
   Facsimile:   (415) 391-8269
7
   Attorneys for Defendants
8  AMIT CHOUDHURY, and
   AMISIL HOLDINGS, LTD.
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12
   ELIZABETH GREWAL, an Individual,        | Case No.: C-07-4218 MEJ
13
                     Plaintiff,             | STIPULATION AND [PROPOSED]
14                                          | ORDER TO CONTINUE HEARING DATE
         vs.                                | ON DEFENDANTS' MOTION TO DISMISS
15                                          | AND MOTION TO STRIKE
   AMIT CHOUDHURY, an Individual; AMISIL
16 HOLDINGS, LTD., a Cyprus corporation; and | **Current Hearing:**
   DOES ONE to FORTY,                        | Date:    October 12, 2007
17                                           | Time:    10:00 a.m.
                     Defendants.             | Place:   Courtroom 8, 19th Floor
18
                                             | **[Proposed] New Hearing:**
19                                           | Date:    October 26, 2007
                                             | Time:    10:00 a.m.
20                                           | Place:   Courtroom 8, 19th Floor

21                                           | Compl. Filed:  July 19, 2007
                                             | Trial Date:    None
22

23                                           | *Honorable Charles R. Breyer*

24

25                        **STIPULATION**

26      WHEREAS, on August 31, 2007, Defendants Amit Choudhury ("Choudhury") and Amisil

27 Holdings, Ltd. ("Amisil") (collectively, "Defendants") timely filed a motion to dismiss certain

28

– 1 –

causes of action and to strike certain allegations (the "Motion") of Plaintiff's Complaint in this Action, and the Motion was scheduled for hearing on October 12, 2007, at 10:00 a.m., in Courtroom 8 of the above-entitled Court; and

WHEREAS, Defendants and Plaintiff (collectively, the "Parties") are engaged in settlement discussions which may result in a resolution of the claims at issue in this matter without the need for a hearing on the Motion, or further litigation of this action; and

WHEREAS, the Parties wish to continue the hearing on the Motion for two weeks to facilitate further settlement discussions:

IT IS THEREFORE STIPULATED by and between Defendants and Plaintiff that:

1. The hearing on Defendants' Motion should be continued for two weeks, to October 26, 2007, at the same time and location; and

2. Plaintiff's opposition to the Motion shall be considered timely if filed and served on or before October 5, 2007; and

3. Defendants' reply in support of the Motion shall be considered timely if filed and served on or before October 12, 2007.

**SO STIPULATED:**

DATED: September 19, 2007        REED SMITH LLP

By _____
David S. Reidy
Attorneys for Defendants
AMIT CHOUDHURY, and
AMISIL HOLDINGS, LTD.

DATED: September 19, 2007        KASTNER BANCHERO LLP

By _____
E. Jeffrey Banchero, Esq.
Attorneys for Plaintiff
ELIZABETH GREWAL

**ORDER**

Based on the stipulation of the Parties, as set forth herein above, and for good cause shown, this Court hereby orders that:

1.  The hearing on Defendants' Motion is hereby continued to October 26, 2007, at 10:00 a.m., in Courtroom 8 of the above-entitled Court;

2.  Plaintiff's opposition to the Motion shall be filed and served on or before October 5, 2007; and

3.  Defendants' reply in support of the Motion shall be filed and served on or before October 12, 2007.

**SO ORDERED:**

DATED: __October 1__, 2007



Hon. Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer