E. JEFFREY BANCHERO (SBN 93077)
KASTNER | BANCHERO LLP
20 California Street, Seventh Floor
San Francisco, California 94111
Telephone: (415) 398-7000
Facsimile: (415) 616-7000

Attorneys for Plaintiff
ELIZABETH GREWAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GREWAL, an individual, | CASE NO. C-07-4218 CRB |
| Plaintiff, | |
| v. | **JOINT DISCOVERY PLAN PURSUANT TO FED. RULE OF CIV. PROC. 26(f)** |
| AMIT CHOUDHURY, an individual; AMISIL HOLDINGS, LTD., a Cyprus Corporation, and DOES ONE to FORTY, | |
| Defendants. | |

    The attorneys of record for plaintiff, Elizabeth Grewal ("Plaintiff") and defendant Amit Choudhury ("Choudhury") submit the following joint discovery plan under Fed. Rule of Civ. Proc. 26(f).

    1.    The parties do not propose to change the timing, form, or requirement for disclosures under Rule 26(a)(1). The parties have agreed that disclosures under Rule 26(a)(1) shall be made on or before October 25, 2007.

2. One or more of the parties anticipate that discovery may be needed on the following subjects: the drafting and signing of the alleged promissory note (Exh. A to the Complaint); the communications between Plaintiff and Choudhury concerning plaintiff's alleged $880,000 transfer to Choudhury, and the parties' intentions with respect thereto; Plaintiff's investment background and sophistication; Choudhury's efforts to raise money for Finexa and its affiliates; Choudhury's background and sophistication as a fund raiser and asset manager for Finexa and its affiliates; investment advice and counseling that Choudhury provided to Plaintiff and Plaintiff's spouse; Plaintiff's assets available for investment; communications between Plaintiff and Choudhury concerning the promissory note; and Plaintiff's right, title and interest in the promissory note. In compiling this list of anticipated subjects for discovery, none of the parties waives his or her or its right to interpose objections to specific requests for discovery or questions at deposition, including discovery concerning these subjects.

Prior to defendants removing this case from the Superior Court of California to this Court, plaintiff served the following written discovery on Choudhury, which the parties agree may be deemed served as of October 12, 2007:

- Set One of Form Interrogatories;
- First Request for Production of Documents;
- First Set of Special Interrogatories;
- Requests for Admissions (Set One and Two).

Plaintiff proposes that all non-expert discovery can be completed by March 1, 2008, and that expert discovery can be completed by April 1, 2008.

Choudhury proposes that all non-expert discovery can be completed by May 1, 2008, and that expert discovery can be completed by June 1, 2008.

3. At this time, the parties do not propose any changes to the limitations on discovery required under the Federal Rules or the Local Rules for the Northern District of California.

4. The parties have no other orders under Rule 26(c) or Rule 16(b) or (c) to propose.

DATED: October 26, 2007  KASTNER | BANCHERO LLP

By: _____/s/_____
    E. JEFFREY BANCHERO

Attorneys for Plaintiff
ELIZABETH GREWAL


DATED: October 26, 2007  REED SMITH LLP

By: _____/s/_____
    HARVEY L. LEIDERMAN

Attorneys for Defendants
AMIT CHOUDHURY and AMISIL HOLDINGS, LTD.