UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH GREWAL,

        Plaintiff(s),

    v.

AMIT CHOUDHURY, AMISIL HOLDINGS, LTD.,

        Defendant(s).
_____/

CASE NO. C-07-4218 CRB

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
      request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference November 30, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
| --- | --- | --- | --- |
| E. Jeffrey Banchero<br>Kastner/Banchero LLP | Plaintiff | (415) 398-7000 | EJB@KastnerBanchero.com |
| Harvey L. Leiderman<br>Reed Smith LLP | Defendants | (415) 543-8700 | HLeiderman@ReedSmith.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 11/8/07

/s/  E. Jeffrey Banchero
Attorney for Plaintiff

Dated: 11/8/07

/s/  Harvey L. Leiderman
Attorney for Defendant

Rev 12.05