1
2
3
4

E. JEFFREY BANCHERO (SBN 93077)
KASTNER | BANCHERO LLP
20 California Street, Seventh Floor
San Francisco, California 94111
Telephone: (415) 398-7000
Facsimile: (415) 616-7000

5
6

Attorneys for Plaintiff
ELIZABETH GREWAL

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11   ELIZABETH GREWAL, an individual,          CASE NO. C-07-4218 CRB

12              Plaintiff,

13        v.                                   **NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41(a) OF THE FED. RULES OF CIVIL PROC.**

14   AMIT CHOUDHURY, an individual;
15   AMISIL HOLDINGS, LTD., a Cyprus
     Corporation, and DOES ONE TO FORTY,

16              Defendants.                    (Before Hon. Charles R. Breyer)

17

18

19        TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

20        PLEASE TAKE NOTICE that plaintiff, Elizabeth Grewal, hereby dismisses defendant,

21   Amisil Holdings, Ltd., under Rule 41(a) of the Federal Rules of Civil Procedure.  The dismissal is

22   without prejudice.

23
24   Dated:  November 9, 2007              KASTNER | BANCHERO LLP

25                                         By: _____/s/_____
26                                              E. Jeffrey Banchero

27                                         Attorneys for Plaintiff
                                           Elizabeth Grewal
28

_____1_____
**Notice of Voluntary Dismissal**
CASE NO. C-07-4218 CRB