2000 VAN NESS AVENUE, SUITE 500 • SAN FRANCISCO, CALIFORNIA 94109 • TEL: 415.364.3700 • FAX: 415.364.3710

## TERM PROMISSORY NOTE

FOR VALUE RECEIVED Amit Choudhury ("Debtor") unconditionally promises to pay to the order of Elizabeth Eilert Grewal, ("Lender") on demand at San Francisco, California, the sum of $1,000,000 USD (One Million US Dollars). Debtor agrees to pay interest from the date of this Term Promissory Note on the said sum or the amount from time to time remaining unpaid at the rate per annum (calculated based on a 365 day year), which is equal to 4.0%. Such interest shall be calculated and payable upon maturity of this Note upon expiration of the term, which is deemed to be Five years.

The principal and interest of this Term Promissory Note shall be paid in US dollars without set-off or counterclaim.

Made at San Francisco, California, this 2nd day of January, 2001.

Debtor:                                                 Lender:

_____                    _____
(Amit Choudhury)                                    (Elizabeth Eilert Grewal)

EXHIBIT A