**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **November 30, 2007**

**C-07-04218** CRB

**ELIZABETH GREWAL** v. **AMIT CHOUDHURY**

Attorneys:     Jeff Banchero              David Reidy

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Not Reported**

**PROCEEDINGS:**                                               **RULING:**

1. Initial Case Management Conference - held

2. ___

3. ___

**ORDERED AFTER HEARING:**

( ) ORDER TO BE PREPARED BY:    Plntf ___  Deft ___  Court ___

(X) Referred to Magistrate Judge Elizabeth D. Laporte for: Settlement to be held in February 2008

(X) CASE CONTINUED TO February 29, 2008 @ 8:30 a.m. for Further Case Management Conference

Discovery Cut-Off ___                    Expert Discovery Cut-Off ___
Plntf to Name Experts by ___             Deft to Name Experts by ___
P/T Conference Date ___      Trial Date ___      Set for ___ days
                    Type of Trial:  ( )Jury    ( )Court

Notes: ___