**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH GREWAL

      Plaintiff,

      v.

AMIT CHOUDHURY,

      Defendant.
_____/

No. C 07-04218 CRB (EDL)

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Settlement Conference scheduled for February 15, 2008 has been **reset to 1:30 p.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco. All other provisions of this Court's Notice of Settlement Conference and Order shall remain in effect.

Dated: January 18, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Lili M. Harrell
Courtroom Deputy