**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GREWAL, | No. C-07-04218 CRB (EDL) |
| Plaintiff, | **ORDER FOLLOWING SETTLEMENT CONFERENCE** |
| v. | |
| AMIT CHOUDHURY, | |
| Defendant. | |

Following the settlement conference held on February 15, 2008, Defense counsel Harvey Leiderman shall call plaintiff's counsel E. Jeffrey Banchero on Monday, February 25, 2008 regarding the settlement offer and plaintiff's counsel shall make a good faith counter-offer by Thursday, February 28, 2008. Plaintiff's counsel shall provide an update to this Court on February 28, 2008. Defense attorney may update this Court at his option.

**IT IS SO ORDERED.**

Dated: February 19, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge