E. JEFFREY BANCHERO (SBN 93077)
KASTNER | BANCHERO LLP
20 California Street, Seventh Floor
San Francisco, California 94111
Telephone: (415) 398-7000
Facsimile: (415) 616-7000
Email: ejb@kastnerbanchero.com

Attorneys for Plaintiff
ELIZABETH GREWAL


HARVEY L. LEIDERMAN (SBN 55838)
Email: HLeiderman@ReedSmith.com
DAVID S. REIDY (SBN 225904)
Email: DReidy@ReedSmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
Telephone: (415) 543-8700
Facsimile: (415) 391-8269

Attorneys for Defendant
AMIT CHOUDHURY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GREWAL,<br><br>         Plaintiff,<br><br>   v.<br><br>AMIT CHOUDHURY,<br><br>         Defendants.<br><br>AND RELATED COUNTERCLAIM | CASE NO. C-07-4218 CRB<br><br>**JOINT SUPPLEMENTAL CASE MANAGEMENT STATEMENT**<br><br>Date: February 29, 2008<br>Time: 8:30 A.M.<br>Courtroom: 8<br><br>Before Hon. Charles R. Breyer |

-1-
**JOINT SUPPLEMENTAL CASE MANAGEMENT STATEMENT**
Case No. C-07-4218 CRB

The plaintiff, Elizabeth Grewal, and defendant, Amit Choudhury, submit this joint Supplemental Case Management Statement pursuant to Local Rule 16-10(d).

The parties do not wish to change the proposed dates of the close of expert discovery, the last date to file dispositive motions, or the dates for trial that each party proposed in the Case Management Statement dated November 2, 2007.

During the periods since the Joint Case Management Statement was filed, each of the parties has provided one day of deposition testimony; defendant has produced documents in response to requests for documents; plaintiff is today responding to defendant's first set of requests for production of documents and will produce documents in accord with this response; and defendant has responded to several sets of plaintiff's requests for admission.

On February 15, 2008, Magistrate Judge Laporte conducted a settlement conference attended by Ms. Grewal, Mr. Choudhury, and their respective lawyers.  The parties did not reach a settlement at the settlement conference; they have, however, agreed to continue settlement negotiations through their lawyers.

DATED:  February 19, 2008          Respectively submitted,

                                   KASTNER | BANCHERO LLP

                                   By:  _____/S/_____
                                        E. JEFFREY BANCHERO

                                   Attorneys for Plaintiff
                                   ELIZABETH GREWAL


DATED:  February 19, 2008          REED SMITH LLP

                                   By:  ___/Signed with permission/_____
                                        DAVID S. REIDY

                                   Attorneys for Defendant
                                   AMIT CHOUDHURY

-2-
**JOINT SUPPLEMENTAL CASE MANAGEMENT STATEMENT**
Case No. C-07-4218 CRB