**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **February 29, 2008**

**C-07-04218 CRB**

**ELIZABETH GREWAL** v. **AMIT CHOUDHURY**

Attorneys:     E. Jeffrey Banchero          David Reidy

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Not Reported**

**PROCEEDINGS:**                                        **RULING:**

1. Further Case Management Conference   - Held

2. 

3. 

**ORDERED AFTER HEARING:**


( ) ORDER TO BE PREPARED BY:    Plntf _____  Deft _____  Court _____

( ) Referred to Magistrate Judge For: 

( ) CASE CONTINUED TO _____      for _____

Discovery Cut-Off _____          Expert Discovery Cut-Off _____

Plntf to Name Experts by _____   Deft to Name Experts by _____

P/T Conference Date August 12, 2008 @ 2:30 p.m. Trial Date August 18, 2008 @ 8:30 am. Set for 2 days
                        Type of Trial:  (X)Jury    ( )Court

Notes: