1  Harvey L. Leiderman (SBN 55838)
   HLeiderman@ReedSmith.com
2  David S. Reidy (SBN 225904)
   DReidy@ReedSmith.com
3  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
4  San Francisco, CA  94111-3922

5  **Mailing Address:**
   P.O. Box 7936
6  San Francisco, CA  94120-7936

7  Telephone:     (415) 543-8700
   Facsimile:     (415) 391-8269
8
   Attorneys for Defendant
9  AMIT CHOUDHURY

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13 | ELIZABETH GREWAL, an individual, | Case No.: C-07-4218 CRB |
14 | Plaintiff, | **DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S FRAUD AND PROMISSORY NOTE CLAIMS** |
15 | vs. | |
16 | AMIT CHOUDHURY, an individual, | |
17 | Defendant. | *(MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATIONS OF AMIT CHOUDHURY AND DAVID S. REIDY; AND [PROPOSED] ORDER FILED CONCURRENTLY)* |
18 | AMIT CHOUDHURY, an individual, | |
19 | Counter-Claimant, | Date:  May 9, 2008 |
20 | vs. | Time:  10:00 a.m. |
    |   | Place: Courtroom 8, 19th Floor |
21 | ELIZABETH GREWAL, an individual, | Compl. Filed:  July 19, 2007 |
22 | Counter-Defendant. | Trial Date:    August 18, 2008 |
23 |   | *Honorable Charles R. Breyer* |

**TO PLAINTIFF AND HER ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on May 9, 2008, at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 8 of the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California 94102, Defendant Amit Choudhury ("Defendant") will and hereby does move for an order entering summary judgment against plaintiff Elizabeth Grewal ("Plaintiff") and in favor of Defendant on the First Cause of Action ("Fraud") and Second Cause of Action ("Promissory Note") asserted against Defendant in Plaintiff's First Amended Complaint.

Defendant's Motion is brought pursuant to Rule 56 of the Federal Rules of Civil Procedure on the grounds that Plaintiff cannot raise a genuine triable issue of material fact as to elements essential to her Fraud and Promissory Note claims. Specifically, Plaintiff cannot establish fraudulent intent, which is an essential to the Fraud claim, and cannot establish mutual consent to the terms of the Promissory Note, which is essential to establishing that the Promissory Note is an enforceable contract. As such, Plaintiff's Fraud and Promissory Note claims fail as a matter of law.

Defendant's Motion is based upon this Notice and Motion, the Memorandum of Points and Authorities, and Declarations of Amit Choudhury and David S. Reidy in Support of the Motion, all filed concurrently herewith. This Motion is also based upon the complete files and records in this action, any matters that may be judicially noticed, and any oral or documentary evidence that may be presented at the hearing on this matter.

DATED: April 3, 2008

REED SMITH LLP

By   /s/
    Harvey L. Leiderman
    David S. Reidy
    Attorneys for Defendant
    AMIT CHOUDHURY

DOCSSFO-12508163.1