Harvey L. Leiderman (SBN 55838)
HLeiderman@ReedSmith.com
David S. Reidy (SBN 225904)
DReidy@ReedSmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:    (415) 543-8700
Facsimile:    (415) 391-8269

Attorneys for Defendant
AMIT CHOUDHURY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GREWAL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMIT CHOUDHURY, an individual,<br><br>Defendant.<br><br>AMIT CHOUDHURY, an individual,<br><br>Counter-Claimant,<br><br>vs.<br><br>ELIZABETH GREWAL, an individual,<br><br>Counter-Defendant. | Case No.: C-07-4218 CRB<br><br>**DECLARATION OF DAVID S. REIDY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S FRAUD AND PROMISSORY NOTE CLAIMS**<br><br>Date:        May 9, 2008<br>Time:        10:00 a.m.<br>Place:       Courtroom 8, 19th Floor<br><br>Compl. Filed:   July 19, 2007<br>Trial Date:     August 18, 2008<br><br>*Honorable Charles R. Breyer* |

# DECLARATION OF DAVID S. REIDY

I, David S. Reidy, hereby declare and state as follows:

1. I am an associate of the law firm of Reed Smith, counsel for defendant Amit Choudhury ("Defendant") in this action. I have personal knowledge of the following facts and, if called upon as a witness, I could and would testify truthfully thereto.

2. On January 11, 2008, plaintiff Elizabeth Grewal ("Plaintiff") appeared for her deposition in this action, which was conducted at Reed Smith's San Francisco office, located at Two Embarcadero Center, Suite 2000, San Francisco, California 94111. Thereafter, the Court Reporter, Sherri Starr, CSR# 10245 (01-404617), furnished a certified copy of the transcript of Plaintiff's sworn deposition testimony. True and correct copies of relevant portions of the transcript, including applicable exhibits, which are cited by Defendant in his Motion for Summary Judgment on Plaintiff's Fraud and Promissory Note Claims ("Motion"), are collectively attached hereto as **Exhibit A**.

3. On or about March 10, 2008, in response to Defendant's Request for Production of Documents No. 7, which sought documents related to Plaintiff's divorce settlement, Plaintiff produced a document number-stamped 200003-200011, and entitled "Notice of Entry of Judgment" in San Mateo County Superior Court Case No. 078582 (*Hardev Grewal v. Elizabeth Eilert Grewal*), a true and correct copy of which is attached hereto as **Exhibit B**.

4. Over the course of this action, Plaintiff has propounded and Defendant has responded to extensive discovery including four sets of Requests for Production of Documents and six sets of Requests for Admissions ("RFAs"). Defendant has responded to 34 document demands, 40 RFAs and 25 Interrogatories. In addition, both parties' depositions have been taken and, in each case, the depositions lasted at least 7 hours.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on April 3, 2008, at San Francisco, California.

          /s/
DAVID S. REIDY