# EXHIBIT B

**FL-190**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

Vanessa A. Zecher        (State Bar # 132454)
Attorney at Law
111 North Market Street, Suite 460
San Jose, California  95113
TELEPHONE NO.: (408) 271-9977    FAX NO. *(Optional):* (408) 271-9555
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):* HARDEV GREWAL, Petitioner

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO
STREET ADDRESS: 400 County Center
MAILING ADDRESS:
CITY AND ZIP CODE: Redwood City  94063
BRANCH NAME:

PETITIONER: HARDEV GREWAL

RESPONDENT: ELIZABETH EILERT GREWAL

**ENDORSED FILED**
SAN MATEO COUNTY

DEC 0 6 2005

Clerk of the Superior Court
By __CEDRIC A. CARTER__
DEPUTY CLERK

| NOTICE OF ENTRY OF JUDGMENT | CASE NUMBER:<br>078582 |
|---|---|

You are notified that the following judgment was entered on *(date):* ~~Date Judgment Filed~~ DEC 0 6 2005

- [X] Dissolution
- [ ] Dissolution—status only
- [ ] Dissolution—reserving jurisdiction over termination of marital status or domestic partnership
- [ ] Legal separation
- [ ] Nullity
- [ ] Parent-child relationship
- [ ] Judgment on reserved issues
- [ ] Other *(specify):*

Date: DEC 0 6 2005

Clerk, by ___**CEDRIC A. CARTER**___ , Deputy

—NOTICE TO ATTORNEY OF RECORD OR PARTY WITHOUT ATTORNEY—

Under the provisions of Code of Civil Procedure section 1952, if no appeal is filed the court may order the exhibits destroyed or otherwise disposed of after 60 days from the expiration of the appeal time.

STATEMENT IN THIS BOX APPLIES ONLY TO JUDGMENT OF DISSOLUTION
Effective date of termination of marital or domestic partnership status *(specify):* ~~Date Judgment Filed~~ NOV 2 9 2005
WARNING:  Neither party may remarry or enter into a new domestic partnership until the effective date of the termination of marital or domestic partnership status, as shown in this box.

CLERK'S CERTIFICATE OF MAILING

I certify that I am not a party to this cause and that a true copy of the *Notice of Entry of Judgment* was mailed first class, postage fully prepaid, in a sealed envelope addressed as shown below, and that the notice was mailed
at place: SOUTH SAN FRANCISCO            , California,    on *(date):*  DEC 0 6 2005

Date: DEC 0 6 2005

Clerk, by ___**CEDRIC A. CARTER**___ , Deputy

| Name and address of petitioner or petitioner's attorney | Name and address of respondent or respondent's attorney |
|---|---|
| Hardev Grewal<br>C/O Vanessa A. Zecher<br>Attorney at Law<br>111 North Market Street, Suite 460<br>San Jose, California 95113 | Elizabeth Eilert Grewal<br>C/O Kristi Cotton Spence<br>Law Offices of Kristi Cotton Spence<br>1777 Borel Place, #204<br>San Mateo, CA  94063 |

**200003**

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
FL-190 [Rev. January 1, 2005]

**NOTICE OF ENTRY OF JUDGMENT**
(Family Law—Uniform Parentage—Custody and Support)

Family Code, §§ 2338, 7636,7637
www.courtinfo.ca.gov

*LexisNexis® Automated California Judicial Council Forms*

FL-180

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* : | FOR COURT USE ONLY |
|---|---|
| Vanessa A. Zecher    (State Bar # 132454)<br>Attorney at Law<br>11 North Market Street, Suite 460<br>San Jose, California 95113<br>TELEPHONE NO.: (408) 271-9977    FAX NO. *(Optional):* (408) 271-9555<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* HARDEV GREWAL, Petitioner | **ENDORSED FILED**<br>SAN MATEO COUNTY<br><br>DEC 0 6 2005<br><br>Clerk of the Superior Court<br>By ___CEDRIC A. CARTER___<br>DEPUTY CLERK |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO
STREET ADDRESS: 400 County Center
MAILING ADDRESS:
CITY AND ZIP CODE: Redwood City 94063
BRANCH NAME:

