Harvey L. Leiderman (SBN 55838)
HLeiderman@ReedSmith.com
David S. Reidy (SBN 225904)
DReidy@ReedSmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA  94120-7936

Telephone:     (415) 543-8700
Facsimile:     (415) 391-8269

Attorneys for Defendant
AMIT CHOUDHURY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GREWAL, an individual,<br><br>               Plaintiff,<br><br>  vs.<br><br>AMIT CHOUDHURY, an individual,<br><br>               Defendant. | Case No.: C-07-4218 CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S FRAUD AND PROMISSORY NOTE CLAIMS** |
| AMIT CHOUDHURY, an individual,<br><br>               Counter-Claimant,<br><br>  vs.<br><br>ELIZABETH GREWAL, an individual,<br><br>              Counter-Defendant. | Date:     May 9, 2008<br>Time:     10:00 a.m.<br>Place:    Courtroom 8, 19th Floor<br><br>Compl. Filed:  July 19, 2007<br>Trial Date:    August 18, 2008<br><br>*Honorable Charles R. Breyer* |

**ORDER**

The Motion of Defendant Amit Choudhury ("Defendant") for Summary Judgment on Plaintiff's Fraud and Promissory Note claims ("Motion") came on regularly for hearing before this Court on DATE, 2008. Harvey L. Leiderman, Esq., Reed Smith, LLP, appeared and argued on behalf of Defendants. Jeffrey Banchero, Esq., Kastner/Banchero, appeared and argued on behalf of Plaintiff. The Court having reviewed the Motion, as well as all pleadings and evidence filed in support of and in opposition to the Motion and having considered the arguments raised by the parties at the hearing, and for good cause shown,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. Defendant's Motion is GRANTED.

2. Defendant is entitled to summary judgment on the "First Cause of Action" for Fraud and "Second Cause of Action" to enforce the Promissory Note asserted against Defendant in Plaintiff's First Amended Complaint. Fed. R. Civ. Proc. 56(c); *Celotex Corp. v. Catrett*, 477 U.S. 317, 322-323 (1986).

3. Judgment shall be entered accordingly.

SO ORDERED:

Date: _____, 2008

_____
Hon. Charles R. Breyer
United States District Court Judge