E. JEFFREY BANCHERO (SBN 93077)
ejb@kastnerbanchero.com
SCOTT R. RABER (SBN 194924)
srr@kastnerbanchero.com
KASTNER | BANCHERO LLP
20 California Street, Seventh Floor
San Francisco, California 94111
Telephone: (415) 398-7000
Facsimile: (415) 616-7000

Attorneys for Plaintiff and Counter-Defendant
ELIZABETH GREWAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GREWAL,<br><br>    Plaintiff,<br><br>  v.<br><br>AMIT CHOUDHURY,<br><br>    Defendants. | CASE NO. C-07-4218 CRB<br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S FRAUD AND PROMISSORY NOTE CLAIMS**<br><br>Date: May 9, 2008<br>Time: 10:00 A.M.<br>Place: Courtroom 8, 19th Floor<br><br>(Before Hon. Charles R. Breyer) |
| AND RELATED COUNTERCLAIM | |

The Motion of Defendant Amit Choudhury for Summary Judgment on Plaintiff's Fraud and Promissory Note Claims came on regularly for hearing before this Court on May 9, 2008. Harvey L. Leiderman, Reed Smith, LLP, appeared and argued on behalf of Defendant Amit Choudhury; E. Jeffrey Banchero, Kastner | Banchero LLP, appeared and argued on behalf of Plaintiff. The Court having reviewed the Motion, as well as all pleadings and evidence filed in support of and in opposition of the Motion and having considered the arguments raised by the parties at the hearing, and for good cause shown,

IT IS HEREBY ORDERED AS FOLLOWS:

Defendant's Motion is DENIED.

IT IS SO ORDERED.

Dated: _____, 2008            _____
                                                                                          Hon. Charles R. Breyer
                                                                                          United States District Court Judge