E. JEFFREY BANCHERO (SBN 93077)
ejb@kastnerbanchero.com
SCOTT R. RABER (SBN 194924)
srr@kastnerbanchero.com
KASTNER | BANCHERO LLP
20 California Street, Seventh Floor
San Francisco, California 94111
Telephone: (415) 398-7000
Facsimile: (415) 616-7000

Attorneys for Plaintiff and Counter-Defendant
ELIZABETH GREWAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GREWAL,<br><br>            Plaintiff,<br><br>       v.<br><br>AMIT CHOUDHURY,<br><br>            Defendant. | CASE NO. C-07-4218 CRB<br><br>**DECLARATION OF E. JEFFREY BANCHERO IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S FRAUD AND PROMISSORY NOTE CLAIMS**<br><br>Date:         May 9, 2008<br>Time:        10:00 A.M.<br>Courtroom: 8, 19th Floor<br><br>(Before Hon. Charles R. Breyer) |
| AND RELATED COUNTERCLAIM | |

1

I, E. JEFFREY BANCHERO, hereby declare:

1. I am an attorney admitted to practice before all courts of the States of California and am a partner at Kastner│Banchero LLP, counsel representing plaintiff Elizabeth Grewal ("Grewal" or "plaintiff") in this action. I submit this declaration in support of plaintiff's opposition to defendant's motion for summary judgment on fraud and promissory note claims. I have personal knowledge of each of the matters set forth herein, and if called upon I could testify competently to them.

2. Attached hereto as Exhibit B are excerpts of the deposition testimony of Amit Choudhury, dated January 10, 2008. The exhibit contains the cover page of the deposition transcript, the reporter's certification, all pages cited in plaintiff's brief, and pages where all cited exhibits are authenticated.

3. Attached hereto as Exhibit C are excerpts of the deposition testimony of Elizabeth Grewal, dated January 11, 2008. The exhibit contains the cover page of the deposition transcript, the reporter's certification, all pages cited in plaintiff's brief, and pages where all cited exhibits are authenticated.

4. Attached hereto as Exhibits 1, 2, 3, 4, 5, 49, 50 and 55 are copies of selected exhibits to the deposition of Amit Choudhury, which took place on January 10, 2008.

5. Attached hereto are copies of excerpts of the responses to Plaintiff's Requests for Admission numbers 1, 5, 17, 38, 39 and 40, served by Amit Choudhury on November 12, 2007, December 14, 2007, January 4, 2008, January 23, 2008, February 18, 2008, and March 25, 2008.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of April, 2008 in San Francisco, California.

/S/
E. Jeffrey Banchero

2