# RFA 1

Harvey L. Leiderman (SBN 55838)
HLeiderman@ReedSmith.com
David S. Reidy (SBN 225904)
DReidy@ReedSmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   (415) 543-8700
Facsimile:    (415) 391-8269

Attorneys for Defendant
AMIT CHOUDHURY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GREWAL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMIT CHOUDHURY, an individual; AMISIL HOLDINGS, LTD., a Cyprus corporation; and DOES ONE to FORTY,<br><br>Defendants. | Case No.: C-07-4218 CRB<br><br>**DEFENDANT AMIT CHOUDHURY'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSIONS NOS. 1, 7, 8 & 11**<br><br>Compl. Filed:   July 19, 2007<br>Trial Date:       None<br><br>*Honorable Charles R. Breyer* |
| AMIT CHOUDHURY, an individual,<br><br>Counter-Claimant,<br><br>vs.<br><br>ELIZABETH GREWAL, an individual,<br><br>Counter-Defendant. | |

C-07-4218 CRB                                           – 1 –                                           DOCSSFO-12487556.1
SUPPLEMENTAL RESPONSES TO REQUESTS FOR ADMISSIONS

PROPOUNDING PARTY: Plaintiff ELIZABETH GREWAL

RESPONDING PARTY:   Defendant AMIT CHOUDHURY

SET NUMBER:         ONE & TWO (RFA Nos. 1, 7, 8 & 11)

Defendant Amit Choudhury ("Choudhury") hereby supplements his prior responses to the Plaintiff's Requests for Admissions Nos. 1, 7, 8 & 11, as follows:

## I. SUPPLEMENTAL RESPONSES TO REQUESTS FOR ADMISSIONS

**REQUEST FOR ADMISSION NO. 1**: AMIT CHOUDHURY (hereinafter, "CHOUDHURY") received $880,000 from ELIZABETH GREWAL (hereinafter, "GREWAL") in December, 2000.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 1**:

Admitted.

**REQUEST FOR ADMISSION NO. 7**: [EACH OF THE FOLLOWING DOCUMENTS, COPIES OF WHICH ARE ATTACHED TO THIS REQUEST, IS GENUINE.] The TERM PROMISSORY NOTE, dated January 2, 2001, attached hereto as Exhibit A.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 7**:

Choudhury admits that the document attached as Exhibit A to the Requests is an authentic copy of the original document of which it purports to be a copy.

**REQUEST FOR ADMISSION NO. 8**: The DEMAND FOR PAYMENT, dated January. 2, 2007, is attached hereto as Exhibit B.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 8**:

Choudhury admits that the document attached as Exhibit B to the Requests is an authentic copy of the original document of which it purports to be a copy.

**REQUEST FOR ADMISSION NO. 11**: CHOUDHURY presented the PROMISSORY NOTE to ELIZABETH GREWAL for her signature.

///

///

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 11:**

Choudhury admits that the document attached as Exhibit A to the Requests is an authentic copy of the original document, which was prepared by Choudhury and presented to Plaintiff for her signature.

DATED: December 14, 2007          REED SMITH LLP

By _____
David S. Reidy
Attorneys for Defendant
AMIT CHOUDHURY

# PROOF OF SERVICE

Re: *Grewal v. Chodhury*, USDC Northern District, Case No. C-07-4218 CRB

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, Two Embarcadero Center, Suite 2000, San Francisco, CA 94111-3922 On **December 14, 2007**, I served the following document(s) by the method indicated below:

**DEFENDANT AMIT CHOUDHURY'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S REQUEST FOR ADMISSIONS NOS. 1, 7, 8 & 11**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

**For Plaintiff, Elizabeth Grewal**

E. Jeffrey Banchero, Esq.
Kastner / Banchero LLP
20 California Street, 7th Floor
San Francisco, CA 94111
Tel: (415) 398-7000

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on **December 14, 2007**, at San Francisco, California.

Patricia Giatis

DOCSSFO-12487794.6

DOCSSFO-12487794.6

# RFA 5

Harvey L. Leiderman (SBN 55838)
HLeiderman@ReedSmith.com
David S. Reidy (SBN 225904)
DReidy@ReedSmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   (415) 543-8700
Facsimile:   (415) 391-8269

Attorneys for Defendant
AMIT CHOUDHURY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GREWAL, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>AMIT CHOUDHURY, an individual; AMISIL HOLDINGS, LTD., a Cyprus corporation; and DOES ONE to FORTY,<br><br>　　　　　　　　Defendants. | Case No.: C-07-4218 CRB<br><br>**DEFENDANT AMIT CHOUDHURY'S RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSIONS, SETS ONE AND TWO**<br><br>Compl. Filed:　July 19, 2007<br>Trial Date:　　None<br><br>*Honorable Charles R. Breyer* |

**PROPOUNDING PARTY:**   **Plaintiff ELIZABETH GREWAL**

**RESPONDING PARTY:**   Defendant AMIT CHOUDHURY

**SET NUMBER:**   ONE & TWO

///

///

///

///

1  **REQUEST FOR ADMISSION NO. 2**: The $880,000 CHOUDHURY received from GREWAL in December, 2000 was a loan of money.

