E. JEFFREY BANCHERO (SBN 93077)
ejb@kastnerbanchero.com
SCOTT R. RABER (SBN 194924)
srr@kastnerbanchero.com
KASTNER | BANCHERO LLP
20 California Street, Seventh Floor
San Francisco, California 94111
Telephone: (415) 398-7000
Facsimile: (415) 616-7000

Attorneys for Plaintiff and Counter-Defendant
ELIZABETH GREWAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ELIZABETH GREWAL,<br><br>             Plaintiff,<br><br>      v.<br><br>AMIT CHOUDHURY,<br><br>             Defendant.<br><br>AND RELATED COUNTERCLAIM | CASE NO. C-07-4218 CRB<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT ON PROMISSORY NOTE AND COMMON COUNT FOR MONEY LENT**<br><br>Date:          May 23, 2008<br>Time:         10:00 A.M.<br>Courtroom: 8, 19th Floor<br><br>(Before Hon. Charles R. Breyer) |
|---|---|

---

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT ON
PROMISSORY NOTE AND COMMON COUNT FOR MONEY LENT                                    Case No. C-07-4218 CRB

1  TO DEFENDANT AND HIS ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on May 23, 2008, at 10:00 A.M., or as soon thereafter as the
3  matter may be heard in Courtroom 8 of the above-entitled Court, located at 450 Golden Gate
4  Avenue, San Francisco, California 94102, plaintiff, Elizabeth Grewal ("Plaintiff"), will and hereby
5  does move for an order entering summary judgment on the second claim in the First Amended
6  Complaint, which seeks enforcement of the promissory note executed by defendant, Amit
7  Choudhury, and on the third claim in the First Amended Complaint, the common count for money
8  lent.

9  Plaintiff's Motion is brought pursuant to Rule 56 of the Federal Rules of Civil Procedure on
10 the grounds that Defendant cannot raise a genuine triable issue of material fact as to the
11 enforceability of the promissory note at issue in this case.  Specifically, the undisputed evidence
12 establishes that the promissory note is enforceable as written and executed; the note embodies the
13 mutual consent of the parties and is supported by consideration; and defendant cannot establish that
14 any mistake precludes enforceability of the note.  Summary judgment is also appropriate on the
15 third claim, common count for money lent, on the ground that the evidence undisputedly
16 establishes that the monies transferred to Choudhury by Grewal were a loan, and not a gift.

17 Plaintiff's Motion is based on this Notice of Motion; the Memorandum of Points and
18 Authorities; and the Declarations of Elizabeth Grewal, Gregory A. Pinsonneault, and E. Jeffrey
19 Banchero in Support of the Motion, filed herewith.  This Motion is also based upon the complete
20 files and records in this action, any matters that may be judicially noticed, and any oral or
21 documentary evidence that may be presented at the hearing on this matter.

22 Dated:  April 18, 2008                                KASTNER | BANCHERO LLP

24                                                      By:  _____/S/_____
                                                            E. Jeffrey Banchero
25                                                          Scott R. Raber

26                                                      Attorneys for Plaintiff and Counter-Defendant
                                                        ELIZABETH GREWAL
27

28

-1-
PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT ON
PROMISSORY NOTE AND COMMON COUNT FOR MONEY LENT                   Case No. C-07-4218 CRB