E. JEFFREY BANCHERO (SBN 93077)
ejb@kastnerbanchero.com
SCOTT R. RABER (SBN 194924)
srr@kastnerbanchero.com
KASTNER | BANCHERO LLP
20 California Street, Seventh Floor
San Francisco, California 94111
Telephone: (415) 398-7000
Facsimile: (415) 616-7000

Attorneys for Plaintiff and Counter-Defendant
ELIZABETH GREWAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GREWAL,<br><br>             Plaintiff,<br><br>     v.<br><br>AMIT CHOUDHURY,<br><br>             Defendant. | CASE NO. C-07-4218 CRB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON PROMISSORY NOTE AND COMMON COUNT FOR MONEY LENT**<br><br>Date:        May 23, 2008<br>Time:       10:00 A.M.<br>Courtroom: 8, 19th Floor |
| AND RELATED COUNTERCLAIM | (Before Hon. Charles R. Breyer) |

1  The Motion of Plaintiff Elizabeth Grewal ("Plaintiff") for Summary Judgment on
2  Promissory Note and Common Count for Money Lent came on regularly for hearing before this
3  Court on May 23, 2008.  Harvey L. Leiderman, Reed Smith, LLP, appeared and argued on behalf
4  of Defendant Amit Choudhury; E. Jeffrey Banchero, Kastner | Banchero LLP, appeared and argued
5  on behalf of Plaintiff.  The Court having reviewed the Motion, as well as all pleadings and evidence
6  filed in support of and in opposition of the Motion and having considered the arguments raised by
7  the parties at the hearing, and for good cause shown,

8  IT IS HEREBY ORDERED AS FOLLOWS:

9  1. Plaintiff's Motion is GRANTED.

10  2. Plaintiff is entitled to summary judgment on the Second Cause of Action to enforce
11  the promissory note, and the Third Cause of Action, common counts for money lent, in Plaintiff's
12  First Amended Complaint.  Fed. R. Civ. P. 56(c); *Celotex Corp. v. Catrett*, 477 U.S. 317, 322-323
13  (1986).

14  3. Judgment shall be entered accordingly.

16  IT IS SO ORDERED.

18  Dated: _____, 2008       _____
                                       Hon. Charles R. Breyer
19                                     United States District Court Judge

-1-
[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
ON PROMISSORY NOTE AND COMMON COUNT FOR MONEY LENT        Case No. C-07-4218 CRB