E. JEFFREY BANCHERO (SBN 93077)
ejb@kastnerbanchero.com
SCOTT R. RABER (SBN 194924)
srr@kastnerbanchero.com
KASTNER | BANCHERO LLP
20 California Street, Seventh Floor
San Francisco, California 94111
Telephone: (415) 398-7000
Facsimile: (415) 616-7000

Attorneys for Plaintiff and Counter-Defendant
ELIZABETH GREWAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GREWAL,<br><br>  Plaintiff,<br><br>  v.<br><br>AMIT CHOUDHURY,<br><br>  Defendant.<br><br>AND RELATED COUNTERCLAIM | CASE NO. C-07-4218 CRB<br><br>**DECLARATION OF ELIZABETH GREWAL IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON PROMISSORY NOTE AND COMMON COUNT FOR MONEY LENT**<br><br>Date:  May 23, 2008<br>Time:  10:00 A.M.<br>Courtroom:  8, 19th Floor<br><br>(Before Hon. Charles R. Breyer) |

1

DECL. OF ELIZABETH GREWAL IN SUP. OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON PROMISSORY NOTE AND
COMMON COUNT FOR MONEY LENT
Case No. C-07-4218 CRB

I, ELIZABETH GREWAL, hereby declare:

1. I am the plaintiff in this action. I submit this declaration in support of the motion for summary judgment on the promissory note and the common count for money lent. I have personal knowledge of each of the matters set forth herein, and if called upon I could testify competently to them.

2. In March, 2001, I was employed by Finexa, Inc. As Director of Marketing, I reported to the defendant in this action, Amit Choudhury, Finexa's CEO.

3. On or about March 15, 2001, I received a letter from Choudhury, dated March 15, 2001, a copy of which is attached hereto as Exhibit A. My signature appears at the bottom of the letter.

4. As I testified at my deposition, before I wired the $880,000 to Choudhury, I told him that that was the amount that was coming and that this was all the money I was going to loan him. Choudhury never requested or demanded that I loan him an additional $120,000 or any more money at all. He said nothing about more loan money before he handed me the promissory note, at the meeting I had with him in January, 2001, when he handed me the promissory note, or at any time thereafter.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of April, 2008, at Menlo Park, California.

Elizabeth Grewal

# Exhibit A

# FINEXA INC

2000 VAN NESS AVENUE, SUITE 500 • SAN FRANCISCO, CALIFORNIA 94109-3023 • TEL: 415.364.3705 • FAX: 415.364.3710

AMIT CHOUDHURY
*Chief Executive Officer*

March 15, 2001

Elizabeth Grewal
775 Roble Avenue #4
Menlo Park, CA 94025

Dear Elizabeth,

As we have discussed, Finexa is not in a financial position to continue our existing staffing and payroll levels. We are hereby formally informing you, that all employees in the Foster City office are to be laid off as of today. We have structured a possible employment continuation package that may or may not be attractive to you. The details are as follows:

We are offering the minimum wage ($ 6.25 per hour) for a position of 40 hours per week. This offer includes a continuation of the existing medical plan. You will receive an Option Grant bonus, dated as of today, March 15th, 2001, for 10,000 fully vested options to purchase Finexa Inc. common stock at $0.14 per share. Beginning March 1st 2001, for each full month of employment completed under this plan, you will receive an additional grant of 21,500 Finexa options, that will vest at the end of that month.

We greatly appreciate your contributions to Finexa, and support you in whichever option you choose.

Sincerely,

*[signature]*
Amit Choudhury

Employee Acceptance:

I    (X) do
     ( ) do not
         accept the offer of continued employment for minimum wage

*[signature: Elizabeth Grewal]*

**100050**