E. Jeffrey Banchero (SBN 93077)
ejb@kastnerbanchero.com
Scott R. Raber (SBN 194924)
srr@kastnerbanchero.com
KASTNER | BANCHERO LLP
20 California Street, Seventh Floor
San Francisco, California 94111
Telephone: (415) 398-7000
Facsimile: (415) 616-7000

Attorneys for Plaintiff and Counter-Defendant
ELIZABETH GREWAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GREWAL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMIT CHOUDHURY,<br><br>　　　　Defendant.<br><br>———————————————<br><br>AND RELATED COUNTERCLAIM | CASE NO. C-07-4218 CRB<br><br>**DECLARATION OF GREGORY A. PINSONNEAULT IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON PROMISSORY NOTE AND COMMON COUNT FOR MONEY LENT**<br><br>Date:　May 23, 2008<br>Time:　10:00 A.M.<br>Courtroom:　8, 19th Floor<br><br>(Before Hon. Charles R. Breyer) |

1

I, GREGORY A. PINSONNEAULT, hereby declare:

1. I am currently a Senior Associate at LitiNomics, Inc., a firm of professionals providing financial and economic consulting to management and counsel involved in commercial litigation. My current curriculum vitae is attached hereto as Exhibit A. If called as a witness I could and would competently testify with respect to the matters stated herein.

2. I have been retained on behalf of Elizabeth Grewal to calculate the amount due Ms. Grewal upon the maturity of the promissory note (January 1, 2006); the effective rate of interest provided under the terms of the promissory note; and the amount of prejudgment interest due from the maturity of the promissory note through April 30, 2008.

3. I have completed my analysis and reached the following conclusions:
   - According to the terms of the promissory note, the amount due Ms. Grewal on January 1, 2006 is $1,216,653;
   - The effective rate of interest provided by the terms of the promissory note is 6.62%;
   - Applying a 6.62% prejudgment interest rate, prejudgment interest due through April 30, 2008 is $187,517 with prejudgment interest accruing at a rate of $221 per day after that date.

4. The detailed calculations supporting my conclusions are attached hereto as Exhibit B. I discuss the calculations and my conclusions below.

5. My conclusions are based on a Term Promissory Note dated January 2, 2001 in which Amit Choudhury promises to pay Elizabeth Grewal the sum of $1,000,000 plus interest. The duration of the promissory note is five years, resulting in a maturity date of January 1, 2006. The interest rate specified in the promissory note is 4.0 percent and interest is not payable until maturity.

6. The amount due Ms. Grewal upon the maturity of the promissory note is calculated in Schedule 1.3 of Exhibit B. The promissory note indicates that Amit Choudhury agreed to pay interest at a rate per annum equal to 4.0%. Because interest is not payable until maturity of the

promissory note, it is appropriate to compound interest. I have calculated the amount due upon maturity of the promissory note based on annual compounding.

7. For each of the five years of the promissory note, the interest due for that year is calculated by applying the 4.0% interest rate to the amount due at the beginning of the year. In the first year, the amount due at the beginning of the year is $1,000,000 as specified in the note. Applying the 4.0% interest rate results in interest of $40,000 and a total amount due at the end of the year of $1,040,000. This amount is then used as amount due at the beginning of the second year. After five years, the amount due Ms. Grewal upon maturity of the promissory note on January 1, 2006 is $1,216,653.

8. The promissory note specifies that this promise to pay is in return for "value received." I understand the "value received" refers to $880,000 transferred from Ms. Grewal to Mr. Choudhury on December 13, 2000. Therefore, in addition to the interest she receives under the terms of the promissory note, Ms. Grewal also receives an increase in the amount she transferred from $880,000 to $1,000,000. Therefore, the effective rate of interest that Ms. Grewal received is more than the 4.0% specified in the Term Promissory Note.

9. The effective rate of interest provided by the terms of the promissory note is calculated in Schedule 1.2 of Exhibit B. The effective rate of interest is calculated by applying a financial formula based on annual compounding. The formula requires the starting amount, the ending amount, and the duration to calculate the effective rate of interest. Here, the starting amount is the $880,000 transferred on December 13, 2000, the ending amount is the $1,216,653 due upon maturity of the promissory note on January 1, 2006, and the duration is approximately 5.05 years (the time between December 13, 2000 and January 1, 2006). Applying the formula results in an effective rate of interest of 6.62%.

