E. JEFFREY BANCHERO (SBN 93077)
ejb@kastnerbanchero.com
SCOTT R. RABER (SBN 194924)
srr@kastnerbanchero.com
KASTNER | BANCHERO LLP
20 California Street, Seventh Floor
San Francisco, California 94111
Telephone: (415) 398-7000
Facsimile: (415) 616-7000

Attorneys for Plaintiff and Counter-Defendant
ELIZABETH GREWAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ELIZABETH GREWAL,<br><br>           Plaintiff,<br><br>    v.<br><br>AMIT CHOUDHURY,<br><br>           Defendant.<br><br>AND RELATED COUNTERCLAIM | CASE NO. C-07-4218 CRB<br><br>**DECLARATION OF E. JEFFREY BANCHERO IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON PROMISSORY NOTE AND COMMON COUNT FOR MONEY LENT**<br><br>Date:           May 23, 2008<br>Time:          10:00 A.M.<br>Courtroom:  8, 19th Floor<br><br>(Before Hon. Charles R. Breyer) |
|---|---|

---

1

DECL. OF E. JEFFREY BANCHERO IN SUPPORT OF PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT ON PROMISSORY NOTE AND COMMON COUNT FOR MONEY LENT     Case No. C-07-4218 CRB

I, E. JEFFREY BANCHERO, hereby declare:

1. I am an attorney admitted to practice before all courts of the States of California and am a partner at Kastner│Banchero LLP, counsel representing plaintiff Elizabeth Grewal ("Grewal" or "plaintiff") in this action. I submit this declaration in support of plaintiff's motion for summary judgment on her claims for the promissory note at issue in this case and for common count and money lent. I have personal knowledge of each of the matters set forth herein, and if called upon I could testify competently to them.

2. Attached hereto as Exhibits 1, 2, 3, 4, 5, 7, 11, 12A, 15, 49 and 50 are copies of selected exhibits to the deposition of Amit Choudhury, which took place on January 10, 2008.

3. Attached hereto as Exhibits 49 and 50 are copies of selected exhibits to the deposition of Elizabeth Grewal, which took place on January 11, 2008.

4. Attached hereto as Exhibit B are excerpts of the deposition testimony of Amit Choudhury, dated January 10, 2008. The exhibit contains the cover page of the deposition transcript and the reporter's certification, all pages cited in plaintiff's brief, and pages where all cited exhibits are authenticated.

5. Attached hereto as Exhibit C are excerpts of the deposition testimony of Elizabeth Grewal, dated January 11, 2008. The exhibit contains the cover page of the deposition transcript and the reporter's certification, all pages cited in plaintiff's brief, and pages where all cited exhibits are authenticated.

6. Attached hereto are copies of excerpts of the responses to Plaintiff's Requests for Admission numbers 1, 5, 7, 11, 12, 13, 17, 21, 36, 37, 38, 39, and 40, served by Amit Choudhury on November 12, 2007, December 14, 2007, January 4, 2008, January 23, 2008, February 18, 2008, and March 25, 2008.

7. Attached hereto are true and correct copies of excerpts of the responses to Plaintiff's Requests for Production of Documents, number 24, 29, and 31, served by Amit Choudhury on March 25, 2008.

8.      Attached hereto as Exhibit D is a copy of an excerpt of *A Negotiable Instruments Primer* by law professor, Ellen A. Peters, published by The Bobbs-Merrill Company, Inc. for Yale Law School in 1971, 1974.

9.      Attached hereto as Exhibit E is a copy of *Miller & Starr on California Real Estate*, 3d, §21:19.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of April, 2008 in San Francisco, California.


/S/
E. Jeffrey Banchero