# RFA Resp. 5

Harvey L. Leiderman (SBN 55838)
HLeiderman@ReedSmith.com
David S. Reidy (SBN 225904)
DReidy@ReedSmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:    (415) 543-8700
Facsimile:    (415) 391-8269

Attorneys for Defendant
AMIT CHOUDHURY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GREWAL, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>AMIT CHOUDHURY, an individual; AMISIL HOLDINGS, LTD., a Cyprus corporation; and DOES ONE to FORTY,<br><br>    Defendants. | Case No.: C-07-4218 CRB<br><br>**DEFENDANT AMIT CHOUDHURY'S RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSIONS, SETS ONE AND TWO**<br><br>Compl. Filed:    July 19, 2007<br>Trial Date:    None<br><br>*Honorable Charles R. Breyer* |

**PROPOUNDING PARTY:  Plaintiff ELIZABETH GREWAL**

**RESPONDING PARTY:    Defendant AMIT CHOUDHURY**

**SET NUMBER:        ONE & TWO**

///

///

///

///

A limited liability partnership formed in the State of Delaware

1   **REQUEST FOR ADMISSION NO. 2**:  The $880,000 CHOUDHURY received from

2   GREWAL in December, 2000 was a loan of money.

3   **RESPONSE TO REQUEST FOR ADMISSION NO. 2:**

4   Choudhury incorporates by reference his Preliminary Statement as though the same were set

5   forth herein.  Choudhury objects to this Request on the grounds that it is vague and ambiguous and

6   seeks information in which Choudhury and/or other third parties have legitimate privacy interests.

7   Without waiving the rights preserved in his Preliminary Statement and subject to the foregoing

8   objections, Choudhury responds as follows:

9       Denied.

10   **REQUEST FOR ADMISSION NO. 3**:  CHOUDHURY has not repaid GREWAL the

11   $880,000 that she lent to him.

12   **RESPONSE TO REQUEST FOR ADMISSION NO. 3:**

13   Choudhury incorporates by reference his Preliminary Statement as though the same were set

14   forth herein.  Choudhury objects to this Request on the grounds that it is vague and ambiguous and

15   assumes facts not in evidence.  Without waiving the rights preserved in his Preliminary Statement

16   and subject to the foregoing objections, Choudhury responds as follows:

17       Denied.

18   **REQUEST FOR ADMISSION NO. 4**:  CHOUDHURY is senior Vice President of Amisil

19   Holdings, Ltd.

20   **RESPONSE TO REQUEST FOR ADMISSION NO. 4:**

21   Choudhury incorporates by reference his Preliminary Statement as though the same were set

22   forth herein.  Choudhury objects to this Request on the grounds that it seeks information in which

23   Choudhury and/or other third parties have legitimate privacy interests, and further seeks irrelevant

24   information not reasonably calculated to lead to the discovery of admissible evidence in this case.

25   **REQUEST FOR ADMISSION NO. 5**:  CHOUDHURY's account No. 002241161 at

26   Golden Gate Bank in San Francisco, California received a wire transfer on December 13, 2000, in

27   the amount of $880,000.

28   ///

1    Choudhury admits that the document attached as Exhibit A to the Requests purports to be a

2    copy of a document, the unsigned original of which was prepared by Choudhury.  Except as

3    expressly admitted herein, Choudhury lacks sufficient information to admit or deny the Request and,

4    on that basis, denies the Request.

5    **REQUEST FOR ADMISSION NO. 11**:  CHOUDHURY presented the PROMISSORY

6    NOTE to ELIZABETH GREWAL for her signature.

7    **RESPONSE TO REQUEST FOR ADMISSION NO. 11:**

8    Choudhury incorporates by reference his Preliminary Statement as though the same were set

9    forth herein.  Choudhury objects to this Request on the grounds that it is vague and ambiguous and

10   seeks information known only to Plaintiff.  Without waiving the rights preserved in his Preliminary

11   Statement and subject to the foregoing objections, Choudhury responds as follows:

12   Choudhury admits that the document attached as Exhibit A to the Requests purports to be a

13   copy of a document, the unsigned original of which was prepared by Choudhury.  Except as

14   expressly admitted herein, Choudhury lacks sufficient information to admit or deny the Request and,

15   on that basis, denies the Request. Choudhury lacks sufficient information to admit or deny the

16   Request and, on that basis, denies the Request.

17

18   DATED:  November *12*, 2007

19   REED SMITH LLP

20   By

21   David S. Reidy
     Attorneys for Defendant

22   AMIT CHOUDHURY

23

24

25

26

27

28

A limited liability partnership formed in the State of Delaware

REED SMITH LLP

RFA Resp.s 1, 7, 11

1   Harvey L. Leiderman (SBN 55838)
    HLeiderman@ReedSmith.com
2   David S. Reidy (SBN 225904)
    DReidy@ReedSmith.com
3   REED SMITH LLP
    Two Embarcadero Center, Suite 2000
4   San Francisco, CA  94111-3922

5   **Mailing Address:**
    P.O. Box 7936
6   San Francisco, CA  94120-7936

7   Telephone:     (415) 543-8700
    Facsimile:     (415) 391-8269
8
    Attorneys for Defendant
9   AMIT CHOUDHURY

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12

13

14   ELIZABETH GREWAL, an individual,        Case No.: C-07-4218 CRB

15              Plaintiff,                    **DEFENDANT AMIT CHOUDHURY'S
                                              SUPPLEMENTAL RESPONSES TO
16        vs.                                 PLAINTIFF'S REQUESTS FOR
                                              ADMISSIONS NOS. 1, 7, 8 & 11**
17   AMIT CHOUDHURY, an individual; AMISIL
     HOLDINGS, LTD., a Cyprus corporation; and   Compl. Filed:   July 19, 2007
18   DOES ONE to FORTY,                          Trial Date:     None

19              Defendants.

20                                            *Honorable Charles R. Breyer*

21

22   AMIT CHOUDHURY, an individual,

23              Counter-Claimant,

24        vs.

25   ELIZABETH GREWAL, an individual,

26              Counter-Defendant.

27

28

SUPPLEMENTAL RESPONSES TO REQUESTS FOR ADMISSIONS

A limited liability partnership formed in the State of Delaware
REED SMITH LLP

1  **PROPOUNDING PARTY:** Plaintiff ELIZABETH GREWAL

2  **RESPONDING PARTY:**    Defendant AMIT CHOUDHURY

3  **SET NUMBER:**    ONE & TWO (RFA Nos. 1, 7, 8 & 11)

4

5       Defendant Amit Choudhury ("Choudhury") hereby supplements his prior responses to the

6  Plaintiff's Requests for Admissions Nos. 1, 7, 8 & 11, as follows:

7

8      **I.**    **SUPPLEMENTAL RESPONSES TO REQUESTS FOR ADMISSIONS**

9      **REQUEST FOR ADMISSION NO. 1**: AMIT CHOUDHURY (hereinafter,

10  "CHOUDHURY") received $880,000 from ELIZABETH GREWAL (hereinafter, "GREWAL") in

11  December, 2000.

12      **SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 1**:

13      Admitted.

14      **REQUEST FOR ADMISSION NO. 7**: [EACH OF THE FOLLOWING DOCUMENTS,

15  COPIES OF WHICH ARE ATTACHED TO THIS REQUEST, IS GENUINE.] The TERM

16  PROMISSORY NOTE, dated January 2, 2001, attached hereto as Exhibit A.

17      **SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 7**:

18      Choudhury admits that the document attached as Exhibit A to the Requests is an authentic

19  copy of the original document of which it purports to be a copy.

