IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GREWAL,<br><br>        Plaintiff,<br><br>   v.<br><br>AMIT CHOUDHURY,<br><br>        Defendant._____ / | No. C 07-04218 CRB<br><br>**SCHEDULING ORDER** |

In light of Plaintiff's motion for summary judgment noticed for May 23, 2008, the hearing on Defendant's motion for summary judgment scheduled for May 9, 2008 is hereby rescheduled to May 23, 2008 at 10:00a.m. so that the Court may adjudicate the motions contemporaneously. The briefing schedule will remain unaltered; accordingly, Choudhury shall file his reply in support of Defendant's motion for summary judgment by Friday, April 25, 2008.

**IT IS SO ORDERED.**

Dated: April 22, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\4218\Scheduling Order.wpd