IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GREWAL, | No. C 07-04218 CRB |
|     Plaintiff, | **ORDER** |
|   v. | |
| AMIT CHOUDHURY, | |
|     Defendant.                                       / | |

On or before Wednesday, April 30, 2008, Plaintiff shall submit a copy of the full transcript from the deposition of Amit Choudhury dated January 10, 2008, and Defendant shall submit a copy of the full transcript from the deposition of Elizabeth Grewal dated January 11, 2008.

**IT IS SO ORDERED.**

Dated: April 28, 2008                                          CHARLES R. BREYER
                                                                          UNITED STATES DISTRICT JUDGE