1  E. Jeffrey Banchero (SBN 93077)
   ejb@kastnerbanchero.com
2  Scott R. Raber (SBN 194924)
   srr@kastnerbanchero.com
3  KASTNER | BANCHERO LLP
4  20 California Street, Seventh Floor
   San Francisco, California 94111
5  Telephone: (415) 398-7000
   Facsimile: (415) 616-7000
6
7  Attorneys for Plaintiff and Counter-Defendant
   ELIZABETH GREWAL
8
9
10                    UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12
13 | ELIZABETH GREWAL,              | CASE NO. C-07-4218 CRB
14 |     Plaintiff,                 |
15 |                                | **PLAINTIFF ELIZABETH GREWAL'S**
   |     v.                         | **NOTICE OF COMPLIANCE WITH**
16 |                                | **THE COURT'S APRIL 28, 2008 ORDER**
   | AMIT CHOUDHURY,                | **REQUIRING SUBMISSION OF**
17 |                                | **DEPOSITION TRANSCRIPTS**
   |     Defendants.                |
18
19 | AND RELATED COUNTERCLAIM
20
21
22
23
24
25
26
27
28
-1-
**PLAINTIFF ELIZABETH GREWAL'S NOTICE OF COMPLIANCE WITH THE COURT'S APRIL 28, 2008 ORDER REQUIRING SUBMISSION OF DEPOSITION TRANSCRIPTS**
Case No. C-07-4218 CRB

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff Elizabeth Grewal hereby gives notice that she has complied with the Court's Order of April 28, 2008, by causing hand delivery of one copy of the complete deposition transcript of Amit Choudhury to The Honorable Charles R. Breyer, United States District Court for the Northern District of California, 450 Golden Gate Avenue, Courtroom 8, San Francisco, California.

DATED: April 30, 2008                    KASTNER | BANCHERO LLP


By: _____/S/_____
   E. Jeffrey Banchero
   Scott R. Raber

Attorneys for Plaintiff and Counter-Defendant
ELIZABETH GREWAL

-2-
**PLAINTIFF ELIZABETH GREWAL'S NOTICE OF COMPLIANCE WITH THE COURT'S APRIL 28, 2008 ORDER REQUIRING SUBMISSION OF DEPOSITION TRANSCRIPTS**
Case No. C-07-4218 CRB