Harvey L. Leiderman (SBN 55838)
HLeiderman@ReedSmith.com
David S. Reidy (SBN 225904)
DReidy@ReedSmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:     (415) 543-8700
Facsimile:     (415) 391-8269

Attorneys for Defendant
AMIT CHOUDHURY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GREWAL, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AMIT CHOUDHURY, an individual,<br><br>　　　　Defendant. | Case No.: C-07-4218 CRB<br><br>**DEFENDANT AMIT CHOUDHURY'S NOTICE OF COMPLIANCE WITH THE COURT'S APRIL 28, 2008 ORDER REQUIRING SUBMISSION OF PLAINTIFF'S DEPOSITION TRANSCRIPT** |
| AMIT CHOUDHURY, an individual,<br><br>　　　　Counter-Claimant,<br><br>　vs.<br><br>ELIZABETH GREWAL, an individual,<br><br>　　　　Counter-Defendant. | Compl. Filed:     July 19, 2007<br>Trial Date:        August 18, 2008<br><br>*Honorable Charles R. Breyer* |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**TO THE CLERK OF THE COURT, PLAINTIFF, AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT, on April 30, 2008, Defendant Amit Choudhury complied with this Court's April 28, 2008 Order by causing a certified copy of the complete deposition transcript of Elizabeth Grewal to be lodged with this Court.


DATED:  April 30, 2008

REED SMITH LLP


By_____/s/_____
      David S. Reidy
      Attorneys for Defendant
      AMIT CHOUDHURY

DOCSSFO-12513615.1

NOTICE OF COMPLIANCE WITH COURT'S APRIL 28, 2008 ORDER        Case No. C-07-4218 CRB

DOCSSFO-12513615.1