Harvey L. Leiderman (SBN 55838)
HLeiderman@ReedSmith.com
David S. Reidy (SBN 225904)
DReidy@ReedSmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   (415) 543-8700
Facsimile:   (415) 391-8269

Attorneys for Defendant
AMIT CHOUDHURY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GREWAL, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AMIT CHOUDHURY, an individual,<br><br>　　　　　Defendant.<br><br>―――――――――――――<br>AMIT CHOUDHURY, an individual,<br><br>　　　　　Counter-Claimant,<br><br>vs.<br><br>ELIZABETH GREWAL, an individual,<br><br>　　　　　Counter-Defendant. | Case No.: C-07-4218 CRB<br><br>**SUPPLEMENTAL DECLARATION OF AMIT CHOUDHURY IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON PROMISSORY NOTE AND MONEY LENT CLAIMS**<br><br>Date:　　　　May 23, 2008<br>Time:　　　　10:00 a.m.<br>Place:　　　Courtroom 8, 19th Floor<br><br>Compl. Filed:　July 19, 2007<br>Trial Date:　　August 18, 2008<br><br>*Honorable Charles R. Breyer* |

I, Amit Choudhury, hereby declare and state as follows:

1. I am the defendant and counter-claimant in this action. I have personal knowledge of the following facts and, if called upon as a witness, I could and would testify truthfully thereto.

2. In 2000, I co-founded Finexa, Inc. ("Finexa"), a company set up to sell financial planning software, in San Francisco, California. At that time, I was also one of the initial investors and members of Pinnacle Partners Capital, L.P. ("PPC"), a hedge fund. In January 2000, plaintiff Elizabeth Grewal ("Plaintiff") sought and became a limited partner in PPC, by making an initial capital contribution of $100,000. In or around June, 2000, Finexa hired Plaintiff as Director of Marketing. In September 2000, Plaintiff also invested $50,000 in FXI Investments, LLC, a company whose sole purpose was to invest in Finexa.

3. When I received the $880,000 at issue in this action on December 13, 2000, I expected Plaintiff to send me an additional $120,000, because Plaintiff and I had discussed an investment of $1,000,000, not $880,000. On December 23, 2000, I sent Plaintiff an email in which I suggested to her that we could use the capital she had invested in PPC, which was worth over $120,000 at that time, to make up the entire $1,000,000 that we discussed. I suggested using $120,000 of her PPC investment for this purpose and sending her whatever balance was left over and above that amount. A true and correct copy of the email, which was produced in this action as document number AC039-040, is attached hereto as **Exhibit A**. Plaintiff did not respond to my email in time to disburse the funds at the end of that calendar year.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: May 2, 2008



/s/
AMIT CHOUDHURY

– 2 –                                        Case No.: C-07-4218 CRB
SUPPLEMENTAL DECLARATION OF AMIT CHOUDHURY

# EXHIBIT A

**Amit Choudhury**

**From:** eeilert@earthlink.net
**Sent:** Wednesday, January 17, 2001 10:01 PM
**To:** Amit Choudhury
**Subject:** Re: November Results & Tax implications for 2000

Thanks, but I meant the OTHER stuff, the BIG thing...

Hope NY is going great. Congrats on getting into Morgan!

Buff

> From: Amit Choudhury <Amit.Choudhury@PinnaclePartners.com>
> Date: Tue, 16 Jan 2001 21:16:06 -0800
> To: eeilert@earthlink.net
> Subject: RE: November Results & Tax implications for 2000
>
> This was more an FYI for you. Your K-1's should be out in the next
> few weeks once the accountants deal with the data. Will let you when
> they are ready.
>
> AC
>
> -----Original Message-----
> From: eeilert@earthlink.net [mailto:eeilert@earthlink.net]
> Sent: Tuesday, January 16, 2001 9:04 PM
> To: Amit Choudhury
> Subject: Re: November Results & Tax implications for 2000
>
>
>
> Hi,
>
> Not sure if I answered this or not -- I don't check it too often anymore.
> Sounds fine. Looking for info/receipt for the other stuff....
>
> I know you're extremely busy. Just give me an update.
>
> Thanks,
>
> Buff
>
>> From: Amit Choudhury <Amit.Choudhury@PinnaclePartners.com>

1

AC-039

```
>> Date: Sat, 23 Dec 2000 16:33    -0800
>> To: "'eeilert@earthlink.net'" <eeilert@earthlink.net>
>> Subject: RE: November Results & Tax implications for 2000
>>
>> Here's an alternative. I can send you the balance between the year
>> end networth and $120K (the diff. we discussed). That should put you
>> within a stone's throw of the tax implication. Also, please take
>> into account any gains/losses in your Schwab account. If your gains
>> are too high, you may want to sell some big losers and balance the
>> gains for the year. I know
> you
>> don't like selling at a loss, but this is the one time it actually
>> makes financial sense - and lets you clear out the cobwebs from your portfolio.
>>
>> AC
>>
>>
>
```