# APPENDIX

# Loan to Anit Choudhury, debtor ("Anis") Holdings, Ltd.

| Date | Minimum due = Principal + Int. at 40% per annum Cpm pound at 40% simple int. | Simple Interest at 40% per annum Cpm pound at 8% annum | NOTES | Interest Paid |
|---|---|---|---|---|
| Dec 13, 2000 | $880,000 | | Wire from Schwab acct. -0366 to Golden Gate Bank acct. 8032411161 $880,000 | |
| Jan 2, 2001 | $1,000,000 | | daily compounding 365-day year | $ 0 |
| Jan 2, 2002 | $1,640,000 | $40,000 | | $ 0 |
| Jan 2, 2003 | $1,680,000 | $83,164 | Received promissory note, signed by A. Choudhury $1,000,000 | $ 0 |
| Jan 2, 2004 | $1,120,000 | $127,366 | | $ 0 |
| Jan 2, 2005 | $1,160,000 | $173,372 | | $ 0 |
| Jan 2, 2006 | $1,200,000 | $321,122 | 5-year term expires. In default | $ 0 |
| Jan 2, 2007 | $1,240,000 | $280,854 | Demand for Payment sent, return receipt | $ 0 |
| Jan 2, 2008 | $1,280,000 | $322,819 | | $ 0 |

100046

23

EXHIBIT 56 Deponent Gurneal Date 8/11/06 Rptr. SS WWW.DEPOBOOK.COM