1  E. Jeffrey Banchero (SBN 93077)
   ejb@kastnerbanchero.com
2  Scott R. Raber (SBN 194924)
   srr@kastnerbanchero.com
3  KASTNER | BANCHERO LLP
4  20 California Street, Seventh Floor
   San Francisco, California 94111
5  Telephone: (415) 398-7000
   Facsimile: (415) 616-7000
6

7  Attorneys for Plaintiff and Counter-Defendant
   ELIZABETH GREWAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ELIZABETH GREWAL,<br><br>                Plaintiff,<br><br>         v.<br><br>AMIT CHOUDHURY,<br><br>                Defendants.<br><br>AND RELATED COUNTERCLAIM | CASE NO. C-07-4218 CRB<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO AMEND ANSWER**<br><br>Date:         June 27, 2008<br>Time:        10:00 A.M.<br>Courtroom:  8, 19th Floor<br><br>(Before Hon. Charles R. Breyer) |
|---|---|

1  TO DEFENDANT AND HIS ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on June 27, 2008, at 10:00 A.M., or as soon thereafter as the

3  matter may be heard, in Courtroom 8 of the above-entitled Court, located at 450 Golden Gate

4  Avenue, San Francisco, California 94102, plaintiff, Elizabeth Grewal ("Plaintiff"), will and hereby

5  does move for an order to permit her to file an amended answer in this action to include a statute-of-

6  limitations defense.

7  Plaintiff's Motion is based on this Notice of Motion; the Memorandum of Points and

8  Authorities; and the Declaration of E. Jeffrey Banchero in Support of the Motion, filed herewith.

9  This Motion is also based upon the complete files and records in this action, any matters that may be

10 judicially noticed, and any oral or documentary evidence that may be presented at the hearing on

11 this matter.

12 DATED: May 23, 2008                KASTNER | BANCHERO LLP

13
                                     By: _____/S/_____
14                                        E. Jeffrey Banchero
                                          Scott R. Raber
15
                                     Attorneys for Plaintiff and Counter-Defendant
16                                    ELIZABETH GREWAL

17

18

19

20

21

22

23

24

25

26

27

28

-1-
PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO AMEND ANSWER        Case No. C-07-4218 CRB