E. Jeffrey Banchero (SBN 93077)
ejb@kastnerbanchero.com
Scott R. Raber (SBN 194924)
srr@kastnerbanchero.com
KASTNER | BANCHERO LLP
20 California Street, Seventh Floor
San Francisco, California 94111
Telephone: (415) 398-7000
Facsimile: (415) 616-7000

Attorneys for Plaintiff and Counter-Defendant
ELIZABETH GREWAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GREWAL,<br><br>    Plaintiff,<br><br>    v.<br><br>AMIT CHOUDHURY,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIM | CASE NO. C-07-4218 CRB<br><br>**DECLARATION OF E. JEFFREY BANCHERO IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND ANSWER**<br><br>Date:           June 27, 2008<br>Time:          10:00 A.M.<br>Courtroom:  8, 19th Floor<br><br>(Before Hon. Charles R. Breyer) |

---

DECL. OF E. JEFFREY BANCHERO IN SUP. OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND ANSWER    Case No. C-07-4218 CRB

I, E. JEFFREY BANCHERO, hereby declare:

1. I am an attorney admitted to practice before the courts of the State of California and this Court, and I am a partner at Kastner│Banchero LLP. I represent plaintiff, Elizabeth Grewal ("Grewal" or "plaintiff") in this action. I submit this declaration in support of plaintiff's motion for leave to file an amended answer. I have personal knowledge of each of the matters set forth herein, and if called upon I could testify competently to them.

2. The answer to the counterclaim that our law firm filed on Grewal's behalf does not include a statute-of-limitations defense. I prepared the answer and caused it to be filed. The omission of this defense was inadvertent. Neither I, nor anyone else in our law firm discovered that the answer did not include an affirmative defense asserting the statute of limitations until the week of May 12, 2008. I discovered the omission during that week as I was preparing for the hearing on defendant's and plaintiff's motions for summary judgment.

3. Attached as Exhibit A to this declaration is a copy of the Declaration of Amit Choudhury in Support of Defendant's Motion for Summary Judgment on Plaintiff's Fraud and Promissory Note Claims, which includes a copy of the Term Promissory Note of $1 million, dated January 2, 2001, signed by Grewal and the defendant, Amit Choudhury. The promissory note, which was marked at the depositions in this case as Exhibit 7, is also authenticated by the declaration of E. Jeffrey Banchero in Support of Plaintiff's Motion for Summary Judgment on Promissory Note and Common Count for Money Lent, dated April 18, 2008, and the parties' deposition transcripts filed with this Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of May, 2008 in San Francisco, California.

/S/
E. Jeffrey Banchero