# EXHIBIT A

1  Harvey L. Leiderman (SBN 55838)
   HLeiderman@ReedSmith.com
2  David S. Reidy (SBN 225904)
   DReidy@ReedSmith.com
3  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
4  San Francisco, CA 94111-3922

5  **Mailing Address:**
   P.O. Box 7936
6  San Francisco, CA 94120-7936

7  Telephone:   (415) 543-8700
   Facsimile:   (415) 391-8269
8
   Attorneys for Defendant
9  AMIT CHOUDHURY

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GREWAL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMIT CHOUDHURY, an individual,<br><br>Defendant.<br>_____<br>AMIT CHOUDHURY, an individual,<br><br>Counter-Claimant,<br><br>vs.<br><br>ELIZABETH GREWAL, an individual,<br><br>Counter-Defendant. | Case No.: C-07-4218 CRB<br><br>**DECLARATION OF AMIT CHOUDHURY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S FRAUD AND PROMISSORY NOTE CLAIMS**<br><br>Date:        May 9, 2008<br>Time:       10:00 a.m.<br>Place:      Courtroom 8, 19th Floor<br><br>Compl. Filed:  July 19, 2007<br>Trial Date:      August 18, 2008<br><br>*Honorable Charles R. Breyer* |

– 1 –                                                                    Case No.: C-07-4218 CRB
DECLARATION OF AMIT CHOUDHURY

I, Amit Choudhury, hereby declare and state as follows:

1. I am the defendant and counter-claimant in this action. I have personal knowledge of the following facts and, if called upon as a witness, I could and would testify truthfully thereto.

2. Before and after September, 2000, plaintiff Elizabeth Grewal ("Plaintiff") and I were friends and business associates. In or around September, 2000, Plaintiff informed me that she had inherited a substantial sum of money from her mother who had passed away. We discussed the possibility that I might assist her in investing part of her money.

3. Based on our discussions, I believed that Plaintiff intended to transfer $1,000,000 to me to invest, and I agreed to accept the funds. I intended to make every effort to repay whatever funds were transferred to me, and any earnings on that money.

4. Before December 13, 2000, I prepared a promissory note ("Note") which stated that, "for value received," I would pay Plaintiff the sum of $1,000,000, plus annual interest at a rate of 4% upon maturity of the Note in five years. I understood that the "value" referred to in the Note was the full sum of $1,000,000, none of which I had received when I prepared the Note. A true and correct copy of the Note is attached hereto as **Exhibit A**.

5. I signed the Note in late December, 2000.

6. On December 13, 2000, I received the sum of $880,000 from Plaintiff by means of a wire transfer. At the time I received the $880,000, I expected to receive an additional $120,000 to make up the sum of $1,000,000, as Plaintiff and I had discussed.

7. The Note was dated January 2, 2001 but was not signed by either me or Plaintiff on that date. In fact, I presented the Note to Plaintiff, and she signed it, after January 2, 2001. I dated the Note January 2, 2001, for convenience, because that was the first business day of the new year.

8. At the time I signed the Note, I intended to carry out my understanding with Plaintiff to return the principal amount she had transferred to me, plus any additional amounts earned, at the end of five years. When I signed the Note I also expected to receive an additional $120,000 to make up the full $1,000,000 balance.

9. Plaintiff never provided the full $1,000,000 that we discussed.

10. At all times since December 2000, I fully intended to repay Plaintiff any amount she transferred to me. Unfortunately, I have not repaid any amount to Plaintiff because I have been unable to raise the money. I have continually informed Plaintiff of my efforts to do so.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on April 3, 2008, at Chicago, Illinois.

        /s/ Amit Choudhury
        AMIT CHOUDHURY

# EXHIBIT A

FROM :                    FAX NO. : 6503238207                May. 29 2007 04:56PM P2

AMIT CHOUDHURI

2006 VAN NESS AVENUE, SUITE 500 · SAN FRANCISCO, CALIFORNIA 94109 · TEL: 415.364.3700 · FAX: 415.364.3710

## TERM PROMISSORY NOTE

FOR VALUE RECEIVED Amit Choudhury ("Debtor") unconditionally promises to pay to the order of Elizabeth Eilert Grewal, ("Lender") on demand at San Francisco, California, the sum of $1,000,000 USD (One Million US Dollars). Debtor agrees to pay interest from the date of this Term Promissory Note on the said sum or the amount from time to time remaining unpaid at the rate per annum (calculated based on a 365 day year), which is equal to 4.0%. Such interest shall be calculated and payable upon maturity of this Note upon expiration of the term, which is deemed to be five years.

The principal and interest of this Term Promissory Note shall be paid in US dollars without set-off or counterclaim.

Made at San Francisco, California, this 2nd day of January, 2001.

Debtor:                                         Lender:

_____                         _____
(Amit Choudhury)                                (Elizabeth Eilert Grewal)

100011