1  E. Jeffrey Banchero (SBN 93077)
   ejb@kastnerbanchero.com
2  Scott R. Raber (SBN 194924)
   srr@kastnerbanchero.com
3  KASTNER | BANCHERO LLP
4  20 California Street, Seventh Floor
   San Francisco, California 94111
5  Telephone: (415) 398-7000
   Facsimile: (415) 616-7000
6
7  Attorneys for Plaintiff and Counter-Defendant
   ELIZABETH GREWAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ELIZABETH GREWAL, | CASE NO. C-07-4218 CRB |
|---|---|
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND ANSWER** |
| AMIT CHOUDHURY, | |
| Defendants. | Date:        June 27, 2008<br>Time:       10:00 A.M.<br>Courtroom:  8, 19th Floor |
| | (Before Hon. Charles R. Breyer) |
| AND RELATED COUNTERCLAIM | |

1   The Motion of Plaintiff Elizabeth Grewal ("Plaintiff") for Leave to Amend Answer came on
2   regularly for hearing before this Court on June 27, 2008.  Harvey L. Leiderman, Reed Smith, LLP,
3   appeared and argued on behalf of Defendant Amit Choudhury; E. Jeffrey Banchero, Kastner |
4   Banchero LLP, appeared and argued on behalf of Plaintiff.  The Court having reviewed the Motion,
5   as well as all pleadings and evidence filed in support of and in opposition of the Motion and having
6   considered the arguments raised by the parties at the hearing, and for good cause shown,
7       Plaintiff's Motion is GRANTED.
8       IT IS SO ORDERED.

10  Dated: _____, 2008            _____
                                              Hon. Charles R. Breyer
11                                            United States District Court Judge