**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **May 30, 2008**

**C-07-04218** CRB

  **ELIZABETH GREWAL** v. **AMIT CHOUDHURY**

Attorneys:  E. Jeffrey Banchero      Harvey Leiderman

Deputy Clerk: **BARBARA ESPINOZA**  Reporter: **Sahar McVickar**

**PROCEEDINGS:**                     **RULING:**

1. D's Motion for Summary Judgment         Submitted

2. P's Motion for Summary Judgment         Submitted

3.

**ORDERED AFTER HEARING:**

The Court vacates trial dates.

(X) ORDER TO BE PREPARED BY: Plntf _____ Deft _____ Court _X_

(  ) Referred to Magistrate Judge For:

(  ) CASE CONTINUED TO _____  for _____

Discovery Cut-Off _____  Expert Discovery Cut-Off _____
Plntf to Name Experts by _____  Deft to Name Experts by _____
P/T Conference Date _____ Trial Date _____ Set for ____ days
        Type of Trial: (  )Jury  (  )Court

Notes: