E. Jeffrey Banchero (SBN 93077)
ejb@kastnerbanchero.com
Scott R. Raber (SBN 194924)
srr@kastnerbanchero.com
KASTNER | BANCHERO LLP
20 California Street, Seventh Floor
San Francisco, California 94111
Telephone: (415) 398-7000
Facsimile: (415) 616-7000

Attorneys for Plaintiff and Counter-Defendant
ELIZABETH GREWAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GREWAL,<br><br>          Plaintiff,<br><br>     v.<br><br>AMIT CHOUDHURY,<br><br>          Defendants.<br><br>AND RELATED COUNTERCLAIM | CASE NO. C-07-4218 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER AUTHORIZING AMENDED ANSWER TO COUNTERCLAIM** |

    WHEREAS, on May 23, 2008, plaintiff and counterclaim defendant, Elizabeth Grewal, filed a motion for leave to file an amended answer to the counterclaim in this action; and

    On June 6, 2008, counsel for defendant and counterclaimant, Amit Choudhury, informed counsel for Grewal that Choudhury did not intend to oppose the motion for leave to amend.

    NOW, THEREFOR, the parties, by and between their respective counsel, stipulate as follows:

Plaintiff and counterclaim defendant, Elizabeth Grewal, shall be granted immediate leave to file an amended answer to the counterclaim in the form attached hereto as Exhibit A.

IT IS SO STIPULATED.

DATED: June 9, 2008                         KASTNER | BANCHERO LLP


                                            By: _____/S/_____
                                                E. Jeffrey Banchero
                                                Scott R. Raber

                                            Attorneys for Plaintiff and Counter-Defendant
                                            ELIZABETH GREWAL



                                            REED SMITH LLP


                                            By: _____/S/_____
                                                David Reidy

                                            Attorneys for Defendant and Counter-Plaintiff
                                            AMIT CHOUDHURY


I, E. Jeffrey Banchero, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Authorizing Amended Answer to Counterclaim. In Compliance with General Order 45, X.B., I hereby attest that David Reidy of Reed Smith LLP has concurred in this filing.

DATED: June 9, 2008                         _____/S/_____
                                            E. Jeffrey Banchero



   IT IS SO ORDERED.


DATED: _____, 2008                 _____
                                            Charles R. Breyer
                                            United States District Judge