1  E. Jeffrey Banchero (SBN 93077)
   ejb@kastnerbanchero.com
2  Scott R. Raber (SBN 194924)
   srr@kastnerbanchero.com
3  KASTNER | BANCHERO LLP
4  20 California Street, Seventh Floor
   San Francisco, California 94111
5  Telephone: (415) 398-7000
   Facsimile: (415) 616-7000
6
7  Attorneys for Plaintiff and Counter-Defendant
   ELIZABETH GREWAL
8

   UNITED STATES DISTRICT COURT

   NORTHERN DISTRICT OF CALIFORNIA

| ELIZABETH GREWAL,<br><br>Plaintiff,<br><br>v.<br><br>AMIT CHOUDHURY,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | CASE NO. C-07-4218 CRB<br><br>**NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT ON DEFENDANT'S COUNTERCLAIM FOR PROMISSORY FRAUD**<br><br>Date:   July 25, 2008<br>Time:   10:00 A.M.<br>Courtroom:  8, 19th Floor<br><br>(Before Hon. Charles R. Breyer) |
|---|---|

---

NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT ON DEFENDANT'S COUNTERCLAIM FOR PROMISSORY FRAUD
Case No. C-07-4218 CRB

1  TO DEFENDANT AND HIS ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on July 25, 2008, at 10:00 A.M., or as soon thereafter as the matter may be heard in Courtroom 8 of the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California 94102, plaintiff and counter-defendant, Elizabeth Grewal ("Grewal"), will and hereby does move for an order entering summary judgment on defendant's counterclaim for promissory fraud.

Grewal's motion is brought pursuant to Rule 56 of the Federal Rules of Civil Procedure on the grounds that the counterclaim does not raise a genuine triable issue of material fact. As a matter of law, the counterclaim is barred by the statute of limitations for fraud claims, Calif. Civil Proc. § 338(d). As an independent ground, Grewal is entitled to judgment on the counterclaim because counterclaimant suffered no damages as a result of the alleged fraud.

Plaintiff's motion is based on this Notice of Motion; the Memorandum of Points and Authorities; the Declaration of E. Jeffrey Banchero, filed herewith; the evidence and memoranda presented to this Court in support of Grewal's motion for summary judgment on the promissory note and on the common count for money lent; and the evidence and memoranda presented to this Court in opposition to plaintiff's motion for summary judgment on plaintiff's fraud and promissory note claims. This Motion is also based upon the complete files and records in this action, any matters that may be judicially noticed, and any oral or documentary evidence that may be presented at the hearing on this matter.

Dated: June 20, 2008

KASTNER | BANCHERO LLP

By: _____/S/_____
    E. Jeffrey Banchero
    Scott R. Raber

Attorneys for Plaintiff and Counter-Defendant
ELIZABETH GREWAL