E. JEFFREY BANCHERO (SBN 93077)
ejb@kastnerbanchero.com
SCOTT R. RABER (SBN 194924)
srr@kastnerbanchero.com
KASTNER | BANCHERO LLP
20 California Street, Seventh Floor
San Francisco, California 94111
Telephone: (415) 398-7000
Facsimile: (415) 616-7000

Attorneys for Plaintiff and Counter-Defendant
ELIZABETH GREWAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GREWAL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMIT CHOUDHURY,<br><br>　　　　Defendant.<br><br>AND RELATED COUNTERCLAIM | CASE NO. C-07-4218 CRB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON DEFENDANT'S COUNTERCLAIM FOR PROMISSORY FRAUD**<br><br>Date:　　　July 25, 2008<br>Time:　　　10:00 A.M.<br>Courtroom:　8, 19th Floor<br><br>(Before Hon. Charles R. Breyer) |

The Motion of Plaintiff Elizabeth Grewal ("Plaintiff") for Summary Judgment on defendant's counterclaim for promissory fraud came on regularly for hearing before this Court on July 25, 2008.  Harvey L. Leiderman, Reed Smith, LLP, appeared and argued on behalf of Defendant, Amit Choudhury; E. Jeffrey Banchero, Kastner | Banchero LLP, appeared and argued on behalf of Plaintiff, Elizabeth Grewal.  The Court having reviewed the Motion, as well as all pleadings and evidence filed in support of and in opposition of the Motion and having considered the arguments raised by the parties at the hearing, and for good cause shown,

IT IS HEREBY ORDERED AS FOLLOWS:

1. Plaintiff's Motion is GRANTED.

2. Plaintiff is entitled to summary judgment in her favor on the counterclaim.  Fed. R. Civ. P. 56(c); *Celotex Corp. v. Catrett*, 477 U.S. 317, 322-323 (1986).

3. Judgment shall be entered accordingly.

IT IS SO ORDERED.

Dated: _____, 2008         _____
                                        Hon. Charles R. Breyer
                                        United States District Court Judge