E. Jeffrey Banchero (SBN 93077)
ejb@kastnerbanchero.com
Scott R. Raber (SBN 194924)
srr@kastnerbanchero.com
KASTNER | BANCHERO LLP
20 California Street, Seventh Floor
San Francisco, California 94111
Telephone: (415) 398-7000
Facsimile: (415) 616-7000

Attorneys for Plaintiff and Counter-Defendant
ELIZABETH GREWAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GREWAL,<br><br>          Plaintiff,<br><br>     v.<br><br>AMIT CHOUDHURY,<br><br>          Defendant.<br><br>AND RELATED COUNTERCLAIM | CASE NO. C-07-4218 CRB<br><br>**DECLARATION OF E. JEFFREY BANCHERO IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON DEFENDANT'S COUNTERCLAIM FOR PROMISSORY FRAUD**<br><br>Date:    July 25, 2008<br>Time:   10:00 A.M.<br>Courtroom:    8, 19th Floor<br><br>(Before Hon. Charles R. Breyer) |

---

1

DECL. OF E. JEFFREY BANCHERO IN SUP. OF PL'S MOTION FOR SUM. JUDGM. ON DEF'S COUNTERCLAIM FOR PROMIS. FRAUD
Case No. C-07-4218 CRB

I, E. JEFFREY BANCHERO, hereby declare:

1. I am an attorney admitted to practice before all courts of the States of California and a partner at Kastner │ Banchero LLP, counsel representing plaintiff Elizabeth Grewal ("Grewal" or "plaintiff") in this action. I submit this declaration in support of Plaintiff's Motion for Summary Judgment on Defendant's Counterclaim for Promissory Fraud. I have personal knowledge of each of the matters set forth herein, and if called upon I could testify competently to them.

2. Attached hereto are excerpts of the deposition testimony of Amit Choudhury, dated January 10, 2008.

3. Attached hereto as Exhibits 1, 2 3, 4, 5, and 7 are copies of exhibits to the deposition of Amit Choudhury, which took place on January 10, 2008.

4. Attached hereto is a true and correct copy of Amit Choudhury's supplemental response to Plaintiff's Requests for Admission number 21, which was served on February 8, 2008.

5. Attached hereto is a true and correct copy of the Declaration of Elizabeth Grewal in Support of Plaintiff's Motion for Summary Judgment on Promissory Note and Common Count for Money Lent, filed April 18, 2008.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of June, 2008 in San Francisco, California.

/S/
E. Jeffrey Banchero