1

2

3

4

5

6

7                          IN THE UNITED STATES DISTRICT COURT

8                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10    ELIZABETH GREWAL,                                    No. C 07-04218 CRB

11              Plaintiff,                                 **Clerk's Notice**

12      v.

13    AMIT CHOUDHURY,

14              Defendant.

15    _____/

16    YOU ARE NOTIFIED THAT the Court has rescheduled the motion(s) currently on calendar for

17    July 25, 2008 to **Tuesday, July 22, 2008  at 10:00 a.m.** before the Honorable Charles R. Breyer.

18
      Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue,
19    San Francisco, CA  94102.

20
      Dated: July 7, 2008                                FOR THE COURT,
21

22                                                       Richard W. Wieking, Clerk

23                                                       By: _____
                                                             Barbara Espinoza
24                                                           Courtroom Deputy

25

26

27

28

**United States District Court**
For the Northern District of California