IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GREWAL,<br><br>    Plaintiff,<br><br>  v.<br><br>AMIT CHOUDHURY,<br><br>    Defendant.<br>_____/ | No. C 07-04218 CRB<br><br>**ORDER OF REFERENCE** |

IT HEREBY IS ORDERED that this case is referred to Magistrate Judge Edward M. Chen for a settlement conference, to be conducted by him. The parties and counsel are to report at 1:00 p.m. on July 16, 2008 to Courtroom C on the 15th Floor.

**IT IS SO ORDERED.**

Dated: July 16, 2008

                                          CHARLES R. BREYER
                                          UNITED STATES DISTRICT JUDGE