**In the United States District Court
for the Northern District of California**

Settlement Conference Minutes
U.S. Magistrate Judge Edward M. Chen

**Date:**       July 16, 2008

**Court Reporter:**     Not Recorded

**Case No.:**   C-07-4218 CRB (EMC)

**Case Name:**  Elizabeth Grewal v. Amit Choudhury

**Counsel:**
**Plf:**   E. Jeffrey Banchero              **Def:**   Harvey L. Leiderman
                                                      David S. Reidy

**Outcome of Settlement Conference:**

|           |                    |
|-----------|--------------------|
| _____    | Settled            |
| _____    | Partial settlement |
|   X       | Did not settle     |
| _____    | Other:             |

**Notes:** Further Settlement Conference scheduled for July 22, 2008 at 3:00 p.m.; Court to issue scheduling order.

**Time:** 4.0 hours

                                                            /s/
                                                    Leni Doyle, Deputy Clerk

cc:     EMC, CRB