**In the United States District Court
for the Northern District of California**

Further Settlement Conference Minutes
U.S. Magistrate Judge Edward M. Chen

**Date:**        July 22, 2008

**Court Reporter:**     Not Recorded

**Case No.:**    C-07-4218 CRB (EMC)

**Case Name:**   Elizabeth Grewal v. Amit Choudhury

**Counsel:**
**Plf:**   E. Jeffrey Banchero                **Def:**   Harvey L. Leiderman

**Outcome of Settlement Conference:**

|            |                    |
|------------|--------------------|
| _____ | Settled            |
| _____ | Partial settlement |
|     X      | Did not settle     |
| _____ | Other:             |

**Notes:** No Further Settlement Conference scheduled.

**Time:** 1.5 hours

                                                       /s/
                                            Leni Doyle, Deputy Clerk

cc:    EMC, CRB