**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **July 22, 2008**

**C-07-04218CRB**

 **ELIZABETH GREWAL  v.  AMIT CHOUDHURY**

Attorneys: E. Jeffrey Banchero   David Reidy

Deputy Clerk: **BARBARA ESPINOZA**  Reporter: _____

**PROCEEDINGS:**                **RULING:**

1. P's Motion for Summary Judgment on D's Counterclaim for Promissory Fraud  Granted

2. _____

3. _____

**ORDERED AFTER HEARING:**

_____

(X) ORDER TO BE PREPARED BY: Plntf ___ Deft ___ Court  X

(  ) Referred to Magistrate Judge for: _____

(  ) CASE CONTINUED TO _____ for _____

Discovery Cut-Off _____    Expert Discovery Cut-Off _____
Plntf to Name Experts by _____  Deft to Name Experts by _____
P/T Conference Date _____ Trial Date _____ Set for ___ days
      Type of Trial: (  )Jury    (  )Court

Notes: _____