United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GREWAL, | No. C 07-04218 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| AMIT CHOUDHURY, | |
| Defendant. | |

YOU ARE NOTIFIED THAT the Court has rescheduled the time for the pre trial conference currently on calendar for 2:00 p.m. to **9:00 a.m. on August 1, 2008** before the Honorable Charles R. Breyer.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: July 25, 2008                                FOR THE COURT,

                                                    Richard W. Wieking, Clerk

                                                    By: _____
                                                         Barbara Espinoza
                                                         Courtroom Deputy