RECEIVED JUL 2 4 2008

E. Jeffrey Banchero (SBN 93077)
ejb@kastnerbanchero.com
Scott R. Raber (SBN 194924)
srr@kastnerbanchero.com
KASTNER | BANCHERO LLP
20 California Street, Seventh Floor
San Francisco, California 94111
Telephone: (415) 398-7000
Facsimile: (415) 616-7000

Attorneys for Plaintiff and Counter-Defendant
ELIZABETH GREWAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GREWAL,<br><br>      Plaintiff,<br><br>v.<br><br>AMIT CHOUDHURY,<br><br>      Defendants.<br><br>―――――――――――――<br><br>AND RELATED COUNTERCLAIM | CASE NO. C-07-4218 CRB<br><br>**OPPOSITION TO DEFENDANT'S MOTION IN LIMINE NUMBER 1: TO EXCLUDE IMPROPER CHARACTER EVIDENCE**<br><br>Pretrial Conf.: August 1, 2008<br>Time: 2:00 P.M.<br>Place: Courtroom 8, 19th Floor<br><br>Compl. Filed: July 19, 2007<br>Trial Date: August 4, 2008<br><br>(Before Hon. Charles R. Breyer) |

Defendant Amit Choudhury ("Choudhury") has moved generally to exclude improper character evidence, even though Choudhury's motion acknowledges that "[n]o such evidence has been adduced by Plaintiff in this case." Def. MIL No. 1 at 2:4-5. Choudhury's MIL No. 1 cites no particular piece of evidence that he wishes to exclude. Accordingly, the motion improperly

1  seeks little more than an advisory ruling under the Rules of Evidence 403 and 404 regarding
2  admittedly hypothetical evidence.
3      At this time, Grewal knows of no "character evidence" that has arisen during discovery,
4  nor any other such evidence that she intends to introduce at trial – leaving plaintiff to guess what
5  exactly Choudhury has in mind with respect to such evidence. Moreover, discovery related to
6  Choudhury's business practices, how such practices may relate to what Choudhury did with the
7  monies Grewal loaned to Choudhury, and what Choudhury actually did with the transferred funds
8  is ongoing. For example, evidence "of loans or transactions with other people" (*see* Defendant's
9  MIL No. 1, at 2:19-20) that impeaches the veracity of Choudhury's representations to Grewal
10 about what he intended to do with the monies she lent him would certainly be germane to the
11 parties' fraud claims and defenses.
12     Grewal therefore opposes Choudhury's MIL No. 1 on the grounds that it merely restates
13 the Federal Rules of Evidence and fails to put Grewal (or the Court) on notice of exactly what
14 evidence Choudhury seeks to exclude. Grewal further opposes the motion on the ground that
15 developments in forthcoming discovery responses, or at trial, may make admissible evidence
16 addressed only abstractly by MIL No. 1.

18 DATED: July 22, 2008            KASTNER | BANCHERO LLP

20                               By: _____
21                                  E. Jeffrey Banchero
                                 Scott R. Raber

                               Attorneys for Plaintiff and Counter-Defendant
                               ELIZABETH GREWAL

RECEIVED JUL 2 4 2008

**PROOF OF SERVICE**

I am over eighteen years old, not a party in this litigation, and my business address is 20 California Street, 7th Floor, San Francisco, California 94111. On July 22, 2008, I caused to be served a true copy of the attached on the parties in said action as follows:

**OPPOSITION TO DEFENDANT'S MOTION IN LIMINE NUMBER 1: TO EXCLUDE IMPROPER CHARACTER EVIDENCE**

☑ (BY REGULAR MAIL) by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, for collection and mailing at my place of business following ordinary business practices. Said documents will be deposited with the United States Post Office mailbox at San Francisco, California, addressed as follows:

☐ (BY OVERNIGHT DELIVERY/FEDERAL EXPRESS) by placing a true copy thereof enclosed in a sealed envelope, with delivery fees prepaid, deposited with the authorized overnight/Federal Express carrier/box at San Francisco, California, addressed as follows:

☐ (BY PERSONAL SERVICE) by causing to be personally delivered by hand and leaving a true copy with the person(s) named below and/or a person having charge of the office at the address shown below:

☐ (BY FACSIMILE) by transmitting the foregoing document(s) by facsimile to the party(ies) identified below by using the facsimile number(s) indicated. Said transmission(s) were verified as complete and without error.

Harvey Leiderman, Esq.
David Reidy, Esq.
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
Tel: 415.543.8700
Fax: 415.391.8269

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 22, 2008.

*Lana Nemirovsky*
Lana Nemirovsky

-3-

OPPOSITION TO DEFENDANT'S MOTION IN LIMINE NUMBER 1: TO EXCLUDE IMPROPER CHARACTER EVIDENCE
Case No. C-07-4218 CRB