# Tab B

Elizabeth Grewal v. Amit Choudhury
Damages Calculations
Total Amount Due Based on Promissory Note

Schedule 1.1

| Year Ending | Amount on Which Interest is Calculated (a) | Interest Rate (b) | Interest Due During Year (c) | Total Amount Due (End of Year) (d) |
|---|---|---|---|---|
| 1/1/2002 | $ 1,000,000 | 4.00% | $ 40,000 | $ 1,040,000 |
| 1/1/2003 | $ 1,000,000 | 4.00% | $ 40,000 | $ 1,080,000 |
| 1/1/2004 | $ 1,000,000 | 4.00% | $ 40,000 | $ 1,120,000 |
| 1/1/2005 | $ 1,000,000 | 4.00% | $ 40,000 | $ 1,160,000 |
| 1/1/2006 | $ 1,000,000 | 4.00% | $ 40,000 | $ 1,200,000 |

(a) For all years: Term Promissory Note dated January 2nd, 2001, AC-018. [1.E5] (Simple Interest)
(b) Term Promissory Note dated January 2nd, 2001, AC-018. [1.E5]
(c) = (a) * (b)
(d) For year ending January 1, 2002: = (a) + (c)
    For subsequent years: Prior Years Ending Balance + Interest Due for Year

Elizabeth Grewal v. Amit Choudhury
Damages Calculations
Effective Rate of Interest Calculation

Schedule 2.1

(a) Amount Loaned on December 13, 2000     $   880,000

(b) Duration of Loan (years)     5.0548

(c) Balance Due upon Maturity of Term Promissory Note     $   1,200,000

(d) Effective Rate of Interest     7.19%

(a) Charles Schwab Notice dated December 13, 2000, 100007 [1.E2]
(b) Term Promissory Note term is 5 years, starting on January 2, 2001 and ending January 1, 2006. (Term Promissory Note, AC-018 [1.E5])
    Duration of loan is Calculated as

| | |
|---|---|
| End Date | 1/1/2006 |
| Start Date | 12/13/2000 |
| Number of Days between Start and End Date | 1,845 |
| Duration (in Years) | 5.0548   Calculated as # of Days / 365 |

(c) Schedule 1.1
(d) Calculated as { [ (c) / (a) ] - 1 } / (b)

Schedule 3.1

**Elizabeth Grewal v. Amit Choudhury**
**Damages Calculations**
**Damages with Prejudgment Interest - Promissory Note**

| | | | |
|---|---|---|---|
| (a) | Damages Due on January 1, 2006 | $ | 1,200,000 |
| (b) | Duration of Prejudgment Interest Period | | 2.5918 |
| (c) | Prejudgment Interest Rate | | 7.19% |
| (d) | Prejudgment Interest Due through 8/4/2008 (Simple Interest) | $ | 223,740 |
| | **Total Damages Due as of 8/4/2008 (Including Prejudgment Interest)** | **$** | **1,423,740** |
| (e) | Daily Prejudgment Interest Amount | $ | 237 |

| | | | |
|---|---|---|---|
| (a) | Schedule 1.1 | | |
| (b) | Length of Prejudgment Period Calculated as | Prejudgment Interest Stop Date | 8/4/2008 |
| | | Prejudgment Interest Start Date | 1/1/2006 |
| | | Number of Days between Start and End Date | 946 |
| | | Duration (in Years) | 2.5918  Calculated as # of Days / 365 |
| (c) | Schedule 2.1 | | |
| (d) | Calculated as (a) * [(b) * (c)] | | |
| (e) | = (a) * (c) / 365 | | |

Damages Model.xls, 3.1                                        6/9/2008

3

Elizabeth Grewal v. Amit Choudhury
Damages Calculations
Damages with Prejudgment Interest - Alternative Damages Scenario with 7% Rate

Schedule 3.2

| | | |
|---|---|---|
| (a) Return of Money Transferred on December 13, 2000 | $ | 880,000 |
| (b) Duration of Prejudgment Interest Period | | 7.6466 |
| (c) Prejudgment Interest Rate | | 7.00% |
| (d) Prejudgment Interest Due through 8/4/2008 (Simple Interest) | $ | 471,029 |
| **Total Damages Due as of 8/4/2008 (Including Prejudgment Interest)** | **$** | **1,351,029** |
| (e) Daily Prejudgment Interest Amount | $ | 169 |

| | | |
|---|---|---|
| Prejudgment Interest Stop Date | | 8/4/2008 |
| Prejudgment Interest Start Date | | 12/13/2000 |
| Number of Days between Start and End Date | | 2,791 |
| Duration (in Years) | | 7.6466    Calculated as # of Days / 365 |

