# Tab 7

From: Elizabeth <eeilert@earthlink.net>
Subject: Note
Date: August 9, 2006 3:30:02 PM PDT
To: Amit Choudhury <Amit.Choudhury@pinnaclepartners.com>

Amit,

You may not realize this, but I cannot stand the stress you have caused me any longer. I have lost EIGHT MONTHS of sleep over this! I need the money within one week, please. Period.

Elizabeth

EXHIBIT NO 27
DATE: 1-10-08
WITNESS: Chaudhury
COLLEEN PEDAMONTI, CSR 70

# Tab 8

DEMAND FOR PAYMENT

Date: January 2, 2007

To: Amit Choudhury

Dear: Amit,

Reference is hereby made to an obligation, a Term Promissory Note, dated January 2, 2001 by and between yourself, Amit Choudhury (Debtor), and myself, Elizabeth Eilert Grewal (Lender). This note is currently one year in default.

Demand is hereby made of you for full payment by March 30, 2007, in the amount of $1,000,000 plus 4% interest, per the terms of the promissory note, plus the default penalty/premium we discussed on December 31, 2006 in your office.

Thank you kindly for your earliest attention to this matter.

Very truly yours,

Elizabeth Eilert Grewal

Elizabeth Eilert Grewal

EXHIBIT NO. 11
DATE: 1-10-08
WITNESS: Choudhury
COLLEEN REDAMONTI, CSR 7012

**PROOF OF SERVICE**

I am over eighteen years old, not a party in this litigation, and my business address is 20 California Street, 7th Floor, San Francisco, California 94111. On June 9, 2008, I caused to be served a true copy of the attached on the parties in said action as follows:

**EXPERT REPORT OF GREGORY A. PINSONNEAULT PURSUANT TO RULE 26 OF THE FED. RULES OF CIV. P.**

☐ (BY REGULAR MAIL) by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, for collection and mailing at my place of business following ordinary business practices. Said documents will be deposited with the United States Post Office mailbox at San Francisco, California, addressed as follows:

☐ (BY OVERNIGHT DELIVERY/FEDERAL EXPRESS) by placing a true copy thereof enclosed in a sealed envelope, with delivery fees prepaid, deposited with the authorized overnight/Federal Express carrier/box at San Francisco, California, addressed as follows:

☒ (BY PERSONAL SERVICE) by causing to be personally delivered by hand and leaving a true copy with the person(s) named below and/or a person having charge of the office at the address shown below:

☐ (BY FACSIMILE) by transmitting the foregoing document(s) by facsimile to the party(ies) identified below by using the facsimile number(s) indicated. Said transmission(s) were verified as complete and without error.

Harvey Leiderman, Esq.
David Reidy, Esq.
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
Tel: 415.543.8700
Fax: 415.391.8269

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 9, 2008.

Lana Nemirovsky

# EXHIBIT B

E. Jeffrey Banchero (SBN 93077)
ejb@kastnerbanchero.com
Scott R. Raber (SBN 194924)
srr@kastnerbanchero.com
KASTNER | BANCHERO LLP
20 California Street, Seventh Floor
San Francisco, California 94111
Telephone: (415) 398-7000
Facsimile: (415) 616-7000

Attorneys for Plaintiff and Counter-Defendant
ELIZABETH GREWAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GREWAL,<br><br>Plaintiff,<br><br>v.<br><br>AMIT CHOUDHURY,<br><br>Defendant. | CASE NO. C-07-4218 CRB<br><br>**DECLARATION OF GREGORY A. PINSONNEAULT IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON PROMISSORY NOTE AND COMMON COUNT FOR MONEY LENT**<br><br>Date: May 23, 2008<br>Time: 10:00 A.M.<br>Courtroom: 8, 19th Floor<br><br>(Before Hon. Charles R. Breyer) |
| AND RELATED COUNTERCLAIM | |

1

DECL. OF GREGORY A. PINSONNEAULT IN SUP. OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON PROMISSORY NOTE
Case No. C-07-4218 CRB

promissory note, it is appropriate to compound interest. I have calculated the amount due upon maturity of the promissory note based on annual compounding.

7. For each of the five years of the promissory note, the interest due for that year is calculated by applying the 4.0% interest rate to the amount due at the beginning of the year. In the first year, the amount due at the beginning of the year is $1,000,000 as specified in the note. Applying the 4.0% interest rate results in interest of $40,000 and a total amount due at the end of the year of $1,040,000. This amount is then used as amount due at the beginning of the second year. After five years, the amount due Ms. Grewal upon maturity of the promissory note on January 1, 2006 is $1,216,653.

