# APPENDIX A

*Elizabeth Grewal v. Amit Choudhury, et al.*
U.S. District Court, Northern Dist. of California, Case No. CV 07-04218 CRB

Trial Date: August 4, 2008

# JOINT TRIAL EXHIBIT LIST

| Exh. # | Dated | Description | Date Offered/ Witness | Date Admitted | Limitations on Use |
|---|---|---|---|---|---|
| 1 | 12/29/00 | Golden Gate Bank statement for A. Choudhury, acct # 2241161 showing 880k deposit, Bates # AC-001 - AC-002 | | | |
| 2 | 12/21/00 | Promissory Note for 1MM, borrower: Finexa, Lender: Golden Gate Bank, Bates # AC-004 - AC-005 | | | |
| 3 | 12/21/00 | Assignment of Deposit Account, Finexa, Golden Gate Bank re: exh 2, above, Bates # AC-006 - AC-009 | | | |
| 4 | 3/30/01 | Faxed letter and cover sheet, Finexa, AC to GG Bank, Brian Plotner re: repayment of collateral on loan, Bates # AC-010 - AC-011 | | | |
| 5 | 4/30/01 | Golden Gate Bank statement for A. Choudhury, acct # 2241161 showing 1MM loan payment, Bates # AC-003 | | | |
| 7 | 1/2/01 | Term Promissory Note, by A. Choudhury in favor of E. Grewal, ORIGINAL of Depo. Ex. 7, not Bates #d | | | |
| 7-A | Not dated | ORIGINAL File folder containing Original Note, Bates # 100044 | | | |
| 8 | Not dated | Spread sheet showing 880K w/ interest to 2005, Bates # AC-020 | | | |

| Exh. # | Dated | Description | Date Offered/ Witness | Date Admitted | Limitations on Use |
|---|---|---|---|---|---|
| 9 | 12/3/07 | A. Choudhury's Counter-Claim v. E. Grewal | | | |
| 10 | 1/16/01-1/17/01 | E-mails thread, between E. Grewal & A. Choudhury re: November results & Tax, Bates # AC-039 - AC-040 | | | |
| 11 | 1/2/07 | Demand for Payment, E. Grewal to A. Choudhury for 1MM + interest, Bates # AC-019 | | | |
| 12-A | 4/30/02 | Charles Schwab Trust Account statement for E. Grewal, acct 3073-0366, showing hand written notations, Bates #100003-100006, color ORIGINAL of Depo. Ex.12-A | | | |
| 13 | Not dated | Resume for A. Choudhury, Bates #100045 | | | |
| 14 | 1/8/06 | E-mail, A. Choudhury to E. Grewal re: happy new year, Bates # AC-101 | | | |
| 15 | 1/17/06-1/19/06 | E-mail, A. Choudhury to E. Grewal & response re: Your vmail, Bates # AC-051 - AC-053 | | | |
| 16 | 4/24/06 | E-mail, A. Choudhury to E. Grewal & response re: Got your v-mail, Bates # AC-056 - AC-057 | | | |
| 17 | 4/27/06 | E-mail, E. Grewal to A. Choudhury re: $120k, Bates # AC-058 | | | |
| 18 | 5/29/06-5/30/06 | E-mail, response, reply, re: In Toronto, Bates # AC-064 - AC-066 | | | |
| 19 | 6/2/06-6/7/06 | E-mails, E. Grewal to A. Choudhury, response & reply re: Need Update/ talk on phone, Bates # AC-062 | | | |

