# APPENDIX B

*Grewal v. Choudhury, et al.*
U.S. District Court, Northern Dist. of California, Case No. CV 07-04218 CRB

Trial Date: August 4, 2008

**PLAINTIFF'S PROPOSED WITNESS LIST**

Plaintiff anticipates calling the following witnesses in her case-in-chief:

1. Elizabeth Grewal.

2. Hardev Grewal. Mr. Grewal will provide corroborative testimony regarding statements made by defendant to plaintiff to induce her to transfer money to defendant in December 2000.

3. David Hayford. Mr. Hayford, the former Chief Financial Officer of Finexa, Inc., will testify about the business operations of Finexa and his dealings with Mr. Choudhury during the 2000-2001 time frame. Mr. Hayford will testify about Finexa's efforts to raise capital, the circumstances surrounding the loan made to Finexa by Golden Gate Bank, and Finexa's payoff of that loan. Mr. Hayford will also testify that the money received from Grewal funded the Finexa business operations during January to March, 2001. Mr. Hayford's testimony will help the jury understand defendant's fraudulent motives and conduct in inducing plaintiff to transfer money to him.

4. Amit Choudhury (by deposition).

5. Gregory Pinnsoneault. Mr. Pinnsoneault will offer expert testimony regarding the damages Grewal has suffered as a result of the claims outlined in the first amended complaint in this case. In particular, Mr. Pinnsoneault's expert testimony will address the amount due to Ms. Grewal upon the maturity of the promissory note; the effective rate of interest provided under the terms of the promissory note; and the amount of prejudgment interest due a) in the period subsequent to the maturity of the promissory note, and b) under an alternative damages scenario.

Plaintiff reserves her right to amend or supplement this list, and reserves her right to call additional witnesses in rebuttal.

2

**DEFENDANT'S PROPOSED WITNESS LIST**

Defendant anticipates calling the following witnesses in his case-in-chief:

1. Elizabeth Grewal.

2. Amit Choudhury.

Defendant reserves his right to amend or supplement this list, and reserves his right to call additional witnesses in rebuttal.