1  E. Jeffrey Banchero (SBN 93077)
   ejb@kastnerbanchero.com
2  Scott R. Raber (SBN 194924)
   srr@kastnerbanchero.com
3  KASTNER | BANCHERO LLP
   20 California Street, Seventh Floor
4  San Francisco, California 94111
   Telephone: (415) 398-7000
5  Facsimile: (415) 616-7000
6
7  Attorneys for Plaintiff and Counter-Defendant
   ELIZABETH GREWAL
8

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

13 | ELIZABETH GREWAL,              | CASE NO. C-07-4218 CRB
14 |       Plaintiff,               |
15 |                                | **JOINT PROPOSED VOIR DIRE QUESTIONS**
   |   v.                           |
16 |                                |
17 | AMIT CHOUDHURY,                | Trial Date:   August 4, 2008
   |                                | Time:         8:30 A.M.
18 |       Defendants.              | Courtroom:    8, 19th Floor
19 |                                |
   | AND RELATED COUNTERCLAIM       | (Before Hon. Charles R. Breyer)
20

21

22

23

24

25

26

27

28
                                    -1-

**A.     The Parties' Joint Voir Dire Questions**

Plaintiff and defendant jointly submit the following questions, Nos. 1-6, to be posed to potential jurors in the course of voir dire:

1. Have you heard of, worked for, or invested with the defendant, Amit Choudhury, or any of his companies? These companies include Pinnacle Partners Systems, Inc.; Pinnacle Partners, Inc.; Pinnacle Partners Capital Management LLC; Finexa, Inc; and FXI Investments, LLC.

2. Do you know the plaintiff, Elizabeth Grewal?

3. Please state your prior experience, if any, with the court system:
    a. Have you served as a juror?
    b. Have you been a plaintiff or defendant in a civil case?
    c. If yes, what was the outcome of the case?
    d. Have you testified as a witness?

4. Have you invested money with a broker, or in a hedge fund?

5. Have you ever loaned a significant sum of money to a friend or relative, or been involved with a loan of money other than through a bank or other lending institution?

6. Other than a home mortgage, have you been involved with a loan of money that was evidenced by a written promissory note?

**B.     Defendant's Proposed Supplemental Voir Dire Questions**

In addition to the questions in Section A above, Defendant submits the following supplemental proposed voir dire questions (in addition to the standard questions to be posed by the Court (e.g., knowledge of the parties, counsel or witnesses; prior service as a juror; prior involvement in litigation as a party and the outcome; competency and ability to understand spoken and written English; physical ability to serve; marital status; educational background; occupation; sources of income; racial and gender bias; etc.):

1. Will you commit to being fair and impartial to someone who is an immigrant to our country?

2. Will you commit to being fair and impartial to someone from a different culture?

3. Do you have any reason to believe more of what a woman says than a man? Or a man rather than a woman?

4. Do you have any reason to sympathize with a woman more than a man? Or a man more than a woman?

5. Do you believe that women are just as capable as men to manage their financial affairs?

6. You understand you will be asked to determine if either of the parties had a legal obligation to the other. Will you be able to make a distinction between a legal obligation and a moral obligation?

7. Do you understand you are not here to pass moral judgment on anyone?

8. Have you ever blamed someone for something that was beyond their control?

9. Have you ever had a misunderstanding over a business venture?

10. Have you ever invested in a small company?

11. Have you ever invested in the stock market?

12. Have you ever invested money overseas?

13. Have you ever lost a lot of money on investments?

14. Have you ever worked for a software start-up company?

15. When the technology bubble burst in 2001 did it affect you in any way?

16. Did the tragedy of 9/11 affect you in any way?

17. Have you ever worked with a close friend or family member and it didn't turn out well?

18. Have you ever lent a large sum of money to anyone?

19. Has anyone ever not returned money you gave them?

20. Have you ever inherited a large sum of money?

21. When you give your word to somebody, is that good enough, or do you like to have everything in writing?

22. To questions no. 14 through 27, depending on the jurors' answers:

23. Q. Would this affect your ability to be fair and impartial in this case?

DATED: July 25, 2008                    KASTNER | BANCHERO LLP

                                        By: _____/S/_____
                                            E. Jeffrey Banchero
                                            Scott R. Raber

                                        Attorneys for Plaintiff and Counter-Defendant
                                        ELIZABETH GREWAL

DATED: July 25, 2008                    REED SMITH

                                        By: _____/S/_____
                                            Harvey Leiderman
                                            David S. Reidy

                                        Attorneys for Defendant and Counter-Claimant
                                        AMIT CHOUDHURY

-4-

**JOINT PROPOSED VOIR DIRE**
Case No. C-07-4218 CRB