E. Jeffrey Banchero (SBN 93077)
ejb@kastnerbanchero.com
Scott R. Raber (SBN 194924)
srr@kastnerbanchero.com
KASTNER | BANCHERO LLP
20 California Street, Seventh Floor
San Francisco, California 94111
Telephone: (415) 398-7000
Facsimile: (415) 616-7000

Attorneys for Plaintiff and Counter-Defendant
ELIZABETH GREWAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GREWAL,<br><br>          Plaintiff,<br><br>     v.<br><br>AMIT CHOUDHURY,<br><br>          Defendants.<br><br>AND RELATED COUNTERCLAIM | CASE NO. C-07-4218 CRB<br><br>**JOINT PROPOSED SPECIAL VERDICT FORM**<br><br>Trial Date:   August 4, 2008<br>Time:          8:30 A.M.<br>Courtroom:  8, 19th Floor<br><br>(Before Hon. Charles R. Breyer) |

# PLAINTIFF'S PROPOSED SPECIAL VERDICT FORM

We answer the questions submitted to us as follows:

1. On plaintiff Elizabeth Grewal's claim against defendant Amit Choudhury for fraud and deceit, we find in favor of _____ and against _____.

2. On plaintiff Elizabeth Grewal's claim against defendant Amit Choudhury for breach of contract, we find in favor of _____ and against _____.

3. On plaintiff Elizabeth Grewal's common-count claims against defendant Amit Choudhury

   For money had and received, we find in favor of _____ and against _____.

   For money lent, we find in favor of _____ and against _____.

   On an account stated, we find in favor of _____ and against _____.

If you find in favor of plaintiff Elizabeth Grewal and against defendant Amit Choudhury on any of the claims in Questions 1 through 3, then answer Question 4. If you find in favor of defendant Amit Choudhury and against plaintiff Elizabeth Grewal on all of the claims in Questions 1 through 3, then answer no further questions and have the presiding juror sign and date this form.

4. We find that plaintiff Elizabeth Grewal was damaged in the amount of $_____.

If in Question 1 you find in favor of plaintiff Elizabeth Grewal on her claim for fraud and deceit and in addition find by clear and convincing evidence that defendant Amit Choudhury acted with malice, oppression, or fraud, then answer Question 5. If either (a) you find in Question 1 in favor of defendant Amit Choudhury and against plaintiff Elizabeth Grewal or (b) you do not find by clear and convincing evidence that defendant Amit Choudhury acted with malice, oppression, or fraud, then answer no further questions and have the presiding juror sign and date this form.

-2-

**JOINT PROPOSED SPECIAL VERDICT FORM**
Case No. C-07-4218 CRB

5. We award punitive damages to plaintiff Elizabeth Grewal and against defendant Amit Choudhury in the amount of $_____.

Dated: _____        Signed: _____
                                                                  Presiding Juror

After it has been signed, deliver this verdict form to the clerk/bailiff.

**JOINT PROPOSED SPECIAL VERDICT FORM**
Case No. C-07-4218 CRB

# DEFENDANT'S PROPOSED SPECIAL VERDICT FORM

Defendant Amit Choudhury ("Choudhury") hereby submits the attached proposed Special Verdict Form, pursuant to this Court's February 29, 2008, pretrial order (Doc. 31). In submitting this special verdict form, Defendant reserves the right to modify and supplement the verdict form due to changes in the issues to be tried and otherwise as may be necessary or appropriate.

## Section One – Breach of Contract

We answer the questions submitted to us as follows:

1. Did Ms. Grewal and Mr. Choudhury enter into a valid written contract whereby Mr. Choudhury promised to replay monies, plus interest thereupon?

    Yes _____ No_____

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. Did Ms. Grewal do all, or substantially all, of the significant things that the contract required her to do?

    Yes _____ No_____

If your answer to question 2 is yes, then skip question 3 and answer question 4. If you answered no, answer question 3.

3. Was Ms. Grewal excused from having to do all, or substantially all, of the significant things that the contract required her to do?

