Harvey L. Leiderman (SBN 55838)
HLeiderman@ReedSmith.com
David S. Reidy (SBN 225904)
DReidy@ReedSmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   (415) 543-8700
Facsimile:    (415) 391-8269

Attorneys for Defendant and
Counter-Claimant
AMIT CHOUDHURY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GREWAL, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>AMIT CHOUDHURY, an individual,<br><br>　　　　　Defendant. | Case No.: C-07-4218 CRB<br><br>**DECLARATION OF HARVEY L. LEIDERMAN IN SUPPORT OF SUPPLEMENT TO DEFENDANT'S MOTION IN LIMINE NUMBER 3: TO EXCLUDE EVIDENCE OF ANY PRIOR CIVIL JUDGMENT ENTERED AGAINST DEFENDANT**<br><br>Pretrial Conf.:　August 1, 2008<br>Time:　　　　　2:00 p.m.<br>Place:　　　　　Courtroom 8, 19th Floor<br><br>Compl. Filed:　July 19, 2007<br>Trial Date:　　August 4, 2008<br><br>*Honorable Charles R. Breyer* |
| AMIT CHOUDHURY, an individual,<br><br>　　　　　Counter-Claimant,<br><br>　　vs.<br><br>ELIZABETH GREWAL, an individual,<br><br>　　　　　Counter-Defendant. | |

I, Harvey L. Leiderman, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and admitted to practice before this Court. I am a principal in the firm of Reed Smith LLP, counsel of record to Defendant Amit Choudhury in this case. I have personal knowledge of the following facts and, if called upon as a witness, I could and would testify truthfully thereto.

2. In or about June, 2001, three individuals filed a complaint in San Francisco County Superior Court, as Action No. 322007, against three defendants, including Amit Choudhury, the Defendant in this case. As a principal in a previous firm, Steefel, Levitt & Weiss, P. C., I was one of counsel of record to the defendants in that state court action.

3. On or about April 16, 2002, the parties in the state court action participated in a Court-mandated Early Settlement Program mediation session. During the session the parties reached a settlement in principle and executed a Term Sheet which memorialized the key details of their settlement and provided for them to enter into a formal written Settlement Agreement.

4. Thereafter, the parties continued to negotiate the terms of the formal Settlement Agreement but were unable to finalize its terms.

5. On or about August 27, 2002, the state court entered an order enforcing the Settlement Term Sheet of April 16, 2002 as written. A judgment was then filed on September 4, 2002. A true and correct copy of the file-stamped judgment is attached hereto as Exhibit A.

6. Two days later, on September 6, 2002, the parties reached a final Settlement Agreement and performed in accordance with its terms. Also on September 6, 2002, the parties filed a fully executed Request for Dismissal, with prejudice, of the state court action with the court. A true and correct copy of the file-stamped Request for Dismissal is attached hereto as Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on July 28, 2008, at San Francisco, California.

*/s/ Harvey L. Leiderman*
Harvey L. Leiderman

–1–

DECL. HARVEY L. LEIDERMAN IN SUPPORT OF DEFT'S MOTION IN LIMINE NO. 3
Case No. C-07-4218 CRB

# EXHIBIT A

1  ROD DIVELBISS, ESQ. CSB #102345
   JONATHAN D. WEINBERG, ESQ. CSB #215590
2  DIVELBISS, DIVELBISS & BONZELL, LLP
   The Rotunda Building
3  300 Frank H. Ogawa Plaza, Suite 370
   Oakland, CA 94612
4  Telephone: 510.625.7700

5  Attorneys for Plaintiffs

**FILED**
San Francisco County Superior Court

SEP 4 2002

GORDON PARK-LI, Clerk
BY: _____
         Deputy Clerk

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN FRANCISCO

| | |
|---|---|
| JULIE PEARL, et. al. | CASE NO. 322007 |
| Plaintiffs, | |
| vs. | JUDGMENT + DISMISSAL OF CROSS-COMPLAINT W/PREJUDICE (VM) |
| PINNACLE PARTNERS CAPITAL MANAGEMENT, PINNACLE PARTNERS CAPITAL, LP, AMIT CHOUDHURY and DOES 1-50, inclusive, | |
| Defendants. | |
| AND RELATED CROSS COMPLAINT | |

18    Pursuant to section 664.6 of the Code of Civil Procedure, Judgment shall be entered in
19 favor of Plaintiffs and against Defendants in accordance with the terms of the settlement whose
20 terms are as follows:

21    1.    Judgment shall be in favor of the Plaintiffs, JULIE PEARL, MICHAEL PEARL
22 AND YU FON LEE, and jointly and severally against each of the Defendants PINNACLE
23 PARTNERS CAPITAL MANAGEMENT, PINNACLE PARTNERS CAPITAL, LP, AMIT
24 CHOUDHURY in the amount of $400,000. Provided, however, Plaintiffs acknowledge that
25 Defendants have paid $75,000 of the total Judgment amount.

