1  E. Jeffrey Banchero (SBN 93077)
   ejb@kastnerbanchero.com
2  Scott R. Raber (SBN 194924)
   srr@kastnerbanchero.com
3  KASTNER | BANCHERO LLP
4  20 California Street, Seventh Floor
   San Francisco, California 94111
5  Telephone: (415) 398-7000
   Facsimile: (415) 616-7000
6
7  Attorneys for Plaintiff and Counter-Defendant
   ELIZABETH GREWAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ELIZABETH GREWAL, | CASE NO. C-07-4218 CRB |
|---|---|
| Plaintiff, | |
| v. | **DECLARATION OF SCOTT R. RABER IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE NO. 2 TO EXCLUDE BELATEDLY PRODUCED DOCUMENTS AND ALL REFERENCES THERETO AT TRIAL** |
| AMIT CHOUDHURY, | |
| Defendants. | |
|  | Trail Date:   August 4, 2008<br>Time:         9:30 A.M.<br>Courtroom:  8, 19th Floor |
| AND RELATED COUNTERCLAIM | (Before Hon. Charles R. Breyer) |

---

DECLARATION OF SCOTT R. RABER IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE NO. 2 TO EXCLUDE BELATEDLY
PRODUCED DOCUMENTS AND ALL REFERENCES THERETO AT TRIAL
Case No. C-07-4218 CRB

I, SCOTT R. RABER, hereby declare:

1. I am an attorney admitted to practice before all courts of the States of California and am a partner at Kastner│Banchero LLP, counsel representing plaintiff Elizabeth Grewal ("Grewal" or "plaintiff") in this action. I submit this declaration in support of plaintiff's Motion In Limine No. 2 To Exclude Belatedly Produced Documents And All References Thereto At Trial. I have personal knowledge of each of the matters set forth herein, and if called upon I could testify competently to them.

2. Attached hereto as Exhibit A is a true and correct copy of a letter, dated July 29, 2008, from David Reidy at Reed Smith LLP, attaching copies of two documents simultaneously produced for the first time to plaintiff (Bates Nos. AC 249-253).

3. Attached hereto as Exhibit B is a true and correct copy of a subpoena, dated July 14, 2008, issued by plaintiff to Pinnacle Partners, Inc. Plaintiff issued identical subpoenas to five other entities controlled and founded by Choudhury: Finexa, Inc.; FXI Investments LLC; Pinnacle Partners Capital Management LLC; Pinnacle Partners Capital, L.P.; and Pinnacle Partners Systems, Inc.

4. Attached hereto as Exhibit C is a true and correct copy of Amit Choudhury's Responses to Plaintiff's First Set of Requests for Production of Documents.

5. Attached hereto as Exhibit D is a true and correct copy of Amit Choudhury's Responses to Plaintiff's Requests for Production of Documents, Set Two.

6. Attached hereto as Exhibit E is a true and correct copy of Plaintiff's Third Request for Production of Documents To Defendant, and Defendant's Responses to Plaintiff's Requests for Production, Set Three.

7. Attached hereto as Exhibit F is a true and correct copy of Plaintiff's Fourth Request for Production of Documents to Defendant, Amit Choudhury, and Defendant's Responses thereto.

8. Attached hereto as Exhibit G is a true and correct copy of Amit Choudhury's Supplemental Responses to Certain of Plaintiff's Requests For Production of Documents, Sets Three and Four.

9.   Attached hereto as Exhibit H is a true and correct copy of plaintiff's counsel's March 11, 2008 "meet and confer" correspondence to Mr. Reidy, concerning defendant's responses to plaintiff's Third and Fourth Requests for Production of Documents.

10.   Attached hereto as Exhibit I is a true and correct copy of a July 25, 2008 letter from Harvey Leiderman to Jeff Banchero (without enclosures), refusing service of subpoenas served upon Mr. Choudhury following the conclusion of the settlement conference.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 31st day of July, 2008 in San Francisco, California.

/S/
Scott R. Raber

-2-
DECLARATION OF SCOTT R. RABER IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE NO. 2 TO EXCLUDE BELATEDLY PRODUCED DOCUMENTS AND ALL REFERENCES THERETO AT TRIAL
Case No. C-07-4218 CRB