**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **August 01, 2008**

**C-07-04218** **CRB**

**ELIZABETH GREWAL  v.  AMIT CHOUDHURY**

Attorneys:     E. Jeffrey Banchero                    Harvey Leidermain

                                                      David Reidy

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Kathy Wyatt**
**PROCEEDINGS:**                                                     **RULING:**

1. Pre Trial Conference  - Held

2. Motions in Limine
    D's Motion in Limine #2: moot withdrawn without prejudice
    D's Motion in Limine #3: granted; other motions deferred

**ORDERED AFTER HEARING:**

The Court sets trial schedule: Jury Selection, Opening Statements and Witnesses to take place on Monday. Trial from 8:30 to 4:00/4:30 on Monday, Tuesday and Thursday. Wednesday dark.   Eight (8) jurors to be empaneled.

( ) ORDER TO BE PREPARED BY:   Plntf _____  Deft _____  Court _____
( ) Referred to Magistrate Judge for: _____
( ) CASE CONTINUED TO _____       for _____

Discovery Cut-Off _____                    Expert Discovery Cut-Off _____
Plntf to Name Experts by _____             Deft to Name Experts by _____
P/T Conference Date _____        Trial Date August 04, 2008 @ 8:30 a.m. Set for  4  days
                          Type of Trial:  (X )Jury     ( )Court

Notes: _____