E. Jeffrey Banchero (SBN 93077)
ejb@kastnerbanchero.com
Scott R. Raber (SBN 194924)
srr@kastnerbanchero.com
KASTNER | BANCHERO LLP
20 California Street, Seventh Floor
San Francisco, California 94111
Telephone: (415) 398-7000
Facsimile: (415) 616-7000

Attorneys for Plaintiff and Counter-Defendant
ELIZABETH GREWAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GREWAL,<br><br>   Plaintiff,<br><br>   v.<br><br>AMIT CHOUDHURY,<br><br>   Defendants.<br><br>AND RELATED COUNTERCLAIM | CASE NO. C-07-4218 CRB<br><br>**DECLARATION OF E. JEFFREY BANCHERO IN SUPPORT OF PLAINTIFF'S MOTION FOR AN ORDER COMPELLING PRODUCTION OF DOCUMENTS DESCRIBED IN SUBPOENAS SERVED ON FINEXA, INC. AND FXI INVESTMENTS, LLC**<br><br>Trial Date:   August 4, 2008<br>Time:         8:30 A.M.<br>Courtroom:    8, 19th Floor<br><br>(Before Hon. Charles R. Breyer) |

I, E. JEFFREY BANCHERO, hereby declare:

1. I am an attorney admitted to practice before all courts of the States of California and am a partner at Kastner│Banchero LLP, counsel representing plaintiff Elizabeth Grewal ("Grewal" or "plaintiff") in this action. I submit this declaration in support of Plaintiff's Motion For An Order Compelling Production Of Documents Described In Subpoenas Served On Finexa, Inc. and FXI Investments, LLC. I have personal knowledge of each of the matters set forth herein, and if called upon I could testify competently to them.

2. I offer as proof, if necessary, the following: On July 14, 2008, a process server under our direction went to Choudhury's offices at 2000 Van Ness Avenue, Suite 500, in San Francisco, with the subpoenas attached as Exhibits J and K to the Supplemental Declaration of Scott R. Raber in Support of Plaintiff's Motion For An Order Compelling Production Of Documents Described In Subpoenas Served On Finexa, Inc. and FXI Investments, LLC. He was told by an administrative assistant that Choudhury would be in the offices on the next afternoon. The process server arrived the following afternoon, July 15, 2008, to find the offices closed. On July 15, a process server staked out Choudhury's residence at 2200 Leavenworth Street, San Francisco. Choudhury was not to be found. Attached to this declaration are the process server's status reports on his efforts to serve Choudhury.

3. On July 16, 2008, I appeared at this Courthouse for a settlement conference before Magistrate Judge Chen. At the conclusion of the conference, I handed a packet with the Finexa, Inc. and FXI Investments, LLC subpoenas to Choudhury, who, at the direction of his lawyer, declined to accept the packet. I heard Choudhury's lawyer advise him not to accept service of the subpoenas.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of August, 2008 in San Francisco, California.

/S/
E. Jeffrey Banchero

-1-
DECLARATION OF E. JEFFREY BANCHERO IN SUPPORT OF PLAINTIFF'S MOTION FOR AN ORDER COMPELLING PRODUCTION OF DOCUMENTS DESCRIBED IN SUBPOENAS SERVED ON FINEXA, INC. AND FXI INVESTMENTS, LLC
Case No. C-07-4218 CRB