# ATTACHMENT TO DECLARATION OF E. JEFFREY BANCHERO

# WHEELS OF JUSTICE, INC.

W2499624

657 Mission Street, Suite 502, San Francisco, California 94105   Tel: (415) 546-6000   (fax) 546-6199

| | |
|---|---|
| Attorney  SCOTT R. RABER, ESQ. (194924) | Date  July 14, 2008 |
| Telephone (415) 398-7000 | Court  UNITED STATES DISTRICT COURT |
| Fax  (415) 616-7000 | NORTHERN DISTRICT OF CALIFORNIA |
| Atty File  PLAINTIFF | Plaintiff  ELIZABETH GREWAL |
| | Defendant  AMIT CHOUDHURY, et al. |
| | Case No.  C07-4218 CRB |
| Attention  Lana Namirovsky | Documents  SUBPOENA IN A CIVIL CASE |
| Firm  KASTNER BANCHERO LLP | |
| 20 California Street, Seventh Floor | |
| San Francisco, CA 94111 | |

Serve:  FINEXA, INC.
        ATTN: CUSTODIAN OF RECORDS

| Residence Address (1) | Business Address (2) |
|---|---|
| 2200 Leavenworth, Apt. 305 | 2000 Van Ness Avenue, Suite 500 |
| San Francisco, California | San Francisco, California 94109 |
| | Bus Phone |

## STATUS REPORT

| Hearing Date | 7/30/2008 | Time | 3:00 p.m. | Dept | KASTNER | Last Date to Serve | RUSH |
|---|---|---|---|---|---|---|---|

| Description | Age | Hgt | Race | Wt | Sex | Hair |
|---|---|---|---|---|---|---|

| Service Date | Time | Servers Name |
|---|---|---|

Report  7/14/2008
pu docs - client provided wf check 1161
Unable to serve, subject (Authorized Agent) is not in the office today, should be back tomorrow, no one is authorized to accept besides Choudhury/ status to Lana by server

7/15/2008  2:45 p.m.
Office locked & dark  [JG]

7/15/2008
TRY AMIT CHOUDHURY, AGENT FOR SERVICE OF PROCESS @ 2200 Leavenworth Apt. 305

7/15/2008  3:08 p.m.
No answer - address verified - Name on directory

7/15/08  6PM-10 PM
No Activity at the residence - Neighbor stated that the target also maintains a home in Chicago & has not seen him for several days.

07/16/08       10:00 a.m.       [wg]
Per Karen Choudhury she cannot except - the Agent for Service is in France

Attorney Check Attached    $42.02

Thank you for using WHEELS OF JUSTICE, INC.

*An invoice will follow with the Monthly Statement*

Printed on recycled paper

# WHEELS OF JUSTICE, INC.

W2499661

657 Mission Street, Suite 502, San Francisco, California 94105    Tel: (415) 546-6000    (fax) 546-6199

| | |
|---|---|
| Attorney SCOTT R. RABER, ESQ. (194924) | Date July 14, 2008 |
| Telephone (415) 398-7000 | Court UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA |
| Fax (415) 616-7000 | Plaintiff ELIZABETH GREWAL |
| Atty File PLAINTIFF | Defendant AMIT CHOUDHURY, et al. |
| | Case No. C07-4218 CRB |
| Attention Lana Namirovsky | Documents SUBPOENA IN A CIVIL CASE |
| Firm KASTNER BANCHERO LLP | |
| 20 California Street, Seventh Floor San Francisco, CA 94111 | |

Serve: FXI INVESTMENTS LLC
ATTN: CUSTODIAN OF RECORDS

**Residence Address (1)**
2200 Leavenworth, Apt. 305
San Francisco, California

**Business Address (2)**
2000 Van Ness Avenue, Suite 500
San Francisco, California 94109
Bus Phone

## STATUS REPORT

| Hearing Date | 7/30/2008 | Time | 4:00 p.m. | Dept | KASTNER | Last Date to Serve | RUSH |

| Description | Age | Hgt | Race | Wt | Sex | Hair |

| Service Date | Time | Servers Name |

Report 7/14/2008
pu docs - client provided wf check 1161
Unable to serve, subject (Authorized Agent) is not in the office today, should be back tomorrow, no one is authorized to accept besides Choudhury/ status to Lana by server

7/15/2008   2:45 p.m.
Office locked & dark  [JG]

7/15/2008
TRY AMIT CHOUDHURY, AGENT FOR SERVICE OF PROCESS @ 2200 Leavenworth Apt. 305

7/15/2008   3:08 p.m.
No answer - address verified - Name on directory

7/15/08 6PM-10 PM
No Activity at the residence - Neighbor stated that the target also maintains a home in Chicago & has not seen him for several days.

07/16/08                    10:00 a.m.              [wg]
Per Karen Choudhury the subject company desolved in 2003 and she cannot accept service.

Attorney Check Attached    $42.02

Thank you for using WHEELS OF JUSTICE, INC.



*An invoice will follow with the Monthly Statement*

Printed on recycled paper