E. Jeffrey Banchero (SBN 93077)
ejb@kastnerbanchero.com
Scott R. Raber (SBN 194924)
srr@kastnerbanchero.com
KASTNER | BANCHERO LLP
20 California Street, Seventh Floor
San Francisco, California 94111
Telephone: (415) 398-7000
Facsimile: (415) 616-7000

Attorneys for Plaintiff and Counter-Defendant
ELIZABETH GREWAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GREWAL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMIT CHOUDHURY,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM | CASE NO. C-07-4218 CRB<br><br>**SUPPLEMENTAL DECLARATION OF SCOTT R. RABER IN SUPPORT OF PLAINTIFF'S MOTION FOR AN ORDER COMPELLING PRODUCTION OF DOCUMENTS DESCRIBED IN SUBPOENAS SERVED ON FINEXA, INC. AND FXI INVESTMENTS, LLC**<br><br>Trial Date:　August 4, 2008<br>Time:　　　8:30 A.M.<br>Courtroom:　8, 19th Floor<br><br>(Before Hon. Charles R. Breyer) |

I, SCOTT R. RABER, hereby declare:

1. I am an attorney admitted to practice before all courts of the States of California and New York, and am a partner at Kastner│Banchero LLP, counsel representing plaintiff Elizabeth Grewal ("Grewal" or "plaintiff") in this action. I submit this declaration in support of Plaintiff's Motion For An Order Compelling Production Of Documents Described In Subpoenas Served On Finexa, Inc. and FXI Investments, LLC. I have personal knowledge of each of the matters set forth herein, and if called upon I could testify competently to them.

2. Attached hereto as Exhibit J is a true and correct copy of the subpoena I issued on behalf of plaintiff to Finexa, Inc. on July 14, 2008.

3. Attached hereto as Exhibit K is a true and correct copy of the subpoena I issued on behalf of plaintiff to FXI Investments, LLC on July 14, 2008.

4. Attached hereto as Exhibit L is a true and correct copy of an official certificate of corporate status for Finexa, Inc., issued by the Delaware Secretary of State on July 30, 2008, which I ordered on behalf of plaintiff.

5. Attached hereto as Exhibit M is a true and correct copy of an official certificate of corporate status for FXI Investments, LLC, issued by the Delaware Secretary of State on July 30, 2008, which I ordered on behalf of plaintiff.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of August, 2008 in San Francisco, California.

/S/
Scott R. Raber

-1-
SUPPLEMENTAL DECLARATION OF SCOTT R. RABER IN SUPPORT OF PLAINTIFF'S MOTION FOR AN ORDER COMPELLING PRODUCTION OF DOCUMENTS DESCRIBED IN SUBPOENAS SERVED ON FINEXA, INC. AND FXI INVESTMENTS, LLC
Case No. C-07-4218 CRB