E. Jeffrey Banchero (SBN 93077)
ejb@kastnerbanchero.com
Scott R. Raber (SBN 194924)
srr@kastnerbanchero.com
KASTNER | BANCHERO LLP
20 California Street, Seventh Floor
San Francisco, California 94111
Telephone: (415) 398-7000
Facsimile: (415) 616-7000

Attorneys for Plaintiff and Counter-Defendant
ELIZABETH GREWAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GREWAL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMIT CHOUDHURY,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM | CASE NO. C-07-4218 CRB<br><br>**[PROPOSED] ORDER GRANTING PERMISSION TO BRING AUDIO-VIDEO EQUIPMENT INTO COURTROOM**<br><br>Trial Date:　August 4, 2008<br>Time:　　　8:30 A.M.<br>Courtroom:　8, 19th Floor<br><br>(Before Hon. Charles R. Breyer) |

1 | Upon request, and for the purposes of trial, The Honorable Charles R. Breyer hereby grants permission to plaintiff's counsel, Kastner | Banchero LLP to bring the following electronic and audio-visual equipment, or any of them, into the Courtroom 8 of the U.S. District Courthouse at 450 Golden Gate Avenue, San Francisco, California, on any date between August 4, 2008 and August 8, 2008:

1. ELMO video projector;
2. Screen;
3. Easels and tablets;
4. Whiteboard;
5. Laptop.

IT IS SO ORDERED.

DATED: August ___, 2008

_____
HON. CHARLES R. BREYER
U.S. DISTRICT COURT JUDGE