# EXHIBIT A

From: "David Hayford" <DHayford@greenfieldpro.com>
Date: November 21, 2007 11:51:36 AM PST
To: "Elizabeth Eilert Grewal" <eeilert@earthlink.net>
Subject: **RE: Amit claims he didn't sign promissory note**

Typical noise
I doubt it has legal basis
Else everyone would say that

So what was money for

David Hayford
Palm

-----Original Message-----
From: "Elizabeth Eilert Grewal" <eeilert@earthlink.net>
To: "David Hayford" <DHayford@greenfieldpro.com>
Sent: 11/20/07 9:38 PM
Subject: Amit claims he didn't sign promissory note

David,

My lawyer just called and said that Amit is now claiming he didn't sign the promissory note. He's a Mother F...... S.O.B. I know it to be his signature absolutely, because I've seen it many times.

I can't remember if he handed it to me signed or if he signed it in front of me. There's a chance he handed it to me signed--which is another indicator to me that he never intended to pay me back. I believe he did it on purpose just so that when it came to this, he could say "I didn't sign it, she didn't see me sign it."

I swear if there weren't a law against hurting someone...

Happy Thanksgiving...

Thanks again.

Buff

200048

**From:** "David Hayford" <DHayford@greenfieldpro.com>
**Date:** October 26, 2007 3:34:59 AM PDT
**To:** "Elizabeth Eilert Grewal" <eeilert@earthlink.net>
**Subject: RE: Clarium Capital hedge fund sued for fraud**

So it was a loan not equity
And amisil is on the table

David Hayford
Palm

-----Original Message-----
From: "Elizabeth Eilert Grewal" <eeilert@earthlink.net>
To: "David Hayford" <DHayford@greenfieldpro.com>
Sent: 10/25/07 11:09 PM
Subject: Re: Clarium Capital hedge fund sued for fraud

Good question. He said that if he got money out of the Thiel suit, that he could then pay me....


On Oct 25, 2007, at 2:46 PM, David Hayford wrote:

> Why was he sending you this stuff?
>
>
>
> From: Elizabeth Eilert Grewal [mailto:eeilert@earthlink.net]
> Sent: Thursday, October 25, 2007 1:47 PM
> To: David Hayford
> Subject: Fwd: Clarium Capital hedge fund sued for fraud
>
>
> Begin forwarded message:

200066

```
>>morning.
>>HMMMM, we'll see....
>>
>>What do your and Gail's schedules look like for dinner in the next
few
>>weeks?  Tuesdays are out because of Hardev's Kendo.  Ciao
>>Buff
>>
>>
>
>
```

200077

```
>>>>>>Hope your interview went well.  Thanks for the file.  I shall ask
Gail
>>>>>>regarding available dates.
>>>>>>
>>>>>>Amit
>>>>>>
>>>>>>-----Original Message-----
>>>>>>From: eeilert@earthlink.net [mailto:eeilert@earthlink.net]
>>>>>>Sent: Monday, July 12, 1999 10:44 PM
>>>>>>To: Amit Choudhury
>>>>>>Subject: <no subject>
>>>>>>
>>>>>>
>>>>>>Hi Amit,
>>>>>>Here is the document I shortened from long ago!  Hope you can
still use
>>>>>>it.
>>>>>>It does not appear to be corrupted...?????
>>>>>>I have an interview with the PanDao/Venture21 founder on Thursday
>>>>>>morning.
>>>>>>HMMMM, we'll see....
>>>>>>
>>>>>>What do your and Gail's schedules look like for dinner in the
next few
>>>>>>weeks?  Tuesdays are out because of Hardev's Kendo.  Ciao
>>>>>>Buff
>>>>>>
>>>>>>
>>>>>
>>>>>
>>>>
>>>>
>>>
>>>
>>
>>
>
>
```

