1   Harvey L. Leiderman (SBN 55838)
    HLeiderman@ReedSmith.com
2   David S. Reidy (SBN 225904)
    DReidy@ReedSmith.com
3   REED SMITH LLP
    Two Embarcadero Center, Suite 2000
4   San Francisco, CA  94111-3922

5   **Mailing Address:**
    P.O. Box 7936
6   San Francisco, CA  94120-7936

7   Telephone:     (415) 543-8700
    Facsimile:     (415) 391-8269
8
    Attorneys for Defendant
9   AMIT CHOUDHURY

10                  UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13

14  ELIZABETH GREWAL, an individual,      Case No.: C-07-4218 CRB

            Plaintiff,                     **DECLARATION OF DAVID S. REIDY IN
15                                          SUPPORT OF OPPOSITION OF
                                            DEFENDANT AMIT CHOUDHURY TO
16       vs.                                PLAINTIFF'S MOTION FOR AN ORDER
                                            COMPELLING PRODUCTION OF
17  AMIT CHOUDHURY, an individual,         DOCUMENTS DESCRIBED IN
                                            SUBPOENAS SERVED ON FINEXA, INC.,
            Defendant.                      AND FXI INVESTMENTS, LLC**
18

19

20                                          Trial Date:    August 4, 2008
                                            Time:          8:30 a.m.
21                                          Place:         Courtroom 8, 19th Floor

22                                          *Honorable Charles R. Breyer*

23

24

25

26

27

28

*REED SMITH LLP
A limited liability partnership formed in the State of Delaware*

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

### DECLARATION OF DAVID S. REIDY

I, David S. Reidy, hereby declare and state as follows:

1.      I am an associate of the law firm of Reed Smith, counsel for defendant Amit Choudhury ("Defendant") in this action.  I have personal knowledge of the following facts and, if called upon as a witness, I could and would testify truthfully thereto.

2.      In November 2007, in response to written discovery requests, Defendant produced all Finexa-related documents in his possession, custody and control.  On January 10, 2008, Defendant testified in his deposition about those documents, among other subjects.  Also in January, 2008, Plaintiff propounded two more rounds of discovery on Defendant, seeking additional Finexa-related documents.  Defendant objected to the requests to the extent they sought documents beyond his legal possession, custody and control, among other grounds.

3.      In March, 2008, following a meet and confer session I had with Plaintiff's counsel Jeffrey Banchero, Defendant supplemented his responses to Plaintiff's discovery seeking Finexa-related documents to clearly state that he did not individually possess any Finexa-related documents that had not already been produced.  Defendant did not waive his other objections to the discovery.  During the meet and confer discussion, Mr. Banchero indicated that he intended to serve subpoenas on the Finexa entities themselves.

4.      Plaintiff did not file a motion to compel the production of documents or further responses to the written discovery requests propounded by her on Defendant.

5.      On July 16, 2008, Mr. Banchero took the opportunity of Mr. Choudhury's presence at a settlement conference in the courtroom of Magistrate Judge Chen, to try to serve Mr. Choudhury and his counsel with subpoenas for various corporate entities.  At that time, two of the entities had already accepted service of subpoenas.  In fact, on July 30, 2008, those entities produced hundreds of Finexa-related documents in response to the subpoenas and were deposed through their custodian of records.  Mr. Banchero did not effectuate service and left the settlement conference with the documents in his possession.

DECLARATION OF DAVID S. REIDY                                    Case No. C-07-4218 CRB

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

6.      On August 1, 2008, I reviewed filings for Finexa, Inc. and FXI Investments, LLC, on the public website of the California Secretary of State.  Attached hereto as **Exhibit A** are true and correct copies of those records.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on August 3, 2008, at San Francisco, California.

_____/s/_____
DAVID S. REIDY

DECLARATION OF DAVID S. REIDY                                    Case No. C-07-4218 CRB