# EXHIBIT A

# California Business Portal
**Secretary of State DEBRA BOWEN**

**DISCLAIMER:** The information displayed here is current as of JUL 25, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| FINEXA INC. | | |
| **Number:** C2262860 | **Date Filed:** 9/22/2000 | **Status:** surrender |
| **Jurisdiction:** DELAWARE | | |
| **Address** | | |
| 2000 VAN NESS AVENUE | | |
| SUITE 500 | | |
| SAN FRANCISCO, CA 94109 | | |
| **Agent for Service of Process** | | |
| AMIT CHOUDHURY | | |
| 2000 VAN NESS AVENUE | | |
| SUITE 500 | | |
| SAN FRANCISCO, CA 94109 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

# California Business Portal

### Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of JUL 25, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| FXI, INC. | | |
| **Number:** C1923886 | **Date Filed:** 8/25/1995 | **Status:** suspended |
| **Jurisdiction:** California | | |
| **Address** | | |
| PO BOX 9051C | | |
| SAN DIEGO, CA 92169 | | |
| **Agent for Service of Process** | | |
| H.W. COVERDALE II | | |
| LAW OFFICES OF PAUL WASSENAAR | | |
| 225 BROADWAY STE 1900 | | |
| SAN DIEGO, CA 92101 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.