CIVIL TRIAL MINUTES
NORTHERN DISTRICT OF CALIFORNIA

Date: August 04, 2008

**The Honorable CHARLES R. BREYER**

**Clerk: Barbara Espinoza**

**Court Reporter: Kathy Wyatt/Lydia Zinn**

Case No. **C-07-4218 CRB**     Case Name: **ELIZABETH GREWAL** v. **AMIT CHOUDHURY**

Attorney:   Plaintiff:  E. Jeffrey Banchero     Defendant:  Harvey Leiderman

Trial Began: **August  4, 2008**        Trial Ended:

**Trial Motions Heard**:                                                                    **Disposition**

1.    Motion in Limine to exclude belatedly produced document        Granted

2.    P's Motion for production of documents                                       Denied as moot
3.    D's Request of non party witness's be excluded from the courtroom   Granted

Other:

Jury selection, voir dire take place. A jury panel of 8 sworn and seated. The Court proceeds into opening statements and trial.

Witness:

Elizabeth Grewal

Exhibits:
12A, 46, 59, 49, 50, 7, 7A, 16, 17, 39, 19, 20, 26, 24, 27, 30, 11, 42, 78 and 80


Continued to:     August 5, 2008 at 9:00 a.m.    for Jury Trial