**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH GREWAL,

      Plaintiff,

  v.

AMIT CHOUDHURY,

      Defendant.

_____/

No. C 07-04218 CRB

**VERDICT FORM**

**Promissory Fraud (Count One)**

1.     On Plaintiff Elizabeth Grewal's first claim against Defendant Amit Choudhury for fraud and deceit (promissory fraud), we find in favor of _____ and against _____.

**Breach of Contract (Count Two)**

2.     On Plaintiff Elizabeth Grewal's second claim against Defendant Amit Choudhury for breach of contract, we find in favor of _____ and against _____.

///

**United States District Court**
For the Northern District of California

1  **Common Counts (Counts Three through Five)**

2  3.    On Plaintiff Elizabeth Grewal's third claim against Defendant Amit Choudhury for

3       money lent, we find in favor of _____ and against _____.

4  4.    On Plaintiff Elizabeth Grewal's fourth claim against Defendant Amit Choudhury for

5       money had and received by Defendant for the use and benefit of Plaintiff, we find in

6       favor of _____ and against _____.

7  5.    On Plaintiff Elizabeth Grewal's fifth claim against Defendant Amit Choudhury for

8       account stated, we find in favor of _____ and against _____.

9

10

11      If you find in favor of Defendant Amit Choudhury and against Plaintiff Elizabeth

12  Grewal on all of the claims in Questions 1 through 5, then answer no further questions and

13  have the presiding juror sign and date this form.

14      If you find in favor of Plaintiff Elizabeth Grewal and against Defendant Amit

15  Choudhury on any of the claims in Questions 1 through 5, then answer Question 6.

16

17  **Damages**

18  6.    We find that Plaintiff Elizabeth Grewal was damaged in the amount of $_____.

19

20

21                                   _____

22  Dated:                           Foreperson

23

24

25

26

27

28

2