CIVIL TRIAL MINUTES
NORTHERN DISTRICT OF CALIFORNIA

Date: August 05, 2008

**The Honorable CHARLES R. BREYER**

**Clerk: Barbara Espinoza**

**Court Reporter: Kathy Wyatt/Lydia Zinn**

Case No. **C-07-4218 CRB**     Case Name: **ELIZABETH GREWAL** v. **AMIT CHOUDHURY**
Attorney:     Plaintiff: E. Jeffrey Banchero     Defendant: Harvey Leiderman

Trial Began: **August 1, 2008**     Trial Ended:

| **Trial Motions Heard**: | **Disposition** |
|---|---|
| 1. D's Motion to Strike exhibit 4 | Denied |
| 2. D's request for Additional Material read | As stated on the record |
| 3. | |

Witnesses:

Elizabeth Grewal, David Hayford, Hardev Grewal, Gregory Pinnsoneault,

Exhibits:
47A, 82, 10, 79, 79A, 1, 2, 3, 4, 5, 8 and 13

Continued to:   August 06, 2008 at 4:00 p.m.     **for** Hearing
                August 07, 2008 at 9:00 a.m.     **for** Jury Trial