1  Harvey L. Leiderman (SBN 55838)
   HLeiderman@ReedSmith.com
2  David S. Reidy (SBN 225904)
   DReidy@ReedSmith.com
3  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
4  San Francisco, CA  94111-3922

5  **Mailing Address:**
   P.O. Box 7936
6  San Francisco, CA  94120-7936

7  Telephone:   (415) 543-8700
   Facsimile:    (415) 391-8269
8
   Attorneys for Defendant
9  AMIT CHOUDHURY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GREWAL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMIT CHOUDHURY, an individual,<br><br>Defendant. | Case No.: C-07-4218 CRB<br><br>**DEFENDANT AMIT CHOUDHURY'S MOTION FOR JUDGMENT AS A MATTER OF LAW ON PLAINTIFF'S CLAIMS FOR COMPOUND INTEREST ON ANY DAMAGES AWARD**<br><br>Trial Date:   August 4, 2008<br>Time:         8:30 a.m.<br>Place:        Courtroom 8, 19th Floor<br><br>*Honorable Charles R. Breyer* |

1  Defendant Amit Choudhury ("Defendant") hereby moves this Court for an order entering
2  judgment as a matter of law on Plaintiff's claims for compound interest to be included in her
3  damages award, if any.

4  It is statutory law in California that any agreement to pay compound interest must be
5  expressed in writing: "[I]n the computation of interest upon any bond, note, or other instrument or
6  agreement, interest shall not be compounded, nor shall the interest thereon be construed to bear
7  interest unless an agreement to that effect is clearly expressed in writing and signed by the party to
8  be charged therewith." Civ. Code §1916.12-2 (emphasis added); *see McConnell v. Merrill Lynch,*
9  *Pierce, Fenner & Smith, Inc.*, 33 Cal. 3d 816 (1983).

10  Rule 50(a) of the Federal Rules of Civil Procedure provides that the Court may grant a
11  motion for judgment as a matter of law against a party on an issue, if that party has been fully heard
12  on the issue and the Court finds that a reasonable jury would not have a legally sufficient evidentiary
13  basis to find for the party on that issue. Fed. R. Civ. Proc. 50(a)(1). Here, there has been no
14  evidence presented that the parties agreed in writing to compound interest as part of any transaction
15  alleged by Plaintiff. Accordingly, Defendant is entitled to judgment as a matter of law that Plaintiff
16  cannot recover compound interest on her claims and/or damages, if any. *See* Civ. Code §1916.12-2.

Respectfully submitted,

DATED: August 7, 2008                REED SMITH LLP


By____/s/_____
    David S. Reidy
    Attorneys for Defendant
    AMIT CHOUDHURY