CIVIL TRIAL MINUTES
NORTHERN DISTRICT OF CALIFORNIA

Date: August 7, 2008

**The Honorable CHARLES R. BREYER**

**Clerk: Barbara Espinoza**

**Court Reporter: Kathy Wyatt/Lydia Zinn**

Case No. **C-07-4218 CRB**     Case Name: **ELIZABETH GREWAL** v. **AMIT CHOUDHURY**
Attorney: Plaintiff: E. Jeffrey Banchero/Scott Raber  Defendant: Harvey Leiderman/David Reidy

Trial Began: **August 1, 2008**     Trial Ended:

| **Trial Motions**: | **Disposition** |
|---|---|
| 1. Rule 50A Motion Taken Under Submission | |
| 2. | |

Other: Plaintiff Rest, Defendant Rest; Jury begins deliberations

Witnesses:

Amit Choudhury, Elizabeth Grewal, David Hayford

Exhibits:
90, 38, 109, 110, 111

Continued to: August 8, 2008 at 8:30 a.m.     **for** Jury Trial