United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH GREWAL,

          Plaintiff,

   v.

AMIT CHOUDHURY,

          Defendant.

_____/

No. C 07-04218 CRB

**VERDICT FORM**

## **Promissory Fraud (Count One)**

1.    On Plaintiff Elizabeth Grewal's first claim against Defendant Amit Choudhury for fraud and deceit (promissory fraud), we find in favor of _Plantiff_ and against _defendant._

## **Breach of Contract (Count Two)**

2.    On Plaintiff Elizabeth Grewal's second claim against Defendant Amit Choudhury for breach of contract, we find in favor of _plantiff_ and against _defendant_

///

1

## Common Counts (Counts Three and Four)

2    3.    On Plaintiff Elizabeth Grewal's third claim against Defendant Amit Choudhury for

3    money lent, we find in favor of *plaintiff* and against *defendant*

4    4.    On Plaintiff Elizabeth Grewal's fourth claim against Defendant Amit Choudhury for

5    money had and received by Defendant for the use and benefit of Plaintiff, we find in

6    favor of *plaintiff* and against *defendant*

7

8

9    If you find in favor of Defendant Amit Choudhury and against Plaintiff Elizabeth

10    Grewal on all of the claims in Questions 1 through 4, then answer no further questions and

11    have the presiding juror sign and date this form.

12    If you find in favor of Plaintiff Elizabeth Grewal and against Defendant Amit

13    Choudhury on any of the claims in Questions 1 through 4, then answer Question 5.

14

15    ## Damages

16    5.    We find that Plaintiff Elizabeth Grewal was damaged in the amount of $ *1,403,740.00*

17

18

19    *Dobbie R. Speller*

20    Dated: *8/8/08*                        Foreperson

21

22

23

24

25

26

27

28

2