CIVIL TRIAL MINUTES
NORTHERN DISTRICT OF CALIFORNIA

Date: August 8, 2008

**The Honorable CHARLES R. BREYER**

**Clerk:** **Barbara Espinoza**

**Court Reporter:** **Kathy Wyatt/Lydia Zinn**

Case No. **C-07-4218 CRB**     Case Name: **ELIZABETH GREWAL** v. **AMIT CHOUDHURY**
Attorney:       Plaintiff: E. Jeffrey Banchero       Defendant: Harvey Leiderman

Trial Began: **August 1, 2008**       Trial Ended:

**Trial Motions Heard**:                                                                                   **Disposition**

1. _____       _____
2. _____       _____
3. _____       _____

Verdict:

 For the plaintiff as to count one, two, three and four.  Damages in the amount of $1,423,740.00

_____

Continued to:   August 11, 2008 @ 8:00 a.m.    for   Jury Trial re punitive damages.

Other:

Interrogatories/response and production of documents to be done prior the deposition which is to take place on August 10, 2008 at 10:00 a.m. at Kastner, Banchero Law Offices.