E. Jeffrey Banchero (SBN 93077)
ejb@kastnerbanchero.com
Scott R. Raber (SBN 194924)
srr@kastnerbanchero.com
KASTNER | BANCHERO LLP
20 California Street, Seventh Floor
San Francisco, California 94111
Telephone: (415) 398-7000
Facsimile: (415) 616-7000

Attorneys for Plaintiff and Counter-Defendant
ELIZABETH GREWAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GREWAL,<br><br>           Plaintiff,<br><br>     v.<br><br>AMIT CHOUDHURY,<br><br>           Defendants.<br><br>AND RELATED COUNTERCLAIM | CASE NO. C-07-4218 CRB<br><br>**FINAL JOINT TRIAL EXHIBIT LIST**<br><br>Trial Date:   August 4, 2008<br>Time:         8:30 A.M.<br>Courtroom:   8, 19th Floor<br><br>(Before Hon. Charles R. Breyer) |

**FINAL JOINT TRIAL EXHIBIT LIST**
Case No. C-07-4218 CRB

*Elizabeth Grewal v. Amit Choudhury, et al.*

U.S. District Court, Northern Dist. of California, Case No. CV 07-04218 CRB

Trial Date: August 4, 2008

# FINAL JOINT TRIAL EXHIBIT LIST

| Exh. # | Dated | Description | Date Offered & Witness | Date Admitted | Limitations on Use |
|---|---|---|---|---|---|
| 1 | 12/29/00 | Golden Gate Bank statement for A. Choudhury, acct # 2241161 showing 880k deposit, Bates # AC-001 - AC-002 | 8/5/08, (Reading of Choudhury's Depo.Test.) | 8/5/08 | |
| 2 | 12/21/00 | Promissory Note for 1MM, borrower: Finexa, Lender: Golden Gate Bank, Bates # AC-004 - AC-005 | David Hayford 8/5/08 | 8/5/08 | |
| 3 | 12/21/00 | Assignment of Deposit Account, Finexa, Golden Gate Bank re: exh 2, above, Bates # AC-006 - AC-009 | David Hayford 8/5/08 | 8/5/08 | |
| 4 | 3/30/01 | Faxed letter and cover sheet, Finexa, AC to GG Bank, Brian Plotner re: repayment of collateral on loan, Bates # AC-010 - AC-011 | David Hayford 8/5/08 | 8/5/08 (motion to strike denied) | |
| 5 | 4/30/01 | Golden Gate Bank statement for A. Choudhury, acct # 2241161 showing 1MM loan payment, Bates # AC-003 | 8/5/08, (Reading of Choudhury's Depo.Test.) | 8/5/08 | |
| 7 | 1/2/01 | Term Promissory Note, by A. Choudhury in favor of E. Grewal, ORIGINAL, not Bates #d | Elizabeth Grewal 8/4/08 | 8/4/08 | |
| 7-A | Not dated (2006) | ORIGINAL File folder containing Original Note, Bates # 100044 | Elizabeth Grewal 8/4/08 | 8/4/08 | |

| Exh. # | Dated | Description | Date Offered & Witness | Date Admitted | Limitations on Use |
|---|---|---|---|---|---|
| 8 | Not dated | Spread sheet showing 880K w/ interest to 2005, Bates # AC-020 | 8/5/08, (Reading of Choudhury's Depo.Test.) | 8/5/08 | |
| 10 | 12/23/00-1/17/01 | E-mails thread, between E. Grewal & A. Choudhury re: November results & Tax, Bates # AC-039 - AC-040 | Elizabeth Grewal 8/5/08 | 8/5/08 | |
| 11 | 1/2/07 | Demand for Payment, E. Grewal to A. Choudhury for 1MM + interest, Bates # AC-019 | Elizabeth Grewal 8/4/08 | 8/4/08 | |
| 12-A | 4/30/02 | Charles Schwab Trust Account statement for E. Grewal, acct 3073-0366, showing hand written notations | Elizabeth Grewal 8/4/08 | 8/4/08 | |
| 13 | Not dated | Resume for A. Choudhury, Bates #100045 | 8/5/08, (Reading of Choudhury's Depo.Test.) | 8/5/08 | |
| 16 | 4/24/06 | E-mail, A. Choudhury to E. Grewal & response re: Got your v-mail, Bates # AC-056 - AC-057 | Elizabeth Grewal 8/4/08 | 8/4/08 | |
| 17 | 4/27/06 | E-mail, E. Grewal to A. Choudhury re: $120k, Bates # AC-058 | Elizabeth Grewal 8/4/08 | 8/4/08 | |
| 19 | 6/2/06-6/7/06 | E-mails, E. Grewal to A. Choudhury, response & reply re: Need Update/ talk on phone, Bates # AC-062 | Elizabeth Gewal 8/4/08 | 8/4/08 | |
| 20 | 6/14/06 | E-mail, E. Grewal to A. Choudhury re: ASAP, Bates # AC-068 | Elizabeth Grewal 8/4/08 | 8/4/08 | |

