E. Jeffrey Banchero (SBN 93077)
ejb@kastnerbanchero.com
Scott R. Raber (SBN 194924)
srr@kastnerbanchero.com
KASTNER | BANCHERO LLP
20 California Street, Seventh Floor
San Francisco, California 94111
Telephone: (415) 398-7000
Facsimile: (415) 616-7000

Attorneys for Plaintiff and Counter-Defendant
ELIZABETH GREWAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GREWAL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMIT CHOUDHURY,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM | CASE NO. C-07-4218 CRB<br><br>**PLAINTIFF'S STATEMENT RE: THE COURT'S JURY INSTRUCTIONS RE: PUNITIVE DAMAGES**<br><br>Trial Date:　August 4, 2008<br>Time:　　　8:30 A.M.<br>Courtroom:　8, 19th Floor<br><br>(Before Hon. Charles R. Breyer) |

1     Plaintiff's counsel is in receipt of the Court's proposed instructions on punitive damages, document no. 126, filed August 8, 2008. Plaintiff requests the following change: On p. 2, line 14, after "fact" add "or made a promise without intention of performing it." This species of fraud (promissory fraud) was surely proved at trial.

    This morning, this Court requested that plaintiff make an offer of proof concerning additional evidence that she might wish to address during the production phase of the trial. It is plaintiff's intention to offer evidence of the defendant's financial condition through defendant's trial testimony, testimony on deposition, and responses to written discovery and related documents. With respect to the "pattern or practice" and/or "whether defendant knew the plaintiff was financially weak or vulnerable and took advantage of her," plaintiff intends to offer the 2001 K-1 Partnership Income return for FXI Investments, LLC (obtained from defendant in discovery within the last two weeks). The document has been marked as Exhibit 98. We expect the portion of the examination of defendant with respect to Exhibit 98 to take no more than ten minutes.

    Plaintiff will use this evidence and the evidence from trial in argument to support the factors listed in ¶¶ 1(i)-(v), 2, and 3 of the instructions.

DATED: August 8, 2008                    Respectfully submitted,

                                                KASTNER | BANCHERO LLP

                                                By: _____/S/_____
                                                    E. Jeffrey Banchero
                                                    Scott R. Raber

                                                Attorneys for Plaintiff and Counter-Defendant
                                                ELIZABETH GREWAL