Harvey L. Leiderman (SBN 55838)
HLeiderman@ReedSmith.com
David S. Reidy (SBN 225904)
DReidy@ReedSmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA  94120-7936

Telephone:    (415) 543-8700
Facsimile:    (415) 391-8269

Attorneys for Defendant
AMIT CHOUDHURY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GREWAL, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AMIT CHOUDHURY, an individual,<br><br>　　　　Defendant. | Case No.: C-07-4218 CRB<br><br>**DEFENDANT AMIT CHOUDHURY'S REQUEST RE INSTRUCTION ON PUNITIVE DAMAGES**<br><br>Trial Date:　August 4, 2008<br>Time:　　　8:30 a.m.<br>Place:　　　Courtroom 8, 19th Floor<br><br>*Honorable Charles R. Breyer* |

Defendant Amit Choudhury ("Defendant") concurs in the Court's proposed instruction on punitive damages but requests one further addition. The Court's instruction is based on CACI 3940. *See* Doc. 126. Part (c) of that instruction also includes an optional instruction, which is omitted from the Court's proposed instruction, that states:

"Any award you impose may not exceed [Mr. Choudhury's] ability to pay."

The notes following the instruction provide that the optional final sentence of factor (c) should be read "only if the defendant has presented relevant evidence regarding that issue." *See* CACI No. 3940, "Directions for Use." As this Court has ruled, testimony on Defendant's net worth shall be presented to the jury on Monday, August 11, 2008. Defendant submits that the jury should be properly instructed on the use of that testimony in their deliberations related to punitive damages and, accordingly, the optional final sentence of factor (c) should be provided to the jury.

Respectfully submitted,

DATED: August 8, 2008    REED SMITH LLP

By  /s/
David S. Reidy
Attorneys for Defendant
AMIT CHOUDHURY