IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH GREWAL,

    Plaintiff,

v.

AMIT CHOUDHURY,

    Defendant.

No. C 07-04218 CRB

**VERDICT FORM RE: PUNITIVE DAMAGES**

    We, the jury, __✓__ Find _____ Do Not Find that Defendant Amit Choudhury is guilty of fraud by clear and convincing evidence.

    If you do not find that Defendant Amit Choudhury is guilty of fraud by clear and convincing evidence, then have the presiding juror sign and date this form.

    If you find that Defendant Amit Choudhury is guilty of fraud by clear and convincing evidence, then answer the following question, and then have the presiding juror sign and date this form.

    We award punitive damages to Plaintiff Elizabeth Grewal and against Defendant Amit Choudhury in the amount of $500,000.00

Dated: 8-11-08

_Robbie R. Speller_
    Foreperson