CIVIL TRIAL MINUTES
NORTHERN DISTRICT OF CALIFORNIA

Date: August 11, 2008

**The Honorable CHARLES R. BREYER**

**Clerk:** **Barbara Espinoza**

**Court Reporter:** **Kathy Wyatt/Lydia Zinn**

Case No. **C-07-4218 CRB**     Case Name: **ELIZABETH GREWAL** v. **AMIT CHOUDHURY**
Aattorney:       Plaintiff: E. Jeffrey Banchero    Defendant: Harvey Leiderman

Trial Began: **August 4, 2008**       Trial Ended: **August 11, 2008**

**Trial Motions Heard**:                                                              **Disposition**

1.    P's Motion for Continuance of Trial                              Denied
2.

Witnesses:

Amit Choudhury


Exhibits:

229, 230, 200, 201, 202, 203, 227, 221, 224, 241, 204, 98, 205, 206, 211, 210, 220, 226, 228, 225,

213, 212,


Verdict:

 re: Punitive Damages for the Plaintiff


Disposition of Exhibits:

 All exhibits filed with the District Clerk's Office