UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NO.  **C-07-4218CRB**          DATE:  August 4, 2008

**ELIZABETH GREWAL**  v.  **AMIT CHOUDHURY**

EXHIBIT LIST

| EXHIBIT NUMBER | MARKED | ADMITTED | SPONSORING WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 12A | 8/04/2008 | 8/04/2008 | Elizabeth Grewal | |
| 46 | | | | |
| 59 | | | | |
| 49 | | | | |
| 50 | | | | |
| 7 | | | | |
| 7A | | | | |
| 16 | | | | |
| 17 | | | | |
| 39 | | | | |
| 19 | | | | |
| 20 | | | | |
| 26 | | | | |
| 24 | | | | |
| 27 | | | | |
| 30 | | | | |
| 11 | | | | |
| 42 | | | | |
| 78 | | | | |
| 80 | | | | |
| 847A | | | | |
| 47A | | | | |
| 47 | | | | |

| | | | | |
|---|---|---|---|---|
| 82 | | | | |
| 10 | | | | |
| 79 | | | | |
| 79A | | | | |
| 2 | | | David Hayford | |
| 3 | | | | |
| 4 | | | | |
| 1 | | | Gregory Pinnsoneault | |
| 5 | | | | |
| 8 | | | | |
| 13 | | | | |
| 90 | 8/07/2008 | 8/07/2008 | Amit Choudhury | |
| 38 | | | | |
| 109, 110 | | | | |
| 111 | | | Elizabeth Grewal | |
| 229 | 8/11/2008 | 8/11/2008 | Amit Choudhury | Acct Statement Pinnacle Partners Dec. 1-Dec 31, 2007 |
| 230 | | | | Acct Statement Pinnacle Partners May 1-May 31, 2008 |
| 200, 201 202, 203 | | | | Balance Sheets, Profit & Loss Profit & Loss, Balance Sheet |
| 227 | | | | Bank Statement |
| 221 224 | | | | Bank Statements |
| 241 | | | | Press release |
| 204 | | | | Net Worth |
| 98 | | | | FXI Investments  Hood  Strong CPA |
| 205 | | | | Tax Return 2006 |
| 206 | | | | Tax Return 2005 |
| 211 | | | | Tax Return 2005 |
| 210 | | | | Tax Return 2006 |
| 220 | | | | Bank Statement Pinnacle Partners |

| | | | | |
|---|---|---|---|---|
| 226 228 | | | | Bank Statements |
| 225 213 | | | | Account Statements |
| 212 | | | | Account Statement |