UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE CHARLES R. BREYER          Case No. **C-07-4218 CRB**

**ELIZABETH GREWAL** v. **AMIT CHOUDHURY**

NOTE FROM THE JURY

Note No. _1_

Date _8/8/08_

Time _8:45_

1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

Please provide the transcript of the trial.

_Robbie R. Speller_
Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE CHARLES R. BREYER                    Case No. <u>C-07-4218 CRB</u>

<u>ELIZABETH GREWAL</u>  v.  <u>AMIT CHOUDHURY</u>

<u>NOTE FROM THE JURY</u>

Note No. _1_

Date _8/8/08_

Time _8:45_

1. The Jury has reached a unanimous verdict (  )

or

2. The Jury has the following question:

Please provide the transcript of the trial.

A TRANSCRIPT is NOT permitted in the JURY ROOM.

_Robbie R. Speller_
Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE CHARLES R. BREYER                Case No. **C-07-4218 CRB**

**ELIZABETH GREWAL** v. **AMIT CHOUDHURY**

NOTE FROM THE JURY

Note No. 2
Date 8/8/08
Time 8:46

1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

May we have a calculator?

_Robbie R. Speller_
Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE CHARLES R. BREYER            Case No. **C-07-4218 CRB**

**ELIZABETH GREWAL** v. **AMIT CHOUDHURY**

NOTE FROM THE JURY

Note No. _2_

Date _8/8/08_

Time _8:46_

1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

May we have a calculator?

Yes

_Robbie R. Speller_
Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE CHARLES R. BREYER                    Case No. **C-07-4218 CRB**

**ELIZABETH GREWAL** v. **AMIT CHOUDHURY**

NOTE FROM THE JURY

Note No. 3

Date 8/8/08

Time 10:10

1. The Jury has reached a unanimous verdict (  )

or

2. The Jury has the following question:

If we find for the plaintiff, do you have guidelines for punitive damages in the case? If so, please provide.

_____
Foreperson of the Jury

**Grewal v. Choudhury, 07-4218**

~~Proposed~~ Answer to Jury Question # 3

      At this point in time, you should limit yourself to answering the questions on the verdict form. Damages awarded pursuant to question 5 of the verdict form, if any, should not include any measure of punitive damages.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE CHARLES R. BREYER             Case No. **C-07-4218 CRB**

**ELIZABETH GREWAL** v. **AMIT CHOUDHURY**

NOTE FROM THE JURY

Note No. 4
Date 8/8/08
Time 10:42

1. The Jury has reached a unanimous verdict (X)

or

2. The Jury has the following question:




*Robbie R. Speller*
Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE CHARLES R. BREYER                    Case No. **C-07-4218 CRB**

**ELIZABETH GREWAL** v. **AMIT CHOUDHURY**

NOTE FROM THE JURY

Note No. \_\_\_\_\_

Date _8/11/08_

Time _2:45_

1. The Jury has reached a unanimous verdict ( ✓ )

or

2. The Jury has the following question:




_____
Foreperson of the Jury