UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **C-07-4218CRB**     Case Name: **ELIZABETH GREWAL** V. **AMIT CHOUDHURY**

### EXHIBIT and WITNESS LIST

| **JUDGE:** CHARLES R. BREYER | **PLAINTIFF ATTORNEY:** E. Jeffrey Banchero/ Scott Raber | **DEFENSE ATTORNEY:** Harvey Leiderman/David Reidy |
|---|---|---|
| **TRIAL DATE:** August 4, 2008 | **REPORTER(S):** Kathy Wyatt/Lydia Zinn | **CLERK:** Barbara Espinoza |

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | 8:30a. Case called; Court proceeds with motions in limine | |
| | | | | | 9:00a. Prospective juror enter courtroom | |
| | | | | | 9:03a. 25 prospective jurors sworn and seated; Case called and counsel state appearances. | |
| | | | | | 9:05a. Court addresses the jurors | |
| | | | | | 9:12a. General voir dire begins | |
| | | | | | 9:38a. General voir dire concludes and the Court briefly voir dires the panel | |
| | | | | | 9:52a. **SIDEBAR** | |
| | | | | | 9:58a. Court reconvenes; Jurors # 10, 11, 14, 21 excused for cause | |
| | | | | | 10:00a. Plaintiff begins voir dire | |
| | | | | | 10:20a. Plaintiff concludes voir dire; defendant begins voir dire | |
| | | | | | 10:40a. Defendant concludes voir dire | |
| | | | | | 10:41a. Jury recess | |
| | | | | | 10:50a. Court recesses | |
| | | | | | 11:00a. Court reconvenes | |
| | | | | | 11:16a. Jurors # 2, 4, 7, 13, 14 and 24 excused for cause | |
| | | | | | 11:18a. Jury panel of 8 sworn and seated; unused juror excused | |
| | | | | | 11:19a. Court instructs the jury | |
| | | | | | 11:29a. Plaintiff begins opening statements | |
| | | | | | 12:04p. Plaintiff concludes opening; defendant begins opening | |
| | | | | | 12:14p. Defendant concludes opening; the Court instructs the jury | |
| | | | | | 12:20p. Court recesses | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 1:30p.  Court reconvenes outside the presence of the jury re evidence (exhibits 16, 17, 19, 20, 24, 27, 29, 30, 39, 42) | |
| | | | | | 1:36p.  Jury enters the courtroom; witness *Elizabeth Grewal* called | P |
| 12A | | | ✔ | ✔ | 1:40p.  **Exhibit** | P |
| 46 | | | ✔ | ✔ | 1:56p.  **Exhibit** | P |
| 59 | | | ✔ | ✔ | 2:01p.  **Exhibit** | P |
| 49 | | | ✔ | ✔ | 2:11p.  **Exhibit** | P |
| 50 | | | ✔ | ✔ | 2:12p.  **Exhibit** | P |
| 7 | | | ✔ | ✔ | 2:16p.  **Exhibit** | P |
| 7A | | | ✔ | ✔ | 2:17p.  **Exhibit** | P |
| 16 | | | ✔ | ✔ | 2:27p.  **Exhibit** | P |
| 17 | | | ✔ | ✔ | 2:32p.  **Exhibit** | P |
| 39 | | | ✔ | ✔ | 2:36p.  **Exhibit** | P` |
| 19 | | | ✔ | ✔ | 2:43p.  **Exhibit** | P |
| 20 | | | ✔ | ✔ | 2:44p.  **Exhibit** | P |
| 26 | | | ✔ | ✔ | 2:45p.  **Exhibit** | P |
| 24 | | | ✔ | ✔ | 2:46p.  **Exhibit** | P |
| 27 | | | ✔ | ✔ | 2:48p.  **Exhibit** | P |
| 30 | | | ✔ | ✔ | 2:49p.  **Exhibit** | P |
| | | | | | 3:02p.  Court recesses | |
| | | | | | 3:15p.  Court reconvenes | |
| 11 | | | ✔ | ✔ | 3:17p.  **Exhibit** | P |
| 42 | | | ✔ | ✔ | 3:21p.  **Exhibit** | P |
| 55, 56 | | | ✔ | | 3:29p.  Exhibits | P |
| | | | | | 3:34p.  Plaintiff concludes direct examination; defendant begins cross examination | |
| | 78 | | ✔ | ✔ | 3:36p.  **Exhibit** | P |
| | 80 | | ✔ | ✔ | 4:08p.  **Exhibit** | P |
| | 47A | | ✔ | ✔ | 4:16p.  **Exhibit**; Jury recesses; the Court proceeds outside the presence of the jury | P |
| | | | | | 4:25p.  Court recesses until 8/05/2008 @ 9:00 a.m. | |
| | | 8/05/2008 | | | ------------------------------8/05/2008------------------------------ | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 9:00a. The Court reconvenes outside the presence of the jury (re exhibits 47A,B, 96, 97 and 98) exh 47 in, others are out. | |
