IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH GREWAL,

    Plaintiff,

  v.

AMIT CHOUDHURY,

    Defendant.

                          /

No. C 07-04218 CRB

**JUDGMENT**

    The jury having found in favor of Plaintiff and against Defendant on Counts One through Four, and having awarded $1,423,740.00 in compensatory damages and $500,000.00 in punitive damages, judgment is now entered in favor of Plaintiff Elizabeth Grewal and against Defendant Amit Choudhury.

    **IT IS SO ORDERED.**

Dated: August 12, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\4218\Judgment.wpd