Harvey L. Leiderman (SBN 55838)
HLeiderman@ReedSmith.com
David S. Reidy (SBN 225904)
DReidy@ReedSmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA  94120-7936

Telephone:    (415) 543-8700
Facsimile:    (415) 391-8269

Attorneys for Defendant
AMIT CHOUDHURY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GREWAL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMIT CHOUDHURY, an individual,<br><br>Defendant. | Case No.: C-07-4218 CRB<br><br>**DEFENDANT'S NOTICE OF MOTIONS AND MOTIONS FOR JUDGMENT AS A MATTER OF LAW, OR MOTION TO AMEND THE JUDGMENT TO REMOVE COMPOUND INTEREST, OR IN THE ALTERNATIVE, MOTION FOR NEW TRIAL; MOTION FOR REMITTITUR, OR IN THE ALTERNATIVE, FOR NEW TRIAL ON PUNITIVE DAMAGES**<br><br>[FED. R. CIV. PROC. §§ 50(b); 59(a), (e)]<br><br>Compl. Filed:   July 19, 2007<br>Trial Date:     August 4, 2008<br><br>Hearing Date:   October 3, 2008<br>Time:           10:00 a.m.<br>Courtroom:      8<br><br>*Honorable Charles R. Breyer* |

TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on Friday, October 3, 2008, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 8 of the above-entitled Court, located at 450

Golden Gate Avenue, 19th Floor, San Francisco, California, 94102, Defendant Amit Choudhury ("Defendant") will and hereby does move this Court pursuant to Federal Rule of Civil Procedure 50(b), 59(a) and 59(e) for: (1) an order seeking renewed judgment as a matter of law or, in the alternative, for amendment of the judgment to remove compound interest or, in the alternative, for a new trial regarding the award of compound interest on the grounds that Plaintiff is not entitled to compound interest as she failed to present any evidence whatsoever that the parties agreed to compound interest as required by California law; and (2) an order reducing the punitive damages award via remittitur, or, in the alternative, for a new trial on the grounds that the punitive damages award was excessive and is beyond Defendant's ability to pay.

These Motions are based upon this Notice of Motions and Motions, the Memorandum of Law in Support of Defendant's Motion for Judgment as a Matter of Law, or to Amend the Judgment to Remove Compound Interest, or in the Alternative, for New Trial Re: Compound Interest pursuant to Rules 50(b), 59(a) and (e), the Memorandum of Law in Support of Defendant's Motion for Remittitur or New Trial Re: Punitive Damages pursuant to Rule 59(a), filed concurrently herewith, as well as upon the pleadings on file in this action, the trial record as a whole, and such other and further evidence as may be presented at the hearing on this matter.

DATED:  August 25, 2008

REED SMITH LLP

By  /s/
David S. Reidy
Attorneys for Defendant
AMIT CHOUDHURY