Harvey L. Leiderman (SBN 55838)
HLeiderman@ReedSmith.com
David S. Reidy (SBN 225904)
DReidy@ReedSmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   (415) 543-8700
Facsimile:   (415) 391-8269

Attorneys for Defendant
AMIT CHOUDHURY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GREWAL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMIT CHOUDHURY, an individual,<br><br>Defendant. | Case No.: C-07-4218 CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW, OR MOTION TO AMEND THE JUDGMENT TO REMOVE COMPOUND INTEREST, OR, IN THE ALTERNATIVE, MOTION FOR NEW TRIAL** |

**ORDER GRANTING MOTION FOR JUDGMENT AS A MATTER OF LAW**

Defendant Amit Choudhury's Motion for Judgment as a Matter of Law, or Motion to Amend the Judgment to Remove Compound Interest, or, in the alternative, Motion for New Trial brought jointly pursuant to Federal Rules of Civil Procedure 50(b), 59(e) and 59(a), respectively, in the above-captioned case came regularly for hearing before this Court. All parties were represented by their respective counsel.

The Court having considered all papers filed by Plaintiff and Defendant, as well as all other

papers filed in this action and the oral arguments of counsel, IT IS HEREBY ORDERED that:

(1) Defendant's Motion for Judgment as a Matter of Law under Rule 50(b) on compound interest is GRANTED.

(2) In the alternative, Defendant's Motion to Amend the Judgment under Rule 59(e) to remove compound interest is GRANTED.

(3) In the alternative, Defendant's Motion for New Trial based on the unlawful award of compound interest is GRANTED.

(4) The compensatory damage award is hereby reduced to $1,304,000.

IT IS SO ORDERED.

DATED:

_____
The Honorable Charles R. Breyer
United States District Judge