1  Harvey L. Leiderman (SBN 55838)
   HLeiderman@ReedSmith.com
2  David S. Reidy (SBN 225904)
   DReidy@ReedSmith.com
3  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
4  San Francisco, CA  94111-3922

5  **Mailing Address:**
   P.O. Box 7936
6  San Francisco, CA  94120-7936

7  Telephone:   (415) 543-8700
   Facsimile:   (415) 391-8269
8
   Attorneys for Defendant
9  AMIT CHOUDHURY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GREWAL, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>AMIT CHOUDHURY, an individual,<br><br>　　　　　　　Defendant. | Case No.: C-07-4218 CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR REMITTITUR OR IN THE ALTERNATIVE FOR NEW TRIAL ON PUNITIVE DAMAGES** |

## ORDER GRANTING MOTION FOR NEW TRIAL

Defendant Amit Choudhury's Motion for Remittitur Or In the Alternative For New Trial On Punitive Damages brought pursuant to Federal Rule of Civil Procedure 59(a) in the above-captioned case came regularly for hearing before this Court.  All parties were represented by their respective counsel.

The Court having considered all papers filed by Plaintiff and Defendant, as well as all other papers filed in this action and the oral arguments of counsel, IT IS HEREBY ORDERED that:

(1) Defendant's Motion for New Trial under Rule 59(a) based on the excessive punitive damages is GRANTED.

Alternatively, IT IS HEREBY ORDERED THAT:

(1) Defendant's Motion for New Trial under Rule 59(a) is granted unless Plaintiff accepts a remittitur reducing the award of punitive damages.

(2) Remittitur shall be granted and the judgment against Defendant shall be reduced by $500,000 to reflect an appropriate award of punitive damages in light of Defendant's ability to pay.

IT IS SO ORDERED.

DATED:

_____
The Honorable Charles R. Breyer
United States District Judge