E. Jeffrey Banchero (SBN 93077)
ejb@kastnerbanchero.com
Scott R. Raber (SBN 194924)
srr@kastnerbanchero.com
KASTNER | BANCHERO LLP
20 California Street, Seventh Floor
San Francisco, California 94111
Telephone: (415) 398-7000
Facsimile: (415) 616-7000

Attorneys for Plaintiff and Counter-Defendant
ELIZABETH GREWAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GREWAL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMIT CHOUDHURY,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM | CASE NO. C-07-4218 CRB<br><br>**DECLARATION OF E. JEFFREY BANCHERO IN SUPPORT OF PLAINTIFF'S BILL OF COSTS** |

-1-
**DECLARATION OF E. JEFFREY BANCHERO IN SUPPORT OF PLAINTIFF'S BILL OF COSTS**
Case No. C-07-4218 CRB

I, E. JEFFREY BANCHERO, hereby declare:

1. I am an attorney admitted to practice before the bar of the State of California and this Court, and I am a partner at Kastner│Banchero LLP, attorneys for plaintiff Elizabeth Grewal ("Grewal" or "plaintiff") in this action. I submit this declaration in support of plaintiff's Bill of Costs. I have personal knowledge of each of the matters set forth herein, and if called upon I could testify competently to them.

2. The fees of the Clerk ($335) were paid to the San Francisco Superior Court, where this case was originally filed. The defendant, Amit Choudhury ("Choudhury"), removed this case from the San Francisco Superior Court to this Court on grounds that this Court had jurisdiction of the case because the parties are citizens of different states.

3. The fees for service of the summons and complaint ($185) were paid to a process server in Chicago, Illinois, where Choudhury resides. The process server served the summons and complaint on Choudhury in Chicago.

4. The fees for deposition transcripts include two depositions of defendant Choudhury. Our office conducted a deposition of Choudhury during the discovery phase of this case on January 10, 2008. We conducted a second deposition of Choudhury after the jury reached a verdict during the liability phase of the trial. After the verdict, the Court permitted us to conduct a second deposition of Choudhury to examine him on issues related to the punitive-damages phase of the trial, which commenced one day after the second deposition was completed. The fees of the court reporter also includes fees paid to the Court for daily trial transcripts prepared by the Court's official court reporter, Katherine Wyatt. I used these transcripts to prepare for witness examinations, closing argument, and I used them during the post-verdict, punitive-damages phase of the trial. For example, during closing argument I read from the trial transcript for August 4, 2008.

5. The fees for printing ($1,331.79) were incurred for preparing and photocopying documents that were marked and used at trial, including the punitive-damages phase of trial. Our law firm had sets of exhibits created for the Deputy Clerk, the judge, the witnesses, and opposing

counsel.  These printing fees also include fees for copying documents produced by defendant during the punitive-damages phase of the trial.

6. The fees for exemplification were paid in connection with our obtaining certified copies of records from the Delaware Secretary of State on the status of two corporations organized under the laws of Delaware, Finexa, Inc. and FXI Investments, Inc., which were the subject of testimony at trial.  I used the information in these certified records during my cross-examination of Choudhury.

7. Attached to this declaration is a spreadsheet entitled Bill of Costs – Receipts and Back-Up Information.  The spreadsheet lists each item of cost claimed in the Bill of Costs and the amount.  I personally supervised the creation of this spreadsheet, which was prepared by Catherine la O', who works in the Finance Department of Kastner | Banchero, LLP, and by my assistant, Lana Nemirovsky.  Ms. la O' and Ms. Nemirovsky collected the copies of invoices and checks that are attached to this declaration.  The invoices and checks correspond to each item in the Bill of Costs.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 26th day of August, 2008 in San Francisco, California.

/S/
E. Jeffrey Banchero