*Grewal v. Choudhury* (U.S. District Court, Northern District of California, Case No. C-07-4218 CRB)

**Bill of Costs - Receipts and Back-Up Information**

| Allowed Cost | Date | Description | Amount |
|---|---|---|---|
| Fees of the Clerk | 7/6/2007 | File complaint | $ 335.00 |
| | | | |
| Fees for service of summons and complaint | 7/26/2007 | Serve summons and complaint on A. Choudhury at residence in Chicago, Illinois | $ 185.00 |
| | | | |
| Fees of the court reporters | 1/10/2008 | Amit Choudhury: video | $ 937.00 |
| | 1/10/2008 | Amit Choudhury: transcript | $ 1,080.50 |
| | 1/11/2008 | Elizabeth Grewal | $ 864.85 |
| | 7/11/2008 | James Avedisian | $ 183.80 |
| | 7/21/2008 | Hardev Grewal | $ 155.15 |
| | 7/21/2008 | Lawrence Wood | $ 173.20 |
| | 7/30/2008 | Trial Transcripts | $ 5,598.72 |
| | 7/30/2008 | Karen Choudhury | $ 704.60 |
| | 8/10/2008 | Amit Choudhury | $ 1,708.30 |
| | | | |
| Fees and disbursements for printing - trial exhibits | 7/31/2008 | | $ 5.97 |
| | 7/31/2008 | | $ 23.87 |
| | 8/1/2008 | | $ 21.48 |
| | 8/4/2008 | | $ 88.54 |
| | 8/4/2008 | | $ 169.59 |
| | 8/9/2008 | | $ 665.05 |
| | 8/10/2008 | | $ 357.29 |
| | | | |
| Fees for exemplification | 7/12/2008 | Fees to obtain records from Delaware Secretary of State on Finexa, Inc. and FXI Investments, Inc. | $ 20.00 |
| | 7/30/2008 | Fees to obtain records from Delaware Secretary of State on Finexa, Inc. and FXI Investments, Inc. | $ 305.00 |

**TOTAL:**                                                                     **$13,582.91**

12736

**KASTNER BANCHERO**
OPERATING ACCOUNT
20 CALIFORNIA ST., 7TH FLOOR
SAN FRANCISCO, CA 94111
(415) 398-7000

FIRST REPUBLIC BANK
101 PINE STREET
SAN FRANCISCO, CA 94111
11-8166/3210

July 6, 2007

TO THE
ORDER OF    Clerk of Court, San Francisco Superior        $   335.00

Threehundred-thirtyfive--------------------------------------------------- DOLLARS

MEMO:    Fee for Filing Complaint

⑆0⬝2736⑆ ⑆321081669⑆ 995008⬝8432⑆

---

**KASTNER BANCHERO LLP**
OPERATING ACCOUNT                                          12736

7/6/07

#514 Grewal v. Chowdary

$335.00 for fee for filing complaint,
to: Clerk of Court, SF Superior

FILE COPY

---

**KASTNER BANCHERO LLP**
OPERATING ACCOUNT                                          12736

7/6/07

#514 Grewal v. Chowdary

$335.00 fee for filing complaint,
to: Clerk of Court, SF superior



---

McBEE TO REORDER 1 800 662-2331          MLT164C-1          0200365654001          954001461974

B

# *LaSalle Process Servers L.P.*

**29 S. LaSalle St. Suite 956**
**Chicago, Illinois 60603**
**Phone: 312-263-0620**
**FEIN# 36-4247052**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 7/26/2007 | 31455 |

BILL TO
Kastner Banchero LLP
20 California St.
7th Floor
San Francisco, CA 94111
Attn:Scott Raber

CASE INFO
Elizabeth Grewal
vs.
Amith Choudhury, et al.
CGC 07 465312

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Payment on Account | -135.00 |
| Services Rendered | 185.00 |

2 Summons and Complaints
1. Amisil Holdings, Ltd.
2. Amit Choudburey
Call at address given in Chicago on July 20.
Same day rush.



CUSTOMER ACCEPTS AND ACKNOWLEDGES ALL INVOICES AS
CORRECT UNLESS NOTICE IS GIVEN TO LASALLE PROCESS
SERVERS L.P. WITHIN FIFTEEN (15) DAYS OF PRESENTATION.

ALL FEES AND CHARGES ARE BASED UPON PROMPT PAYMENT.

ALL INVOICES MUST BE PAID IN FULL WITHIN 90 DAYS. IF ANY
INVOICE REMAINS UNPAID AFTER THE 90-DAY PERIOD, ALL
SERVICES WILL BE SUSPENDED UNTIL THE BALANCE HAS BEEN
PAID IN FULL.

CHECK OUT OUR WEB SITE WWW.LASALLEPROCESSSERVERS.COM

THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN 30
DAYS.

