**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8   IN THE UNITED STATES DISTRICT COURT
9   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  ELIZABETH GREWAL,                              No. C 07-04218 CRB
12           Plaintiff,                           **Clerk's Notice**
13      v.
14  AMIT CHOUDHURY,
15           Defendant.
                                            /
16
17  YOU ARE NOTIFIED THAT the Court has rescheduled the motion(s) currently on calendar for
18  October 3, 2008 to Friday, October 10, 2008 at 10:00 a.m. before the Honorable Charles R. Breyer. The briefing schedule is to remain as set.
19
20  Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.
21
22
23  Dated:   September 11, 2008                    FOR THE COURT,
24                                                 Richard W. Wieking, Clerk
                                                   By: _____
25                                                     Barbara Espinoza
                                                       Courtroom Deputy
26
27
28