1  E. Jeffrey Banchero (SBN 93077)
   ejb@kastnerbanchero.com
2  Sydney L. Howell (SBN 197536)
   slh@kastnerbanchero.com
3  KASTNER | BANCHERO LLP
4  20 California Street, Seventh Floor
   San Francisco, California 94111
5  Telephone: (415) 398-7000
   Facsimile: (415) 616-7000
6
7  Attorneys for Plaintiff/Judgment Creditor
   ELIZABETH GREWAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ELIZABETH GREWAL, | |
|---|---|
| Plaintiff/Judgment Creditor, | CASE NO. C-07-4218 CRB |
| v. | |
| AMIT CHOUDHURY, | **DECLARATION OF E. JEFFREY BANCHERO WITH REGARD TO ACCRUAL OF INTEREST** |
| Defendant/Judgment Debtor | |

1    I, E. JEFFREY BANCHERO, hereby declare:

2    1.    I am an attorney admitted to practice before the courts of the State of California and this Court, and I am a partner at Kastner│Banchero LLP.  I represent plaintiff, Elizabeth Grewal ("Grewal" or "Judgment Creditor").  I submit this declaration in support of Judgment Creditor's request for a Writ of Execution.

3    2.    Pursuant to 28 U.S.C. §1961, interest is to be calculated from the date of entry of the judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding.  The daily amount of interest is calculated by multiplying the judgment amount by the statutory interest rate, and dividing that amount by 365 days.

4    3.    Judgment in this matter was entered on:  August 12, 2008.

5    4.    There have been no payments by the Judgment Debtor to date.

6    5.    The statutory interest rate on the judgment is:  2.23%.

7    6.    The daily amount of interest is:  $117.53.

8    7.    Days from the date of entry of judgment through September 11, 2008:  30.

9    8.    Amount of daily accrued interest is:  $3,525.98.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 11th day of September 2008 in San Francisco, California.

/S/
E. Jeffrey Banchero