E. Jeffrey Banchero (SBN 93077)
ejb@kastnerbanchero.com
Scott R. Raber (SBN 194924)
srr@kastnerbanchero.com
KASTNER | BANCHERO LLP
20 California Street, Seventh Floor
San Francisco, California 94111
Telephone: (415) 398-7000
Facsimile: (415) 616-7000

Attorneys for Plaintiff
ELIZABETH GREWAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GREWAL,<br><br>Plaintiff,<br><br>v.<br><br>AMIT CHOUDHURY,<br><br>Defendants. | CASE NO. C-07-4218 CRB<br><br>**EXCERPTS OF TRIAL TRANSCRIPTS AND EXHIBITS ADMITTED AT TRIAL RE: PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR REMITTITUR OR, IN THE ALTERNATIVE, FOR NEW TRIAL ON PUNITIVE DAMAGES**<br><br>Hearing Date: October 3, 2008<br>Time: 10:00 A.M.<br>Courtroom: 8, 19th Floor<br><br>(Before Hon. Charles R. Breyer) |