MARRIAGE OF

PETITIONER: HARDEV GREWAL

RESPONDENT: ELIZABETH EILERT GREWAL

| **JUDGMENT** | CASE NUMBER: |
|---|---|
| [X] DISSOLUTION    [ ] LEGAL SEPARATION    [ ] NULLITY<br>[ ] Status only<br>[ ] Reserving jurisdiction over termination of marital or domestic partnership status    NOV 2 9 2005<br>[ ] Judgment on reserved issues<br>Date marital or domestic partnership status ends: ~~Date Judgment Filed~~ | 078582 |

[X] This judgment [ ] contains personal conduct restraining orders [ ] modifies existing restraining orders. The restraining orders are contained on page(s)      of the attachment. They expire on *(date):*

This proceeding was heard as follows: [✓] Default or uncontested  [X] By declaration under Family Code section 2336
[ ] Contested
a. Date: NOV 2 9 2005    Dept.: **25**    Room: **7C**
b. Judicial officer *(name):* JOSEPH C. SCOTT    [ ] Temporary judge
c. [ ] Petitioner present in court    [ ] Attorney present in court *(name):*
d. [ ] Respondent present in court    [ ] Attorney present in court *(name):*
e. [ ] Claimant present in court *(name):*    [ ] Attorney present in court *(name):*
f. [ ] Other *(specify name):*

The court acquired jurisdiction of the respondent on *(date):* June 28, 2004
a. [X] The respondent was served with process.
b. [ ] The respondent appeared.

**THE COURT ORDERS, GOOD CAUSE APPEARING**

a. [X] Judgment of dissolution is entered. Marital or domestic partnership status is terminated and the parties are restored to the status of single persons    NOV 2 9 2005
   (1) [X] on *(specify date):* ~~Date Judgment Filed~~
   (2) [ ] on a date to be determined on noticed motion of either party or on stipulation.
b. [ ] Judgment of legal separation is entered.
c. [ ] Judgment of nullity is entered. The parties are declared to be single persons on the ground of *(specify):*

d. [ ] This judgment will be entered nunc pro tunc as of *(date):*    **200004**
e. [ ] Judgment on reserved issues.
f. [ ] The [ ] petitioner's [ ] respondent's former name is restored to *(specify):*
g. [ ] Jurisdiction is reserved over all other issues, and all present orders remain in effect except as provided below.
h. [X] This judgment contains provisions for child support or family support. Each party must complete and file with the court a *Child Support Case Registry Form* (form FL-191) within 10 days of the date of this judgment. The parents must notify the court of any change in the information submitted within 10 days of the change, by filing an updated form. The *Notice of Rights and Responsibilities—Health Care Costs and Reimbursement Procedures and Information Sheet on Changing a Child Support Order* (form FL-192) is attached.

Page 1 of 2

Adopted for Mandatory Use<br>Judicial Council of California<br>[Rev. January 1, 2005]

**JUDGMENT**
(Family Law)

Family Code, §§ 2024, 2340,<br>2343, 2346<br>www.courtinfo.ca.gov<br><br>LexisNexis® Automated California Judicial Council Forms

| CASE NAME (Last name, first name of each party): | CASE NUMBER: |
|---|---|
| Grewal, Hardev and Elizabeth | 078582 |

(Cont'd.)

[X] A settlement agreement between the parties is attached.

[ ] A written stipulation for judgment between the parties is attached.

[X] Child custody and visitation are ordered as set forth in the attached

    (1) [X] settlement agreement, stipulation for judgment, or other written agreement.

    (2) [ ] *Child Custody and Visitation Order Attachment* (form FL-341).

    (3) [ ] *Stipulation and Order for Custody and/or Visitation of Children* (form FL-355).

    (4) [ ] other (specify):

[X] Child support is ordered as set forth in the attached

    (1) [X] settlement agreement, stipulation for judgment, or other written agreement.