**RESPONSE TO REQUEST FOR ADMISSION NO. 2:**

Choudhury incorporates by reference his Preliminary Statement as though the same were set forth herein. Choudhury objects to this Request on the grounds that it is vague and ambiguous and seeks information in which Choudhury and/or other third parties have legitimate privacy interests. Without waiving the rights preserved in his Preliminary Statement and subject to the foregoing objections, Choudhury responds as follows:

Denied.

**REQUEST FOR ADMISSION NO. 3**: CHOUDHURY has not repaid GREWAL the $880,000 that she lent to him.

**RESPONSE TO REQUEST FOR ADMISSION NO. 3:**

Choudhury incorporates by reference his Preliminary Statement as though the same were set forth herein. Choudhury objects to this Request on the grounds that it is vague and ambiguous and assumes facts not in evidence. Without waiving the rights preserved in his Preliminary Statement and subject to the foregoing objections, Choudhury responds as follows:

Denied.

**REQUEST FOR ADMISSION NO. 4**: CHOUDHURY is senior Vice President of Amisil Holdings, Ltd.

**RESPONSE TO REQUEST FOR ADMISSION NO. 4:**

Choudhury incorporates by reference his Preliminary Statement as though the same were set forth herein. Choudhury objects to this Request on the grounds that it seeks information in which Choudhury and/or other third parties have legitimate privacy interests, and further seeks irrelevant information not reasonably calculated to lead to the discovery of admissible evidence in this case.

**REQUEST FOR ADMISSION NO. 5**: CHOUDHURY's account No. 002241161 at Golden Gate Bank in San Francisco, California received a wire transfer on December 13, 2000, in the amount of $880,000.

///

1  Choudhury admits that the document attached as Exhibit A to the Requests purports to be a
2  copy of a document, the unsigned original of which was prepared by Choudhury. Except as
3  expressly admitted herein, Choudhury lacks sufficient information to admit or deny the Request and,
4  on that basis, denies the Request.

5  **REQUEST FOR ADMISSION NO. 11**: CHOUDHURY presented the PROMISSORY
6  NOTE to ELIZABETH GREWAL for her signature.

7  **RESPONSE TO REQUEST FOR ADMISSION NO. 11:**

8  Choudhury incorporates by reference his Preliminary Statement as though the same were set
9  forth herein. Choudhury objects to this Request on the grounds that it is vague and ambiguous and
10 seeks information known only to Plaintiff. Without waiving the rights preserved in his Preliminary
11 Statement and subject to the foregoing objections, Choudhury responds as follows:
12 Choudhury admits that the document attached as Exhibit A to the Requests purports to be a
13 copy of a document, the unsigned original of which was prepared by Choudhury. Except as
14 expressly admitted herein, Choudhury lacks sufficient information to admit or deny the Request and,
15 on that basis, denies the Request. Choudhury lacks sufficient information to admit or deny the
16 Request and, on that basis, denies the Request.