10. I have calculated prejudgment interest due from the maturity of the Term Promissory Note through April 30, 2008 in Schedule 1.1 of Exhibit B. The effective rate of interest of 6.62% is used as the prejudgment interest rate and prejudgment interest is calculated as simple interest (without compounding). Prejudgment interest due through April 30, 2008 is

1  $187,517. Therefore, the total amount due Ms. Grewal thru April 30, 2008 including prejudgment
2  interest is $1,404,170. Prejudgment interest accrues at a rate of $221 per day after that date.
3      I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th
4  day of April, 2008, at Mountain View, California.

*[signature]*

Gregory A. Pinsonneault

DECL. OF GREGORY A. PINSONNEAULT IN SUP. OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON PROMISSORY NOTE
Case No. C-07-4218 CRB

# EXHIBIT A

# CURRICULUM VITAE
# GREGORY A. PINSONNEAULT

| | |
|---|---|
| **POSITION** | Senior Associate, LitiNomics (April 2007 to Present) |
| **EDUCATION** | M.A., Economics, University of California-Berkeley (2002)<br>　Fields of Specialization: Industrial Organization and Econometrics<br><br>B.S., Computer Science, University of Washington (1996)<br><br>B.A., Mathematics and Economics, University of Washington (1996) |
| **PROFESSIONAL AFFILIATIONS (current)** | Member, American Economic Association |
| **RANGE OF EXPERIENCE** | Experience includes extensive consulting services in economic, financial, and business issues related to commercial litigation. |
| **PROFESSIONAL AND BUSINESS HISTORY** | LitiNomics, Inc. (Mountain View, CA)<br>　Senior Associate, April 2007 - Present<br><br>CRA International, Inc. (Palo Alto, CA)<br>　Senior Associate, January 2006 - April 2007<br>　Consulting Associate, December 2003 - December 2005<br><br>Independent Consultant, January 2002 – November 2003<br>　Consultant to CRA, November 2003<br>　Consultant to LECG, June 2003 - July 2003<br>　Consultant to MiCRA, May 2002 - March 2003 |
| **TEACHING HISTORY** | University of California-Berkeley (Berkeley, CA)<br>　Graduate Student Instructor:<br>　　- Fall 2001　Industrial Organization (Professor - Dr. Glenn Woroch)<br>　　- Spring 2001　Industrial Organization (Professor - Dr. Glenn Woroch)<br>　　- Fall 2000　Industrial Organization (Professor - Dr. Jordi Gual)<br>　　- Fall 1999　Econometrics (Professor - Dr. Bronwyn Hall)<br>　　- Fall 1997　Introduction to Economics (Professor - Dr. James Pierce) |
| **AWARDS RECEIVED** | Outstanding Graduate Student Instructor Award (2002) |