20      **REQUEST FOR ADMISSION NO. 8**: The DEMAND FOR PAYMENT, dated January. 2,

21  2007, is attached hereto as Exhibit B.

22      **SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 8**:

23      Choudhury admits that the document attached as Exhibit B to the Requests is an authentic

24  copy of the original document of which it purports to be a copy.

25      **REQUEST FOR ADMISSION NO. 11**: CHOUDHURY presented the PROMISSORY

26  NOTE to ELIZABETH GREWAL for her signature.

27  ///

28  ///

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 11**:

Choudhury admits that the document attached as Exhibit A to the Requests is an authentic copy of the original document, which was prepared by Choudhury and presented to Plaintiff for her signature.

DATED:  December 14, 2007          REED SMITH LLP

By _____
David S. Reidy
Attorneys for Defendant
AMIT CHOUDHURY

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE

Re: *Grewal v. Chodhury*, USDC Northern District, Case No. C-07-4218 CRB

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, Two Embarcadero Center, Suite 2000, San Francisco, CA 94111-3922  On **December 14, 2007**, I served the following document(s) by the method indicated below:

**DEFENDANT AMIT CHOUDHURY'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S REQUEST FOR ADMISSIONS NOS. 1, 7, 8 & 11**

☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐    by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

**For Plaintiff, Elizabeth Grewal**

E. Jeffrey Banchero, Esq.
Kastner / Banchero LLP
20 California Street , 7th Floor
San Francisco, CA 94111
Tel:  (415) 398-7000

I declare under penalty of perjury under the laws of the United States that the above is true and correct.  Executed on **December 14, 2007**, at San Francisco, California.

Patricia Giatis

DOCSSFO-12487794.6

# RFA Resp.s
# 12, 13, 17

1  Harvey L. Leiderman (SBN 55838)
   HLeiderman@ReedSmith.com
2  David S. Reidy (SBN 225904)
   DReidy@ReedSmith.com
3  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
4  San Francisco, CA  94111-3922

5  **Mailing Address:**
   P.O. Box 7936
6  San Francisco, CA  94120-7936

7  Telephone:   (415) 543-8700
   Facsimile:   (415) 391-8269
8
   Attorneys for Defendant
9  AMIT CHOUDHURY

10

11                 UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA
12

13

14  ELIZABETH GREWAL, an individual,          Case No.: C-07-4218 CRB

15              Plaintiff,                     **DEFENDANT AMIT CHOUDHURY'S
                                               RESPONSES TO PLAINTIFF'S
16      vs.                                    REQUESTS FOR ADMISSIONS, SETS
                                               THREE AND FOUR**
17  AMIT CHOUDHURY, an individual; AMISIL
    HOLDINGS, LTD., a Cyprus corporation; and
18  DOES ONE to FORTY,                         Compl. Filed:   July 19, 2007
                                               Trial Date:     None
19              Defendants.

20                                             *Honorable Charles R. Breyer*

21  _____

22  AMIT CHOUDHURY, an individual,

23              Counter-Claimant,

24      vs.

25  ELIZABETH GREWAL, an individual,

26              Counter-Defendant.

27  _____

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**PROPOUNDING PARTY: Plaintiff ELIZABETH GREWAL**

**RESPONDING PARTY:    Defendant AMIT CHOUDHURY**

**SET NUMBER:              THREE & FOUR**

Defendant Amit Choudhury ("Choudhury") responds and/or objects as follows to the Requests for Admissions, Sets Three and Four, served by plaintiff Elizabeth Grewal ("Plaintiff"):

## I.    PRELIMINARY STATEMENT

Choudhury responds to the Requests based upon the investigation conducted in the time available since service of the Requests. As of the date of this Response, discovery is ongoing and, therefore, Choudhury has had an insufficient opportunity to review all documents, interview all witnesses and otherwise obtain information which may prove relevant in this case, including, without limitation, through discovery of Plaintiff and/or third parties. As a consequence, Choudhury's Response is based upon information now known to Choudhury and which he believes to be relevant to the subject matter covered by the Requests. Choudhury reserves his right in the future to: (a) make subsequent revision, supplementation or amendment to this Response based upon any information, evidence, documents, facts and things which hereafter may be discovered, or the relevance of which hereafter may be discovered; and/or (b) produce, introduce or rely upon additional or subsequently acquired or discovered writings, evidence and information at trial or in any pretrial proceedings held herein.

## II.    RESPONSES TO REQUESTS FOR ADMISSIONS

**REQUEST FOR ADMISSION NO. 12**: The original of the TERM PROMISSORY NOTE, dated January 2, 2001, attached hereto as Exhibit A (hereinafter, "PROMISSORY NOTE"), was signed by AMIT CHOUDHURY (hereinafter, "CHOUDHURY").

**RESPONSE TO REQUEST FOR ADMISSION NO. 12:**

Choudhury incorporates by reference his Preliminary Statement as though the same were set forth herein. Choudhury objects to this Request on the grounds that it is duplicative of requests asked and answered by Choudhury before. Without waiving the rights preserved in his Preliminary Statement and subject to the foregoing objections, Choudhury responds as follows:

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1    Choudhury admits that he signed the original of the document attached to the Requests as

2    Exhibit A.

3    **REQUEST FOR ADMISSION NO. 13**: CHOUDHURY received the DEMAND FOR

4    PAYMENT, dated January 2, 2007, attached as Exhibit B hereto, in January 2007.

5    **RESPONSE TO REQUEST FOR ADMISSION NO. 13:**

6    Choudhury incorporates by reference his Preliminary Statement as though the same were set

7    forth herein. Choudhury objects to this Request on the grounds that it is duplicative of requests

8    asked and answered by Choudhury before. Without waiving the rights preserved in his Preliminary

9    Statement and subject to the foregoing objections, Choudhury responds as follows:

10    Admitted.

11    **REQUEST FOR ADMISSION NO. 14**: In April, 2006, Amit Choudhury sent the email

12    message that begins "Buff, Just got your v-mail on my mobile...," dated April 24, 2006, 9:24 PM,

13    attached hereto as a portion of Exhibit C.

14    **RESPONSE TO REQUEST FOR ADMISSION NO. 14:**

15    Choudhury incorporates by reference his Preliminary Statement as though the same were set

16    forth herein. Without waiving the rights preserved in his Preliminary Statement, Choudhury

17    responds as follows:

18    Admitted.

19    **REQUEST FOR ADMISSION NO. 15**: In April, 2006, Amit Choudhury received the

20    email message that begins "Finally, contact, thank you!", dated April 24, 2006, 9:14 PM, attached

21    hereto as a portion of Exhibit C.