(a)  Per Discussion with Counsel
(b)  Length of Prejudgment Period Calculated as:

(c)  Per Discussion with Counsel
(d)  Calculated as: (a) * [(b) * (c)]
(e)  = (a) * (c) / 365

Damages Model.xls, 3.2                                            6/9/2008

4

Elizabeth Grewal v. Amit Choudhury
Damages Calculations
Damages with Prejudgment Interest - Alternative Damages Scenario with 10% Rate

Schedule 3.3

| | | | |
|---|---|---|---|
| (a) | Return of Money Transferred on December 13, 2000 | $ | 880,000 |
| (b) | Duration of Prejudgment Interest Period | | 7.6466 |
| (c) | Prejudgment Interest Rate | | 10.00% |
| (d) | Prejudgment Interest Due through 8/4/2008 (Simple Interest) | $ | 672,899 |
| | **Total Damages Due as of 8/4/2008 (Including Prejudgment Interest)** | **$** | **1,552,899** |
| (e) | Daily Prejudgment Interest Amount | $ | 241 |

Prejudgment Interest Stop Date    8/4/2008
Prejudgment Interest Start Date    12/13/2000
Number of Days between Start and End Date    2,791
Duration (in Years)    7.6466    Calculated as # of Days / 365

(a) *Per Discussion with Counsel*
(b) *Length of Prejudgment Period Calculated as*

(c) *Per Discussion with Counsel*
(d) *Calculated as: (a) * [(b) * (c)]*
(e) *= (a) * (c) / 365*

Damages Model.xls, 3.3

6/9/2008

5

# Tab C

# CURRICULUM VITAE
# GREGORY A. PINSONNEAULT

**POSITION**  Senior Associate, LitiNomics (April 2007 to Present)

**EDUCATION**  M.A., Economics, University of California-Berkeley (2002)
  Fields of Specialization: Industrial Organization and Econometrics

B.S., Computer Science, University of Washington (1996)

B.A., Mathematics and Economics, University of Washington (1996)

**PROFESSIONAL AFFILIATIONS (current)**  Member, American Economic Association

**RANGE OF EXPERIENCE**  Experience includes extensive consulting services in economic, financial, and business issues related to commercial litigation.

**PROFESSIONAL AND BUSINESS HISTORY**
LitiNomics, Inc. (Mountain View, CA)
  Senior Associate, April 2007 - Present

CRA International, Inc. (Palo Alto, CA)
  Senior Associate, January 2006 - April 2007
  Consulting Associate, December 2003 - December 2005

Independent Consultant, January 2002 – November 2003
  Consultant to CRA, November 2003
  Consultant to LECG, June 2003 - July 2003
  Consultant to MiCRA, May 2002 - March 2003

**TEACHING HISTORY**
University of California-Berkeley (Berkeley, CA)
  Graduate Student Instructor:
  - Fall 2001    Industrial Organization (Professor - Dr. Glenn Woroch)
  - Spring 2001  Industrial Organization (Professor - Dr. Glenn Woroch)
  - Fall 2000    Industrial Organization (Professor - Dr. Jordi Gual)
  - Fall 1999    Econometrics (Professor - Dr. Bronwyn Hall)
  - Fall 1997    Introduction to Economics (Professor - Dr. James Pierce)