8. The promissory note specifies that this promise to pay is in return for "value received." I understand the "value received" refers to $880,000 transferred from Ms. Grewal to Mr. Choudhury on December 13, 2000. Therefore, in addition to the interest she receives under the terms of the promissory note, Ms. Grewal also receives an increase in the amount she transferred from $880,000 to $1,000,000. Therefore, the effective rate of interest that Ms. Grewal received is more than the 4.0% specified in the Term Promissory Note.

9. The effective rate of interest provided by the terms of the promissory note is calculated in Schedule 1.2 of Exhibit B. The effective rate of interest is calculated by applying a financial formula based on annual compounding. The formula requires the starting amount, the ending amount, and the duration to calculate the effective rate of interest. Here, the starting amount is the $880,000 transferred on December 13, 2000, the ending amount is the $1,216,653 due upon maturity of the promissory note on January 1, 2006, and the duration is approximately 5.05 years (the time between December 13, 2000 and January 1, 2006). Applying the formula results in an effective rate of interest of 6.62%.

10. I have calculated prejudgment interest due from the maturity of the Term Promissory Note through April 30, 2008 in Schedule 1.1 of Exhibit B. The effective rate of interest of 6.62% is used as the prejudgment interest rate and prejudgment interest is calculated as simple interest (without compounding). Prejudgment interest due through April 30, 2008 is

$187,517. Therefore, the total amount due Ms. Grewal thru April 30, 2008 including prejudgment interest is $1,404,170. Prejudgment interest accrues at a rate of $221 per day after that date.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of April, 2008, at Mountain View, California.

Gregory A. Pinsonneault

# CURRICULUM VITAE
## GREGORY A. PINSONNEAULT

**POSITION** Senior Associate, LitiNomics, April 2007 to Present

**EDUCATION** M.A., Economics, University of California-Berkeley (2002)
Fields of Specialization: Industrial Organization and Econometrics

B.S., Computer Science, University of Washington (1998)

B.S., Mathematics and Economics, University of Washington (1998)

**PROFESSIONAL AFFILIATIONS (current)** Member, American Economic Association

**AREAS OF EXPERTISE** [illegible]
[illegible] related to commercial litigation

**PROFESSIONAL AND BUSINESS HISTORY** LitiNomics, Inc., Mountain View, CA
Senior Associate, April 2007 – Present

CRA International, Inc. (Palo Alto, CA)
Senior Associate, January 2006 – April 2007
Consulting Associate, December 2002 – December 2005

Independent Consultant, January 2000 – December 2001
Consultant to [illegible], [illegible] 2001
Consultant to [illegible], June 2000 – July 2000
Consultant to [illegible], March 2000 – March 2000

**TEACHING HISTORY** University of California-Berkeley, Berkeley, CA
Graduate Student Instructor
- Fall 2001 Industrial Organization (Professor: Dr. [illegible])
- Spring 2001 Industrial Organization (Professor: Dr. [illegible])
- Fall 2000 Industrial Organization (Professor: Dr. [illegible])
- Fall 2000 Econometrics (Professor: Dr. [illegible])
- Fall [illegible] Introductory Economics (Professor: Dr. [illegible])