| Exh. # | Dated | Description | Date Offered/ Witness | Date Admitted | Limitations on Use |
|---|---|---|---|---|---|
| 20 | 6/14/06 | E-mail, E. Grewal to A. Choudhury re: ASAP, Bates # AC-068 | | | |
| 21 | 6/20/06 | E-mail, A. Choudhury to E. Grewal, response, reply, reply re: Got your v-mail, Bates # AC-069 | | | |
| 22 | 7/17/06 | E-mail, A. Choudhury to E. Grewal, response re: Got your v-mail, Bates # AC-071 | | | |
| 23 | 7/19/06-7/25/06 | E-mail, A. Choudhury to E. Grewal & response, Bates # 100015 | | | |
| 24 | 7/26/06 | E-mail, Lisa Blair to E. Grewal & forward to A. Choudhury re: Menlo Park house, Bates # AC-072 | | | |
| 25 | 7/28/06 | E-mail A. Choudhury to E. Grewal & response, Bates # AC-073 | | | |
| 26 | 8/7/06 | E-mail, E. Grewal to A. Choudhury re: ?????????, Bates #100018 | | | |
| 27 | 8/9/06 | E-mail, E. Grewal to A. Choudhury re: Note Bates #100019 | | | |
| 28 | 7/26/06-8/11/06 | E-mail thread, Lisa Blair, E. Grewal, A. Choudhury, re: Reply & old e-mail Bates # AC-074 - AC-075 | | | |
| 29 | 9/5/06 | E-mail, A. Choudhury to E. Grewal & response re: Clarium Capital hedge fund sued for fraud, Bates # AC-076 | | | |
| 30 | 9/18/06 | E-mail, A. Choudhury to E. Grewal & response re: your v-mail, Bates # AC-080 | | | |

| Exh. # | Dated | Description | Date Offered/ Witness | Date Admitted | Limitations on Use |
|---|---|---|---|---|---|
| 31 | 9/18/06-9/30/06 | E-mail, E. Grewal reply to A. Choudhury, re: Your v-mail Bates # AC-081 | | | |
| 32 | 10/12/06 | E-mail, A. Choudhury to E. Grewal & reply re: between 7:30 – 8:30 would be perfect, Bates # AC-084 | | | |
| 33 | 10/12/06-10/13/06 | E-mail, A. Choudhury to E. Grewal & response, Re: Call, Bates #100026 | | | |
| 34 | 10/14/06 | E-mail, A. Choudhury to E. Grewal & response re: Sorry, Bates # 100027 | | | |
| 35 | 10/15/06 | E-mail, E. Grewal to A. Choudhury re: home now for a short time, then after 7:30, Bates #100029 | | | |
| 36 | 10/28/06 | E-mail, E. Grewal to A. Choudhury re: tomorrow, Bates #100031 | | | |
| 37 | 10/29/06 | E-mail, E. Grewal to A. Choudhury re: tomorrow 11 am – 12:30 pm, Bates #100032 | | | |
| 38 | 11/2/06 | E-mail, E. Grewal to A. Choudhury re: in Marin Mon-Fri, Bates # 100033 | | | |
| 39 | 10/27/06-11/15/06 | E-mails, E. Grewal to A. Choudhury & Ana Ramirez, reply AR to EG, re: Please forward to Amit, Bates #100035-100036 | | | |
| 40 | 12/28/06 | E-mail, E. Grewal to A. Choudhury re: Thank you, Bates # AC-082 | | | |
| 41 | 2/7/07 | E-mail, A. Choudhury to E. Grewal re: update, Bates # 100034 | | | |

| Exh. # | Dated | Description | Date Offered/ Witness | Date Admitted | Limitations on Use |
|---|---|---|---|---|---|
| 42 | 2/7/07 | E-mail, E. Grewal to A. Choudhury, response to 41, re: updateBates # AC-086 | | | |
| 43 | 2/7/07-3/2/07 | E-mail, A. Chouhdury to E. Grewal & response re: SF this weekend? Bates # AC-087 | | | |
| 46 | Not dated | Finexa Executive Summary, Not #d | | | |
| 47 | 1/8/08 | Yahoo! Finance Chart for Ixic, 1998 – 2003 | | | |
| 49 | 12/13/00 | Charles Schwab wire confirmation for account #3073066, Bates #100007 | | | |
| 50 | 12/31/02 | Schwab Account statement pp. 7 & 8, Bastes # 100010-100009 | | | |
| 55 | Not dated | Handwritten spread sheet, 880k plus interest to 12/13/06, Bates # 100008 | | | |
| 56 | Not dated | Handwritten spread sheet, 1MM plus interest to 1/2/08, Bates # 100046 | | | |
| 57 | 12/31/06 | Handwritten notes, Bates # 100047-100048 | | | |
| 58 | 3/15/01 | Letter, D. Hayford to E. Grewal, Bates # 100049 | | | |
| 59 | 3/15/01 | Letter, A. Choudhury to E. Grewal, Bates # 100050 | | | |
| 60 | 5/17 | Handwritten notes, Bates # 100051 | | | |
| 61 | 10/20/06 | Letter, with attached Board Resolution, Pensco Trust to Pinnacle Partners, Bates # AC-016 – AC-017 | | | |