    Yes _____ No_____

If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

4. Did Mr. Choudhury fail to do something that the contract required him to do?

    Yes _____ No_____

-4-

**JOINT PROPOSED SPECIAL VERDICT FORM**
Case No. C-07-4218 CRB

If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

     5.     Was Ms. Grewal harmed by that failure?

          Yes _____ No_____

If your answer to question 5 is yes, then answer question 6. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

     6.     What, if any, are Ms. Grewal's damages?

          TOTAL $ _____

### Section Two – Common Count Money Lent

We answer the questions submitted to us as follows:

     1.     Did Ms. Grewal and Mr. Choudhury enter into an agreement?

          Yes _____ No_____

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

     2.     Did Ms. Grewal deliver monies to Mr. Choudhury under the agreement?

          Yes _____ No_____

If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

     3.     Did Mr. Choudhury agree to return a sum equivalent to Ms. Grewal at some time in the future?

          Yes _____ No_____

If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

    4.       Did Mr. Choudhury fail to return a sum equivalent to Ms. Grewal?

              Yes _____ No_____

If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

    5.       What, if any, are Ms. Grewal's damages?

              TOTAL $ _____

### Section Three – Common Count Money Had and Received

We answer the questions submitted to us as follows:

    1.       Did Mr. Choudhury receive money that was intended to be used for the benefit of Ms. Grewal?

              Yes _____ No_____

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

    2.       Was the money not used for the benefit of Ms. Grewal?

              Yes _____ No_____

If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

    3.       Did Mr. Choudhury fail to give the money to Ms. Grewal?

              Yes _____ No_____

If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

    4.       What, if any, are Ms. Grewal's damages?

              TOTAL $ _____

**JOINT PROPOSED SPECIAL VERDICT FORM**
Case No. C-07-4218 CRB

**Section Four – Common Count Account Stated**

We answer the questions submitted to us as follows:

1. Did Mr. Choudhury owe Ms. Grewal money from previous financial transactions?

    Yes _____ No_____

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. Did Ms. Grewal and Mr. Choudhury agree, by words or conduct, that the amount stated in the account was the correct amount owed to Ms. Grewal?

    Yes _____ No_____

If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

3. Did Mr. Choudhury promise, by words or conduct, to pay the stated amount to Ms. Grewal?

    Yes _____ No_____

If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

4. Did Mr. Choudhury fail to pay Ms. Grewal any of the amount owed under this account?

    Yes _____ No_____

If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

5. Did Ms. Grewal prove the amount of money Mr. Choudhury owes her under this account?

    Yes _____ No_____

-7-

If your answer to question 5 is yes, then answer question 6. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

     6.     What, if any, are Ms. Grewal's damages?

          TOTAL $ _____

### Section Five – Promissory Fraud

We answer the questions submitted to us as follows:

     1.     Did Mr. Choudhury make a promise to Ms. Grewal that if she loaned him money, he would repay the money to her with interest that would come back to her tax free?

          Yes _____ No_____

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

     2.     Did Mr. Choudhury intend to perform this promise when he made it?

          Yes _____ No_____

If your answer to question 2 is no, then answer question 3. If you answered yes, stop here, answer no further questions, and have the presiding juror sign and date this form.

     3.     Did Mr. Choudhury intend that Ms. Grewal rely on this promise?

          Yes _____ No_____

If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

     4.     Did Ms. Grewal reasonably rely on this promise?

          Yes _____ No_____

If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

**JOINT PROPOSED SPECIAL VERDICT FORM**
Case No. C-07-4218 CRB

5. Did Mr. Choudhury perform the promised act?

Yes _____ No_____

If your answer to question 5 is no, then answer question 6. If you answered yes, stop here, answer no further questions, and have the presiding juror sign and date this form.

6. Was Ms. Grewal's reliance on Mr. Choudhury's promise a substantial factor in causing harm to Ms. Grewal?

Yes _____ No_____

If your answer to question 6 is yes, then answer question 7. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

7. What, if any, are Ms. Grewal's damages?

TOTAL $ _____

**Section Six – Total Amount Awarded**

If you awarded damages to Ms. Grewal in any of the above claims, state the total amount of damages awarded for all causes of action.

TOTAL: $_____

Date: _____    Signed:_____
                                                    Presiding Juror

-9-

**JOINT PROPOSED SPECIAL VERDICT FORM**
Case No. C-07-4218 CRB