26    2.    Plaintiffs shall be entitled to collect their reasonable attorneys' fees and costs
27 incurred in attempting to collect on the Judgment. Further, attorneys' fees shall be awarded to
28

JUDGMENT PURSUANT TO SECTION 664.6 OF THE CODE OF CIVIL PROCEDURE

1

1 | the prevailing party for any dispute arising from this Judgment.

2 |     3.    Defendants shall comply with the remaining terms of the April 16, 2002
3 | Agreement including their obligations under paragraph 5 of that Agreement to timely provide
4 | appropriate tax reporting information.

5 |     4.    The Cross-Complaint is hereby dismissed with prejudice.

JUDGMENT SHALL BE ENTERED ACCORDINGLY.

Dated: August ___, 2002
SEP - 3 2002

Honorable James McBride
Judge of the Superior Court

#322007
JUDGMENT + DISMISSAL OF CROSS- COMPLAINT
WITH PREJUDICE

G:\WPDOCS\Pearl - Pinnacle\Pleadings\Judgment2.wpd

---

JUDGMENT PURSUANT TO SECTION 664.6 OF THE CODE OF CIVIL PROCEDURE

2

# EXHIBIT B

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Rod Divelbiss (SBN 102345)<br>DIVELBISS, DIVELBISS & BONZELL<br>300 Frank H. Ogawa Plaza, Ste. 370<br>Oakland, California 94612 | (510) 625-7700 | FILED<br>San Francisco Superior Court<br><br>SEP 6 2002<br><br>GORDON PARK-LI, CLERK<br>BY: _____<br>Deputy Clerk |

ATTORNEY FOR (Name): Julie C. Pearl, Michael Pearl, and Yu Fon Lee

Insert name of court and name of judicial district and branch court, if any:
Superior Court of California, County of San Francisco

PLAINTIFF/PETITIONER: Julie C. Pearl, Michael Pearl, and Yu Fon Lee
DEFENDANT/RESPONDENT: Pinnacle Partners Capital LP, et al.

**REQUEST FOR DISMISSAL**
- [ ] Personal Injury, Property Damage, or Wrongful Death
  - [ ] Motor Vehicle  [ ] Other
- [ ] Family Law
- [ ] Eminent Domain
- [X] Other (specify): Claims arising from breach of contract

CASE NUMBER: 322007

— A conformed copy will not be returned by the clerk unless a method of return is provided with the document. —

1. TO THE CLERK: Please dismiss this action as follows:
   a. (1) [X] With prejudice   (2) [ ] Without prejudice
   b. (1) [X] Complaint   (2) [ ] Petition
      (3) [X] Cross-complaint filed by (name): Defendants   on (date): July 30, 2001
      (4) [ ] Cross-complaint filed by (name):   on (date):
      (5) [X] Entire action of all parties and all causes of action
      (6) [ ] Other (specify):*

Date: September 6, 2002

Rod Divelbiss
(TYPE OR PRINT NAME OF [X] ATTORNEY  [ ] PARTY WITHOUT ATTORNEY)

▶ /s/ Rod Divelbiss (SIGNATURE)
Attorney or party without attorney for: Julie C. Pearl, Michael Pearl, Yu Fon Lee
[X] Plaintiff/Petitioner   [ ] Defendant/Respondent
[ ] Cross-complainant

* If dismissal requested is of specified parties only, of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

2. TO THE CLERK: Consent to the above dismissal is hereby given.**

Date: September 5, 2002

Constance E. Norton
(TYPE OR PRINT NAME OF [X] ATTORNEY  [ ] PARTY WITHOUT ATTORNEY)

▶ /s/ Constance E. Norton (SIGNATURE)
Attorney or party without attorney for: Pinnacle Partners Capital, LP, et al.
[ ] Plaintiff/Petitioner   [X] Defendant/Respondent
[X] Cross-complainant

** If a cross-complaint - or Response (Family Law) seeking affirmative relief - is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581(i) or (j).

(To be completed by clerk)
3. [ ] Dismissal entered as requested on (date):
4. [ ] Dismissal entered on (date):   as to only (name):
5. [ ] Dismissal not entered as requested for the following reasons (specify):

6. [ ] a. Attorney or party without attorney notified on (date):
       b. Attorney or party without attorney not notified. Filing party failed to provide
          [ ] a copy to conform   [ ] means to return conformed copy

Date: _____   Clerk, by _____, Deputy

Form Adopted by the
Judicial Council of California
982(a)(5) [Rev. January 1, 1997]
Mandatory Form

**REQUEST FOR DISMISSAL**

Legal Solutions Plus

Code of Civil Procedure, § 581 et seq.
Cal. Rules of Court, rules 383, 1233