200087

```
>>>>>>>Subject: RE: <no subject>
>>>>>>>
>>>>>>>Amit and Buffie,
>>>>>>>The week-end of July 30th is totally open.  Would this work?
>>>>>>>
>>>>>>>Buffie,
>>>>>>>Hope your interview went well on Thursday.  I look forward to meeting
>>>>you.
>>>>>>>Have a lovely week-end.
>>>>>>>
>>>>>>>Gail
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>>Buffie,
>>>>>>>
>>>>>>>Hope your interview went well.  Thanks for the file.  I shall ask Gail
>>>>>>>regarding available dates.
>>>>>>>
>>>>>>>Amit
>>>>>>>
>>>>>>>-----Original Message-----
>>>>>>>From: eeilert@earthlink.net [mailto:eeilert@earthlink.net]
>>>>>>>Sent: Monday, July 12, 1999 10:44 PM
>>>>>>>To: Amit Choudhury
>>>>>>>Subject: <no subject>
>>>>>>>
>>>>>>>
>>>>>>>Hi Amit,
>>>>>>>Here is the document I shortened from long ago!  Hope you can still
>use
>>>>>>>it.
>>>>>>>It does not appear to be corrupted...?????
>>>>>>>I have an interview with the PanDao/Venture21 founder on Thursday
>>>>>>>morning.
>>>>>>>HMMMM, we'll see....
>>>>>>>
>>>>>>>What do your and Gail's schedules look like for dinner in the next few
>>>>>>>weeks?  Tuesdays are out because of Hardev's Kendo.  Ciao
>>>>>>>Buff
>>>>>>>
>>>>>>>
>>>>>>
>>>>>>
>>>>>
>>>>>
>>>>
>>>>
>>>
>>>
>>
>>
```

```
_____X-Mailer: Microsoft Outlook Express for Macintosh -
4.01 (295)
Date: Mon, 02 Aug 1999 15:47:55 -0700
Subject: Huka Lodge
From: eeilert@earthlink.net
To: amit.choudhury@pinnaclepartners.com
Mime-version: 1.0
X-Priority: 3
Content-type: text/plain; charset="US-ASCII"
Content-transfer-encoding: 7bit
```

Hi Amit,
Last night was really nice. I enjoyed meeting Gail, and seeing you relaxed
(well, except the sugar!) and happy.

Mary Lou Serr's # is: 650-969-2153
(I have her old card, which has a 415 area code, but # should be the same).
She is with (owner) Australia/NZ Down Under Travel
4962 El Camino Real, Suite 107, Los Altos, 94022
Email: staff@anztravel.com

I will send her a quick email saying you may be calling her.

Huka Lodge (from their matchbox!)
Huka Falls Road
P.O. Box 95, Taupo, NZ
Phone: 64-7-378-5791
Fax:   64-7-378-0427
Email: tpohuka@voyager.co.nz

Hope this helps. I will call you in a few minutes, as soon as I get
offline. I have a question about how to determine the number of stock
options I should get from Differential in exchange for a reduced consulting
fee.
Guess what, just as you turned the corner last night, we pulled over to
discover a flat tire! Called AAA from Zuni and drove away on a spare an
hour later! GADS! ...... Thanks, Buff
õêÇ´T8,Õ_xÙ_____

200100

```
   P_____       LX-Mailer: Microsoft Outlook Express for Macintosh - 4.01
(295)
Date: Fri, 04 Feb 2000 09:57:14 -0800
Subject: Hi and what's up?
From: eeilert@earthlink.net
To: Amit Choudhury <amit.choudhury@pinnaclepartners.com>
CC: "Hardev_Grewal" <Hardev_Grewal@amat.com>
Mime-version: 1.0
X-Priority: 3
Content-type: multipart/alternative;
boundary="MS_Mac_OE_3032503035_284475_MIME_Part"

> THIS MESSAGE IS IN MIME FORMAT. Since your mail reader does not
understand
this format, some or all of this message may not be legible.

--MS_Mac_OE_3032503035_284475_MIME_Part
Content-type: text/plain; charset="US-ASCII"
Content-transfer-encoding: 7bit
```

Hi Amit,

Fun with K-1s?  I guess you won't be taking any January vacations for awhile, eh?  I hope you survived through it all.