| Exh. # | Dated | Description | Date Offered & Witness | Date Admitted | Limitations on Use |
|---|---|---|---|---|---|
| 24 | 7/26/06 | E-mail, Lisa Blair to E. Grewal & forward to A. Choudhury re: Menlo Park house, Bates # AC-072 | Elizabeth Grewal 8/4/08 | 8/4/08 | |
| 26 | 8/7/06 | E-mail, E. Grewal to A. Choudhury re: ?????????, Bates #100018 | Elizabeth Grewal 8/4/08 | 8/4/08 | |
| 27 | 8/9/06 | E-mail, E. Grewal to A. Choudhury re: Note Bates #100019 | Elizabeth Grewal 8/4/08 | 8/4/08 | |
| 30 | 9/18/06 | E-mail, A. Choudhury to E. Grewal & response re: your v-mail, Bates # AC-080 | Elizabeth Grewal 8/4/08 | 8/4/08 | |
| 38 | 11/2/06 | E-mail, E. Grewal to A. Choudhury re: in Marin Mon-Fri, Bates # 100033 | Amit Choudhury 8/7/08 | 8/7/08 | |
| 39 | 10/27/06-11/15/06 | E-mails, E. Grewal to A. Choudhury & Ana Ramirez, reply AR to EG, re: Please forward to Amit, Bates #100035-100036 | Elizabeth Grewal 8/4/08 | 8/4/08 | |
| 42 | 2/7/07 | E-mail, E. Grewal to A. Choudhury, response to 41, re: update, Bates # AC-086 | Elizabeth Grewal 8/4/08 | 8/4/08 | |
| 46 | Not dated | Finexa Executive Summary, Not #d | Elizabeth Grewal 8/4/08 | 8/4/08 | |
| 47-A | 1/8/08 | Yahoo! Finance Chart for Ixic, 1998 - 2003, blue highlighting added | Elizabeth Grewal 8/4/08 | 8/5/08 | |
| 49 | 12/13/00 | Charles Schwab wire confirmation for account #3073066, Bates #100007 | Elizabeth Grewal 8/4/08 | 8/4/08 | |
| 50 | 12/31/02 | Schwab Account statement pp. 7 & 8, Bates # 100010-100009 | Elizabeth Grewal 8/4/08 | 8/4/08 | |

| Exh. # | Dated | Description | Date Offered & Witness | Date Admitted | Limitations on Use |
|---|---|---|---|---|---|
| 59 | 3/15/01 | Letter, A. Choudhury to E. Grewal, Bates # 100050 | Elizabeth Gerwal 8/4/08 | 8/4/08 | |
| 78 | 6/19/00 | E-mail, E. Grewal to A. Choudhury re: EEG resume (attached), Bates #AC-235 – AC-236 | Elizabeth Grewal 8/4/08 | 8/4/08 | |
| 79 | 11/3/05-11/11/05 | Marital Settlement Agreement, Grewal v. Grewal, excerpted, Bates # 200004-200011 | Elizabeth Grewal 8/5/08 | 8/5/08 | |
| 79-A | 12/6/05 | Notice of Entry of Judgment, Grewal v. Grewal, in San Mateo County, Bates #200003 | Elizabeth Grewal 8/5/08 | 8/5/08 | |
| 80 | 12/23/98 | E-mail, E. Grewal to A. Choudhury re: fax Hardev, Bates # 200101 | Elizabeth Grewal 8/4/08 | 8/4/08 | |
| 82 | 1/12/00-1/13/00 | E-mail, A. Choudhury to Limited Partners and response by E. Grewal, re: Results for December 1999, Bates # 200106-200107 | Elizabeth Grewal 8/5/08 | 8/5/08 | |
| 90 | 4/1/01; 4/24/01 | Convertible Secured Promissory Note, Finexa, Inc. to A. Choudhury for $1 MM | Amit Choudhury 8/7/08 | 8/7/08 | |
| 109 | 12/22/00 | Finexa invoice to PPCM, with handwritten note "paid 12/22/00" | Amit Choudhury 8/7/08 | 8/7/08 | |
| 110 | 2/27/01 | Finexa invoice to PPCM, with handwritten note "paid 2/27/01 | Amit Choudhury 8/7/08 | 8/7/08 | |
| 111 | 9/7/06 | E-mail, AC to EG & response with press release appended | Amit Choudhury 8/7/08 | 8/7/08 | |