| | 47 | | ✔ | ✔ | 9:20a. Jury enters the courtroom; *Elizabeth Grewal* resumes the witness stand, **Exhibit** | D |
| | 81 | | ✔ | ✔ | 9:23a. **Exhibit** | D |
| | 82 | | ✔ | ✔ | 9:24a. **Exhibit** | D |
| | 10 | | ✔ | ✔ | 9:56a. **Exhibit** | D |
| | 79 | | ✔ | ✔ | 10:16a. **Exhibit** | D |
| | 79A | | ✔ | ✔ | 10:18a. **Exhibit** | D |
| | | | | | 10:24a. Defendant concludes cross examination; Plaintiff redirects | |
| | | | | | 10:34a. Plaintiff concludes redirect; witness excused; Court recesses | |
| | | | | | 11:10a. Court reconvenes; witness *David Hayford* called | P |
| 2 | | | ✔ | ✔ | 12:03p. **Exhibit** | P |
| 3 | | | ✔ | ✔ | 12:09p. **Exhibit** | P |
| | | | | | 12:19p. Court recesses | |
| | | | | | 1:15p. Court reconvenes | |
| | | | | | 1:23p. Jury enters the courtroom | |
| 4 | | | ✔ | ✔ | 1:31p. **Exhibit** (subject to motion to strike); | |
| | | | | | 1:46p. Plaintiff concludes direct examination; defendant begins cross examination | |
| | | | | | 1:52p. Defendant concludes cross examination | |
| | | | | | 1:54p. Witness excused; witness *Hardev Grewal* called | P |
| | | | | | 2:02p. Plaintiff concludes direct examination; defendant begins cross examination | |
| | | | | | 2:04p. Defendant concludes cross examination; witness excused; witness *Gregory Pinnsoneault* called | P |
| 92 | | | ✔ | | 2:06p. Exhibit | P |
| 101 -108 | | | ✔ | | Exhibit | P |
| | | | | | 2:38p. Plaintiff concludes direct examination; defendant begins cross examination | |
| | | | | | 2:58p. Defendant concludes cross examination; witness excused; Court recesses | |
| | | | | | 3:17p. Court reconvenes; deposition read | |
| 1 | | | ✔ | ✔ | 3:33p. **Exhibit** | P |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | | | ✔ | ✔ | 3:40p.  **Exhibit** | P |
| 8 | | | ✔ | ✔ | 3:46p.  **Exhibit**  (objection overruled) | P |
| 13 | | | ✔ | ✔ | 3:54p.  **Exhibit**;  Jury recesses until 9:00a.m. on 8/07/2008 | P |
| | | | | | 4:00p.  Court recesses until 4:00 p.m. on 8/06/2008 | |
| | | 8/06/2008 | | | -------------------------------8/06/2008--------------------------- | |
| | | | | | 4:00p.  Court reconvenes outside the presence of the jury re jury instructions and verdict | |
| | | | | | 4:45p.  Court recesses until 9:00 a.m. on 8/07/2008 | |
| | | 8/07/2008 | | | -------------------------------8/07/2008--------------------------- | |
| | | | | | 9:10a.  Court reconvenes; **Plaintiff  REST**;  witness *Amit Chaudhury* called | D |
| | | | | | 10:50a.  Defendant concludes direct examination; Court recesses | |
| | | | | | 11:10a.  Court reconvenes outside the presence of the jury | |
| | | | | | 11:12a.  Jury enters courtroom | |
| 90 | | | ✔ | ✔ | 11:29a.  **Exhibit** | P |
| | | | | | 12:10p. Court recesses | |
| | | | | | 1:00p.  Court reconvenes | |
| 38 | | | ✔ | ✔ | 1:08p.  **Exhibit** | P |
| 109, 110 | | | ✔ | ✔ | 1:15p.  **Exhibits** | P |
| | | | | | 1:31p.  Plaintiff concludes cross examination; defendant redirects | |
| | | | | | 1:33p.  Defendant concludes redirect; witness excused; **Defendant  REST**;   Court  recesses | |
| | | | | | 1:50p.  Court reconvenes outside the presence of the jury; Plaintiff's motion 50A is taken under submission | |
| | | | | | 1:55p.  Jury enters courtroom;  plaintiff begins rebuttal - witness *Elizabeth Grewal* recalled | P |
| 111 | | | ✔ | ✔ | 2:03p.  **Exhibit**; plaintiff concludes direct examination; defendant begins cross examination; witness excused; witness *David Hayford* recalled | P |
| | | | | | 2:06p.  Plaintiff concludes direct examination; defendant begins cross examination | |
| | | | | | 2:08p.  Defendant concludes cross examination; the Court instructs the jury | |