**Total**    $50.00



**KASTNER BANCHERO LLP**
OPERATING ACCOUNT

12783

LaSalle Process Servers L.P.                                            7/19/2007
Costs Incurred:Clients:514                                               135.00

Operating - First Repu                                                  135.00

McBEE TO REORDER 1 800 662-2331          MLT106C-1          5200305085400t          994001461974

---

**KASTNER BANCHERO LLP**
OPERATING ACCOUNT

12821

LaSalle Process Servers L.P.                                        8/14/2007
| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 07/26/2007 | Bill | 31455 | 50.00 | 50.00 | | 50.00 |
| | | | | | Check Amount | 50.00 |

Operating - First Repu                                                  50.00

McBEE TO REORDER 1 800 662-2331          MLT106C-1          5200305085400t          994001461974



rec'd 6/25/08





•CYRIL VIDEO• 84A Harriet St. SF CA 95103•
Tel/Fax: 415-626-1212  Email: cyril@cyrilvideo.com

## DETAILS

| Date | 1/10/08 |
|------|---------|
| Witness | Amit Choudhury |
| Case Name | Grewal v Amit Choudhury |
| Case Number | C-074218 CRB |
| Tape one | 1 hr. 58m |
| Tape two | 2 hr. 03m |
| Tape three | 1 hr. 25m |

## TIME

| Videographer Arrival/Set up time | 8:30 am |
|----------------------------------|---------|
| Start Time | 9:30 am |
| End Time | 5:17 pm |
| Videographer Departure Time | 5:45 pm |
| Total Time 9.25 hr minus one hr. lunch 8.25 hr | 8.25 hours |



## PAYMENT

| 8.25 hours @ $90 | $742.50 |
|------------------|---------|
| Tape Charges (3 set x $10) | $30.00 |
| Parking | $29.50 |
| VIDEO COPIES $45 x 3 | $135.00 |
| Second order of DVD copies | N/C |
| **Total** | **$ 937.00** |

| Make check out to: | Cyril Suszckiewicz |
|--------------------|--------------------|
| Tax ID | 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 |
| Billing Address | 84A Harriet Street San Francisco CA 94103 |
| Invoice Number | V1-11008 |

OK to pay - Video of Deposition of
Amit Choudhury. DVD

KASTNER BANCHERO LLP
OPERATING ACCOUNT

13503

Cyril Suszckiewicz                                      7/17/2008

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 01/10/2008 | Bill | V1-11008 | 937.00 | 937.00 | | 937.00 |

Check Amount                937.00

Operating - First Republ                                              937.00

PRODUCT DLT104    USE WITH 9379 ENVELOPE    MCBEE  To Reorder: 1-800-662-2331 or www.mcbeeinc.com    PRINTED IN U.S.A.    A

## Bay City Reporting

**Invoice**

Serving the Bay Area and Northern California

41 Aptos Avenue
San Francisco, CA 94127

Phone: (415) 587-2000      Fax: (415) 587-2110

| Invoice Date | Invoice # |
|---|---|
| Wednesday, January 23, 2008 | 2932CMR |

E. Jeffrey Banchero
Kastner Banchero, LLP
20 California Street, Seventh Floor
San Francisco, CA 94111

Phone:      (415) 277-2524    Fax:

| | |
|---|---|
| **Witness:** | Amit Choudhury |
| **Case:** | Grewal vs. Choudhury |
| **Venue:** | US District Court |
| **Case #:** | C-07-4218 CRB |
| **Date:** | 1/10/2008 |
| **Start Time:** | 9:30 AM |
| **End Time:** | : 0 |
| **Reporter:** | |
| **Claim #:** | |
| **File #:** | *782CMR* |

| Description | Each | Quan | Total |
|---|---|---|---|
| Appearance fee | $150.00 | 1 | $150.00 |
| Original and one certified copy | $4.65 | 186 | $864.90 |
| Exhibits | $0.35 | 116 | $40.60 |
| ASCII/Condensed (No Charge) | $0.00 | 1 | $0.00 |
| Postage/Delivery/CCP compliance | $25.00 | 1 | $25.00 |

| | |
|---|---|
| **Sub Total** | $1,080.50 |
| **Payments** | $0.00 |
| **Balance Due** | $1,080.50 |

Fed. I.D. # 20-0574439

*Thank you for using Bay City Reporting*

# LEGALINK, INC.

MERRILL LEGAL SOLUTIONS

575 Market Street, 11th Floor
Francisco, CA 94105

Phone: (415) 357-4300
Fax: (415) 357-4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20074547 | 01/18/2008 | 2001-404617 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 01/11/2008 | STARSH | C-07-4218CRB |

| CASE CAPTION |
|---|
| Grewal vs. Choudhury |

| TERMS |
|---|
| Immediate, sold Merrill FOB facility |

E. Jeffrey Banchero
LAW OFFICES OF KASTNER BANCHERO, LLP
20 California Street, 7th Floor
San Francisco, CA 94111

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
  Elizabeth Grewal                     347 Pages @        2.15/Page        746.05
           EXHIBITS                      60 Pages @         .70/Page         42.00
           TotalTranscript                                                  40.00
           Process/Delivery                                                 30.00
           Color Copies                 4.00 Pages @       1.70/Page         6.80