    (2) [ ] *Child Support Information and Order Attachment* (form FL-342).

    (3) [ ] *Stipulation to Establish or Modify Child Support and Order* (form FL-350).

    (4) [ ] other (specify):

[X] Spousal or partner support is ordered as set forth in the attached

    (1) [X] settlement agreement, stipulation for judgment, or other written agreement.

    (2) [ ] *Spousal, Partner, or Family Support Order Attachment* (form FL-343).

    (3) [ ] other (specify):

**NOTICE:** It is the goal of this state that each party will make reasonable good faith efforts to become self-supporting as provided for in Family Code section 4320. The failure to make reasonable good faith efforts may be one of the factors considered by the court as a basis for modifying or terminating spousal or partner support.

[X] Property division is ordered as set forth in the attached

    (1) [X] settlement agreement, stipulation for judgment, or other written agreement.

    (2) [ ] *Property Order Attachment to Judgment* (form FL-345).

    (3) [ ] other (specify):

[ ] Parentage is established for children of this relationship born prior to the marriage or domestic partnership.

[ ] Other (specify):

Each attachment to this judgment is incorporated into this judgment, and the parties are ordered to comply with each attachment's provisions.

Jurisdiction is reserved to make other orders necessary to carry out this judgment.

Date: NOV 2 9 2005

Number of pages attached: 38

JOSEPH C. SCOTT
_____
JUDICIAL OFFICER

[X] SIGNATURE FOLLOWS LAST ATTACHMENT

This form [ ] does [X] does not contain the locations of, or identifying information about, the assets and debts listed.
**NOTE:** If the form does contain such information, you may ask the court to seal this document by completing and submitting an *Ex Parte Application and Order to Seal Financial Forms* (form FL-316).

**NOTICE**

Dissolution or legal separation may automatically cancel the rights of a spouse or domestic partner under the other spouse's or domestic partner's will, trust, retirement plan, power of attorney, pay-on-death bank account, transfer-on-death vehicle registration, survivorship rights to any property owned in joint tenancy, and any other similar thing. It does not automatically cancel the rights of a spouse or domestic partner as beneficiary of the other spouse's or domestic partner's life insurance policy. You should review these matters, as well as any credit cards, other credit accounts, insurance policies, retirement plans, and credit reports, to determine whether they should be changed or whether you should take any other actions.

A debt or obligation may be assigned to one party as part of the dissolution of property and debts, but if that party does not pay the debt or obligation, the creditor may be able to collect from the other party.

An earnings assignment may be issued without additional proof if child, family, partner, or spousal support is ordered.

A party required to pay support must pay interest on overdue amounts at the "legal rate," which is currently 10 percent.

**JUDGMENT**
(Family Law)

200005

*LexisNexis® Automated California Judicial Council Forms*

11.3.05

# MARITAL SETTLEMENT AGREEMENT

ELIZABETH EILERT GREWAL, who is referred to in this Agreement as Wife or Mother, and HARDEV GREWAL, who is referred to in this Agreement as Husband or Father, agree as follows:

## I

## STATUS OF THE PARTIES

1.01    <u>Marriage</u>.  This Agreement is based on the  following facts:

A.    <u>Marriage; Separation</u>.  The parties were married on September 6, 1997 and are now husband and wife. Irreconcilable differences have arisen between them, as the result of which they separated on February 1, 2004.

B.    <u>Children.</u>  The parties have one minor child of this marriage, namely Avery Clarke Grewal, born November 7, 2002.

1.02    <u>Dissolution Proceedings</u>.  Husband has filed a proceeding for the dissolution of marriage in the Superior Court of San Mateo County, California, Case No. 078582.

1.03    <u>Purposes of Agreement</u>.  The purpose of this Agreement is to make a complete settlement of all rights and obligations that the parties have with respect to each other including property rights, custody of the minor child, Avery, and obligations concerning spousal support and the support of the minor child, except that the parties are aware that child support is modifiable for changed circumstances as provided by law.