17

18 DATED: November 12, 2007

19 REED SMITH LLP

20
21 By _____
   David S. Reidy
22 Attorneys for Defendant
   AMIT CHOUDHURY

# RFA 17

```
 1  Harvey L. Leiderman (SBN 55838)
    HLeiderman@ReedSmith.com
 2  David S. Reidy (SBN 225904)
    DReidy@ReedSmith.com
 3  REED SMITH LLP
    Two Embarcadero Center, Suite 2000
 4  San Francisco, CA  94111-3922

 5  Mailing Address:
    P.O. Box 7936
 6  San Francisco, CA  94120-7936

 7  Telephone:   (415) 543-8700
    Facsimile:   (415) 391-8269
 8
    Attorneys for Defendant
 9  AMIT CHOUDHURY
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GREWAL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMIT CHOUDHURY, an individual; AMISIL HOLDINGS, LTD., a Cyprus corporation; and DOES ONE to FORTY,<br><br>Defendants. | Case No.: C-07-4218 CRB<br><br>**DEFENDANT AMIT CHOUDHURY'S RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSIONS, SETS THREE AND FOUR**<br><br>Compl. Filed:   July 19, 2007<br>Trial Date:     None<br><br>*Honorable Charles R. Breyer* |
| AMIT CHOUDHURY, an individual,<br><br>Counter-Claimant,<br><br>vs.<br><br>ELIZABETH GREWAL, an individual,<br><br>Counter-Defendant. | |

PROPOUNDING PARTY: **Plaintiff ELIZABETH GREWAL**

RESPONDING PARTY: **Defendant AMIT CHOUDHURY**

SET NUMBER: **THREE & FOUR**

Defendant Amit Choudhury ("Choudhury") responds and/or objects as follows to the Requests for Admissions, Sets Three and Four, served by plaintiff Elizabeth Grewal ("Plaintiff"):

## I. PRELIMINARY STATEMENT

Choudhury responds to the Requests based upon the investigation conducted in the time available since service of the Requests. As of the date of this Response, discovery is ongoing and, therefore, Choudhury has had an insufficient opportunity to review all documents, interview all witnesses and otherwise obtain information which may prove relevant in this case, including, without limitation, through discovery of Plaintiff and/or third parties. As a consequence, Choudhury's Response is based upon information now known to Choudhury and which he believes to be relevant to the subject matter covered by the Requests. Choudhury reserves his right in the future to: (a) make subsequent revision, supplementation or amendment to this Response based upon any information, evidence, documents, facts and things which hereafter may be discovered, or the relevance of which hereafter may be discovered; and/or (b) produce, introduce or rely upon additional or subsequently acquired or discovered writings, evidence and information at trial or in any pretrial proceedings held herein.

## II. RESPONSES TO REQUESTS FOR ADMISSIONS

**REQUEST FOR ADMISSION NO. 12**: The original of the TERM PROMISSORY NOTE, dated January 2, 2001, attached hereto as Exhibit A (hereinafter, "PROMISSORY NOTE"), was signed by AMIT CHOUDHURY (hereinafter, "CHOUDHURY").

**RESPONSE TO REQUEST FOR ADMISSION NO. 12:**

Choudhury incorporates by reference his Preliminary Statement as though the same were set forth herein. Choudhury objects to this Request on the grounds that it is duplicative of requests asked and answered by Choudhury before. Without waiving the rights preserved in his Preliminary Statement and subject to the foregoing objections, Choudhury responds as follows:

1  **RESPONSE TO REQUEST FOR ADMISSION NO. 16:**

2  Choudhury incorporates by reference his Preliminary Statement as though the same were set
3  forth herein. Choudhury objects to this Request on the grounds that it is vague and ambiguous and
4  calls for a legal conclusion. Without waiving the rights preserved in his Preliminary Statement and
5  subject to the foregoing objections, Choudhury responds as follows:

6  Denied.

7  **REQUEST FOR ADMISSION NO. 17:** [EACH OF THE FOLLOWING DOCUMENTS,
8  COPIES OF WHICH ARE ATTACHED TO THIS REQUEST, IS GENUINE.] Amit Choudhury's
9  account statement, No. 2241161 from Golden Gate Bank, for the period from 12/01/00 through
10 12/29/01 (document no. AC-001-002), attached hereto as Exhibit D.

11 **RESPONSE TO REQUEST FOR ADMISSION NO. 17:**

12 Choudhury incorporates by reference his Preliminary Statement as though the same were set
13 forth herein. Without waiving the rights preserved in his Preliminary Statement, Choudhury
14 responds as follows:

15 Admitted.

17 DATED: January 4, 2008

REED SMITH LLP

By_____
David S. Reidy
Attorneys for Defendant
AMIT CHOUDHURY

# PROOF OF SERVICE

Re: *Grewal v. Chodhury*, USDC Northern District, Case No. C-07-4218 CRB

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, Two Embarcadero Center, Suite 2000, San Francisco, CA  94111-3922  On **January 4, 2008**, I served the following document(s) by the method indicated below:

**DEFENDANT AMIT CHOUDHURY'S RESPONSES TO PLAINTIFF'S REQUEST FOR ADMISSIONS NOS. THREE AND FOUR**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

**For Plaintiff, Elizabeth Grewal**

E. Jeffrey Banchero, Esq.
Kastner / Banchero LLP
20 California Street, 7th Floor
San Francisco, CA 94111
Tel:  (415) 398-7000

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on **January 4, 2008**, at San Francisco, California.

_____
Patricia Giatis

DOCSSFO-12487794.6