**GREGORY A. PINSONNEAULT**
**CONSULTING AND TESTIMONY CASE LISTING**

| | **Lawsuit** | **Type** | **Court** | **Law Firm** | **Work Performed** |
|---|---|---|---|---|---|
| 1 | Cisco Sys. Inc. v. Alcatel USA, Inc. et al. | D | Antitrust | U.S. District Court, Eastern District of Texas | Fish Richardson | Antitrust Liability and Damages Analysis |
| 2 | In Re Microsoft Corp. Antitrust Litigation | P | Antitrust | U.S. District Court, District of Maryland Maryland | Cohen, Milstein, Hausfeld & Toll; Waite, Schneider, Bayless & Chesley | Antitrust Liability Analysis |
| 3 | Smith Street Mill, Inc. v. Weherhaeuser (Civil No. 04-1049-PA) | D | Antitrust | U.S. District Court, District of Oregon | Thelen Reid Brown Raysman & Steiner | Antitrust Liability and Damages Analysis |
| 4 | Syngenta Seeds, Inc. v. Monsanto Company | D | Antitrust | U.S. District Court, District of Delaware | | Antitrust Liability and Damages Analysis |
| 5 | Washington Alder v. Weyerhaeuser (Civil No. 03-0552-PA) | D | Antitrust | U.S. District Court, District of Oregon | Thelen Reid Brown Raysman & Steiner | Antitrust Liability and Damages Analysis |
| 6 | Westwood Lumber Co. v. Weyerhaeuser (Civil No. 03-0551-PA) | D | Antitrust | U.S. District Court, District of Oregon | Thelen Reid Brown Raysman & Steiner | Antitrust Liability and Damages Analysis |
| 7 | Bancorp v. Sun Life Assurance | P | Breach of Contract | | | Damages Analysis |
| 8 | Bank One, Oklahoma, N.A. et al. v. Trammel Crow Services, Inc. et al. (Case No. 03 C 3624) | D | Breach of Contract | U.S. District Court, Northern District of Illinois (Eastern Division) | Jenner & Block | Damages Analysis |
| 9 | Etex Corp. v. Medtronic, Inc. | P | Breach of Contract | Arbitration | | Damages Analysis |
| 10 | Lima Development Inc., and Mark Cahill v. Columbia Aircraft Manufacturing fka The Lancair Company | D | Breach of Contract | Oregon Circuit Court, Deschutes County | Ball Janik | Perform Financial Review |
| 11 | Pixelworks v. Robert Fox | P | Breach of Contract | | | Damages Analysis |
| 12 | Creative Concepts Software, Inc. v. Mobiletech Solutions, Inc., et al. (Case No. SA CV 05-00670) | D | Breach of Contract, Theft of Trade Secrets | U.S. District Court, Central District of California (Southern Division) | Feldhake Law Firm | Damages Analysis |
| 13 | Parties cannot be disclosed (Settlement Agreement) | P | Breach of Contract, Theft of Trade Secrets | Cannont be disclosed (Settlement Agreement) | Hennelly & Grossfeld | Damages Analysis |
| 14 | Bradburn Parent/Teacher Store, Inc.. v. 3M | D | Class Action Antitrust | U.S. District Court, Eastern District of Pennsylvania | Harkins Cunningham; Cahill Gordon & Reindel; Heller Ehrman | Class Certification Analysis |
| 15 | Morelock Enterprises, Inc. v. Weyerhaeuser | D | Class Action Antitrust | U.S. District Court, District of Oregon | Thelen Reid Brown Raysman & Steiner | Class Certification, Antitrust Liability and Damages Analysis |
| 16 | In re Textile Rental Services Litigation (Case No. CV-05-19) | Both | Class Action Fraud and Breach of Contract | Circuit Court of Barbour County, Alabma (Clayton Division) | 14 different law firms | Valuation of settlement agreement. |
| 17 | Elizabeth Grewal v. Amit Choudhury | P | Fraud and Deceit, Recovery on a Promissory Note | U.S. District Court, Northern District of California | Kastner Banchero | Damages Analysis |
| 18 | Consulting work for COMPTEL/ALTS | N/A | Non-Litigation Consulting | N/A | N/A | Prepare FCC Comment Analyzing Local Phone Pricing |
| 19 | Consulting work for Fidelity Investments | N/A | Non-Litigation Consulting | N/A | N/A | Analyze Trading Data for Evidence of Wrongful Conduct |