22    **RESPONSE TO REQUEST FOR ADMISSION NO. 15:**

23    Choudhury incorporates by reference his Preliminary Statement as though the same were set

24    forth herein. Without waiving the rights preserved in his Preliminary Statement, Choudhury

25    responds as follows:

26    Admitted.

27    **REQUEST FOR ADMISSION NO. 16**: The TERM PROMISSORY NOTE, dated January

28    2, 2001, attached hereto as Exhibit A, was supported by consideration.

**RESPONSE TO REQUEST FOR ADMISSION NO. 16:**

Choudhury incorporates by reference his Preliminary Statement as though the same were set forth herein. Choudhury objects to this Request on the grounds that it is vague and ambiguous and calls for a legal conclusion. Without waiving the rights preserved in his Preliminary Statement and subject to the foregoing objections, Choudhury responds as follows:

Denied.

**REQUEST FOR ADMISSION NO. 17**: [EACH OF THE FOLLOWING DOCUMENTS, COPIES OF WHICH ARE ATTACHED TO THIS REQUEST, IS GENUINE.] Amit Choudhury's account statement, No. 2241161 from Golden Gate Bank, for the period from 12/01/00 through 12/29/01 (document no. AC-001-002), attached hereto as Exhibit D.

**RESPONSE TO REQUEST FOR ADMISSION NO. 17:**

Choudhury incorporates by reference his Preliminary Statement as though the same were set forth herein. Without waiving the rights preserved in his Preliminary Statement, Choudhury responds as follows:

Admitted.

DATED: January 4, 2008

REED SMITH LLP

By _____
    David S. Reidy
    Attorneys for Defendant
    AMIT CHOUDHURY

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

RESPONSES TO REQUESTS FOR ADMISSIONS SETS THREE & FOUR

# PROOF OF SERVICE

Re: *Grewal v. Chodhury*, USDC Northern District, Case No. C-07-4218 CRB

       I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, Two Embarcadero Center, Suite 2000, San Francisco, CA 94111-3922 On **January 4, 2008**, I served the following document(s) by the method indicated below:

**DEFENDANT AMIT CHOUDHURY'S RESPONSES TO PLAINTIFF'S REQUEST FOR ADMISSIONS NOS. THREE AND FOUR**

☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐    by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

**For Plaintiff, Elizabeth Grewal**

E. Jeffrey Banchero, Esq.
Kastner / Banchero LLP
20 California Street , 7th Floor
San Francisco, CA 94111
Tel:  (415) 398-7000

       I declare under penalty of perjury under the laws of the United States that the above is true and correct.  Executed on **January 4, 2008**, at San Francisco, California.

*Patricia Giatis*
Patricia Giatis

DOCSSFO-12487794.6

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

RFA Resp. 21
+ Supp. 21

1   Harvey L. Leiderman (SBN 55838)
    HLeiderman@ReedSmith.com
2   David S. Reidy (SBN 225904)
    DReidy@ReedSmith.com
3   REED SMITH LLP
    Two Embarcadero Center, Suite 2000
4   San Francisco, CA  94111-3922

5   **Mailing Address:**
    P.O. Box 7936
6   San Francisco, CA  94120-7936

7   Telephone:     (415) 543-8700
    Facsimile:      (415) 391-8269
8
    Attorneys for Defendant
9   AMIT CHOUDHURY

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12

13

14  ELIZABETH GREWAL, an individual,          Case No.: C-07-4218 CRB

15              Plaintiff,                     **DEFENDANT AMIT CHOUDHURY'S
                                               RESPONSES TO PLAINTIFF'S
        vs.                                    REQUESTS FOR ADMISSIONS, SET FIVE**
16
    AMIT CHOUDHURY, an individual,
17                                             Compl. Filed:   July 19, 2007
                Defendant.                     Trial Date:     None
18

19                                             *Honorable Charles R. Breyer*

20

21  AMIT CHOUDHURY, an individual,

22              Counter-Claimant,

23      vs.

24  ELIZABETH GREWAL, an individual,

25              Counter-Defendant.

26

27

28

C-07-4218 CRB                          – 1 –                      DOCSSFO-12487556.1
       RESPONSES TO REQUESTS FOR ADMISSIONS SET FIVE

1  **PROPOUNDING PARTY:  Plaintiff ELIZABETH GREWAL**

2  **RESPONDING PARTY:    Defendant AMIT CHOUDHURY**

3  **SET NUMBER:          FIVE**

4

5       Defendant Amit Choudhury ("Choudhury") responds and/or objects as follows to the

6  Requests for Admissions, Set Five, served by plaintiff Elizabeth Grewal ("Plaintiff"):

7                  **I.      PRELIMINARY STATEMENT**

8       Choudhury responds to the Requests based upon the investigation conducted in the time

9  available since service of the Requests.  As of the date of this Response, discovery is ongoing and,

10  therefore, Choudhury has had an insufficient opportunity to review all documents, interview all

11  witnesses and otherwise obtain information which may prove relevant in this case, including,

12  without limitation, through discovery of Plaintiff and/or third parties.  As a consequence,

13  Choudhury's Response is based upon information now known to Choudhury and which he believes

14  to be relevant to the subject matter covered by the Requests.  Choudhury reserves his right in the

15  future to: (a) make subsequent revision, supplementation or amendment to this Response based upon

16  any information, evidence, documents, facts and things which hereafter may be discovered, or the

17  relevance of which hereafter may be discovered; and/or (b) produce, introduce or rely upon

18  additional or subsequently acquired or discovered writings, evidence and information at trial or in

19  any pretrial proceedings held herein.

20           **II.      RESPONSES TO REQUESTS FOR ADMISSIONS**

21       **REQUEST FOR ADMISSION NO. 18:**

22       Elizabeth Grewal did not tell Amit Choudhury that she wanted him to invest $1,000,000 of

23  her funds.

24       **RESPONSE TO REQUEST FOR ADMISSION NO. 18:**

25       Choudhury incorporates by reference his Preliminary Statement as though the same were set

26  forth herein.  Choudhury objects to this Request on the grounds that it is vague and ambiguous,

27  overbroad as to time and scope, and duplicative of requests asked and answered by Choudhury in

28  discovery before, including without limitation in Choudhury's deposition in this action.  Without

A limited liability partnership formed in the State of Delaware

1    Denied.  The parties agreed upon a sum of $1,000,000.  Plaintiff admitted that she intended

2    to transfer $1,000,000 but could not raise the funds.  Plaintiff testified that the amount agreed upon

3    in her discussions with Choudhury prior to the investment was $1,000,000, but that she could only

4    come up with $880,000.  *See* transcript of January 11, 2008 deposition of Elizabeth Grewal ("Grewal

5    Depo.") at pp. 174, 186-189.  Choudhury also testified that Plaintiff agreed to transfer $1,000,000

6    for him to invest.  *E.g.*, Choudhury Depo. at p. 109.