**AWARDS RECEIVED**  Outstanding Graduate Student Instructor Award (2002)

## GREGORY A. PINSONNEAULT
## CONSULTING AND TESTIMONY CASE LISTING

| # | Lawsuit | | Type | Court | Law Firm | Work Performed |
|---|---------|---|------|-------|----------|----------------|
| 1 | Cisco Sys. Inc. v. Alcatel USA, Inc. et al. | D | Antitrust | U.S. District Court, Eastern District of Texas | Fish Richardson | Antitrust Liability and Damages Analysis |
| 2 | In Re Microsoft Corp. Antitrust Litigation | P | Antitrust | U.S. District Court, District of Maryland Maryland | Cohen, Milstein, Hausfeld & Toll; Waite, Schneider, Bayless & Chesley | Antitrust Liability Analysis |
| 3 | Smith Street Mill, Inc. v. Weherhaeuser (Civil No. 04-1049-PA) | D | Antitrust | U.S. District Court, District of Oregon | Thelen Reid Brown Raysman & Steiner | Antitrust Liability and Damages Analysis |
| 4 | Syngenta Seeds, Inc. v. Monsanto Company | D | Antitrust | U.S. District Court, District of Delaware | | Antitrust Liability and Damages Analysis |
| 5 | Washington Alder v. Weyerhaeuser (Civil No. 03-0552-PA) | D | Antitrust | U.S. District Court, District of Oregon | Thelen Reid Brown Raysman & Steiner | Antitrust Liability and Damages Analysis |
| 6 | Westwood Lumber Co. v. Weyerhaeuser (Civil No. 03-0551-PA) | D | Antitrust | U.S. District Court, District of Oregon | Thelen Reid Brown Raysman & Steiner | Antitrust Liability and Damages Analysis |
| 7 | Bancorp v. Sun Life Assurance | P | Breach of Contract | | | Damages Analysis |
| 8 | Bank One, Oklahoma, N.A. et al. v. Trammel Crow Services, Inc. et al. (Case No. 03 C 3624) | D | Breach of Contract | U.S. District Court, Northern District of Illinois (Eastern Division) | Jenner & Block | Damages Analysis |
| 9 | Etex Corp. v. Medtronic, Inc. | P | Breach of Contract | Arbritration | | Damages Analysis |
| 10 | Lima Development Inc., and Mark Cahill v. Columbia Aircraft Manufacturing fka The Lancair Company | D | Breach of Contract | Oregon Circuit Court, Deschutes County | Ball Janik | Perform Financial Review |
| 11 | Pixelworks v. Robert Fox | P | Breach of Contract | | | Damages Analysis |
| 12 | Creative Concepts Software, Inc. v. Mobiletech Solutions, Inc., et al. (Case No. SA CV 05-00670) | D | Breach of Contract, Theft of Trade Secrets | U.S. District Court, Central District of California (Southern Division) | Feldhake Law Firm | Damages Analysis |
| 13 | Parties cannot be disclosed (Settlement Agreement) | P | Breach of Contract, Theft of Trade Secrets | Cannont be disclosed (Settlement Agreement) | Hennelly & Grossfeld | Damages Analysis |
| 14 | Bradburn Parent/Teacher Store, Inc. v. 3M | D | Class Action Antitrust | U.S. District Court, Eastern District of Pennsylvania | Harkins Cunningham; Cahill Gordon & Reindel; Heller Ehrman | Class Certification Analysis |
| 15 | Morelock Enterprises, Inc. v. Weyerhaeuser | D | Class Action Antitrust | U.S. District Court, District of Oregon | Thelen Reid Brown Raysman & Steiner | Class Certification, Antitrust Liability and Damages Analysis |
| 16 | In re Textile Rental Services Litigation (Case No. CV-05-19) | Both | Class Action Fraud and Breach of Contract | Circuit Court of Barbour County, Alabma (Clayton Division) | 14 different law firms | Valuation of settlement agreement |
| 17 | Elizabeth Grewal v. Amit Choudhury | P | Fraud and Deceit, Recovery on a Promissory Note | U.S. District Court, Northern District of California | Kastner Banchero | Damages Analysis |
| 18 | Consulting work for COMPTEL/ALTS | N/A | Non-Litigation Consulting | N/A | N/A | Prepare FCC Comment Analyzing Local Phone Pricing |
| 19 | Consulting work for Fidelity Investments | N/A | Non-Litigation Consulting | N/A | N/A | Analyze Trading Data for Evidence of Wrongful Conduct |