**AWARDS RECEIVED** [illegible] Graduate Student Instructor Award ([illegible])

**GREGORY A. PINSONNEAULT**
**CONSULTING AND TESTIMONY CASE LISTING**

| | Lawsuit | | Type | Court | Law Firm | Work Performed |
|---|---|---|---|---|---|---|
| 1 | Cisco Sys. Inc. v. Alcatel USA, Inc. et al. | D | Antitrust | U.S. District Court, Eastern District of Texas | Fish Richardson | Antitrust Liability and Damages Analysis |
| 2 | In Re Microsoft Corp. Antitrust Litigation | P | Antitrust | U.S. District Court, District of Maryland Maryland | Cohen, Milstein, Hausfeld & Toll; Waite, Schneider, Bayless & Chesley | Antitrust Liability Analysis |
| 3 | Smith Street Mill, Inc. v. Weherhaeuser (Civil No. 04-1049-PA) | D | Antitrust | U.S. District Court, District of Oregon | Thelen Reid Brown Raysman & Steiner | Antitrust Liability and Damages Analysis |
| 4 | Syngenta Seeds, Inc. v. Monsanto Company | D | Antitrust | U.S. District Court, District of Delaware | | Antitrust Liability and Damages Analysis |
| 5 | Washington Alder v. Weyerhaeuser (Civil No. 03-0552-PA) | D | Antitrust | U.S. District Court, District of Oregon | Thelen Reid Brown Raysman & Steiner | Antitrust Liability and Damages Analysis |
| 6 | Westwood Lumber Co. v. Weyerhaeuser (Civil No. 03-0551-PA) | D | Antitrust | U.S. District Court, District of Oregon | Thelen Reid Brown Raysman & Steiner | Antitrust Liability and Damages Analysis |
| 7 | Bancorp v. Sun Life Assurance | P | Breach of Contract | | | Damages Analysis |
| 8 | Bank One, Oklahoma, N.A. et al. v. Trammel Crow Services, Inc. et al. (Case No. 03 C 3624) | D | Breach of Contract | U.S. District Court, Northern District of Illinois (Eastern Division) | Jenner & Block | Damages Analysis |
| 9 | Etex Corp. v. Medtronic, Inc. | P | Breach of Contract | Arbitration | | Damages Analysis |
| 10 | Lima Development Inc., and Mark Cahill v. Columbia Aircraft Manufacturing fka The Lancair Company | D | Breach of Contract | Oregon Circuit Court, Deschutes County | Ball Janik | Perform Financial Review |
| 11 | Pixelworks v. Robert Fox | P | Breach of Contract | | | Damages Analysis |
| 12 | Creative Concepts Software, Inc. v. Mobiletech Solutions, Inc., et al. (Case No. SA CV 05-00670) | D | Breach of Contract, Theft of Trade Secrets | U.S. District Court, Central District of California (Southern Division) | Feldhake Law Firm | Damages Analysis |
| 13 | Parties cannot be disclosed (Settlement Agreement) | P | Breach of Contract, Theft of Trade Secrets | Cannont be disclosed (Settlement Agreement) | Hennelly & Grossfeld | Damages Analysis |
| 14 | Bradburn Parent/Teacher Store, Inc.. v. 3M | D | Class Action Antitrust | U.S. District Court, Eastern District of Pennsylvania | Harkins Cunningham; Cahill Gordon & Reindel; Heller Ehrman | Class Certification Analysis |
| 15 | Morelock Enterprises, Inc. v. Weyerhaeuser | D | Class Action Antitrust | U.S. District Court, District of Oregon | Thelen Reid Brown Raysman & Steiner | Class Certification, Antitrust Liability and Damages Analysis |
| 16 | In re Textile Rental Services Litigation (Case No. CV-05-19) | Both | Class Action Fraud and Breach of Contract | Circuit Court of Barbour County, Alabma (Clayton Division) | 14 different law firms | Valuation of settlement agreement. |
| 17 | Elizabeth Grewal v. Amit Choudhury | P | Fraud and Deceit, Recovery on a Promissory Note | U.S. District Court, Northern District of California | Kastner Banchero | Damages Analysis |
| 18 | Consulting work for COMPTEL/ALTS | N/A | Non-Litigation Consulting | N/A | N/A | Prepare FCC Comment Analyzing Local Phone Pricing |
| 19 | Consulting work for Fidelity Investments | N/A | Non-Litigation Consulting | N/A | N/A | Analyze Trading Data for Evidence of Wrongful Conduct |