| Exh. # | Dated | Description | Date Offered/ Witness | Date Admitted | Limitations on Use |
|---|---|---|---|---|---|
| 62 | 12/23/99 | Letter of Authorization Form for Wire Transfer, Bates # AC-028 | | | |
| 63 | 12/31/99 | Schwab Account Statement, Bates # AC-029 – AC-030 | | | |
| 64 | 6/9/01 | Letter, E. Grewal to A. Choudhury, request to liquidate Pinnacle account, Bates # AC-031 | | | |
| 65 | 9/1/01 | Accountant's Compilation Report cover letter, Goldstein Golub Kessler LLP to Pinnacle Partners Capital, LP, Bates # AC-032 – AC-033 | | | |
| 66 | 1/10/06 | E-mails thread between A. Chouhury & E. Grewal re: Phone Call? Bates # AC-041 – AC-050 | | | |
| 67 | 1/30/06 | E-mails, A. Choudhry to E. Grewal and response, re: Have not forgotten, BAets # AC-054 – AC-055 | | | |
| 68 | 5/22/06 | E-mail, E. Grewal to A. Choudhury, re: Photo for you, BATes # AC-059 | | | |
| 69 | 5/30/06 | E-mail, A. Choudhury to E. Grewal and response, re: In Toronto, Bates # AC-060 – AC-061 | | | |
| 70 | 6/14/06 | E-mail, E. Grewal to A. Choudhury, re: Pensco acct., Bates # AC-063 | | | |
| 71 | 6/2/06 | E-mail, E. Grewal to A. Choudhury, re: Need update / talk on phone, Bates # AC-067 | | | |
| 72 | 2/2/07 | E-mail, E. Grewal to A. Choudhury, re: New Checking Account, Bates # AC-085 | | | |

| Exh. # | Dated | Description | Date Offered/ Witness | Date Admitted | Limitations on Use |
|---|---|---|---|---|---|
| 73 | 8/18/08 | E-mail, E. Grewal to A. Choudhury, re: Thank You, Bates # AC-092 | | | |
| 74 | 5/10/02 | E-mail, E. Grewal to Jeff Dine, re: Quick Pinnacle Question, Bates # AC-093 | | | |
| 75 | 2/6/02-2/7/02 | E-mail thread between Jeff Dine and E. Grewal re: Pinnacle Partners, Bates # AC-094 – AC-096 | | | |
| 76 | 1/14/02 – 1/15/02 | E-mails, Jeff Dine to E. Grewal and response, re: Pinnacle Partner, Bates # AC-097 | | | |
| 77 | 2/15/02 | E-mail, E. Grewal to A. Choudhury and response, re: Quick question, Bates # AC-102 | | | |
| 78 | 6/19/00 | E-mail, E. Grewal to A. Choudhury re: EEG resume (attached), Bates #AC-235 – AC-236 | | | |
| 79 | 11/3/05-11/11/05 | Marital Settlement Agreement, Grewal v. Grewal, excerpted, Bates # 200006-200011 | | | |
| 80 | 12/23/98 | E-mail, E. Grewal to A. Choudhury re: fax Hardev, Bates # 200101 | | | |
| 81 | 1/12/00 | E-mail, A. Choudhury to Limited Partners, re: Results for December 1999, Bates # 200104-200105 | | | |
| 82 | 1/12/00-1/13/00 | E-mail, A. Choudhury to Limited Partners and response by E. Grewal, re: Results for December 1999, Bates # 200106-200107 | | | |
| 83 | 6/9/08 | Expert Witness Report, Greg Pinsonnseault | | | |

  Plaintiff may also offer exhibits from documents expected to be produced on the first day of trial pursuant to trial subpoenas, which are at this date, still outstanding.

  Plaintiff may also offer any of the above documents in enlarged form for display to the court as demonstrative exhibits.