So, I thought I would leave you alone for Jan., well, for a month since our
Jan. 3 joining date.  So, I'm hoping for that email soon with the access
words to the website to track performance.....Was January volatile enough
for you?  : )

By the way, I tried twice just now to access the site and it was unable to
load.  I guess you are aware of this.

How goes the other side of life?  I hope you are doing OK.   Keep getting
those massages!  Please say hello to Gail for us.

Take care and look forward to hearing from you.

Buffie

```
--MS_Mac_OE_3032503035_284475_MIME_Part
Content-type: text/html; charset="US-ASCII"
Content-transfer-encoding: quoted-printable

<HTML>
<HEAD>
<TITLE>Hi and what's up?</TITLE>
</HEAD>
<BODY BGCOLOR=3D"#FFFFFF">
<FONT SIZE=3D"2">Hi Amit,<BR>
```

200108

Would this Sun. night work for you, on our way back from Marin, perhaps an
early dinner?  We are gone to Carmel the next weekend.

I have three weeks to finish taxes because I leave March 15 for 9 nights at
a spa (Miraval) in Arizona!  Then Hardev goes to Grenoble/Munich for a week
for work, so sooner works better for us to see you.

The site looks great!  So does the return!  One suggestion:  the three
colors of lines on the graphs are hard to see, yellow is fine, but I'd
change the other two from the green and lavender, and perhaps widen them
slightly.  Only other thing I noticed was the big zero in semiconductors,
which seems curious.  Do you think they are poised for a fall and you got
out?

I hope you are hanging in there post-Gail, and I hope Sunday works!

Buffie


----------
>From: Amit Choudhury <Amit.Choudhury@PinnaclePartners.com>
>To:
>Subject: Account Access Update
>Date: Wed, Feb 23, 2000, 6:47 PM
>
>Dear Limited Partner,
>
> We are pleased to announce that our new, fully-secure site is
>finally up and running.   www.ppcmg.com
>
> Please feel free to look up your account information when you get a
>chance.   For our new investors, you should receive a second email with your
>account access information.
>
>Amit
>

200115

```
_¾+__ð_____"  _____"_X-Mailer: Microsoft Outlook Express for Macintosh
- 4.01 (295)
Date: Thu, 24 Feb 2000 14:45:22 -0800
Subject: Re: Account Access Update
From: eeilert@earthlink.net
To: Amit Choudhury <Amit.Choudhury@PinnaclePartners.com>
Mime-version: 1.0
X-Priority: 3
Content-type: multipart/alternative;
boundary="MS_Mac_OE_3034248323_597099_MIME_Part"
```

> THIS MESSAGE IS IN MIME FORMAT. Since your mail reader does not understand
this format, some or all of this message may not be legible.

--MS_Mac_OE_3034248323_597099_MIME_Part
Content-type: text/plain; charset="US-ASCII"
Content-transfer-encoding: 7bit

Hi,

I'll check with Hardev about Saturday.    Am logging off now, so will call.

We are seeing Holly for dinner Fri.--one of my bridesmaids who travels the
world negotiating deals for Vodafone (Airtouch).    I'm very excited-- she is
 delivering a new replica pearl ring she picked up for me in Hong Kong to
replace the one I had designed and had made there which was stolen at Kellogg!

I still don't know how to do that blue additional text in an existing email......

Buff


----------
From: Amit Choudhury <Amit.Choudhury@PinnaclePartners.com>
To: "'eeilert@earthlink.net'" <eeilert@earthlink.net>
Subject: RE: Account Access Update
Date: Thu, Feb 24, 2000, 2:11 PM



    Please see below...