| | | | | | 2:23p.  Court concludes preliminary instructions;       Plaintiff begins closing argument | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 3:18p. Plaintiff concludes closing argument; Court recesses | |
| | | | | | 3:25p. Court reconvenes; defendant begins closing argument | |
| | | | | | 4:00p. Defendant concludes closing argument; plaintiff begins rebuttal | |
| | | | | | 4:03p. Plaintiff concludes rebuttal; the Court gives further instructions to the jury | |
| | | | | | 4:10p. Jury begins deliberations | |
| | | | | | 4:25p. Jury recesses until 8:30 a.m. on 8/08/2008 | |
| | | 8/08/2008 | | | ---------------------------------8/08/2008-------------------------- | |
| | | | | | 8:30a. Jury resumes deliberations | |
| | | | | | 8:47a. Jury Notes: one and two | |
| | | | | | 8:50a. Courts response to notes | |
| | | | | | 10:10a. Jury Note: three | |
| | | | | | 10:18a. Court reconvenes re jury note | |
| | | | | | 10:19a. Response to jury note; Court recesses | |
| | | | | | 10:45a. Jury Note: Verdict reached | |
| | | | | | 11:04a. Court reconvenes | |
| | | | | | 11:06a. Jury enters courtroom | |
| | | | | | 11:07a. Verdict read; jury polled, verdict entered | |
| | | | | | 11:09a. Court instructs the jury | |
| | | | | | 11:10a. Jury recesses until 8:30 on 8/11/2008, the Court proceeds outside the presence of the jury. | |
| | | | | | 12:00p. Court recesses until 8/11/2008 at 8:00 | |
| | | 8/11/2008 | | | ---------------------------------8/11/2008-------------------------- | |
| | | | | | 8:00a. Court reconvenes outside the presence of the jury. The Court denies plaintiff's motion for continuance of trial | |
| | | | | | 8:20a. Court recesses | |
| | | | | | 8:40a. Court reconvenes, Trial resumes, witness *Amit Choudhury* called | P |
| 229 | | | ✔ | ✔ | 9:25a. **Exhibit** | P |
| 230 | | | ✔ | ✔ | 9:35a. **Exhibit** | P |
| 200, 201, 202, 203 | | | ✔ | ✔ | 9:41a. **Exhibits** | P |
| | | | | | 10:00a. Court recesses | |
| | | | | | 10:15a. Court reconvenes | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 227 | | | ✔ | ✔ | 10:30a. **Exhibit** | P |
| 221, 224 | | | ✔ | ✔ | 10:33a. **Exhibits** | P |
| 240 | | | ✔ | | 10:35a. Exhibit | P |
| 241 | | | ✔ | ✔ | 10:51a. **Exhibit** | P |
| 204 | | | ✔ | ✔ | 10:52a. **Exhibit** | P |
| 98 | | | ✔ | ✔ | 10:59a. **Exhibit** | P |
| 205 | | | ✔ | ✔ | 11:04a. **Exhibit** | P |
| 206 | | | ✔ | ✔ | 11:05a. **Exhibit** | P |
| 211 | | | ✔ | ✔ | 11:08a. **Exhibit** | P |
| 210 | | | ✔ | ✔ | 11:09a. **Exhibit** | P |
| 220 | | | ✔ | ✔ | 11:15a. **Exhibit** | P |
| 226 | | | ✔ | ✔ | 11:16a. **Exhibit** | P |
| 228 | | | ✔ | ✔ | 11:17a. **Exhibit** | P |
| 225 | | | ✔ | ✔ | 11:18a. **Exhibit** | P |
| 213 | | | ✔ | ✔ | 11:20a. **Exhibit** | P |
| 212 | | | ✔ | ✔ | 11:21a. **Exhibit** | P |
| | | | | | 11:22a. Plaintiff concludes direct examination; defendant begins cross examination | |
| | | | | | 11:50a. Defendant concludes cross examination; plaintiff redirects | |
| | | | | | 11;56a. Plaintiff concludes redirect; witness excused; the Court instructs the jury | |
| | | | | | 12:00p. Court recesses | |
| | | | | | 1:20p.  Court reconvenes, the Court instructs the jury | |
| | | | | | 1:25p.  Plaintiff begins closing | |
| | | | | | 1:50p.  Plaintiff concludes closing; defendant begins closing | |
| | | | | | 2:10p.  Defendant concludes closing; Court instructs the jury. | |
| | | | | | 2:14p.  Jury begins deliberations | |
| | | | | | 2:48p.  Jury Note:  Verdict | |
| | | | | | 2:55p.  Jurors enter the courtroom; Verdict read | |
| | | | | | 2:56p.  Jury polled; Verdict entered | |
| | | | | | 3:00p.  Jury excused. | |

Case 3:07-cv-04218-CRB    Document 142    Filed 08/11/2008    Page 6 of 6