                                         TOTAL   DUE   >>>>              864.85
```

Merrill Legal Solutions now includes scanned exhibits in PDF format on all Total
Transcript CD's which come with your transcript.  Simply insert the CD into your
computer and click on the Scanned Exhibits tab.

We have recently moved to a new location:
235 Main Street, 4th Floor
San Francisco, CA 94105

Our remittance address remains the same.

#514

OK

TAX ID NO.: 20-2665382

*Please detach bottom portion and return with payment.*

E. Jeffrey Banchero
LAW OFFICES OF KASTNER BANCHERO, LLP
20 California Street, 7th Floor
San Francisco, CA 94111

```
Invoice No.:  20074547
Date       :  01/18/2008
TOTAL DUE  :     864.85


Job No.    :  2001-404617
Case No.   :  C-07-4218CRB
Grewal vs. Choudhury
```

Remit To:    LegaLink, Inc.
             File 70206
             Los Angeles, CA 90074-0206

13547

KASTNER BANCHERO LLP
OPERATING ACCOUNT

Legalink                                                          8/1/2008

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 07/25/2007 | Bill | 20067429 | 1,824.15 | 1,824.15 | | 1,824.15 |
| 07/25/2007 | Bill | 20067548 | 1,517.70 | 1,517.70 | | 1,517.70 |
| 07/11/2008 | Bill | 20081078 | 183.80 | 183.80 | | 183.80 |
| | | | | | Check Amount | 3,525.65 |

Operating - First Republ                                              3,525.65

PRODUCT DLT104    USE WITH 9379 ENVELOPE    MCBEE  To Reorder: 1-800-662-2331 or www.mcbeeinc.com    PRINTED IN U.S.A.    A

---

# LEGALINK, INC.

MERRILL LEGAL SOLUTIONS

135 Main Street, 4th Floor          Phone: (415) 357-4300
San Francisco, CA  94105            Fax: (415) 357-4301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|-------------|--------------|------------|
| 20081078 *** | 07/11/2008 | 2001-410694 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 07/10/2008 | SCHUGE | C-07-4218CRB |

| CASE CAPTION |
|--------------|
| Grewal vs. Choudhury |

| TERMS |
|-------|
| Immediate, sold FOB Merrill facility |

Scott R. Raber
Kastner & Banchero
20 California Street, 7th Floor
San Francisco, CA 94111



```
1 CERTIFIED COPY OF TRANSCRIPT OF:
   James R. Avedisian           50 Pages @    2.15/Page    107.50
            EXHIBITS             9 Pages @     .70/Page      6.30
            TotalTranscript                               40.00
            Process/Delivery                              30.00


                        TOTAL  DUE  >>>>            183.80

                        AFTER 8/10/2008 PAY        192.99
```

We will forward your copy of this transcript upon receipt of your check.  Please return
the enclosed invoice copy with your check. We will hold this on file for 30 days from
the date of this invoice.  After this time we will dispose of the copy.



08/25/2008 MON 11:15 FAX 415 357 4301 LEGALINK SF                                    ☒002/003

# LEGALINK, INC.
MERRILL LEGAL SOLUTIONS

135 Main Street, 4th Floor          Phone: (415) 357-4300
San Francisco, CA 94105             Fax: (415) 357-4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20081476 *** | 08/04/2008 | 2001-411116 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 07/21/2008 | SCHUGE | C-07-4218CRB |

CASE CAPTION

Grewal vs. Choudhury

TERMS

Immediate, sold FOB Merrill facility

Scott R. Raber
Kastner & Banchero
20 California Street, 7th Floor
San Francisco, CA 94111

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Hardev Grewal
        EXHIBITS           37 Pages @      2.15/Page        79.55
        TotalTranscript     8 Pages @       .70/Page         5.60
        Process/Delivery                                    40.00
                                                            30.00

                        TOTAL   DUE  >>>>                   155.15
                        AFTER 9/3/2008 PAY                  162.91
```

We will forward your copy of this transcript upon receipt of your check. Please return
the enclosed invoice copy with your check. We will hold this on file for 30 days from
the date of this invoice.  After this time we will dispose of the copy.