## II

## PARENTING AGREEMENT

2.01    <u>Custody</u>.  The parents have given serious consideration to the future welfare of the minor child and agree that they shall share joint legal and physical custody of their child and the primary residence of the child shall be with Mother.  The parties' Parenting Agreement is attached hereto as Exhibit A, and incorporated herein as though fully set forth.  The parties agree and acknowledge that because of Avery's tender years, no fixed custodial arrangement will meet his developmental needs.  Therefore the parties will continue to work with Stephen Smith to alter the parenting time arrangement as it may be in Avery's best interests, and such changes will not require a change of circumstance for the modification of custody.

**200006**

---

Marriage of Grewal, Hardev and Elizabeth Eilert
Marital Settlement Agreement                    Page 1                    EEG    HG

rsonal articles to be picked up from Wife's Menlo Park and Woodacre residences as previously
reed by the parties.

     5.    Wife's Pensco Roth IRA Acct No. XXXX239. One-half of the
lance shall be transferred to Wife as a tax free transfer pursuant to the parties' dissolution.

     6.    100 shares Siebel stock.

    B. **Property and Liabilities Awarded to Husband**. Husband is awarded the
owing property and liabilities. Wife releases all of her interest in this property, and Husband
assume and pay and indemnify and hold Wife harmless from each liability:

     1.    Any and all life insurance insuring Husband's life, subject to the
isions of Section 3.08.

     2.    All right, title and interest to the assets and balances on deposit in the
wing checking, savings, credit union, brokerage, and other institutional accounts:

    Wells Fargo Acct No. XXXX3463
    Schwab Roth IRA Acct XXXX0048
    Schwab Acct No. XXXX0041
    UBS Financial Services Acct No. NX T1057 SG

     3.    2000 Porsche Boxter, License No. 1VAN 778, 1996 Subaru
eza, License No. 4COY133 and 2004 Volvo XL 90, License No. 5KFG621.

     4    Debt payable to Virinder Grewal in the principal amount of
000.

     5.    23/24 of Husband's 2004 year end bonus, which has been
ived.

     6.    All United Air Lines frequent flier miles accrued during marriage in
me of either party.

     7.    Debts and airline miles accrued on credit cards in his sole name,
as hereinbefore divided effective with the date of separation.

    C. **Property and Liabilities Awarded to Wife**. Wife is awarded the following
ty and liabilities. Husband releases all of his interest in this property, and Wife will assume
y and indemnify and hold Husband harmless from each liability:

**200007**

of Grewal, Hardev and Elizabeth Eilert
Settlement Agreement       Page 12       EEG  HG

1.    All right, title and interest to the residence at 118 Railroad Ave., ...acre, California, without encumbrance and with contents. This property already stands in ...me of Wife's trust.

2.    All right, title and interest in unimproved real property on Maple ...Woodacre, California, currently standing in the name of Wife's trust.

3.    Any and all life insurance insuring Wife's life, subject to the ...visions of Section 3.08.

4.    All right, title and interest in the IDEO Product Development Profit ...ring 401(k) Plan and Trust.

5.    All right, title and interest to the assets and balances on deposit in ...following checking, savings, credit union, brokerage, and other institutional accounts:

Wells Fargo Acct No. XXXX6391
Wells Fargo Acct No. XXXX0505
Schwab Acct No. XXXX6860
Schwab Acct No. XXXX4860
Schwab Acct No. XXXX0366
Schwab Acct No. XXXX5166
Schwab Roth IRA Acct No. XXXX0768
Schwab Rollover IRA Acct No. XXXX7190
Managers Acct No. XXXX5166
Spectrum Federal Credit Union Acct No. XX746

6.    Plots 52, Graves 7 and 8, Mt. Tamalpais cemetery.

7.    1/24th of Husband's 2004 year-end bonus, which shall be ...nsferred to her as a gross amount. Wife shall be solely responsible for any and all taxes due, ...d shall report this amount on her income tax return.

8.    2003 Volvo XL90, License No. 5BPN812.