**GREGORY A. PINSONNEAULT**
**CONSULTING AND TESTIMONY CASE LISTING**

| | Lawsuit | | Type | Court | Law Firm | Work Performed |
|---|---|---|---|---|---|---|
| 20 | Consulting work for Lloyds of London | N/A | Non-Litigation Consulting | N/A | N/A | Analyze Lloyds Insurance Liability Related to Enron's Demise |
| 21 | Consulting work for Mouli Cohen and ProCinea | N/A | Non-Litigation Consulting | N/A | N/A | Design Analytical Model |
| 22 | Consulting work for Sprint | N/A | Non-Litigation Consulting | N/A | N/A | Prepare Comment for Texas PUC |
| 23 | Consulting work for Sprint and Nextel realted to their proposed merger | N/A | Non-Litigation Consulting | N/A | N/A | Merger Analysis |
| 24 | Consulting work for Telstra | N/A | Non-Litigation Consulting | N/A | N/A | Perform Benchmarking Study |
| 25 | Consulting work for Vodafone | N/A | Non-Litigation Consulting | N/A | N/A | Prepare Comment for EU on Cellular Roaming Charges |
| 26 | Advanced Neuromodulation Systems, Inc. v. Advanced Bionics Corporation (Civil No. 4:04cv131) | P | Patent Infringement | U.S. District Court, Eastern District of Texas (Sherman Division) | Baker Botts | Damages Analysis |
| 27 | Altana Pharma, AG and Wyeth v. Teva Pharmaceuticals USA, Inc. and Teva Pharmaceuticals, Ltd. | D | Patent Infringement | U.S. District Court, District of New Jersey | Merchant & Gould | Declaration against Motion for Injunction |
| 28 | Commonwealth Scientific and Industrial Research Organization v. Toshiba et al. | P | Patent Infringement | U.S. District Court, Eastern District of Texas (Tyler Division) | Townsend and Townsend and Crew | Damages Analysis |
| 29 | GraphOn v. AutoTrader.com, Inc. | P | Patent Infringement | U.S. District Court, Eastern District of Texas (Marshall) | Watson Rounds; Howrey LLP | Damages Analysis |
| 30 | Japan Cash Machine Co. Ltd. and JCM American Corp. v. MEI, Inc. | P | Patent Infringement | U.S. District Court, District of Nevada | Watson Rounds; DLA Piper | Damages Analysis |
| 31 | Nichia Corporation v. Seoul Semiconductor, Ltd. and Seoul Semiconductor, Inc. | D | Patent Infringement | U.S. District Court, Northern District of California | Bingham McCutchen | Damages Analysis |
| 32 | Papyrus v. New York Stock Exchange, Inc. | P | Patent Infringement | | | Damages Analysis |
| 33 | Qualcomm, Inc v. Broacom Corp. (Case No. 05 CV 1662 B (DLM)) | D | Patent Infringement | U.S. District Court, Southern District of California | Wilmer Cutler Pickering Hale & Dorr | Damages Analysis |
| 34 | Silicon Graphics, Inc. v. ATI Technologies, Inc. | D | Patent Infringement | U.S. District Court, Western District of Wisconsin | Robins Kaplan Miller & Ciresi | Damages Analysis |
| 35 | Townshend Intellectual Property, LLC v. Broadcom Corp. | P | Patent Infringement | U.S. District Court, Northern District of California (San Jose) | Bingham McCuchen | Damages Analysis |
| 36 | TV Interactive Corp. v. Microsoft Corp. (Case No. 02 C 02385) | P | Patent Infringement | U.S. District Court, Norther District of California (Oakland Division) | Robins Kaplan Miller & Ciresi | Damages Analysis |
| 37 | UNOVA v. Hewlett Packard | P | Patent Infringement | U.S. District Court, Central District of California (Western Division) | | Damages Analysis |

**GREGORY A. PINSONNEAULT**
**CONSULTING AND TESTIMONY CASE LISTING**

| | **Lawsuit** | | **Type** | **Court** | **Law Firm** | **Work Performed** |
|---|---|---|---|---|---|---|
| 38 | Volumetrics Medical Imaging v. Medison Co. et al. | D | Patent Infringement | U.S. District Court, Middle District of North Carolina | Bingham McCutchen | Damages Analysis |
| 39 | Winn, Inc. v. King Par Corp. et al. (Case No. 04-71117) | P | Patent Infringement | U.S. District Court, Eastern District of Michigan (Southern Division) | | Damages Analysis |
| 40 | Barbara Weiss v. Kathleen Cox Laderman | P | Personal Injury | Superior Court of California, County of San Francisco | The Brent Law Firm | Damages Analysis |
| 41 | Roy Jaramillo v. BCI Coca-Cola et al. | P | Personal Injury (Negligence) | Superior Court of California, County of Madera | The Brent Law Firm | Damages Analysis |
| 42 | United States of America ex rel. R.C. Taylor, III v. Mario Gabelli, et al. (03-cv-08762) | D | Qui Tam (False Claims Act) | U.S. District Court, Southern District of New York | Covington & Burling | Liability and Damages Analysis |
| 43 | UniRam Technology, Inc. v. Monolithic System Technology, Taiwan Semiconductor Manufacturing Company, Ltd., TSMC North America | P | Theft of Trade Secret | U.S. District Court, Northern District of California. Case No. CV-04-01268-VRW | Susman Godfery; Heim, Payne & Chorush | Damages Analysis |
| 44 | JCM American Corporation v. Mars Electronics International, Inc., Thomas P. Nugent | P | Theft of Trade Secrets | Nevada District Court, Clark County; Case No. A507304 | Watson Rounds | Damages Analysis |
| 45 | Ajaxo, Inc. v. E*Trade Group, Inc et al. | D | Theft of Trade Secrets, Breach of Contract | Superior Court of Califonia, County of Santa Clara | Morgan Lewis | Damages Analysis |
| 46 | Global Sign, LLC et al. v. Robert Merto el at. | P | Theft of Trade Secrets, Unfair Business Practices | Superior Court of the State of California (Orange County) | Bidna & Keys | Damages Analysis |
| 47 | IV League, Inc. v. Pharmaco, Inc. et al | D | Theft of Trade Secrets, Unfair Business Practices | Superior Court of the State of California | Feldhake Law Firm | Damages Analysis |
| 48 | North American Title v. Liberty Title Company | D | Theft of Trade Secrets, Unfair Business Practices | Superior Court of the State of California (Contra Costa County) | | Damages Analysis |
| 49 | Diana Gabrial; et al. v. Idearc Media | D | Unfair Business Practices | U.S. District Court, Central District of California | Paul, Hastings, Janofsky & Walker | Damages Analysis |
| 50 | Department of Enforcement v. Frank Quattrone | D | Violations of NASD Rules | National Association of Securities Dealers | | Damages Analysis |