7    **REQUEST FOR ADMISSION NO. 21:**

8        At no time during the period from January 2, 2001, to the date of Choudhury's counterclaim

9    – December 3, 2007 – did Amit Choudhury demand of Elizabeth Grewal that she pay him $120,000.

10    **RESPONSE TO REQUEST FOR ADMISSION NO. 21:**

11        Choudhury incorporates by reference his Preliminary Statement as though the same were set

12    forth herein.  Choudhury objects to this Request on the grounds that it is vague and ambiguous, and

13    duplicative of requests asked and answered by Choudhury in discovery before, including without

14    limitation in Choudhury's deposition in this action.

15    **REQUEST FOR ADMISSION NO. 22:**

16        At no time during the period from February 1, 2001, to the date of Choudhury's counterclaim

17    – December 3, 2007 – did Amit Choudhury demand of Elizabeth Grewal that she pay him $120,000.

18    **RESPONSE TO REQUEST FOR ADMISSION NO. 22:**

19    Choudhury incorporates by reference his Preliminary Statement as though the same were set forth

20    herein.  Choudhury objects to this Request on the grounds that it is vague and ambiguous, and

21    duplicative of requests asked and answered by Choudhury in discovery before, including without

22    limitation in Choudhury's deposition in this action.

23    **REQUEST FOR ADMISSION NO. 23:**

24        At no time did Amit Choudhury send a writing to Elizabeth Grewal demanding that she pay

25    him $120,000.

26    **RESPONSE TO REQUEST FOR ADMISSION NO. 23:**

27        Choudhury incorporates by reference his Preliminary Statement as though the same were set

28    forth herein.  Choudhury objects to this Request on the grounds that it is vague and ambiguous,

1 | particular as to the definition of "license," overbroad as to time and scope, and duplicative of

2 | requests asked and answered by Choudhury in discovery before, including without limitation in

3 | Choudhury's deposition in this action.

4

5 | DATED: January 23 2008

6 | REED SMITH LLP

7 | By

8 | David S. Reidy
  | Attorneys for Defendant

9 | AMIT CHOUDHURY

RESPONSES TO REQUESTS FOR ADMISSIONS SET FIVE

**PROOF OF SERVICE**

Re:  *Grewal v. Chodhury*, USDC Northern District, Case No. C-07-4218 CRB

        I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is REED SMITH LLP, Two Embarcadero Center, Suite 2000, San Francisco, CA  94111-3922.  On **January 23, 2008**, I served the following document(s) by the method indicated below:

**DEFENDANT AMIT CHOUDHURY'S RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSIONS, SET FIVE**

☒  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐  by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

☐  by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below.

**For Plaintiff, Elizabeth Grewal**

E. Jeffrey Banchero, Esq.
Kastner / Banchero LLP
20 California Street , 7th Floor
San Francisco, CA 94111
Tel:  (415) 398-7000

        I declare under penalty of perjury under the laws of the United States that the above is true and correct.  Executed on **January 23, 2008**, at San Francisco, California.

Patricia Giatis

DOCSSFO-12487794.8

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1   Harvey L. Leiderman (SBN 55838)
    HLeiderman@ReedSmith.com
2   David S. Reidy (SBN 225904)
    DReidy@ReedSmith.com
3   REED SMITH LLP
    Two Embarcadero Center, Suite 2000
4   San Francisco, CA  94111-3922

5   **Mailing Address:**
    P.O. Box 7936
6   San Francisco, CA  94120-7936

7   Telephone:    (415) 543-8700
    Facsimile:    (415) 391-8269
8
9   Attorneys for Defendant
    AMIT CHOUDHURY

10
                UNITED STATES DISTRICT COURT
11
              NORTHERN DISTRICT OF CALIFORNIA
12

13

14  ELIZABETH GREWAL, an individual,          Case No.: C-07-4218 CRB

15              Plaintiff,                     **DEFENDANT AMIT CHOUDHURY'S
                                              SUPPLEMENTAL RESPONSES TO
16          vs.                               PLAINTIFF'S REQUESTS FOR
                                              ADMISSIONS, SET FIVE**
17  AMIT CHOUDHURY, an individual,

18              Defendant.                     Compl. Filed:    July 19, 2007
                                              Trial Date:      None
19

20                                            *Honorable Charles R. Breyer*

21  _____

22  AMIT CHOUDHURY, an individual,

23              Counter-Claimant,

24          vs.

25  ELIZABETH GREWAL, an individual,

26              Counter-Defendant.

27  _____

28

1  PROPOUNDING PARTY: **Plaintiff ELIZABETH GREWAL**

2  **RESPONDING PARTY:**    **Defendant AMIT CHOUDHURY**

3  **SET NUMBER:**    **FIVE**

4

5      Defendant Amit Choudhury ("Choudhury") hereby supplements his responses to certain of

6  Plaintiff's Requests for Admissions, Set Five, as follows:

**I.    PRELIMINARY STATEMENT**

8      Choudhury responds to the Requests based upon the investigation conducted in the time

9  available since service of the Requests.  As of the date of this Response, discovery is ongoing and,

10  therefore, Choudhury has had an insufficient opportunity to review all documents, interview all

11  witnesses and otherwise obtain information which may prove relevant in this case, including,

12  without limitation, through discovery of Plaintiff and/or third parties.  As a consequence,

13  Choudhury's Response is based upon information now known to Choudhury and which he believes

14  to be relevant to the subject matter covered by the Requests.  Choudhury reserves his right in the

15  future to: (a) make subsequent revision, supplementation or amendment to this Response based upon

16  any information, evidence, documents, facts and things which hereafter may be discovered, or the

17  relevance of which hereafter may be discovered; and/or (b) produce, introduce or rely upon

18  additional or subsequently acquired or discovered writings, evidence and information at trial or in

19  any pretrial proceedings held herein.

**II.    RESPONSES TO REQUESTS FOR ADMISSIONS**

21      **REQUEST FOR ADMISSION NO. 21:**

22      At no time during the period from January 2, 2001, to the date of Choudhury's counterclaim

23  – December 3, 2007 – did Amit Choudhury demand of Elizabeth Grewal that she pay him $120,000.

24      **RESPONSE TO REQUEST FOR ADMISSION NO. 21:**

25      Choudhury incorporates by reference his Preliminary Statement as though the same were set

26  forth herein.  Without waiving and subject to the rights reserved in the Preliminary Statement,

27  Choudhury responds as follows:

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  Choudhury does not remember whether, after January 2, 2001, he demanded of Plaintiff that

2  she pay him $120,000.  Choudhury Depo. at 97-98; 107-108.  Choudhury therefore cannot admit or

3  deny the Request and, on that basis, denies the request.

4  **REQUEST FOR ADMISSION NO. 22:**

5  At no time during the period from February 1, 2001, to the date of Choudhury's counterclaim

6  – December 3, 2007 – did Amit Choudhury demand of Elizabeth Grewal that she pay him $120,000.