GREGORY A. PINSONNEAULT
CONSULTING AND TESTIMONY CASE LISTING

| | Lawsuit | | Type | Court | Law Firm | Work Performed |
|---|---|---|---|---|---|---|
| 20 | Consulting work for Lloyds of London | N/A | Non-Litigation Consulting | N/A | N/A | Analyze Lloyds Insurance Liability Related to Enron's Demise |
| 21 | Consulting work for Mouli Cohen and ProCinea | N/A | Non-Litigation Consulting | N/A | N/A | Design Analytical Model |
| 22 | Consulting work for Sprint | N/A | Non-Litigation Consulting | N/A | N/A | Prepare Comment for Texas PUC |
| 23 | Consulting work for Sprint and Nextel realted to their proposed merger | N/A | Non-Litigation Consulting | N/A | N/A | Merger Analysis |
| 24 | Consulting work for Telstra | N/A | Non-Litigation Consulting | N/A | N/A | Perform Benchmarking Study |
| 25 | Consulting work for Vodafone | N/A | Non-Litigation Consulting | N/A | N/A | Prepare Comment for EU on Cellular Roaming Charges |
| 26 | Advanced Neuromodulation Systems, Inc. v. Advanced Bionics Corporation (Civil No. 4:04cv131) | P | Patent Infringement | U.S. District Court, Eastern District of Texas (Sherman Division) | Baker Botts | Damages Analysis |
| 27 | Altana Pharma, AG and Wyeth v. Teva Pharmaceuticals USA, Inc. and Teva Pharmaceuticals, Ltd. | D | Patent Infringement | U.S. District Court, District of New Jersey | Merchant & Gould | Declaration against Motion for Injunction |
| 28 | Commonwealth Scientific and Industrial Research Organization v. Toshiba et al. | P | Patent Infringement | U.S. District Court, Eastern District of Texas (Tyler Division) | Townsend and Townsend and Crew | Damages Analysis |
| 29 | GraphOn v. AutoTrader.com, Inc. | P | Patent Infringement | U.S. District Court, Eastern District of Texas (Marshall) | Watson Rounds; Howrey LLP | Damages Analysis |
| 30 | Japan Cash Machine Co. Ltd. and JCM American Corp. v. MEI, Inc. | P | Patent Infringement | U.S. District Court, District of Nevada | Watson Rounds; DLA Piper | Damages Analysis |
| 31 | Nichia Corporation v. Seoul Semiconductor, Ltd. and Seoul Semiconductor, Inc. | D | Patent Infringement | U.S. District Court, Northern District of California | Bingham McCutchen | Damages Analysis |
| 32 | Papyrus v. New York Stock Exchange, Inc. | P | Patent Infringement | | | Damages Analysis |
| 33 | Qualcomm, Inc v. Broacom Corp. (Case No. 05 CV 1662 B (DLM)) | D | Patent Infringement | U.S. District Court, Southern District of California | Wilmer Cutler Pickering Hale & Dorr | Damages Analysis |
| 34 | Silicon Graphics, Inc. v. ATI Technologies, Inc. | D | Patent Infringement | U.S. District Court, Western District of Wisconsin | Robins Kaplan Miller & Ciresi | Damages Analysis |
| 35 | Townshend Intellectual Property, LLC v. Broadcom Corp. | P | Patent Infringement | U.S. District Court, Northern District of California (San Jose) | Bingham McCuchen | Damages Analysis |
| 36 | TV Interactive Corp. v. Microsoft Corp. (Case No. 02 C 02385) | P | Patent Infringement | U.S. District Court, Norther District of California (Oakland Division) | Robins Kaplan Miller & Ciresi | Damages Analysis |
| 37 | UNOVA v. Hewlett Packard | P | Patent Infringement | U.S. District Court, Central District of California (Western Division) | | Damages Analysis |