**GREGORY A. PINSONNEAULT**
**CONSULTING AND TESTIMONY CASE LISTING**

| | Lawsuit | | Type | Court | Law Firm | Work Performed |
|---|---|---|---|---|---|---|
| 20 | Consulting work for Lloyds of London | N/A | Non-Litigation Consulting | N/A | N/A | Analyze Lloyds Insurance Liability Related to Enron's Demise |
| 21 | Consulting work for Mouli Cohen and ProCinea | N/A | Non-Litigation Consulting | N/A | N/A | Design Analytical Model |
| 22 | Consulting work for Sprint | N/A | Non-Litigation Consulting | N/A | N/A | Prepare Comment for Texas PUC |
| 23 | Consulting work for Sprint and Nextel realted to their proposed merger | N/A | Non-Litigation Consulting | N/A | N/A | Merger Analysis |
| 24 | Consulting work for Telstra | N/A | Non-Litigation Consulting | N/A | N/A | Perform Benchmarking Study |
| 25 | Consulting work for Vodafone | N/A | Non-Litigation Consulting | N/A | N/A | Prepare Comment for EU on Cellular Roaming Charges |
| 26 | Advanced Neuromodulation Systems, Inc. v. Advanced Bionics Corporation (Civil No. 4:04cv131) | P | Patent Infringement | U.S. District Court, Eastern District of Texas (Sherman Division) | Baker Botts | Damages Analysis |
| 27 | Altana Pharma, AG and Wyeth v. Teva Pharmaceuticals USA, Inc. and Teva Pharmaceuticals, Ltd. | D | Patent Infringement | U.S. District Court, District of New Jersey | Merchant & Gould | Declaration against Motion for Injunction |
| 28 | Commonwealth Scientific and Industrial Research Organization v. Toshiba et al. | P | Patent Infringement | U.S. District Court, Eastern District of Texas (Tyler Division) | Townsend and Townsend and Crew | Damages Analysis |
| 29 | GraphOn v. AutoTrader.com, Inc. | P | Patent Infringement | U.S. District Court, Eastern District of Texas (Marshall) | Watson Rounds; Howrey LLP | Damages Analysis |
| 30 | Japan Cash Machine Co. Ltd. and JCM American Corp. v. MEI, Inc. | P | Patent Infringement | U.S. District Court, District of Nevada | Watson Rounds; DLA Piper | Damages Analysis |
| 31 | Nichia Corporation v. Seoul Semiconductor, Ltd. and Seoul Semiconductor, Inc. | D | Patent Infringement | U.S. District Court, Northern District of California | Bingham McCutchen | Damages Analysis |
| 32 | Papyrus v. New York Stock Exchange, Inc. | P | Patent Infringement | | | Damages Analysis |
| 33 | Qualcomm, Inc v. Broacom Corp. (Case No. 05 CV 1662 B (DLM)) | D | Patent Infringement | U.S. District Court, Southern District of California | Wilmer Cutler Pickering Hale & Dorr | Damages Analysis |
| 34 | Silicon Graphics, Inc. v. ATI Technologies, Inc. | D | Patent Infringement | U.S. District Court, Western District of Wisconsin | Robins Kaplan Miller & Ciresi | Damages Analysis |
| 35 | Townshend Intellectual Property, LLC v. Broadcom Corp. | P | Patent Infringement | U.S. District Court, Northern District of California (San Jose) | Bingham McCuchen | Damages Analysis |
| 36 | TV Interactive Corp. v. Microsoft Corp. (Case No. 02 C 02385) | P | Patent Infringement | U.S. District Court, Norther District of California (Oakland Division) | Robins Kaplan Miller & Ciresi | Damages Analysis |
| 37 | UNOVA v. Hewlett Packard | P | Patent Infringement | U.S. District Court, Central District of California (Western Division) | | Damages Analysis |

**Elizabeth Grewal v. Amit Choudhury**
**Damages Calculations**
**Effective Rate of Interest - Annual Compounding**

**Schedule 1.2**

| | | | |
|---|---|---|---|
| *(a)* | Amount Loaned on December 13, 2000 | $ | 880,000 |
| *(b)* | Duration of Loan (years) | | 5.0548 |
| *(c)* | Balance Due upon Maturity of Term Promissory Note | $ | 1,216,653 |
| *(d)* | Effective Rate of Interest | | 6.62% |

*(a)* *Deposition of Elizabeth Grewal, January 11, 2008, pp. 224 - 233.*

*(b)* *Term Promissory Note term is 5 years, starting on January 2, 2001 and ending January 1, 2006. (Term Promissory Note, AC-018)*
*Duration of loan is Calculated as:*

| | | |
|---|---|---|
| *End Date* | *1/1/2006* | |
| *Start Date* | *12/13/2000* | |
| *Number of Days between Start and End Date* | *1,845* | |
| *Duration (in Years)* | *5.0548* | *Calculated as # of Days / 365* |

*(c)* *Schedule 1.3*

*(d)* *Calculated as: [(c) / (a)] ^ [1 / (b)] - 1*

**Elizabeth Grewal v. Amit Choudhury**
**Damages Calculations**
**Total Amount Due Based on Promissory Note at End of Term - Annual Compounding**

**Schedule 1.3**

| Year Ending | Amount on Which Interest is Calculated (Beginning of Year) *(a)* | Interest Rate *(b)* | Interest Due During Year *(c)* | Total Amount Due (End of Year) *(d)* |
|---|---|---|---|---|
| 1/1/2002 | $ 1,000,000 | 4.00% | $ 40,000 | $ 1,040,000 |
| 1/1/2003 | $ 1,040,000 | 4.00% | $ 41,600 | $ 1,081,600 |
| 1/1/2004 | $ 1,081,600 | 4.00% | $ 43,264 | $ 1,124,864 |
| 1/1/2005 | $ 1,124,864 | 4.00% | $ 44,995 | $ 1,169,859 |
| 1/1/2006 | $ 1,169,859 | 4.00% | $ 46,794 | $ 1,216,653 |

*(a)* *For year ending January 1st, 2002: Term Promissory Note dated January 2nd, 2001, AC-018.*
*For subsequent years, Beginning Principal Balance equal to previous years Ending Balance (Annual Compounding)*
*(b)* *Term Promissory Note dated January 2nd, 2001, AC-018.*
*(c)* *= (a) * (b)*
*(d)* *= (a) + (c)*