    -----Original Message-----
    From: eeilert@earthlink.net [mailto:eeilert@earthlink.net
    <mailto:eeilert@earthlink.net> ]
    Sent: Thursday, February 24, 2000 2:17 PM
    To: Amit Choudhury

200116

```
ØHŒšŷ X _³ _Ÿé±
üX-Mailer: Microsoft Outlook Express for Macintosh - 4.01 (295)
Date: Mon, 13 Mar 2000 11:36:34 -0800
Subject: Have a good trip
From: eeilert@earthlink.net
To: Amit Choudhury <amit.choudhury@pinnaclepartners.com>
Mime-version: 1.0
X-Priority: 3
Content-type: multipart/alternative;
boundary="MS_Mac_OE_3035792194_617249_MIME_Part"

> THIS MESSAGE IS IN MIME FORMAT. Since your mail reader does not
understand
this format, some or all of this message may not be legible.

--MS_Mac_OE_3035792194_617249_MIME_Part
Content-type: text/plain; charset="US-ASCII"
Content-transfer-encoding: 7bit
```

Hi Amit,

Have a good time on your good trip!  I leave Wed. also for Arizona.
What a
morning today, eh?

I forget if I told you at dinner about a smart-card/digital security
company
called Activcard--based in Paris with a Fremont office.  I sent them my
resume and they are interested, as I could hopefully use my French.
They
trade on the EASDAQ under the symbol ACTV.  Last I heard they are
going
public here this week, March 17 under symbol ACTI, so I wouldn't get on
board pre-IPO--boo hoo! Was wondering if you knew anything about them?

Also, in my quest to set a record for the world's slowest portfolio
rebalancing,  I've begun a list of possible things I should own instead
of
some of what I now own.  Perhaps if you have time when you get back
you
could let me know price ranges you think I should buy at, or if I
should buy
at all --   I know, I know, I should do it long before you get back,
but I
still smell a correction, and this would be for LONG term.  Call me a
turtle....

Cisco
JDS/Uniphase
Yahoo
Juniper Networks
Siebel
Texas Instruments
Metromedia?
Activcard?
Intersil?

200128

```
_îí‛ÿíIŸwŒìc_____ _sŏ___ _X-Mailer: Microsoft Outlook Express for
Macintosh - 4.01 (295)
Date: Wed, 12 Apr 2000 11:33:59 -0800
Subject: greetings
From: eeilert@earthlink.net
To: Amit Choudhury <amit.choudhury@pinnaclepartners.com>
Mime-version: 1.0
X-Priority: 3
Content-type: multipart/alternative;
boundary="MS_Mac_OE_3038384039_400144_MIME_Part"

> THIS MESSAGE IS IN MIME FORMAT. Since your mail reader does not
understand
this format, some or all of this message may not be legible.

--MS_Mac_OE_3038384039_400144_MIME_Part
Content-type: text/plain; charset="US-ASCII"
Content-transfer-encoding: 7bit
```

Hi Amit,

Welcome back to the NASDAQ bloodbath!   I hope you had a good trip.

I've tried a few times to send you email through the logged in site, but it
won't send.

I guess you know it's still Jan. 31 results posted on the site, not Feb. or
March.

Hardev leaves Friday for 10 days in Munich, so I'll be working in Woodacre
and won't see email past this Friday.

Hope you're well.   This market will test your prowess!!!

Buffie

```
--MS_Mac_OE_3038384039_400144_MIME_Part
Content-type: text/html; charset="US-ASCII"
Content-transfer-encoding: quoted-printable

<HTML>
<HEAD>
<TITLE>greetings</TITLE>
</HEAD>
<BODY BGCOLOR=3D"#FFFFFF">
<FONT SIZE=3D"2">Hi Amit,<BR>
<BR>
Welcome back to the NASDAQ bloodbath!   I hope you had a good tri=
p.<BR>
<BR>
I've tried a few times to send you email through the logged in site, but it=
  won't send.<BR>
```

200131