PAID
7-21-08
CK #1170

TAX ID NO.: 20-2665382                              (415) 398-7000   Fax (415) 616-7000

*Please detach bottom portion and return with payment.*

Scott R. Raber
Kastner & Banchero
20 California Street, 7th Floor
San Francisco, CA 94111

```
Invoice No.: 20081476 ***
Date       : 08/04/2008
TOTAL DUE  :    155.15
AFTER 9/3/2008 PAY : 162.91


Job No.    : 2001-411116
Case No.   : C-07-4218CRB
Grewal vs. Choudhury
```

Remit To:    LegaLink, Inc.
             File 70206
             Los Angeles, CA 90074-0206

# LEGALINK, INC.

**MERRILL LEGAL SOLUTIONS**

135 Main Street, 4th Floor
San Francisco, CA 94105

Phone: (415) 357-4300
Fax: (415) 357-4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20081413 *** | 08/04/2008 | 2001-411061 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/18/2008 | SCHUGE | C-07-4218CRB |

| CASE CAPTION |
|---|
| Grewal vs. Choudhury |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Scott R. Raber
Kastner & Banchero
20 California Street, 7th Floor
San Francisco, CA 94111

---

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
|---|---|---|---|
| Lawrence Wood, CPA | 48 Pages @ | 2.15/Page | 103.20 |
| TotalTranscript | | | 40.00 |
| Process/Delivery | | | 30.00 |

TOTAL DUE >>>> 173.20

AFTER 9/3/2008 PAY 181.86

We will forward your copy of this transcript upon receipt of your check. Please return the enclosed invoice copy with your check. We will hold this on file for 30 days from the date of this invoice. After this time we will dispose of the copy.

*PAID*
*7-21-08*
*CK #1171*

TAX ID NO.: 20-2665382

(415) 398-7000    Fax (415) 616-7000

*Please detach bottom portion and return with payment.*

---

Scott R. Raber
Kastner & Banchero
20 California Street, 7th Floor
San Francisco, CA 94111

Invoice No.: 20081413 ***
Date       : 08/04/2008
TOTAL DUE  :     173.20
AFTER 9/3/2008 PAY : 181.86

Job No.    : 2001-411061
Case No.   : C-07-4218CRB
Grewal vs. Choudhury

Remit To:    LegaLink, Inc.
             File 70206
             Los Angeles, CA 90074-0206



Front



Back

Close



Front

Back

Close

```
 1                 ⌣              KATHERINE WYATT

 2            OFFICIAL REPORTER-U.S. DISTRICT COURT

 3              450 GOLDEN GATE AVENUE, 16TH FLOOR

 4               SAN FRANCISCO, CALIFORNIA 94102

 5           PHONE (415) 487-9834  FAX (415) 522-3149

 6    AUGUST , 2008           INVOICE NUMBER 1567

 7    ELIZABETH GREWAL,              )

 8      VS.                          )  NO. C07-4218 CRB
      AMIT CHOUDHURY,                )
 9                                   )  AUGUST 4 & 5, 2008
      KASTNER BANCHERO LLP
10    20 CALIFORNIA STREET, SEVENTH FLOOR
      SAN FRANCISCO, CALIFORNIA 94111
11    BY:  MR. E. JEFFREY BANCHERO, ESQUIRE

12    ECF & EMAIL AND PAPER AND MINI,

13    8-4-08 246  @  $6.48 (YOUR HALF)  $1594.08

14    8-5-08 213  @  $6.48 (YOUR HALF)  $1380.24

15    TOTAL                      $2974.32

16    DEPOSIT                    $1000   Pd 7/30/08 CK # 1172

17    AMOUNT DUE                 ($1974.32) Pd 8/8/08 CK # 1174

18    I CERTIFY THAT THE FEE CHARGED AND THE PAGE FORMAT USED CONFORM

19    TO THE REGULATIONS OF THE JUDICIAL CONFERENCE OF THE U.S.

20    DISTRICT COURT.

21    --------------------------OFFICIAL REPORTER, KATHY WYATT

22                         Check #
23                         # 1174
24

25
```

KATHERINE WYATT, OFFICIAL REPORTER, CSR, RMR (415) 487-9834

**KASTNER BANCHERO LLP**
**OPERATING ACCOUNT**

13606

Kathy Wyatt                                                            8/21/2008

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 08/08/2008 | Bill | 1571 | 1,587.60 | 1,587.60 | | 1,587.60 |
| 08/11/2008 | Bill | 1572 | 1,036.80 | 1,036.80 | | 1,036.80 |
| | | | | | Check Amount | 2,624.40 |

Operating - First Republ                                                    2,624.40

PRODUCT DLT104    USE WITH 9379 ENVELOPE        MCBEE  To Reorder: 1-800-662-2331 or www.mcbeeinc.com        PRINTED IN U.S.A.        A 

AUG.11.2008   8:04PM   U.S.DIST.COURT                                    NO.328   P.1/1

*Please Give to Devon*

2

1                          KATHERINE WYATT

2                  OFFICIAL REPORTER-U.S. DISTRICT COURT

3                  450 GOLDEN GATE AVENUE, 16TH FLOOR

4                  SAN FRANCISCO, CALIFORNIA 94102

5           PHONE (415) 487-9834   FAX (415) 522-3149

6      AUGUST 11, 2008              INVOICE NUMBER 1571

7      KASTNER BANCHERO LLP

8      20 CALIFORNIA STREET
       SAN FRANCISCO, CALIFORNIA 94111
9      ATT:  MR. BANCHERO

10

11     ELIZABETH GREWAL,

12        VS.                        NO. C07-4218 CRB
       AMIT CHOUDHURY,           )
13                                   AUGUST 7 & 8, 2008