9.    Note due from Amit Choudhury, with a balance of $880,000 due ...d payable in 2006.

10.    All American Airline frequent flier miles accrued during marriage.

11.    Debts and airline miles accrued on credit cards in her sole name, ...cept as hereinbefore divided effective with the date of separation.

**200008**

---

Marriage of Grewal, Hardev and Elizabeth Eilert
Marital Settlement Agreement                Page 13                EEG    HG

E.  To enforce the implementation of Section 4.04 regarding the division of the interest in the parties' stock options, including, without limitation, serial exercise of preparation and execution of appropriate paperwork, payment and reimbursement of taxes, of tax returns implementing the allocation of tax liability, and the right to determine the portion of any restated reissued stock option, and any stock option which is designed to tion protection to any community property option.

execute this Agreement on the date that the second party signs this Agreement:

4/11/05     _____
            ELIZABETH EILERT GREWAL, Wife

1/13/05     _____
            HARDEV GREWAL, Husband

200009

ACKNOWLEDGMENT

California                              )
San Mateo                              )
                                       )

_____, 2005, before me, *Cheryl A. Burnett* _____,
appeared **ELIZABETH EILERT GREWAL**, personally known to me -or- (proved to
the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the
instrument and acknowledged to me that he/she/they executed the same in his/her/their
capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the
on behalf of which the person(s) acted, executed the instrument.

my hand and official seal.

_____
of Notary

> CHERYL A. BURNETT
> COMM. # 1445828
> NOTARY PUBLIC-CALIFORNIA
> SAN MATEO COUNTY
> COMM. EXP. NOV. 12, 2007

ACKNOWLEDGMENT

California                              )
Santa Clara                            )
                                       )

_____9_____, 2005, before me, *Luann Jones* _____,
appeared **HARDEV GREWAL**, personally known to me -or- (proved to me on the basis
evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument
to me that he/she/they executed the same in his/her/their authorized capacity(ies),
signature(s) on the instrument the person(s), or the entity upon behalf of
acted, executed the instrument.

hand and official seal.

> LUANN JONES
> Comm. No.1565104
> NOTARY PUBLIC - CALIFORNIA
> SANTA CLARA COUNTY
> My Comm. Expires April 25, 2009

200010

of Grewal, Hardev and Elizabeth Eilert
Settlement Agreement                Page 29                    EEG  HG 

## ATTORNEY'S CERTIFICATION

I am an attorney at law, duly licensed and admitted to practice in the State of California. I have been consulted by HARDEV GREWAL, one of the parties of the foregoing Marital Settlement Agreement. I have advised and consulted with him with respect to the issues covered by this Agreement, and have fully explained to him the legal significance of the foregoing Agreement and the effect it has upon his rights as a matter of law. At the request of HARDEV GREWAL, I have not independently verified the property, debt and income data set forth in this Agreement, but have advised and consulted with him with respect to his rights and obligations and have explained to him the legal significance of the Agreement as it appears on the face of the Agreement and on the basis of representations made by him.

Dated: 11-8-2005

VANESSA ZECHER,
Consulting Attorney for Husband

## ATTORNEY'S CERTIFICATION

I am an attorney at law, duly licensed and admitted to practice in the State of California. I have been consulted by ELIZABETH EILERT GREWAL, one of the parties of the foregoing Marital Settlement Agreement. I have advised and consulted with her with respect to the issues covered by this Agreement, and have fully explained to her the legal significance of the foregoing Agreement and the effect it has upon her rights as a matter of law. At the request of ELIZABETH EILERT GREWAL, I have not independently verified the property, debt and income data set forth in this Agreement, but have advised and consulted with her with respect to her rights and obligations and have explained to her the legal significance of the Agreement as it appears on the face of the Agreement and on the basis of representations made by her.

Dated: 11/11/05

KRISTI COTTON SPENCE,
Consulting Attorney for Wife

200011

Marriage of Grewal, Hardev and Elizabeth Eilert
Marital Settlement Agreement                Page 30                    EEG   HG