# EXHIBIT B

**Elizabeth Grewal v. Amit Choudhury**  Schedule 1.1
**Damages Calculations**
**Damages with Prejudgment Interest**

| | | | |
|---|---|---|---:|
| (a) | Damages Due at January 1, 2006 | $ | 1,216,653 |
| (b) | Duration of Prejudgment Interest Period | | 2.3288 |
| (c) | Prejudgment Interest Rate | | 6.62% |
| (d) | Prejudgment Interest Due thru 4/30/2008 (Simple Interest) | $ | 187,517 |
| | **Total Damages Due thru 4/30/08 (Including Prejudgment Interest)** | **$** | **1,404,170** |
| (e) | Daily Prejudgment Interest Amount | $ | 221 |

(a)  *Schedule 1.3*
(b)  *Length of Prejudgment Period Calculated as:*

|  |  |
|---|---:|
| *Prejudgment Interest Stop Date* | *4/30/2008* |
| *Prejudgment Interest Start Date* | *1/1/2006* |
| *Number of Days between Start and End Date* | *850* |
| *Duration (in Years)* | *2.3288*  *Calculated as # of Days / 365* |

(c)  *Schedule 1.2*
(d)  *Calculated as: (a) * [(b) * (c)]*
(e)  *= (a) * (c) / 365*

**Elizabeth Grewal v. Amit Choudhury**  Schedule 1.2
**Damages Calculations**
**Effective Rate of Interest - Annual Compounding**

---

(a)  Amount Loaned on December 13, 2000                                                   $    880,000

(b)  Duration of Loan (years)                                                                          5.0548

(c)  Balance Due upon Maturity of Term Promissory Note                         $  1,216,653

(d)  Effective Rate of Interest                                                                           6.62%

---

(a)  Deposition of Elizabeth Grewal, January 11, 2008, pp. 224 - 233.
(b)  Term Promissory Note term is 5 years, starting on January 2, 2001 and ending January 1, 2006.  (Term Promissory Note, AC-018)
     Duration of loan is Calculated as:

|  | End Date | 1/1/2006 |  |
|---|---|---|---|
|  | Start Date | 12/13/2000 |  |
|  | Number of Days between Start and End Date | 1,845 |  |
|  | Duration (in Years) | 5.0548 | Calculated as # of Days / 365 |

(c)  Schedule 1.3
(d)  Calculated as: [(c) / (a)] ^ [1 / (b)] - 1

**Elizabeth Grewal v. Amit Choudhury**                                                          Schedule 1.3
**Damages Calculations**
**Total Amount Due Based on Promissory Note at End of Term - Annual Compounding**

| Year Ending | Amount on Which Interest is Calculated (Beginning of Year) (a) | Interest Rate (b) | Interest Due During Year (c) | Total Amount Due (End of Year) (d) |
|---|---|---|---|---|
| 1/1/2002 | $ 1,000,000 | 4.00% | $ 40,000 | $ 1,040,000 |
| 1/1/2003 | $ 1,040,000 | 4.00% | $ 41,600 | $ 1,081,600 |
| 1/1/2004 | $ 1,081,600 | 4.00% | $ 43,264 | $ 1,124,864 |
| 1/1/2005 | $ 1,124,864 | 4.00% | $ 44,995 | $ 1,169,859 |
| 1/1/2006 | $ 1,169,859 | 4.00% | $ 46,794 | $ 1,216,653 |

(a)  For year ending January 1st, 2002: Term Promissory Note dated January 2nd, 2001, AC-018.
     For subsequent years, Beginning Principal Balance equal to previous years Ending Balance (Annual Compounding)
(b)  Term Promissory Note dated January 2nd, 2001, AC-018.
(c)  = (a) * (b)
(d)  = (a) + (c)