7  **RESPONSE TO REQUEST FOR ADMISSION NO. 22:**

8  Choudhury incorporates by reference his Preliminary Statement as though the same were set

9  forth herein.  Without waiving and subject to the rights reserved in the Preliminary Statement,

10 Choudhury responds as follows:

11 Choudhury does not remember whether, after January 2, 2001, he demanded of Plaintiff that

12 she pay him $120,000.  Choudhury Depo. at 97-98; 107-108.  Choudhury therefore cannot admit or

13 deny the Request and, on that basis, denies the request.

14

15 DATED:  February 7, 2008

16                                      REED SMITH LLP

17

18 By _____
                                       David S. Reidy
19                                     Attorneys for Defendant
                                       AMIT CHOUDHURY

20

21

22

23

24

25

26

27

28

*REED SMITH LLP*
*A limited liability partnership formed in the State of Delaware*

SUPPLEMENTAL RESPONSES TO REQUESTS FOR ADMISSIONS SET FIVE

**PROOF OF SERVICE**

Re: *Grewal v. Chodhury*, USDC Northern District, Case No. C-07-4218 CRB

      I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, Two Embarcadero Center, Suite 2000, San Francisco, CA 94111-3922. On **February 8, 2008**, I served the following document(s) by the method indicated below:

**DEFENDANT AMIT CHOUDHURY'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSIONS, SET FIVE**

☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐    by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

☐    by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below.

**For Plaintiff, Elizabeth Grewal**

E. Jeffrey Banchero, Esq.
Kastner / Banchero LLP
20 California Street , 7th Floor
San Francisco, CA 94111
Tel: (415) 398-7000

      I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on **February 8, 2008**, at San Francisco, California.

*Patricia Giatis*
Patricia Giatis

DOCSSFO-12487794.9

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

RFA Resp. 36,
Supp. 37

1  Harvey L. Leiderman (SBN 55838)
   HLeiderman@ReedSmith.com
2  David S. Reidy (SBN 225904)
   DReidy@ReedSmith.com
3  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
4  San Francisco, CA  94111-3922

5  **Mailing Address:**
   P.O. Box 7936
6  San Francisco, CA  94120-7936

7  Telephone:     (415) 543-8700
   Facsimile:     (415) 391-8269
8

   Attorneys for Defendant
9  AMIT CHOUDHURY

10

11            UNITED STATES DISTRICT COURT

12           NORTHERN DISTRICT OF CALIFORNIA

13

14  ELIZABETH GREWAL, an individual,        Case No.: C-07-4218 CRB

            Plaintiff,
15                                           **DEFENDANT AMIT CHOUDHURY'S**
                                             **SUPPLEMENTAL RESPONSES TO**
16       vs.                                 **PLAINTIFF'S REQUESTS FOR**
                                             **ADMISSIONS NOS. 34-37**
17  AMIT CHOUDHURY, an individual,

            Defendant.                       Compl. Filed:   July 19, 2007
18                                           Trial Date:     None
19

20                                           *Honorable Charles R. Breyer*

21  ─────────────────────────────

22  AMIT CHOUDHURY, an individual,

23            Counter-Claimant,

24       vs.

    ELIZABETH GREWAL, an individual,
25
            Counter-Defendant.
26

27

28

─────────────────────────────────────────────────────────

C-07-4218 CRB                          – 1 –                              DOCSSFO-12487556.1

SUPPLEMENTAL RESPONSES TO REQUESTS FOR ADMISSIONS NOS. 34-37

*A limited liability partnership formed in the State of Delaware*

REED SMITH LLP

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

1  **PROPOUNDING PARTY:  Plaintiff ELIZABETH GREWAL**

2  **RESPONDING PARTY:    Defendant AMIT CHOUDHURY**

3  **SET NUMBER:              SIX**

4

5  Defendant Amit Choudhury ("Choudhury") hereby supplements his responses and/or

6  objections to Plaintiff's Requests for Admissions Nos. 34 through 37, as follows:

7  **I.       PRELIMINARY STATEMENT**

8  Choudhury responds to the Requests based upon the investigation conducted in the time

9  available since service of the Requests.  As of the date of this Response, discovery is ongoing and,

10 therefore, Choudhury has had an insufficient opportunity to review all documents, interview all

11 witnesses and otherwise obtain information which may prove relevant in this case, including,

12 without limitation, through discovery of Plaintiff and/or third parties.  As a consequence,

13 Choudhury's Response is based upon information now known to Choudhury and which he believes

14 to be relevant to the subject matter covered by the Requests.  Choudhury reserves his right in the

15 future to: (a) make subsequent revision, supplementation or amendment to this Response based upon

16 any information, evidence, documents, facts and things which hereafter may be discovered, or the

17 relevance of which hereafter may be discovered; and/or (b) produce, introduce or rely upon

18 additional or subsequently acquired or discovered writings, evidence and information at trial or in

19 any pretrial proceedings held herein.

20 **II.      RESPONSES TO REQUESTS FOR ADMISSIONS**

21 **REQUEST FOR ADMISSION NO. 34:**

22 When Amit Choudhury signed the Term Promissory Note, Exh. A to the First Amended

23 Complaint, he had no intention of paying Elizabeth Grewal $1,000,000 upon the expiration of the

24 term of the note, which was five years.

25 **RESPONSE TO REQUEST FOR ADMISSION NO. 34:**

26 Choudhury incorporates by reference his Preliminary Statement as though the same were set

27 forth herein.  Choudhury objects to this Request on the grounds that it: (i) is compound; (ii) is

28 argumentative and calls for a legal conclusion; and (iii) is unduly burdensome, repetitive and

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1   **REQUEST FOR ADMISSION NO. 36:**

2       Amit Choudhury has made no payments to Elizabeth Grewal under the Term Promissory

3   Note, Exh. A to the First Amended Complaint.

4   **RESPONSE TO REQUEST FOR ADMISSION NO. 36:**

5       Choudhury incorporates by reference his Preliminary Statement as though the same were set

6   forth herein.  Choudhury objects to this Request on the grounds that it: (i) is argumentative and calls

7   for a legal conclusion; and (ii) is unduly burdensome, repetitive and duplicative of requests asked

8   and answered by Choudhury in discovery before, including without limitation in Choudhury's

9   deposition in this action. Without waiving and subject to the rights reserved in the Preliminary

10  Statement, Choudhury responds as follows:  Admitted.

11  **REQUEST FOR ADMISSION NO. 37:**

12      Amit Choudhury was not damaged by Elizabeth Grewal's alleged refusal to provide him with

13  $120,000 in addition to the $880,000 that Amit Choudhury received from her on December 13,

14  2000.

15  **RESPONSE TO REQUEST FOR ADMISSION NO. 37:**

16      Choudhury incorporates by reference his Preliminary Statement as though the same were set

17  forth herein.  Choudhury objects to this Request on the grounds that it: (i) calls for a legal

18  conclusion; and (ii) is unduly burdensome, repetitive and duplicative of requests asked and answered

19  by Choudhury in discovery before, including without limitation in Choudhury's deposition in this

20  action.  Without waiving and subject to the rights reserved in the Preliminary Statement, Choudhury

21  responds as follows:  Denied.