## GREGORY A. PINSONNEAULT
## CONSULTING AND TESTIMONY CASE LISTING

| | Lawsuit | | Type | Court | Law Firm | Work Performed |
|---|---|---|---|---|---|---|
| 38 | Volumetrics Medical Imaging v. Medison Co. et al. | D | Patent Infringement | U.S. District Court, Middle District of North Carolina | Bingham McCutchen | Damages Analysis |
| 39 | Winn, Inc. v. King Par Corp. et al. (Case No. 04-71117) | P | Patent Infringement | U.S. District Court, Eastern District of Michigan (Southern Division) | | Damages Analysis |
| 40 | Barbara Weiss v. Kathleen Cox Laderman | P | Personal Injury | Superior Court of California, County of San Francisco | The Brent Law Firm | Damages Analysis |
| 41 | Roy Jaramillo v. BCI Coca-Cola et al. | P | Personal Injury (Negligence) | Superior Court of California, County of Madera | The Brent Law Firm | Damages Analysis |
| 42 | United States of America ex rel. R.C. Taylor, III v. Mario Gabelli, et al. (03-cv-08762) | D | Qui Tam (False Claims Act) | U.S. District Court, Southern District of New York | Covington & Burling | Liability and Damages Analysis |
| 43 | UniRam Technology, Inc. v. Monolithic System Technology, Taiwan Semiconductor Manufacturing Company, Ltd., TSMC North America | P | Theft of Trade Secret | U.S. District Court, Northern District of California. Case No. CV-04-01268-VRW | Susman Godfery, Heim, Payne & Chorush | Damages Analysis |
| 44 | JCM American Corporation v. Mars Electronics International, Inc., Thomas P. Nugent | P | Theft of Trade Secrets | Nevada District Court, Clark County; Case No. A507304 | Watson Rounds | Damages Analysis |
| 45 | Ajaxo, Inc. v. E*Trade Group, Inc et al. | D | Theft of Trade Secrets, Breach of Contract | Superior Court of California, County of Santa Clara | Morgan Lewis | Damages Analysis |
| 46 | Global Sign, LLC et al. v. Robert Merto el at. | P | Theft of Trade Secrets, Unfair Business Practices | Superior Court of the State of California (Orange County) | Bidna & Keys | Damages Analysis |
| 47 | IV League, Inc. v. Pharmaco, Inc. et al | D | Theft of Trade Secrets, Unfair Business Practices | Superior Court of the State of California | Feldhake Law Firm | Damages Analysis |
| 48 | North American Title v. Liberty Title Company | D | Theft of Trade Secrets, Unfair Business Practices | Superior Court of the State of California (Contra Costa County) | | Damages Analysis |
| 49 | Diana Gabrial; et al. v. Idearc Media | D | Unfair Business Practices | U.S. District Court, Central District of California | Paul, Hastings, Janofsky & Walker | Damages Analysis |
| 50 | Department of Enforcement v. Frank Quattrone | D | Violations of NASD Rules | National Association of Securities Dealers | | Damages Analysis |

# Tab D

# Elizabeth Grewal v. Amit Choudhury

## List of Documents Considered

| Document Description | Date | Bates Range |
|---|---|---|
| 1  Deposition of Amit Choudhury | 1/10/2008 | |
| 2  Deposition of Elizabeth Grewal | 1/11/2008 | |
| 3  Elizabeth Grewal v. Amit Choudhury; and Related Counterclaim: Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Summary Judgment on Promissory Note and Common Count for Money Lent | 5/2/2008 | |
| 4  Elizabeth Grewal v. Amit Choudhury; and Related Counterclaim: Memorandum of Points and Authorities in Support of Plaintiff's Motion for Summary Judgment on Promissory Note and Common Count for Money Lent | 4/18/2008 | |
| 5  Elizabeth Grewal v. Amit Choudhury; and Related Counterclaim: Supplemental Declaration of Amit Choudhury in Opposition to Plaintiff's Motion for Summary Judgment on Promissory Note and Common Count for Money Lent; Exhibit A: Email (1/17/01) | 5/2/2008 | |
| 6  Exhibit #1 to Choudhury: Golden Gate Bank: Account Statement for Amit Choudhury #2241161 (12/1/00 thru 12/29/00) | 12/29/2000 | AC-001 - AC-002 |
| 7  Exhibit #10 to Choudhury: Email from eeilert to Amit Choudhury, Re: November Results & Tax implications for 2000 | 1/17/2001 | AC-039 - AC-040 |
| 8  Exhibit #11 to Choudhury: Demand for Payment from Elizabeth Grewal to Amit Choudhury | 1/2/2007 | AC-019 - AC-019 |
| 9  Exhibit #12 to Choudhury: CharlesSchwab Account Statement Account #3073-0366 for 4/1/00 through 4/30/00 with Amit handwritten notes | 4/30/2000 | 100003 - 100006 |
| 10 Exhibit #13 to Choudhury: Amit Choudhury Resume | | 100045 - 100045 |
| 11 Exhibit #14 to Choudhury: Email from Amit Choudhury to Elizabeth Grewal, Re: Happy New Year | 1/8/2006 | AC-101 - AC-101 |
| 12 Exhibit #15 to Choudhury: Email from Elizabeth Grewal to Amit Choudhury, Re: Your vmail | 1/19/2006 | AC-051 - AC-053 |
| 13 Exhibit #16 to Choudhury: Email from Elizabeth Grewal to Amit Choudhury, Re: Got your v-mail | 4/24/2006 | AC-056 - AC-057 |
| 14 Exhibit #17 to Choudhury: Email from Elizabeth Grewal to Amit Choudhury, Re: $120K | 4/27/2006 | AC-058 - AC-058 |
| 15 Exhibit #18 to Choudhury: Email from Elizabeth Grewal to Amit Choudhury, Re: In Toronto | 5/30/2006 | AC-064 - AC-066 |
| 16 Exhibit #19 to Choudhury: Email from Elizabeth Grewal to Amit Choudhury, Re: Need update - talk on phone | 6/7/2006 | AC-062 - AC-062 |
| 17 Exhibit #2 to Choudhury: Promissory Note: Borrower - Finexa, Inc. Lender - Golden Gate Bank | 12/21/2000 | AC-004 - AC-005 |