14     ECF & EMAIL AND PAPER AND MINI,

15     8-7-08   205 PP @ $6.48 (YOUR HALF)     $1328.40

16     8-8-08    40 PP @ $6.48 (YOUR HALF)      $259.20

17     **TOTAL (PLEASE REMIT)**                  **$1587.60**

18     I CERTIFY THAT THE FEE CHARGED AND THE PAGE FORMAT USED CONFORM

19     TO THE REGULATIONS OF THE JUDICIAL CONFERENCE OF THE U.S.

20     DISTRICT COURT.

21     -----------------------------OFFICIAL REPORTER, KATHY WYATT

22

23

24

25

       KATHERINE WYATT, OFFICIAL REPORTER, CSR, RMR (415) 487-9834

3

```
 1                    KATHERINE WYATT

 2         OFFICIAL REPORTER-U.S. DISTRICT COURT

 3           450 GOLDEN GATE AVENUE, 16TH FLOOR

 4            SAN FRANCISCO, CALIFORNIA 94102

 5         PHONE (415) 487-9834  FAX (415) 522-3149

 6   AUGUST 12, 2008          INVOICE NUMBER 1572

 7   KASTNER BANCHERO LLP

 8   20 CALIFORNIA STREET
     SAN FRANCISCO, CALIFORNIA 94111
 9   ATT:  MR. BANCHERO

10   ELIZABETH GREWAL,

11     VS.                      NO. C07-4218 CRB

12   AMIT CHOUDHURY,            )
                                  AUGUST 11, 2008
13   ECF & EMAIL AND PAPER AND MINI,

14   8-11-08 160 PP @ $6.48  (YOUR HALF)    $1036.80

15   I CERTIFY THAT THE FEE CHARGED AND THE PAGE FORMAT USED CONFORM

16   TO THE REGULATIONS OF THE JUDICIAL CONFERENCE OF THE U.S.

17   DISTRICT COURT.

18   ---------------------------OFFICIAL REPORTER, KATHY WYATT

19

20

21

22

23

24

25
```

KATHERINE WYATT, OFFICIAL REPORTER, CSR, RMR (415) 487-9834

# Bay City Reporting

# Invoice

Serving the Bay Area and Northern California

41 Aptos Avenue
San Francisco, CA 94127

| Invoice Date | Invoice # |
|---|---|
| Thursday, July 31, 2008 | 3222CMR |

Phone: (415) 587-2000        Fax: (415) 587-2110

Scott Raber
Kastner Banchero, LLP
20 California Street, Seventh Floor
San Francisco, CA 94111

Phone:      (415) 277-2525      Fax:

| | |
|---|---|
| **Witness:** | Karen Choudhury |
| **Case:** | Grewal vs. Choudhury |
| **Venue:** | US District Court |
| **Case #:** | C-07-4218 CRB |
| **Date:** | 7/30/2008 |
| **Start Time:** | 1:00 PM |
| **End Time:** | : 0 |
| **Reporter:** | |
| **Claim #:** | |
| **File #:** | *1442CMR* |

| Description | Each | Quan | Total |
|---|---|---|---|
| Original and one certified copy | $4.65 | 80 | $372.00 |
| Expedite (2-day) | $3.25 | 80 | $260.00 |
| Exhibits | $0.35 | 136 | $47.60 |
| ASCII/Condensed (No Charge) | $0.00 | 1 | $0.00 |
| Postage/Delivery/CCP compliance | $25.00 | 1 | $25.00 |
| | | Sub Total | $704.60 |
| | | Payments | $0.00 |
| | | Balance Due | $704.60 |

Fed. I.D. # 20-0574439

*Thank you for using Bay City Reporting*

# Bay City Reporting

**Invoice**

Serving the Bay Area and Northern California

41 Aptos Avenue
San Francisco, CA 94127

| Invoice Date | Invoice # |
|---|---|
| Tuesday, August 12, 2008 | 3264CMR |

Phone: (415) 587-2000        Fax: (415) 587-2110

E. Jeffrey Banchero
Kastner Banchero, LLP
20 California Street, Seventh Floor
San Francisco, CA 94111

Phone:    (415) 277-2524      Fax:

| | |
|---|---|
| **Witness:** | Amit Choudhury |
| **Case:** | Grewal vs. Choudhury |
| **Venue:** | US District Court |
| **Case #:** | C-07-4218 CRB |
| **Date:** | 8/10/2008 |
| **Start Time:** | 12:00 PM |
| **End Time:** | 8:00 PM |
| **Reporter:** | |
| **Claim #:** | |
| **File #:** | *1483CMR* |

| Description | Each | Quan | Total |
|---|---|---|---|
| Original and one certified copy | $4.65 | 181 | $841.65 |
| Expedite (Overnight) | $4.65 | 181 | $841.65 |
| Real-Time/Rough Draft (No charge) | $0.00 | 1 | $0.00 |
| ASCII/Condensed (No Charge) | $0.00 | 1 | $0.00 |
| Postage/Delivery/CCP compliance | $25.00 | 1 | $25.00 |
| | Sub Total | | $1,708.30 |
| | Payments | | $0.00 |
| | Balance Due | | $1,708.30 |