22

23  DATED:  March 25, 2008

24                                          REED SMITH LLP

25

26                                          By
                                               David S. Reidy
27                                             Attorneys for Defendant
                                               AMIT CHOUDHURY
28

SUPPLEMENTAL RESPONSES TO REQUESTS FOR ADMISSIONS NOS. 34-37

# PROOF OF SERVICE

Re: *Grewal v. Chodhury*, USDC Northern District, Case No. C-07-4218 CRB

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, Two Embarcadero Center, Suite 2000, San Francisco, CA 94111-3922. On **March 25, 2008**, I served the following document(s) by the method indicated below:

**DEFENDANT AMIT CHOUDHURY'S SUPPLEMENTAL RESPONSES
TO PLAINTIFF'S REQUESTS FOR ADMISSIONS NOS. 34-37**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below.

**For Plaintiff, Elizabeth Grewal**

E. Jeffrey Banchero, Esq.
Kastner / Banchero LLP
20 California Street, 7th Floor
San Francisco, CA 94111
Tel: (415) 398-7000

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on **March 25, 2008**, at San Francisco, California.

*Elaine Lew*
Elaine Lew

DOCSSFO-12487794.11-DSREIDY

# RFA Resp.s
# 37, 38, 39, 40

1  Harvey L. Leiderman (SBN 55838)
   HLeiderman@ReedSmith.com
2  David S. Reidy (SBN 225904)
   DReidy@ReedSmith.com
3  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
4  San Francisco, CA  94111-3922

5  **Mailing Address:**
   P.O. Box 7936
6  San Francisco, CA  94120-7936

7  Telephone:     (415) 543-8700
   Facsimile:     (415) 391-8269
8

9  Attorneys for Defendant
   AMIT CHOUDHURY

10

11            UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13

14  ELIZABETH GREWAL, an individual,          Case No.: C-07-4218 CRB

15            Plaintiff,                       **DEFENDANT AMIT CHOUDHURY'S
                                               RESPONSES TO PLAINTIFF'S
16       vs.                                   REQUESTS FOR ADMISSIONS, SET SIX**

17  AMIT CHOUDHURY, an individual,

18            Defendant.                       Compl. Filed:   July 19, 2007
                                               Trial Date:     None
19
                                               *Honorable Charles R. Breyer*
20

21  AMIT CHOUDHURY, an individual,

22            Counter-Claimant,

23       vs.

24  ELIZABETH GREWAL, an individual,

25            Counter-Defendant.

26

27

28

*REED SMITH LLP*
*A limited liability partnership formed in the State of Delaware*

**PROPOUNDING PARTY:** **Plaintiff ELIZABETH GREWAL**

**RESPONDING PARTY:**    **Defendant AMIT CHOUDHURY**

**SET NUMBER:**            **SIX**

Defendant Amit Choudhury ("Choudhury") responds and/or objects as follows to the

Requests for Admissions, Set Six, served by plaintiff Elizabeth Grewal ("Plaintiff") on January 15,

2008:

## I.        PRELIMINARY STATEMENT

Choudhury responds to the Requests based upon the investigation conducted in the time

available since service of the Requests. As of the date of this Response, discovery is ongoing and,

therefore, Choudhury has had an insufficient opportunity to review all documents, interview all

witnesses and otherwise obtain information which may prove relevant in this case, including,

without limitation, through discovery of Plaintiff and/or third parties. As a consequence,

Choudhury's Response is based upon information now known to Choudhury and which he believes

to be relevant to the subject matter covered by the Requests. Choudhury reserves his right in the

future to: (a) make subsequent revision, supplementation or amendment to this Response based upon

any information, evidence, documents, facts and things which hereafter may be discovered, or the

relevance of which hereafter may be discovered; and/or (b) produce, introduce or rely upon

additional or subsequently acquired or discovered writings, evidence and information at trial or in

any pretrial proceedings held herein.

## II.        RESPONSES TO REQUESTS FOR ADMISSIONS

### REQUEST FOR ADMISSION NO. 34:

When Amit Choudhury signed the Term Promissory Note, Exh. A to the First Amended

Complaint, he had no intention of paying Elizabeth Grewal $1,000,000 upon the expiration of the

term of the note, which was five years.

### RESPONSE TO REQUEST FOR ADMISSION NO. 34:

Choudhury incorporates by reference his Preliminary Statement as though the same were set

forth herein. Choudhury objects to this Request on the grounds that it: (i) is compound; (ii) calls for

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

1  a legal conclusion; and (iii) is unduly burdensome, repetitive and duplicative of requests asked and

2  answered by Choudhury in discovery before, including without limitation in Choudhury's deposition

3  in this action.

4      **REQUEST FOR ADMISSION NO. 35:**

5      When Amit Choudhury signed the Term Promissory Note, Exh. A to the First Amended

6  Complaint, he had no intention of paying Elizabeth Grewal 4% per annum on $1,000,000 upon the

7  expiration of the term of the note, which was five years.

8      **RESPONSE TO REQUEST FOR ADMISSION NO. 35:**

9      Choudhury incorporates by reference his Preliminary Statement as though the same were set

10  forth herein. Choudhury objects to this Request on the grounds that it: (i) is compound; (ii) calls for

11  a legal conclusion; and (iii) is unduly burdensome, repetitive and duplicative of requests asked and

12  answered by Choudhury in discovery before, including without limitation in Choudhury's deposition

13  in this action.

14      **REQUEST FOR ADMISSION NO. 36:**

15      Amit Choudhury has made no payments to Elizabeth Grewal under the Term Promissory

16  Note, Exh. A to the First Amended Complaint.

17      **RESPONSE TO REQUEST FOR ADMISSION NO. 36:**

18      Choudhury incorporates by reference his Preliminary Statement as though the same were set

19  forth herein. Choudhury objects to this Request on the grounds that it: (i) calls for a legal

20  conclusion; and (ii) is unduly burdensome, repetitive and duplicative of requests asked and answered

21  by Choudhury in discovery before, including without limitation in Choudhury's deposition in this

22  action.

23      **REQUEST FOR ADMISSION NO. 37:**

24      Amit Choudhury was not damaged by Elizabeth Grewal's alleged refusal to provide him with

25  $120,000 in addition to the $880,000 that Amit Choudhury received from her on December 13,

26  2000.

27  ///

28  ///

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**RESPONSE TO REQUEST FOR ADMISSION NO. 37:**

Choudhury incorporates by reference his Preliminary Statement as though the same were set forth herein. Choudhury objects to this Request on the grounds that it: (i) calls for a legal conclusion; and (ii) is unduly burdensome, repetitive and duplicative of requests asked and answered by Choudhury in discovery before, including without limitation in Choudhury's deposition in this action.

**REQUEST FOR ADMISSION NO. 38:**

In 2000, Amit Choudhury served as the Chief Executive Office of Finexa, Inc..