| Document Description | Date | Bates Range |
|---|---|---|
| 18  Exhibit #20 to Choudhury: Email from Elizabeth Grewal to Amit Choudhury, Re: ASAP | 6/14/2006 | AC-068 - AC-068 |
| 19  Exhibit #21 to Choudhury: Email from Elizabeth Grewal to Amit Choudhury, Re: Got your v-mail | 6/20/2006 | AC-069 - AC-070 |
| 20  Exhibit #22 to Choudhury: Email from Elizabeth Grewal to Amit Choudhury, Re: Got your v-mail | 7/17/2006 | AC-071 - AC-071 |
| 21  Exhibit #23 to Choudhury: Email from eeilert to Amit Choudhury, Re: | 7/25/2006 | 100015 - 100015 |
| 22  Exhibit #24 to Choudhury: Email from eeilert to Amit Choudhury, Re: Menlo Park house | 7/26/2006 | AC-072 - AC-072 |
| 23  Exhibit #25 to Choudhury: Email from eeilert to Amit Choudhury, Re: | 7/28/2006 | AC-073 - AC-073 |
| 24  Exhibit #26 to Choudhury: Email from eeilert to Amit Choudhury, Re: ??????? | 8/7/2006 | 100018 - 100018 |
| 25  Exhibit #27 to Choudhury: Email from eeilert to Amit Choudhury, Re: Note | 8/9/2006 | 100019 - 100019 |
| 26  Exhibit #28 to Choudhury: Email from eeilert to Amit Choudhury, Re: Reply + old email | 8/11/2006 | AC-074 - AC-075 |
| 27  Exhibit #29 to Choudhury: Email from eeilert to Amit Choudhury, Re: Clarium Capital hedge fund sued for fraud | 9/5/2006 | AC-076 - AC-076 |
| 28  Exhibit #3 to Choudhury: Assignment of Deposit Account: Borrower Finexa, Inc, Lender: Golden Gate Bank, Grantor: Amit Choudhury | 12/21/2000 | AC-006 - AC-009 |
| 29  Exhibit #30 to Choudhury: Email from eeilert to Amit Choudhury, Re: Your vmail | 9/18/2006 | AC-080 - AC-080 |
| 30  Exhibit #31 to Choudhury: Email from eeilert to Amit Choudhury, Re: Your vmail | 9/30/2006 | AC-081 - AC-081 |
| 31  Exhibit #32 to Choudhury: Email from eeilert to Amit Choudhury, Re: Between 7:30 - 8:30 would be perfect | 10/12/2006 | AC-084 - AC-084 |
| 32  Exhibit #33 to Choudhury: Email from eeilert to Amit Choudhury, Re: Call | 10/13/2006 | 100026 - 100026 |
| 33  Exhibit #34 to Choudhury: Email from eeilert to Amit Choudhury, Re: Sorry | 10/14/2006 | 100027 - 100027 |
| 34  Exhibit #35 to Choudhury: Email from eeilert to Amit Choudhury, Re: Home now for a short time, then after 7:30pm | 10/15/2006 | 100029 - 100029 |
| 35  Exhibit #36 to Choudhury: Email from eeilert to Amit Choudhury, Re: Tomorrow | 10/28/2006 | 100031 - 100031 |
| 36  Exhibit #37 to Choudhury: Email from eeilert to Amit Choudhury, Re: Tomorrow 11am-12:30pm | 10/29/2006 | 100032 - 100032 |
| 37  Exhibit #38 to Choudhury: Email from eeilert to Amit Choudhury, Re: In Marin Fri-Mon | 11/2/2006 | 100033 - 100033 |
| 38  Exhibit #39 to Choudhury: Email from Ana Ramirez to eeilert, Re: Please forward to Amit | 11/15/2006 | 100035 - 100036 |
| 39  Exhibit #4 to Choudhury: Fax from Amit Choudhury, Finexa Inc to Brian Plotner, Golden Gate Bank, Re: Authorization to use collateral to repay loan # 5124 | 3/30/2001 | AC-010 - AC-011 |