Fed. I.D. # 20-0574439

*Thank you for using Bay City Reporting*



**L E G A L**

Your Trusted Source for Litigation Support!

**INVOICE**

| Date | Invoice # |
|------|-----------|
| 7/31/2008 | 22773 |

**Bill To:**

Kastner & Banchero
20 California Street
7th Floor
San Francisco, CA 94111

100 Pine St. Suite 620
San Francisco, Ca. 94111
(415) 421-6900
(415) 421-6901 Fax
Federal Tax ID# 20-1133890

| Billing # | Contact |
|-----------|---------|
| 514 | Gloria/Devon Warner |

| QTY | Description | Rate | Amount |
|-----|-------------|------|--------|
| 5 | *** 5 COPY SETS *** <br> Color Copies (8.5 x 11") <br> Clip Copies as Originals <br> Re-clip Originals <br> Copy Folders onto White <br> Due: 07/31/08 @ 2:00 P.M. <br><br> THANK YOU FOR YOUR BUSINESS!!! | 1.10 | 5.50T |

Trial Exhibits- color copies

| | Sales Tax (8.5%) | | $0.47 |
|--|------------------|--|-------|

Received By:

| | **Total** | | **$5.97** |
|--|-----------|--|-----------|

TERMS:  This invoice is due and payable within 10 days of invoice date and past due after 30 days.  18% per annum or minimum of $10.00 will be charged on all overdue accounts.  Your signature above is an agreement that the above described work has been authorized and received.  In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, Golden State Legal Copy shall be entitled to reasonable attorney's fees and costs incurred.



# INVOICE

**Your Trusted Source for Litigation Support!**

| Date | Invoice # |
|------|-----------|
| 7/31/2008 | 22774 |

100 Pine St. Suite 620
San Francisco, Ca. 94111
(415) 421-6900
(415) 421-6901 Fax
Federal Tax ID# 20-1133890

**Bill To:**

Kastner & Banchero
20 California Street
7th Floor
San Francisco, CA 94111

| Billing # | Contact |
|-----------|---------|
| 514 | Gloria/Devon Warner |

| QTY | Description | Rate | Amount |
|-----|-------------|------|--------|
| 20 | *** 3 COPY SETS *** <br> Color Copies (8.5 x 11") <br> Clip Copies as Originals <br> Re-clip Originals <br> ASAP!!! <br><br> THANK YOU FOR YOUR BUSINESS!!! | 1.10 | 22.00T |

| | Sales Tax (8.5%) | | $1.87 |
|--|------------------|--|-------|

**Received By:**

| **Total** | $23.87 |
|-----------|--------|

TERMS: This invoice is due and payable within 10 days of invoice date and past due after 30 days. 18% per annum or minimum of $10.00 will be charged on all overdue accounts. Your signature above is an agreement that the above described work has been authorized and received. In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, Golden State Legal Copy shall be entitled to reasonable attorney's fees and costs incurred.



**INVOICE**

L E G A L

Your Trusted Source for Litigation Support!

| Date | Invoice # |
|------|-----------|
| 8/1/2008 | 22801 |

Bill To:

Kastner & Banchero
20 California Street
7th Floor
San Francisco, CA 94111

100 Pine St. Suite 620
San Francisco, Ca. 94111
(415) 421-6900
(415) 421-6901 Fax
Federal Tax ID# 20-1133890

| Billing # | Contact |
|-----------|---------|
| 514 | Devon Warner |

| QTY | Description | Rate | Amount |
|-----|-------------|------|--------|
| 18 | *** 2 SETS ***<br><br>Follow Detailed Special Instructions<br>Color Copies (8.5 x 11")<br>Copied Single/Double sided as per instructions<br>Clip Copies as Originals<br>ASAP!!!<br><br>THANK YOU FOR YOUR BUSINESS!!! | 1.10 | 19.80T |

Okay for
trial for
Elizabeth
Cinenai
(514)

|  | Sales Tax (8.5%) | $1.68 |
|--|------------------|-------|

Received By: _Audrey Hurst_  **Total** $21.48

TERMS: This invoice is due and payable within 10 days of invoice date and past due after 30 days. 18% per annum or minimum of $10.00 will be charged on all overdue accounts. Your signature above is an agreement that the above described work has been authorized and received. In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, Golden State Legal Copy shall be entitled to reasonable attorney's fees and costs incurred.