**RESPONSE TO REQUEST FOR ADMISSION NO. 38:**

Choudhury incorporates by reference his Preliminary Statement as though the same were set forth herein. Choudhury objects to this Request on the grounds that it: (i) is not relevant or reasonably calculated to lead to the discovery of admissible evidence; (ii) is unduly burdensome, repetitive and duplicative of requests asked and answered by Choudhury in discovery before, including without limitation in Choudhury's deposition in this action; and (iii) seeks information already known to or in possession of Plaintiff. Without waiving and subject to the rights reserved in the Preliminary Statement and the foregoing objections, Choudhury responds to this Request as follows:

Admitted.

**REQUEST FOR ADMISSION NO. 39:**

Amit Choudhury was a co-founder of Finexa, Inc.

**RESPONSE TO REQUEST FOR ADMISSION NO. 39:**

Choudhury incorporates by reference his Preliminary Statement as though the same were set forth herein. Choudhury objects to this Request on the grounds that it: (i) is not relevant or reasonably calculated to lead to the discovery of admissible evidence; (ii) is unduly burdensome, repetitive and duplicative of requests asked and answered by Choudhury in discovery before, including without limitation in Choudhury's deposition in this action; and (iii) seeks information already known to or in possession of Plaintiff. Without waiving and subject to the rights reserved in

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

the Preliminary Statement and the foregoing objections, Choudhury responds to this Request as follows:

Admitted.

**REQUEST FOR ADMISSION NO. 40:**

In 2000, Amit Choudhury owned shares of common stock of Finexa, Inc.

**RESPONSE TO REQUEST FOR ADMISSION NO. 40:**

Choudhury incorporates by reference his Preliminary Statement as though the same were set forth herein. Choudhury objects to this Request on the grounds that it: (i) is not relevant or reasonably calculated to lead to the discovery of admissible evidence; (ii) is unduly burdensome, repetitive and duplicative of requests asked and answered by Choudhury in discovery before, including without limitation in Choudhury's deposition in this action; and (iii) seeks information already known to or in possession of Plaintiff. Without waiving and subject to the rights reserved in the Preliminary Statement and the foregoing objections, Choudhury responds to this Request as follows:

Admitted.

DATED: February 18, 2008

REED SMITH LLP

By _____
David S. Reidy
Attorneys for Defendant
AMIT CHOUDHURY

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

RESPONSES TO REQUESTS FOR ADMISSIONS SET SIX

**PROOF OF SERVICE**

Re: *Grewal v. Chodhury*, USDC Northern District, Case No. C-07-4218 CRB

        I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, Two Embarcadero Center, Suite 2000, San Francisco, CA 94111-3922. On **February 18, 2008**, I served the following document(s) by the method indicated below:

**DEFENDANT AMIT CHOUDHURY'S RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSIONS, SET SIX**

☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐    by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

☐    by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below.

**For Plaintiff, Elizabeth Grewal**

E. Jeffrey Banchero, Esq.
Kastner / Banchero LLP
20 California Street, 7th Floor
San Francisco, CA 94111
Tel: (415) 398-7000

        I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on **February 18, 2008**, at San Francisco, California.

*Patricia Giatis*
Patricia Giatis

DOCSSFO-12487794.9

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

RFD Resp. 24, 29, 31

1  Harvey L. Leiderman (SBN 55838)
   HLeiderman@ReedSmith.com
2  David S. Reidy (SBN 225904)
   DReidy@ReedSmith.com
3  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
4  San Francisco, CA  94111-3922

5  **Mailing Address:**
   P.O. Box 7936
6  San Francisco, CA  94120-7936

7  Telephone:     (415) 543-8700
   Facsimile:     (415) 391-8269
8
   Attorneys for Defendant
9  AMIT CHOUDHURY

10             UNITED STATES DISTRICT COURT

11           NORTHERN DISTRICT OF CALIFORNIA

12

13

14  ELIZABETH GREWAL, an individual,        Case No.: C-07-4218 CRB

15               Plaintiff,                 **DEFENDANT AMIT CHOUDHURY'S
                                            SUPPLEMENTAL RESPONSES TO
16       vs.                                CERTAIN OF PLAINTIFF'S REQUESTS
                                            FOR PRODUCTION OF DOCUMENTS,
17  AMIT CHOUDHURY, an individual,          SETS THREE & FOUR**

18               Defendant.

19                                          Compl. Filed:    July 19, 2007
                                            Trial Date:      None
20
                                            *Honorable Charles R. Breyer*
21

22  AMIT CHOUDHURY, an individual,

23               Counter-Claimant,

24       vs.

25  ELIZABETH GREWAL, an individual,

26               Counter-Defendant.

27

28

C-07-4218 CRB                    – 1 –                          DOCSSFO-12487556.1
SUPPLEMENTAL RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS

A limited liability partnership formed in the State of Delaware
REED SMITH LLP

1  **PROPOUNDING PARTY:  Plaintiff ELIZABETH GREWAL**

2  **RESPONDING PARTY:    Defendant AMIT CHOUDHURY**

3  **SET NUMBER(S):         Three & Four**

4

5  Defendant Amit Choudhury ("Choudhury") hereby supplements his responses to certain of

6  Plaintiff's Requests for Production of Documents ("Requests"), Sets Three and Four, as follows:

7  **I.        PRELIMINARY STATEMENT**

8  Choudhury responds to the Requests based upon the investigation conducted in the time

9  available since service of the Requests.  As of the date of this Response, discovery is ongoing and,

10  therefore, Choudhury has had an insufficient opportunity to review all documents, interview all

11  witnesses and otherwise obtain information which may prove relevant in this case, including,

12  without limitation, through discovery of Plaintiff and/or third parties.  As a consequence,

13  Choudhury's Response is based upon information now known to Choudhury and which he believes

14  to be relevant to the subject matter covered by the Requests.  Choudhury reserves his right in the

15  future to: (a) make subsequent revision, supplementation or amendment to this Response based upon

16  any information, evidence, documents, facts and things which hereafter may be discovered, or the

17  relevance of which hereafter may be discovered; and/or (b) produce, introduce or rely upon

18  additional or subsequently acquired or discovered writings, evidence and information at trial or in

19  any pretrial proceedings held herein.

20  **II.       RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS**

21  **REQUEST FOR PRODUCTION NO. 23:**

22  For the period from 2000 to the present, all capitalization tables for Finexa, Inc.

23  **RESPONSE TO REQUEST FOR PRODUCTION NO. 23:**

24  Choudhury incorporates by reference his Preliminary Statement as though the same were set

25  forth in full herein.  Choudhury objects to this Request on the grounds that it: (i) seeks documents

26  not in Choudhury's possession, custody or control;  (ii) seeks documents that are not relevant or

27  calculated to lead to the discovery of admissible evidence in this action; (iii) does not specify the

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  documents sought with reasonable particularity; (iv) is vague and ambiguous, in particular with

2  regard to the term "capitalization tables"; and (v) is overbroad as to time and scope.