| Document Description | Date | Bates Range |
|---|---|---|
| 40 Exhibit #40 to Choudhury: Email from eeilert to Amit Choudhury, Re: Thank you | 12/28/2006 | AC-082 - AC-082 |
| 41 Exhibit #41 to Choudhury: Email from Amit Choudhury to eeilert, Re: update | 2/7/2007 | 100034 - 100034 |
| 42 Exhibit #42 to Choudhury: Email from eeilert to Amit Choudhury, Re: update | 2/7/2007 | AC-086 - AC-086 |
| 43 Exhibit #43 to Choudhury: Email from eeilert to Amit Choudhury, Re: SF this weekend? | 3/2/2007 | AC-087 - AC-087 |
| 44 Exhibit #44 to Grewal: Excerpts from Notice of Entry of Judgment of Dissolution: Petitioner - Hardev Grewal, Respondent: Elizabeth Grewal | 12/6/2005 | AC-012 - AC-015 |
| 45 Exhibit #45 to Grewal: Julie Pearl, Michael Pearl & Yu Fon Lee v Pinnacle Partners Capital, Amit Choudhury, et al.: Declaration of Elizabeth Eilert Grewal in Further Support of Defendants' Motion to Dissolve or to Modify Preliminary Injunction | 2/19/2002 | AC-034 - AC-038 |
| 46 Exhibit #46 to Grewal: Finexa Executive Summary | | |
| 47 Exhibit #47 to Grewal: http://finance.yahoo.com/printchart: IXIC - 1998 through 2003 | 1/8/2008 | |
| 48 Exhibit #48 to Grewal: Julie Pearl, et al v Pinnacle Partners, et al.: Declaration of Elizabeth Grewal in Further Support of Defendants' Motion to Dissolve or to Modify Preliminary Injunction; Letter of Authorization Form for Wire Transfers; Charles Schwab statement, letters | | AC-021 - AC-033 |
| 49 Exhibit #49 to Grewal: Letter from CharlesSchwab to Elizabeth Eilert TTEE, Re: Account # MP 30730366 - wire transfer | 12/13/2000 | 100007 - 100007 |
| 50 Exhibit #5 to Choudhury: Golden Gate Bank: Account Statement for Amit Choudhury #2241161 (3/31/01 thru 4/30/01) | 4/30/2001 | AC-003 - AC-003 |
| 51 Exhibit #50 to Grewal: CharlesSchwab State of Elizabeth Eilert TTEE Account # 3073-0366 for 12/1/00 through 12/31/00 | 12/31/2000 | 100009 - 100010 |
| 52 Exhibit #51 to Grewal: Handwritten notes: Fed wire Ref # | | 100038 - 100038 |
| 53 Exhibit #52 to Grewal: Handwritten notes - AMAT | | 100039 - 100039 |
| 54 Exhibit #53 to Grewal: Handwritten notes - PERSONAL | | 100040 - 100040 |
| 55 Exhibit #54 to Grewal: Handwritten notes - Amit | | 100042 - 100042 |
| 56 Exhibit #55 to Grewal: Handwritten accounting: Loan to Amit Choudhury (24, 25) | | 100008 - 100008 |
| 57 Exhibit #56 to Grewal: Handwritten accounting: Loan to Amit Choudhury (23) | | 100046 - 100046 |
| 58 Exhibit #6 to Choudhury: First Amended Complaint for Fraud and Deceit, Recovery on a Promissory Note, and Common Counts | 1/2/2001 | |
| 59 Exhibit #7 to Choudhury: Term Promissory Note - Debtor: Amit Choudhury, Lender: Elizabeth Grewal | 1/2/2001 | AC-018 - AC-018 |
| 60 Exhibit #8 to Choudhury: Spreadsheet: Date, Balance, Return, Cum Return, Annualized return, Ending Balance, Capital Gains | | AC-020 - AC-020 |

| # | Document Description | Date | Bates Range |
|---|---|---|---|
| 61 | Exhibit #9 to Choudhury: Defendant Amit Choudhury's Counter-Claim for Promissory Fraud against Elizabeth Grewal | 12/3/2007 | |