**INVOICE**

| Date | Invoice # |
|------|-----------|
| 8/4/2008 | 22821 |

Your Trusted Source for Litigation Support!

**Bill To:**

Kastner & Banchero
20 California Street
7th Floor
San Francisco, CA 94111

100 Pine St. Suite 620
San Francisco, Ca. 94111
(415) 421-6900
(415) 421-6901 Fax
Federal Tax ID# 20-1133890

| Billing # | Contact |
|-----------|---------|
| 514 | Devon Warner |

| QTY | Description | Rate | Amount |
|-----|-------------|------|--------|
| 320<br>32 | *** 4 SETS ***<br><br>Staple/Clip Copies as Originals<br>Re-staple/Re-clip Originals<br>Litigation Copies<br>Color Copies (8.5 x 11")<br>Remove/Replace Post-it Notes<br>Rubber Band Copies<br>Due:  8/5/2008 @ 7:30 A.M.<br><br>THANK YOU FOR YOUR BUSINESS!!! | 0.145<br>1.10 | 46.40T<br>35.20T |

*Copies of Designations for trial*

| | Sales Tax (8.5%) | $6.94 |
|---|---|---|
| Received By: | **Total** | $88.54 |

TERMS:  This invoice is due and payable within 10 days of invoice date and past due after 30 days.  18% per annum or minimum of $10.00 will be charged on all overdue accounts.  Your signature above is an agreement that the above described work has been authorized and received.  In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, Golden State Legal Copy shall be entitled to reasonable attorney's fees and costs incurred.



**L E G A L**

Your Trusted Source for Litigation Support!

# INVOICE

| Date | Invoice # |
|------|-----------|
| 8/4/2008 | 22807 |

| Bill To: |
|----------|
| Kastner & Banchero<br>20 California Street<br>7th Floor<br>San Francisco, CA 94111 |

100 Pine St. Suite 620
San Francisco, Ca. 94111
(415) 421-6900
(415) 421-6901 Fax
Federal Tax ID# 20-1133890

| Billing # | Contact |
|-----------|---------|
| 514 | Devon Warner |

| QTY | Description | Rate | Amount |
|-----|-------------|------|--------|
| 980<br>4 | Follow Detailed Special Instructions<br>Copy Tagged/Clipped/Flagged Documents<br>Uncollated Copies<br>*** 4 SETS ***<br><br>Litigation Copies<br>Color Copies (8.5 x 11")<br>Remove/Replace Post-it Notes<br>Some/All Legal sized Copies<br>Various sized Documents intermixed throughout<br>Handglass Work<br>Copy Folders onto White<br>Copy Tabs onto White<br>Labor Intensive Project<br>Rubber Band Copies<br>WEEKEND RUSH!!!<br><br>THANK YOU FOR YOUR BUSINESS!!! | 0.155<br>1.10 | 151.90T<br>4.40T |

| | Sales Tax (8.5%) | $13.29 |
|--|------------------|--------|
| **Received By:** | **Total** | **$169.59** |

TERMS: This invoice is due and payable within 10 days of invoice date and past due after 30 days. 18% per annum or minimum of $10.00 will be charged on all overdue accounts. Your signature above is an agreement that the above described work has been authorized and received. In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, Golden State Legal Copy shall be entitled to reasonable attorney's fees and costs incurred.



**INVOICE**

| Date | Invoice # |
|------|-----------|
| 8/9/2008 | 22885 |

Your Trusted Source for Litigation Support!

**Bill To:**

Kasiner & Banchero
20 California Street
7th Floor
San Francisco, CA 94111

100 Pine St. Suite 620
San Francisco, Ca. 94111
(415) 421-6900
(415) 421-6901 Fax
Federal Tax ID# 20-1133890

| Billing # | | Contact |
|-----------|---|---------|
| 514 *Grewal* | | Scott |

| QTY | Description | Rate | Amount |
|-----|-------------|------|--------|
| 771 | Produce Bates Labels & Apply to Originals<br>300000 - 300770<br>*** 5 SETS *** | 0.07 | 53.97T |
| 3,855 | Litigation Copies<br>Clip Copies<br>Intensive Clipping<br>Re-staple/Re-clip Originals<br>Rubber Band Copies<br>ASAP!!!<br><br>THANK YOU FOR YOUR BUSINESS!!! | 0.145 | 558.98T |

| | **Sales Tax (8.5%)** | $52.10 |
|---|---|---|

Received By: _[signature]_

| **Total** | $665.05 |
|---|---|

TERMS:  This invoice is due and payable within 10 days of invoice date and past due after 30 days.  18% per annum or minimum of $10.00 will be charged on all overdue accounts.  Your signature above is an agreement that the above described work has been authorized and received.  In any action, proceeding or arbitration arising from this collection of monies due relative to this invoice, Golden State Legal Copy shall be entitled to reasonable attorney's fees and costs incurred.