3      After a reasonable search and diligent inquiry, Choudhury is not in possession, custody, or

4  control of any documents responsive to this Request, and is informed and believes that no such

5  documents exist.

6  **REQUEST FOR PRODUCTION NO. 24:**

7      For the period from 2000 to the present, all balance sheets for Finexa, Inc.

8  **RESPONSE TO REQUEST FOR PRODUCTION NO. 24:**

9      Choudhury incorporates by reference his Preliminary Statement as though the same were set

10  forth in full herein.  Choudhury objects to this Request on the grounds that it: (i) seeks documents

11  not in Choudhury's possession, custody or control;  (ii) seeks documents that are not relevant or

12  calculated to lead to the discovery of admissible evidence in this action; (iii) does not specify the

13  documents sought with reasonable particularity; (iv) is vague and ambiguous, in particular with

14  regard to the term "balance sheets"; and (v) is overbroad as to time and scope.

15      After a reasonable search and diligent inquiry, Choudhury is not in possession, custody, or

16  control of any documents responsive to this Request, and is informed and believes that no such

17  documents exist.

18  **REQUEST FOR PRODUCTION NO. 25:**

19      For the period from 2000 to the present, all documents that refer or relate to any investments

20  by Grewal in Finexa, Inc.

21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 25:**

22      Choudhury incorporates by reference his Preliminary Statement as though the same were set

23  forth in full herein.  Choudhury objects to this Request on the grounds that it: (i) seeks documents

24  not in Choudhury's possession, custody or control;  (ii) seeks documents that are not relevant or

25  calculated to lead to the discovery of admissible evidence in this action; (iii) does not specify the

26  documents sought with reasonable particularity; and (iv) is overbroad as to time and scope.

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

SUPPLEMENTAL RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**REQUEST FOR PRODUCTION NO. 28:**

For the period from 2000 to the present, all balance sheets for FXI Investments, LLC.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 28:**

Choudhury incorporates by reference his Preliminary Statement as though the same were set forth in full herein. Choudhury objects to this Request on the grounds that it: (i) seeks documents not in Choudhury's possession, custody or control; (ii) seeks documents that are not relevant or calculated to lead to the discovery of admissible evidence in this action; (iii) does not specify the documents sought with reasonable particularity; (iv) is vague and ambiguous, in particular with regard to the term "balance sheets"; and (v) is overbroad as to time and scope.

After a reasonable search and diligent inquiry, Choudhury is not in possession, custody, or control of any documents responsive to this Request, and is informed and believes that no such documents exist.

**REQUEST FOR PRODUCTION NO. 29:**

For the period from July 1, 2000, to September 30, 2001, the financial statements for Finexa, Inc.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 29:**

Choudhury incorporates by reference his Preliminary Statement as though the same were set forth in full herein. Choudhury objects to this Request on the grounds that it: (i) seeks documents not in Choudhury's possession, custody or control; (ii) seeks documents that are not relevant or calculated to lead to the discovery of admissible evidence in this action; (iii) does not specify the documents sought with reasonable particularity; (iv) is vague and ambiguous, in particular with regard to the term "financial statements"; and (v) is overbroad as to time and scope.

After a reasonable search and diligent inquiry, Choudhury is not in possession, custody, or control of any documents responsive to this Request, and is informed and believes that no such documents exist.

**REQUEST FOR PRODUCTION NO. 30:**

For the period from July 1, 2000, to September 30, 2001, the financial statements for FXI Investments, Inc.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  **RESPONSE TO REQUEST FOR PRODUCTION NO. 30:**

2      Choudhury incorporates by reference his Preliminary Statement as though the same were set

3  forth in full herein.  Choudhury objects to this Request on the grounds that it: (i) seeks documents

4  not in Choudhury's possession, custody or control; (ii) seeks documents that are not relevant or

5  calculated to lead to the discovery of admissible evidence in this action; (iii) does not specify the

6  documents sought with reasonable particularity; (iv) is vague and ambiguous, in particular with

7  regard to the term "financial statements"; and (v) is overbroad as to time and scope.

8      After a reasonable search and diligent inquiry, Choudhury is not in possession, custody, or

9  control of any documents responsive to this Request, and is informed and believes that no such

10  documents exist.

11  **REQUEST FOR PRODUCTION NO. 31:**

12      For the period from July 1, 2000, to September 30, 2001, all documents that refer or relate to

13  contributions of capital made to or received by Finexa, Inc., including contributions of capital by

14  shareholders, employees, officers, or other persons.

15  **RESPONSE TO REQUEST FOR PRODUCTION NO. 31:**

16      Choudhury incorporates by reference his Preliminary Statement as though the same were set

17  forth in full herein.  Choudhury objects to this Request on the grounds that it: (i) seeks documents

18  not in Choudhury's possession, custody or control; (ii) seeks documents that are not relevant or

19  calculated to lead to the discovery of admissible evidence in this action; (iii) does not specify the

20  documents sought with reasonable particularity; (iv) is vague and ambiguous, in particular with

21  regard to the term "contributions of capital"; and (v) is overbroad as to time and scope.

22      After a reasonable search and diligent inquiry, Choudhury is not in possession, custody, or

23  control of any documents responsive to this Request, and is informed and believes that no such

24  documents exist.

25  **REQUEST FOR PRODUCTION NO. 33:**

26      All documents that refer or relate to the Finexa, Inc. Promissory Note.

27  ///

28  ///

**RESPONSE TO REQUEST FOR PRODUCTION NO. 33:**

Choudhury incorporates by reference his Preliminary Statement as though the same were set forth in full herein. Choudhury objects to this Request on the grounds that it: (i) seeks documents not in Choudhury's possession, custody or control; (ii) seeks documents that are not relevant or calculated to lead to the discovery of admissible evidence in this action; (iii) does not specify the documents sought with reasonable particularity; (iv) is vague and ambiguous; and (v) is overbroad as to time and scope.

Choudhury has already produced all responsive, non-privileged documents in his possession, custody or control.

DATED: March 24 2008

REED SMITH LLP

By _____
David S. Reidy
Attorneys for Defendant
AMIT CHOUDHURY

SUPPLEMENTAL RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**PROOF OF SERVICE**

Re: *Grewal v. Chodhury*, USDC Northern District, Case No. C-07-4218 CRB

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, Two Embarcadero Center, Suite 2000, San Francisco, CA 94111-3922. On **March 24, 2008**, I served the following document(s) by the method indicated below:

**DEFENDANT AMIT CHOUDHURY'S SUPPLEMENTAL RESPONSES TO CERTAIN OF PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS, SETS THREE AND FOUR**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below.

**For Plaintiff, Elizabeth Grewal**

E. Jeffrey Banchero, Esq.
Kastner / Banchero LLP
20 California Street, 7th Floor
San Francisco, CA 94111
Tel:  (415) 398-7000

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on **March 24, 2008**, at San Francisco, California.



Elaine Lew

DOCSSFO-12487794.10-DSREIDY

REED SMITH LLP
A limited liability partnership formed in the State of Delaware