# Golden State

L E G A L

Your Trusted Source for Litigation Support!

**INVOICE**

| Date | Invoice # |
|------|-----------|
| 8/10/2008 | 22889 |

**Bill To:**

Kastner & Banchero
20 California Street
7th Floor
San Francisco, CA 94111

100 Pine St. Suite 620
San Francisco, Ca. 94111
(415) 421-6900
(415) 421-6901 Fax
Federal Tax ID# 20-1133890

| Billing # | Contact |
|-----------|---------|
| 514  *Grewal* | Devon Warner |

| QTY | Description | Rate | Amount |
|-----|-------------|------|--------|
| 1,780 | Follow Detailed Special Instructions<br>*** 5 SETS ***<br>Litigation Copies<br>Staple/Clip Copies as Originals<br>Re-staple/Re-clip Originals<br>Copy Tagged/Clipped/Flagged Documents<br>Remove/Replace Post-it Notes<br>Rubber Band Copies<br>LATE NIGHT WEEKEND PICK-UP!!!<br>Due by 6:30am, Monday 8/11<br><br>THANK YOU FOR YOUR BUSINESS!!! | 0.185 | 329.30T |

|  | **Sales Tax (8.5%)** | | $27.99 |
|---|---|---|---|
| **Received By:** | | **Total** | $357.29 |

TERMS:  This invoice is due and payable within 10 days of invoice date and past due after 30 days.  18% per annum or minimum of $10.00 will be charged on all overdue accounts.  Your signature above is an agreement that the above described work has been authorized and received.  In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, Golden State Legal Copy shall be entitled to reasonable attorney's fees and costs incurred.

Citibank Online - Account Information                    https://online.citibank.com/US/jba/ada/PrintFriendly.do

| 07-08 | TINY TOTS DIAPER S | $ 51.00 |
| 07-12 | DELAWARE CORP & TA | $ 20.00 |
| 07-13 | NY TIMES SALES | $ 37.33 |
| 07-14 | TARGET 0000 | $ 191.71 |
| 07-18 | G & R PAINT CO, IN | $ 60.81 |
| 07-18 | UCSF PARN FEE COMP | $ 24.00 |
| 07-19 | KELLY MOORE PAINT | $ 97.88 |
| 07-19 | APL*ITUNES | $ 0.99 |
| 07-20 | STRIDE RITE #2103 | $ 52.08 |
| 07-21 | TARGET 0000 | $ 226.34 |
| 07-24 | TADICH GRILL | $ 51.32 |
| 07-24 | APL*ITUNES | $ 0.99 |
| 07-27 | BARBEQUES GALORE # | $ 112.02 |

This information is provided for information only and is subject to revision. It is not a substitute
for your periodic statement.

Citibank, N.A. Member FDIC.
Copyright © 2008 Citigroup Inc.

jfp/prap7-usgcb1/jfp

Citibank Online - Account Information

https://online.citibank.com/US/jba/ada/PrintFriendly.do

Print    Close

**ATM/Debit Card:**
As of 08-18-2008 15:38 EDT

## Account Details & Activity

Here are your account details.

Gold AAdvantage Visa: .

balance on last statement

available now

amount you owe

available for cash advances

minimum payment due on 08-21-2008

| ▾Date | ▸ Description | ▸ Debits | ▸ Credits |
|-------|---------------|----------|-----------|
| 07-30 | HERTZ RENT-A-CAR | $ 220.12 | |
| 07-30 | CENTRAL PARKING 10 | $ 99.00 | |
| 07-30 | DELAWARE CORP & TA | $ 20.00 | |
| 07-30 | DELAWARE CORP & TA | $ 20.00 | |
| 07-30 | DELAWARE CORP FILI | $ 70.00 | |
| 07-30 | DELAWARE CORP FILI | $ 195.00 | |
| 08-01 | YELLOW CAB OF SAN | $ 28.00 | |
| 08-03 | EMBARCADERO CTR PA | $ 18.00 | |
| 08-05 | APL*ITUNES | $ 0.99 | |
| 08-05 | TINY TOTS DIAPER S | $ 68.00 | |
| 08-07 | NORTH BEACH PIZZA | $ 16.35 | |
| 08-07 | NFI*WWW.NETFLIX.CO | $ 18.43 | |
| 08-08 | PAULINES PIZZA | $ 79.81 | |
| 08-10 | NY TIMES SALES | $ 58.16 | |
| 08-11 | CIVIC CENTER PLAZA | $ 22.50 | |
| 08-12 | AUTO CITY CAR WASH | $ 23.99 | |
| 08-13 | ANY MTN DUBLIN | $ 239.06 | |
| 08-14 | EMBARCADERO CTR PA | $ 30.00 | |
| 08-14 | K & L WINES | $ 171.30 | |

*#305* (handwritten annotation)

8/18/2008 12:38 PM