VOLUME 2

PAGES 247 -459

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE CHARLES R. BREYER

ELIZABETH GREWAL,                    )
                                     )
                 PLAINTIFF,          )
                                     )
     VS.                             )   NO. C07-4218 CRB
                                     )
AMIT CHOUDHURY,                      )
                                     )   SAN FRANCISCO, CALIFORNIA
                                     )
                 DEFENDANT.          )   TUESDAY
                                     )   AUGUST 5, 2008
_____)   9:00 O'CLOCK A.M.

### TRANSCRIPT OF PROCEEDINGS

**APPEARANCES:**

**FOR PLAINTIFF:**

**KASTNER BANCHERO LLP**
20 CALIFORNIA STREET, SEVENTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111
BY:  MR. E. JEFFREY BANCHERO, ESQUIRE AND
SCOTT R. RABER, ESQUIRE

**FOR DEFENDANT:**

**REED SMITH, LLP**
TWO EMBARCADERO CENTER
SUITE 2000
SAN FRANCISCO, CALIFORNIA 94111
BY:  HARVEY LEWIS LEIDERMAN, ESQUIRE AND
     DAVID S. REIDY, ESQUIRE

**REPORTED BY:**      *KATHERINE WYATT, CSR #9866, RMR*
                      AND LYDIA ZINN
                      *OFFICIAL REPORTER S- U.S. DISTRICT COURT*

1    TALKED ABOUT HIM GOING OFF ON HIS OWN, I SAW NOTHING UNUSUAL IN

2    HIM PICKING A COMPANY NAME AND PICKING AN ENTITY.

3          I WOULD HAVE BEEN MORE SHOCKED IF WE HAD BEEN MAKING

4    OUT THE CHECKS TO "AMIT CHOUDHURY."

5          THE INTERNATIONAL ASPECT OF IT WAS INTRIGUING TO ME.

6    AND AS THE THEN CHIEF FINANCIAL OFFICER FOR A PUBLIC COMPANY

7    DEALING WITH AN ASSOCIATE, I PASSED IT THROUGH OUR OUTSIDE

8    COUNSEL AND OUR OUTSIDE ACCOUNTING, AND WALKED THROUGH WHAT HE

9    HAD EXPLAINED -- WHAT AMIT HAD EXPLAINED TO ME, WHICH WAS THAT

10   WE WOULD MAKE OUT THE CHECKS TO AMISIL HOLDINGS.  THE CHECKS, HE

11   WOULD DEPOSIT THEM IN OFFSHORE ACCOUNTS AT AMISIL, AND THAT HE

12   WOULD, FROM THOSE FUNDS, REPATRIATE WHAT HE NEEDED FOR THE

13   EMPLOYEES, EXPENSES AND SUCH, OF THE OPERATION.

14         AND KIRKLAND & ELLIS IN CHICAGO WAS THE LAW FIRM AT

15   THE TIME. THEY SAW NOTHING WRONG WITH IT.

16         DELOITTE TOUCHE OUT OF CHICAGO WERE OUR ACCOUNTANTS.

17   THEY ALSO SAID:

18              "LOOK, AS LONG AS THE COMPANY IS RECEIVING GOODS

19         AND SERVICES, YOU CAN CUT THE CHECK TO ANYBODY YOU

20         WANT TO CUT IT TO. AND AS LONG AS YOU CHECKED TO

21         CONFIRM THAT AMISIL IS CORPORATION IN GOOD STANDING,

22         THERE'S NO PROBLEM WITH THAT."

23         AND I BELIEVE I HAD -- MY MEMORY IS THAT I HAD

24   KIRKLAND DOUBLE-CHECK THAT, IN FACT, IT WAS A COMPANY IN GOOD

25   STANDING.  AND MY MEMORY WAS THAT IT WAS IN CYPRUS.

1  Q    WAS THE WORK THAT MR. CHOUDHURY WAS DOING AT THE TIME, WAS

2  THAT IN THE UNITED STATES OR OUTSIDE THE UNITED STATES?

3  A    AT THAT POINT IN TIME BWAY WAS A HUNDRED PERCENT UNITED

4  STATES IN ALL OF THE WORK THAT WE DID.

5  Q    WHAT AMOUNT OF -- WHAT WERE THE FEES THAT BWAY SENT TO MR.

6  CHOUDHURY'S COMPANY, AMISIL HOLDINGS, FOR THE WORK HE DID?

7  A    I'M NO LONGER WITH BWAY, SO I WASN'T ABLE TO LOOK THAT UP,

8  BECAUSE YOU ASKED ME THAT BEFORE.  BUT MY MEMORY IS IT WAS IN

9  EXCESS OF $600,000.

10  Q    DID MR. CHOUDHURY EXPLAIN TO YOU --

11  A    I'M SORRY.  TO AMISIL.

12  Q    DID MR. CHOUDHURY EXPLAIN TO YOU HOW HE CAME UP WITH THE

13  NAME "AMISIL"?

14  A    YES.  AT THAT POINT IN TIME HE WAS DATING A WOMAN IN ITALY.

15  HER NAME WAS SYLVIA. AND SO HE THOUGHT IT WOULD BE INTERESTING

16  TO CALL IT AMIT SILVA OR AMISIL.

17  Q    CAN YOU DESCRIBE WHO OWNED AMISIL HOLDINGS?

18  A    HIS DISCUSSIONS WITH ME WERE THAT HE PUT IN IT CYPRUS

19  BECAUSE SINCE HE WAS NOT A U.S. CITIZEN, MONIES THAT WE -- THAT

20  WERE AT AMISIL COULD BE THERE THE CORPORATE TAX RATE OF CYPRUS.

21  AND U.S. TAXES WOULD ONLY HAVE TO BE PAID ON MONIES THAT WERE

22  BROUGHT BACK INTO THE U.S.

23          AND MY MEMORY IS THAT HIS DISCUSSION ON THAT IS THE

24  WAY THAT IT WORKED WAS THAT HE HAD TECHNICALLY NO BENEFICIAL

25  OWNERSHIP PERSONALLY OF THAT.

1   AMIT POINTED OUT THAT HE HAD TWO TO THREE MILLION DOLLARS

2   AVAILABLE TO HIM.

3   Q   DID HE SAY WHERE THIS MONEY WAS?

4   A   HE TOLD ME THAT IT WAS OFFSHORE AND THAT IT WAS AVAILABLE

5   AND AT DIFFERENT TIMES IT WAS AVAILABLE, BUT THERE WERE

6   COMPLEXITIES IN GETTING ACCESS TO IT.  BUT THAT'S HOW HE SLEPT

7   NIGHTS WAS KNOWING THAT IT WAS THERE.

8   Q   DID YOU HAVE ANY DISCUSSIONS WITH MR. CHOUDHURY ABOUT THIS

9   MONEY BEING GIFTED INTO THE UNITED STATES FROM OUTSIDE THE

10  UNITED STATES WITHOUT TAXES?

11  A   WE HAD AN NUMBER OF DISCUSSIONS ON TAX OPTIMIZATION.

12  Q   TAX OPTIMIZATION?

13  A   WELL, ESSENTIALLY, AND MY UNDERSTANDING WAS THAT FROM HIS

14  PERSPECTIVE -- AND LET ME JUST TAKE IT BACK FROM A FINANCE

15  PERSPECTIVE, IGNORING THE PARTICULARS OF THIS INSTANCE, IF ONE

16  HAS MONEY IN A COMPANY OUTSIDE OF THE UNITED STATES, AND ONE

17  WANTS TO BRING THAT MONEY INTO THE UNITED STATES AND USE IT,

18  THERE NEEDS TO BE A BUSINESS PURPOSE AND/OR TAXATION.

19          AND SO THEREIN LIES A COMPLEXITY OF HOW ONE GOES

20  ABOUT DOING THAT, WITH OR WITHOUT TAXES.

21          MR. BANCHERO:  I SHOULD JUST LEAVE THIS ON.

22          THE COURT:  WHAT IS THE EXHIBIT NUMBER?

23          MR. BANCHERO:  IT'S NOT AN EXHIBIT. IT'S A PIECE OF

24  PAPER. I'M GOING TO DRAW ON IT.

25          THE COURT:  OKAY.

## CERTIFICATE OF REPORTER

WE, LYDIA ZINN AND KATHY WYATT, OFFICIAL REPORTERS

FOR THE UNITED STATES COURT, NORTHERN DISTRICT OF CALIFORNIA,

EREBY CERTIFY THAT THE FOREGOING PROCEEDINGS IN C07-4218-CRB,

GREWAL V. CHOUDHURY, ET AL., WERE REPORTED BY US, CERTIFIED

SHORTHAND REPORTERS, AND WERE THEREAFTER TRANSCRIBED UNDER OUR

DIRECTION INTO TYPEWRITING; THAT THE FOREGOING IS A FULL,

COMPLETE AND TRUE RECORD OF SAID PROCEEDINGS AS BOUND BY US AT

THE TIME OF FILING.

THE VALIDITY OF THE REPORTERS' CERTIFICATION OF SAID

TRANSCRIPT MAY BE VOID UPON DISASSEMBLY AND/OR REMOVAL FROM THE

COURT FILE.

_____
LYDIA ZINN, CSR 9223, RPR

_____
KATHY WYATT, CSR 9866, RMR

TUESDAY, AUGUST 5, 2008

1  VOLUME 4

2  PAGES 497 - 701

3                 UNITED STATES DISTRICT COURT

4               NORTHERN DISTRICT OF CALIFORNIA

5           BEFORE THE HONORABLE CHARLES R. BREYER

6  ELIZABETH GREWAL,                    )   ◻ **COPY**
                                        )
7             PLAINTIFF,                )
                                        )
8    VS.                                )   NO. C07-4218 CRB
                                        )
9                                       )
   AMIT CHOUDHURY,                      )
10                                      )   SAN FRANCISCO, CALIFORNIA
                                        )
11            DEFENDANT.                )   THURSDAY
                                        )   AUGUST 7, 2008
12  _____)   9:00 O'CLOCK A.M.

13                 TRANSCRIPT OF PROCEEDINGS

14  **APPEARANCES:**

15  **FOR PLAINTIFF:**

16  **KASTNER BANCHERO LLP**
   20 CALIFORNIA STREET, SEVENTH FLOOR
17  SAN FRANCISCO, CALIFORNIA 94111
   BY:  MR. E. JEFFREY BANCHERO, ESQUIRE AND
18  SCOTT R. RABER, ESQUIRE

19  **FOR DEFENDANT:**

20  **REED SMITH, LLP**
   TWO EMBARCADERO CENTER
21  SUITE 2000
   SAN FRANCISCO, CALIFORNIA 94111
22  BY:  HARVEY LEWIS LEIDERMAN, ESQUIRE AND
        DAVID S. REIDY, ESQUIRE
23

24  **REPORTED BY:**      *KATHERINE WYATT, CSR #9866, RMR*
                    **AND LYDIA ZINN,** CSR #9223
25                  *OFFICIAL REPORTER S- U.S. DISTRICT COURT*

CHOUDHURY – DIRECT / LEIDERMAN

1   Q   ALL RIGHT. AND BEFORE FEBRUARY OF 2001, YOUR STATUS WAS?

2   A   ON A WORK PERMIT.  ON A WORK PERMIT THAT WAS SPONSORED BY

3   THE COMPANY I WORKED FOR.

4   Q   YOUR RIGHT TO LAWFULLY WORK IN THE UNITED STATES HAS NEVER

5   BEEN SUSPENDED OR REVOKED, I TAKE IT?

6   A   IT HAS NEVER BEEN SUSPENDED OR REVOKED.

7   Q   SO I THINK YOU SAID YOU WENT TO CHICAGO TO GET MARRIED; IS

8   THAT CORRECT?

9   A   I DID, YES.

10  Q   AND TO WHOM ARE YOU MARRIED?

11  A   MY WIFE, KAREN, WHO IS SITTING IN THE AUDIENCE.

12  Q   THANK YOU.

13          THANK YOU.  FOR HOW LONG HAVE YOU BEEN MARRIED?

14  A   SINCE JULY 6, 2006.

15  Q   YOU HAD A WEDDING IN CHICAGO?

16  A   I DID, YES.

17  Q   DID YOU INVITE MS. GREWAL TO YOUR WEDDING?

18  A   YES, TO BOTH WEDDINGS.

19  Q   OH, BOTH WEDDINGS?

20  A   I'M A HINDU BY RELIGION, BY BIRTH.  MY WIFE IS CHRISTIAN.

21  SO WE HAD A CHRISTIAN WEDDING AS WELL AS A HINDU WEDDING.

22  Q   I SEE.  MS. GREWAL WENT TO BOTH WEDDINGS.

23  A   SHE ATTENDED BOTH, YES.

24  Q   ARE YOU PRESENTLY EMPLOYED?

25  A   I AM, YES.

CHOUDHURY - DIRECT / LEIDERMAN

1    Q    BY WHO?

2    A    BY PINNACLE PARTNERS, INC.

3    Q    AND WHAT KIND OF BUSINESS IS PINNACLE PARTNERS, INC. IN?

4    A    PINNACLE PARTNERS HAS TWO BUSINESSES. ONE OF THEM IS WHAT WE

5    WOULD TERM INVESTMENT PROCESS CONSULTING, WHERE WE HELP ASSET

6    MANAGERS OR INSTITUTIONS LIKE PENSION FUNDS OR LARGE

7    INSTITUTIONAL INVESTORS UNDERSTAND THE INVESTMENT PROCESS BETTER

8    AND MAKE BETTER INVESTMENT DECISIONS.

9              AND THE SECOND IS A SERVICE BUSINESS WHERE WE COLLECT

10   DATA OPERATIONALLY EVERY DAY AND PROVIDE REPORTING TO

11   INSTITUTIONS, AS WELL AS TO FAMILIES WHO HAVE DATA IN MANY

12   LOCATIONS.

13             SO THE CHALLENGE THAT WE SOLVE IS PULLING THE DATA

14   FROM MULTIPLE PLACES ON A DAILY BASIS AND REPRESENTING THAT DATA

15   TO THEM SO THEY CAN MAKE BETTER INVESTMENT DECISIONS.

16   Q    COULD YOU JUST EXPLAIN WHAT KIND OF SERVICES YOU RENDER TO

17   PENSION FUNDS, FOR EXAMPLE?

18   A    SO WITH PENSION FUNDS WE'VE BEEN FORTUNATE WITH WORKING WITH

19   SOME OF THE BIGGEST PENSION FUNDS ON THE WEST COAST, FOR

20   EXAMPLE, WHERE THEY HAVE AN INVESTMENT PROCESS, AND WE HELP THEM

21   UNDERSTAND, DEFINE THE GUIDELINES UNDER WHICH THEY SHOULD MAKE

22   INVESTMENTS, HOW THEY SHOULD DO THINGS LIKE ASSET ALLOCUTION,

23   HOW THEY SHOULD ANALYZE THEIR PORTFOLIOS, MEASURE THE RISKS, AND

24   HOW THEY CAN QUANTIFY THE PERFORMANCE OF THEIR PORTFOLIOS.

25   Q    AND WHAT KIND OF WORK DO YOU DO AT PINNACLE PARTNERS?

CHOUDHURY - DIRECT / LEIDERMAN

1   A    I AM THE CEO, BUT I ALSO WORK DIRECTLY WITH THESE

2   INSTITUTIONS, PERSONALLY.

3   Q    DO YOU HAVE EMPLOYEES?

4   A    WE DO, YES.

5   Q    CAN YOU TELL US HOW MANY AND WHERE THEY ARE LOCATED?

6   A    WE HAVE -- IN THE U.S. WE HAVE SIX FULL-TIME EMPLOYEES AND

7   TWO CONTRACTORS.

8            IN CANADA WE HAVE 11.

9            IN THE U.S. OURS EMPLOYEES ARE ACROSS THE COUNTRY.

10           ONE OF OUR WORK VALUES IS TO LET PEOPLE RESIDE

11  WHEREVER THEY ARE AT THE TIME.  SO WE HAVE PEOPLE IN ATLANTA,

12  NEW YORK, SANTA CRUZ, SAN FRANCISCO, CHICAGO.

13  Q    ALL RIGHT. YOU'RE THE CEO OF PINNACLE PARTNERS, INC?

14  A    I AM, YES.

15  Q    ARE YOU ALSO AN OWNER OF THE BUSINESS?

16  A    I OWN PINNACLE PARTNERS, INC. A HUNDRED PERCENT.

17  Q    DO YOU TRAVEL QUITE A BIT IN YOUR WORK?

18  A    VERY INTENSIVELY.

19  Q    WHY IS THAT?

20  A    TWO REASONS:  THE FIRST IS BECAUSE WE HAVE PEOPLE ACROSS THE

21  COUNTRY AND IN CANADA, SO I TRY TO WORK WITH THEM SO THEY DON'T

22  HAVE TO TRAVEL AS MUCH.  BUT PERHAPS THE MORE IMPORTANT REASON

23  IS OUR CLIENTS ARE ACROSS NORTH AMERICA, AS WELL AS THE GLOBE,

24  SO ON AVERAGE I TRAVEL 22 TO 25 DAYS A MONTH, AND SOMETIMES 30

25  DAYS A MONTH.

CHOUDHURY - DIRECT / LEIDERMAN

1   Q   HAS THAT BEEN TRUE FOR QUITE AWHILE?

2   A   FOR ABOUT 14 YEARS.

3   Q   FOR YOURSELF, ANYWAY --

4   A   FOR MYSELF.

5   Q   -- THAT YOU TRAVEL THAT EXTENSIVELY?

6   A   IT HAS, YES.

7   Q   SO YOU MENTIONED THAT YOU ATTENDED THE KELLOGG SCHOOL, BUT

8   BACK UP A LITTLE BIT. TELL US A LITTLE BIT MORE ABOUT YOUR

9   EDUCATIONAL BACKGROUND.

10  A   I DID MY UNDERGRADUATE DEGREE AT THE UNIVERSITY OF TORONTO.

11  I HAVE AN ELECTRICAL ENGINEERING DEGREE WITH AN EMPHASIS ON

12  SOFTWARE.

13  Q   I'M SORRY, ON WHAT?

14  A   ON SOFTWARE.

15  Q   OKAY. AND YOU RECEIVED THAT DEGREE WHEN?

16  A   IN 1986.

17  Q   AND THEN, DID YOU GET ANY FURTHER EDUCATION?

18  A   I THEN WORKED FOR ABOUT SIX -- OVER SIX YEARS.  AND THEN, I

19  WENT TO THE KELLOGG SCHOOL OF MANAGEMENT TO GET MY MBA.

20  Q   DID YOU CONCENTRATE ON ANY PARTICULAR STUDY AT THE KELLOGG

21  SCHOOL?

22  A   MY FOCUS WAS ON MARKETING, AS WELL AS ORGANIZATIONAL

23  BEHAVIOR.

24  Q   MR. CHOUDHURY, WOULD YOU LIKE TO HAVE SOME WATER?  WOULD

25  THAT BE HELPFUL?

1

2                         CERTIFICATE OF REPORTERS

3          WE, LYDIA ZINN AND KATHY WYATT, OFFICIAL REPORTERS

4    FOR THE UNITED STATES COURT, NORTHERN DISTRICT OF CALIFORNIA,

5    EREBY CERTIFY THAT THE FOREGOING PROCEEDINGS IN C07-4218-CRB,

6    GREWAL V. CHOUDHURY, ET AL., WERE REPORTED BY US, CERTIFIED

7    SHORTHAND REPORTERS, AND WERE THEREAFTER TRANSCRIBED UNDER OUR

8    DIRECTION INTO TYPEWRITING; THAT THE FOREGOING IS A FULL,

9    COMPLETE AND TRUE RECORD OF SAID PROCEEDINGS AS BOUND BY US AT

10   THE TIME OF FILING.

11          THE VALIDITY OF THE REPORTERS' CERTIFICATION OF SAID

12   TRANSCRIPT MAY BE VOID UPON DISASSEMBLY AND/OR REMOVAL FROM THE

13   COURT FILE.

14

15

16          _____
            LYDIA ZINN, CSR 9223, RPR

17          KATHY WYATT, CSR 9866, RMR

18          THURSDAY, AUGUST 7, 2008

19

20

21

22

23

24

25

KATHERINE WYATT, OFFICIAL REPORTER, CSR, RMR (415) 487-9834

VOLUME 6

PAGES  742 - 901

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE CHARLES R. BREYER

ELIZABETH GREWAL,                    )
                                     )
              PLAINTIFF,             )
                                     )
  VS.                                )    NO. C07-4218 CRB
                                     )
AMIT CHOUDHURY,                      )
                                     )    SAN FRANCISCO, CALIFORNIA
                                     )
              DEFENDANT.             )    MONDAY
                                     )    AUGUST 11, 2008
_____)    8:00 O'CLOCK A.M.

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**

**FOR PLAINTIFF:**

**KASTNER BANCHERO LLP**
20 CALIFORNIA STREET, SEVENTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111
BY:  MR. E. JEFFREY BANCHERO, ESQUIRE AND
SCOTT R. RABER, ESQUIRE

**FOR DEFENDANT:**

**REED SMITH, LLP**
TWO EMBARCADERO CENTER
SUITE 2000
SAN FRANCISCO, CALIFORNIA 94111
BY:  HARVEY LEWIS LEIDERMAN, ESQUIRE AND
     DAVID S. REIDY, ESQUIRE


**REPORTED BY:**    *KATHERINE WYATT, CSR #9866, RMR*
                    *AND LYDIA ZINN*
                    *OFFICIAL REPORTER S- U.S. DISTRICT COURT*

CHOUDHURY – DIRECT / BANCHERO

1    A    I DON'T REMEMBER EXACTLY.

2    Q    ALL RIGHT.  LET'S SAY A FEW MILLION.

3            AND HOW MUCH DID PINNACLE PARTNERS CAPITAL OFFSHORE

4    LIMITED HAVE UNDER MANAGEMENT AT THE HEIGHT OF ITS OPERATION?

5    A    ALSO A FEW MILLION DOLLARS.

6    Q    WOULD THAT INCLUDE THE MILLION DOLLARS THAT WAS INVESTED BY

7    THIS FUND INTO --

8    A    YES.

9    Q    -- THE FXI INVESTMENTS?

10   A    YES.

11   Q    ALL RIGHT. AND THAT MILLION DOLLARS THAT WENT FROM PINNACLE

12   PARTNERS CAPITAL OFFSHORE LIMITED INTO FXI, THAT WAS YOUR MONEY?

13   A    YES.

14   Q    OKAY. NOW, IN THE LATE NINETIES YOU TESTIFIED THAT YOU

15   FOUNDED A COMPANY CALLED PINNACLE PARTNERS, INC.; IS THAT RIGHT?

16   A    I FOUNDED A COMPANY CALLED PINNACLE PARTNERS, INC. IN 1997.

17   Q    OKAY. AND PINNACLE PARTNERS, INC. WAS SOLELY OWNED BY YOU;

18   IS THAT RIGHT?

19   A    YES.

20   Q    YOU ALSO FOUNDED A COMPANY CALLED PINNACLE PARTNERS SYSTEMS,

21   INC.; IS THAT RIGHT?

22   A    I WAS ONE OF SEVERAL FOUNDERS.

23   Q    WHAT YEAR WAS THAT FOUNDED?

24   A    NOVEMBER, 2002.

25   Q    AND I AM CORRECT THAT BOTH OF THESE COMPANIES STILL OPERATE,

KATHERINE WYATT, OFFICIAL REPORTER, CSR, RMR (415) 487-9834

CHOUDHURY – DIRECT / BANCHERO

1    IS THAT RIGHT?

2    A    YES.

3    Q    NOW, YOU ALSO FOUNDED A COMPANY CALLED PINNACLE PARTNERS,

4    INC. CANADA, YES?

5    A    YES.

6    Q    AND WHEN WAS THAT COMPANY FOUNDED?

7    A    END OF '96.

8    Q    1996.  AND YOU ARE THE OWNER OF THAT COMPANY?

9    A    YES.

10   Q    THIS COMPANY, PINNACLE PARTNERS, INC. CANADA STILL IS IN

11   OPERATION TODAY, CORRECT?

12   A    YES.  IT'S AN R AND D COMPANY.

13   Q    OKAY. SO TODAY PINNACLE PARTNERS, INC. IS A COMPANY WITH

14   EMPLOYEES BOTH IN CANADA AND THE UNITED STATES; IS THAT RIGHT?

15   A    NO.

16   Q    DOES PINNACLE PARTNERS, INC. ONLY HAVE EMPLOYEES IN THE

17   UNITED STATES?

18   A    YES.

19   Q    INCLUDING YOURSELF, IT HAS SIX EMPLOYEES IN THE UNITED

20   STATES?

21   A    YES.

22   Q    AND YOU ARE THE PRESIDENT AND CHIEF EXECUTIVE OFFICER OF

23   PINNACLE PARTNERS, INC.?

24   A    I'M THE OWNER.  WE DON'T HAVE FANCY TITLES.

25   Q    ARE YOU ALSO THE OWNER OF PINNACLE PARTNERS, INC. CANADA?

KATHERINE WYATT, OFFICIAL REPORTER, CSR, RMR (415) 487-9834

CHOUDHURY - DIRECT / BANCHERO

1    A    YES.

2    Q    AND PINNACLE PARTNERS CANADA HAS EMPLOYEES IN CANADA; IS

3    THAT RIGHT?

4    A    YES.

5    Q    YOU HAVE APPROXIMATELY HOW MANY EMPLOYEES IN CANADA OF

6    PINNACLE PARTNERS, INC.?

7    A    TEN.

8    Q    YOU WOULD BE THE 11TH?

9    A    I'M NOT AN EMPLOYEE.

10    Q    ALL RIGHT. SO NOT COUNTING YOURSELF WE HAVE FIVE EMPLOYEES

11    HERE, 11 EMPLOYEES HERE?

12    A    THAT WOULD BE TEN.

13    Q    ALL RIGHT.   TEN EMPLOYEES FOR PINNACLE PARTNERS IN CANADA

14    AND FIVE EMPLOYEES FOR PINNACLE PARTNERS, INC. USA.

15              ARE WHERE ARE THE EMPLOYEES IN PINNACLE PARTNERS,

16    INC. CANADA LOCATED?

17    A    TORONTO, CANADA.

18    Q    YOU ALSO HAVE CONSULTANTS WORK FOR THESE COMPANIES?

19    A    WE OCCASIONALLY USE AN OUTSIDE CONSULTANT OR A CONTRACTOR

20    FROM TIME TO TIME.

21    Q    ALL RIGHT. NOW, WITH RESPECT TO PINNACLE PARTNERS SYSTEMS,

22    INC., YOU SERVED AS THE CHIEF EXECUTIVE OFFICER OF THIS COMPANY

23    UNTIL QUITE RECENTLY; IS THAT RIGHT?

24    A    YES.

25    Q    WOULD IT BE FAIR TO SAY THAT YOU WERE CHIEF EXECUTIVE

1    OFFICER OF PINNACLE PARTNERS SYSTEMS, INC. FROM THE MOMENT OF

2    ITS FOUNDING IN 2002 UNTIL JULY 31ST, 2008?

3    A    YES.

4    Q    SO A FEW DAYS BEFORE THE TRIAL STARTED YOU STEPPED DOWN AS

5    CHIEF EXECUTIVE OFFICER OF PINNACLE PARTNERS SYSTEMS?

6    A    IT HAD NOTHING TO DO WITH THE TRIAL.

7    Q    THAT WASN'T MY QUESTION.  THE QUESTION WAS:  YOU DID STEP

8    DOWN AS CEO OF PINNACLE PARTNERS SYSTEMS, INC. A FEW DAYS BEFORE

9    THE TRIAL STARTED?

10    A    YES, AT THE REQUEST OF THE INVESTORS.

11    Q    OKAY. SO PINNACLE PARTNERS SYSTEMS, INC. HAS INVESTORS,

12    RIGHT?  AND YOU ARE ONE OF THOSE INVESTORS, YES?

13    A    I'M A SHAREHOLDER.

14    Q    YOU'RE A SHAREHOLDER.  AND THERE ARE OTHER SHAREHOLDERS

15    BESIDES YOURSELF OF PINNACLE PARTNERS SYSTEMS, INC., CORRECT?

16    A    INCLUDING MS. GREWAL AND MR. HAYFORD, YES.

17    Q    AND MR. HAYFORD AND MS. GREWAL'S INVESTMENTS DATE BACK SOME

18    YEARS?

19    A    TO THE DATE OF FORMATION AT THE SAME TIME I BECAME A

20    SHAREHOLDER, SAME EXACT DATE.

21    Q    THAT WOULD HAVE BEEN IN 2002?

22    A    CORRECT.

23    Q    SO THEY REMAIN SHAREHOLDERS IN THIS CORPORATION?

24    A    YES.

25    Q    NOW, YOU STEPPED DOWN AS CEO OF PINNACLE PARTNERS SYSTEMS,

1   INC. ON JULY 31, '08, AND A MAN BY THE NAME OF BERNARD WASEM

2   TOOK YOUR PLACE; IS THAT RIGHT?

3   A    YES.

4   Q    IS NAME IS W-A-S-A-N?

5   A    NO, WASEM.

6   Q    WASEN?

7   A    M AS IN MARY.

8   Q    M AS IN MARY, WASEM. AM I PRONOUNCING IT CORRECTLY?

9   A    YES. YES.

10  Q    W-A-S-E-M, YES?

11  A    YES.

12  Q    ALL RIGHT. AND MR. WASEM LIVES IN LAUFEN, SWITZERLAND; IS

13  THAT CORRECT?

14  A    YES, THE HOMETOWN OF RICOLA.

15  Q    I'M SORRY.  THE HOMETOWN OF WHAT?

16  A    WHERE RICOLA COMES FROM, THE THROAT LOZENGES.

17  Q    AND MR. WASEM IS A CITIZEN OF THE COUNTRY OF SWITZERLAND?

18  A    HE'S A SWISS NATIONAL.  HIS FAMILY HAS BEEN THERE FOR

19  HUNDREDS OF YEARS.

20  Q    ALL RIGHT.

21  Q    SO HE IS NOW THE CEO OF PINNACLE PARTNERS SYSTEMS, INC.

22          NOW, AS I UNDERSTAND HOW THESE COMPANIES OPERATE,

23  PINNACLE PARTNERS, INC. CANADA IS THE RESEARCH AND DEVELOPMENT

24  LABORATORY FOR THE SOFTWARE THAT PINNACLE PARTNERS SYSTEMS, INC.

25  IS ATTEMPTING TO DEVELOP?

1  A    YES, IT IS THE R AND D LAB. PINNACLE PARTNERS SYSTEMS, INC.

2  CONTRACTS WITH PINNACLE PARTNERS INC. CANADA TO BUILD THE

3  SOFTWARE.

4  Q    ALL RIGHT.  AND PINNACLE PARTNERS, INC. IS OF THE SALES AND

5  MARKETING ARM OR AGENT FOR SELLING THE PINNACLE PARTNERS

6  SYSTEMS, INC. SOFTWARE?

7  A    IN THE U.S.

8  Q    HOW MANY EMPLOYEES TODAY DOES PINNACLE PARTNERS SYSTEMS,

9  INC. HAVE?

10  A    ZERO.

11  Q    NOW, IN TERMS OF THE AMOUNT OF MONIES THAT PINNACLE

12  PARTNERS, INC. AND PINNACLE PARTNERS, INC. CANADA SPEND ON ITS

13  OPERATIONS, YOU ESTIMATE THAT IT'S APPROXIMATELY $100,000 A

14  MONTH?

15  A    I THINK IT'S ABOUT $110,000 BETWEEN THE TWO COMPANIES

16  COMBINED.

17  Q    AND BY "THE TWO COMPANIES," YOU MEAN PINNACLE PARTNERS, INC.

18  AND PINNACLE PARTNERS, INC. CANADA?

19  A    CORRECT.

20  Q    SO THEY ARE SENDING THIS AMOUNT OF MONEY A MONTH.  THIS

21  MONEY THAT THEY ARE SPENDING COMES FROM PINNACLE PARTNERS

22  SYSTEMS, INC.; IS THAT RIGHT?

23  A    YES.

24  Q    SO THE MONEY FLOWS FROM PINNACLE PARTNERS SYSTEMS, INC. TO

25  BOTH OF THESE COMPANIES, THAT IS PINNACLE PARTNERS, INC. CANADA

CHOUDHURY - DIRECT / BANCHERO

1   AND PINNACLE PARTNERS, INC. USA, CORRECT?

2   A   YES.

3   Q   AND THE MONEY THAT PINNACLE PARTNERS SYSTEMS, INC. OBTAINS

4   IS NOT FROM SALES BUT FROM RAISING CAPITAL THROUGH OUTSIDE

5   INVESTORS; IS THAT CORRECT?

6   A   IN THE LAST ONE YEAR WE'VE HAD ZERO SALES, SO ALL OF IT HAS

7   COME FROM INVESTORS.

8   Q   AND IN THE LAST 16 MONTHS OR SO PINNACLE PARTNERS SYSTEMS,

9   INC. HAS BEEN ABLE TO RAISE APPROXIMATELY THREE MILLION DOLLARS

10  FROM INVESTORS?

11  A   IT'S A COMBINATION OF DEBT AND EQUITY, BUT, YES, JUST OVER

12  THREE MILLION.

13  Q   ALL RIGHT. SO IF -- ALL RIGHT. 3MM, WHICH MEANS MILLION.

14          THE $3 MILLION COMES INTO PINNACLE PARTNERS SYSTEMS,

15  INC., AND THEN IT GOES TO PINNACLE PARTNERS, INC., PINNACLE

16  PARTNERS, INC. --

17  A   AND ANY DEBTS THAT PINNACLE PARTNERS SYSTEMS HAD INCURRED

18  PRIOR TO THAT.

19  Q   OKAY. AND FROM TIME TO TIME, PINNACLE PARTNERS, INC.

20  TRANSFERS MONEY TO YOU AS ITS OWNER; IS THAT CORRECT?

21  A   IF IT'S REPAYING MY LOAN TO IT OR IF IT IS REIMBURSING MY

22  EXPENSE, BUT NEVER A SALARY.

23  Q   YOU'VE NEVER TAKEN A SALARY AS CHAIRMAN OF PINNACLE

24  PARTNERS, INC. OR PINNACLE PARTNERS, INC. CANADA; IS THAT RIGHT?

25  A   I'VE NEVER TAKEN A SALARY. THE COMPANIES CAN'T AFFORD IT.

1    Q    BUT THE COMPANIES DO FROM TIME TO TIME TRANSFER MONIES TO

2    YOU.    THAT IS, PINNACLE PARTNERS, INC. FROM TIME TO TIME

3    TRANSFERS MONEY TO YOU?

4    A    IT RETURNS MONEY TO ME THAT I HAVE LOANED IT.

5    Q    AND IS THAT ALSO TRUE WITH PINNACLE PARTNERS, INC. CANADA?

6    DOES IT ALSO TRANSFER MONEY TO YOU?

7    A    PINNACLE PARTNERS, INC. CANADA HAS ACTUALLY LOANED ME MONEY

8    AS OPPOSED TO ME LOANING IT MONEY.

9    Q    HOW MUCH HAS PINNACLE PARTNERS, INC. CANADA LOANED TO YOU?

10   A    I BELIEVE THE NUMBER IS ABOUT $180,000.

11   Q    SO THIS IS -- THIS $180,000 IS MONEY THAT YOU'RE OBLIGATED

12   TO PAY BACK TO PINNACLE PARTNERS, INC. CANADA?

13   A    YES.    AS THE HUNDRED PERCENT SHAREHOLDER NEITHER THE IRS

14   NOR REVENUE CANADA DISTINGUISH THOSE TWO ITEMS.    IT'S LIKE ME

15   LOANING FROM MY LEFT HAND TO MY RIGHT HAND.    IT JUST HAS TO BE

16   RECORDED ON THE BOOK TO BE A HUNDRED PERCENT COMPLIANT WITH TAX.

17   Q    OKAY. NOW, SOMETIME A FEW MONTHS AGO YOU FOUNDED ANOTHER

18   COMPANY CALLED PP BLUE LICENSING GMBH IN SWITZERLAND; IS THAT

19   TRUE?

20   A    YES, I FORMED IT.    I WOULDN'T CALL IT "FOUNDED."

21   Q    ALL RIGHT.    YOU FORMED THIS COMPANY.    THIS WAS, WHAT, TWO

22   MONTHS AGO?

23   A    IT WAS A FEW MONTHS AGO, YES.    TWO OR THREE MONTHS AGO.

24   Q    JUNE OF 2008?

25   A    SOMETHING LIKE THAT.

1    Q    AND THE CAPITALIZATION OF THIS COMPANY WAS 20,000 SWISS

2    FRANCS?

3    A    CORRECT, BUT THE MINIMUM REQUIRED BY SWISS LAW.

4    Q    ALL RIGHT.  AND A SWISS FRANC IS WORTH, WHAT, ABOUT TEN

5    PERCENT MORE THAN A DOLLAR?

6    A    IT'S ABOUT APPROXIMATELY ON PAR.

7    Q    ALL RIGHT.  SO WE WILL SAY 20,000 SWISS FRANCS.  WHAT'S THE

8    SYMBOL FOR A SWISS FRANC?

9    A    CHF.

10    Q    AND AFTER FOUNDING -- PARDON ME -- FORMING THIS SWISS

11    CORPORATION -- LET ME ASK YOU THIS:  WHAT WAS THE SOURCE OF THE

12    20,000 SWISS FRANCS TO CAPITALIZE PP BLUE LICENSING?

13    A    I BORROWED IT.

14    Q    OKAY. AND AFTER FORMING PP BLUE LICENSING, IT BECAME A

15    WHOLLY-OWNED SUBSIDARY OF SOMETHING CALLED PP AG; IS THAT

16    CORRECT?

17    A    ACTUALLY, THE NAME IS PINNACLE PARTNERS, AG.  IT'S THE FULL

18    NAME.

19    Q    ALL RIGHT. PINNACLE PARTNERS, AG. IS THIS PINNACLE PARTNERS

20    BLUE LICENSING?

21    A    NO.  IT'S JUST PP.

22    Q    ALL RIGHT.  BUT THIS ONE HAS THE WORD "PINNACLE PARTNERS

23    AG."

24              AND "AG," THAT'S ALSO A SWISS CORPORATION, CORRECT?

25    A    CORRECT.  WE USE CORPORATION OR INCORPORATED IN THE UNITED

CHOUDHURY - DIRECT / BANCHERO

1    STATES.  AND IN SWITZERLAND IT'S CALLED "AKTIENGESELLSCHAFT,"

2    WHICH IS AG.

3    Q    AND THE CAPITALIZATION FOR PP AG WAS $250,000 SWISS FRANCS;

4    IS THAT RIGHT?

5    A    I THINK SO.

6    Q    I KEEP PUTTING DOLLAR SIGNS UP.  I'LL PUT "CHF" UP.

7              WHEN WAS PP AG FORMED?

8    A    ALSO A FEW MONTHS AGO.

9    Q    OKAY. THE OTHER COMPANIES, THERE WERE SEVERAL OTHER

10   COMPANIES THAT WERE ALSO FORMED A FEW MONTHS AGO IN SWITZERLAND.

11   AND THAT WOULD BE PP GREY LICENSING, YES?

12   A    YES, PP, PINNACLE PARTNERS AG FORMED SEVERAL SUBSIDIARIES

13   UNDERNEATH IT.

14   Q    WELL, ONE OF THEM IS PP GREY LICENSING, GMBH, YES?

15   A    YES.

16   Q    AND ONE OF THEM IS PP DE, GMBH.  AND THE THIRD ONE --

17   ACTUALLY, THE FOURTH ONE IS PP CH, GMBH, CORRECT?

18   A    YES.

19   Q    NOW, EACH OF THESE COMPANIES, PP GREY LICENSING, PP DE AND

20   PP CH ARE ALSO FORMED UNDER THE LAWS OF SWITZERLAND; IS THAT

21   CORRECT?

22   A    YES.

23   Q    AND THE CAPITALIZATION FOR EACH OF THE PP GREY LICENSING

24   COMPANIES WAS 20,000 SWISS FRANCS EACH, CORRECT?

25   A    YES, THAT COMES FROM THE PARENT.

CHOUDHURY – DIRECT / BANCHERO

1  Q   ALL RIGHT.  NOW, THE PERSON WHO'S RUNNING THE PARENT IS

2  BERNARD WASEM, CORRECT?

3  A   HE'S THE OWNER.

4  Q   HE'S ALSO RUNNING THE COMPANY?

5  A   YES.

6  Q   ALL RIGHT.   AND IS ALSO RUNNING THE COMPANIES HERE, PP BLUE

7  LICENSING, PP GREY LICENSING, PP DE AND PP CH?

8  A   YES, SWISS LAW REQUIRES LICENSES TO BE HELD IN A SPECIAL

9  COMPANY, AND THE WORD "LICENSING" NEEDS TO BE IN THE NAME.

10         IT'S A REGULATORY AND COMPLIANCE ISSUE IN THE WAY HE

11  HAD TO STRUCTURE IT. HE HAD TO MEET THE SWISS LAW REQUIREMENTS.

12  Q   ALL RIGHT.  MR. WASEM, TODAY AS OF AUGUST 1ST, 2008, IS THE

13  HEAD OF PP AG, THESE OTHER SWISS COMPANIES AND ALSO PINNACLE

14  PARTNERS SYSTEMS, INC., YES?

15  A   YES.  HE WAS THE HEAD OF THOSE COMPANIES ON THAT SHEET SINCE

16  THE DATE OF THEIR FORMATION.  IT'S ONLY PINNACLE PARTNERS

17  SYSTEMS THAT HE -- WHEN HE JOINED US FULL TIME.

18  Q   ALL RIGHT.  AND THESE COMPANIES WERE ALL CREATED

19  APPROXIMATELY TWO MONTHS AGO?

20  A   A FEW MONTHS AGO TO HELP WITH OUR EUROPEAN EXPANSION, YES.

21  Q   ALL RIGHT. SO IF YOU WERE TO DESCRIBE THE PURPOSE OF FORMING

22  THESE COMPANIES WOULD BE TO HELP PINNACLE PARTNERS SYSTEMS,

23  PINNACLE PARTNERS, INC., PINNACLE PARTNERS CANADA EXPAND INTO

24  EUROPE?

25  A   NO, JUST PINNACLE PARTNERS SYSTEMS, INC.  WE DIDN'T WANT TO

CHOUDHURY – DIRECT / BANCHERO

1    MAKE THE SAME MISTAKE WE MADE WITH FINEXA. WE NEEDED A LOCAL

2    PARTNER WHO UNDERSTOOD THE LOCAL BUSINESS WHO RESIDED THERE AND

3    UNDERSTOOD THE CULTURAL NORMS AND COULD WORK WITH COMPANIES IN

4    SWITZERLAND.

5    Q    ALL RIGHT. SO THE INTENT WITH THESE COMPANIES IS TO SELL A

6    PRODUCT THAT PINNACLE PARTNERS SYSTEMS IS DEVELOPING IN EUROPE?

7    A    YES.

8    Q    ALL RIGHT. AND IS THERE ANY INTENT ON PINNACLE PARTNERS

9    SYSTEMS, INC. TO SEND MONIES TO ANY OF THESE SWISS COMPANIES TO

10   HELP THEM DEVELOP THE OPERATIONS IN EUROPE?

11   A    IT'S THE OPPOSITE:  WE WANT TO THEM PAY US.

12   Q    OKAY. I REALIZE THAT'S A WANT. HAS THAT HAPPENED YET?

13   A    NOT YET.  THEY HAVE JUST BEEN FORMED.  AND THEY HAVEN'T HAD

14   ANY SALES.  BUT IF THEY MAKE ANY SALES THEY HAVE TO SEND US

15   ROYALTY PAYMENTS.

16   Q    OKAY.  ALL RIGHT. BEFORE WE LEAVE THE COMPANY PART OF THIS

17   EXAMINATION, I WANTED TO MENTION ONE OTHER COMPANY WITH WHICH

18   YOU APPEAR TO HAVE BEEN AFFILIATED, WHICH IS A COMPANY CALLED

19   AMISIL HOLDINGS, LIMITED.

20            AND YOU MAY RECALL MS. GREWAL'S TESTIMONY, WHICH I

21   KNOW YOU DISPUTE, THAT SHE TESTIFIED AT ONE POINT YOU TOLD HER

22   THAT HER MONEY WAS IN THAT COMPANY. I JUST HAVE A FEW QUESTIONS

23   ABOUT IT.

24            AMISIL HOLDINGS, LIMITED IS A COMPANY THAT WAS FORMED

25   SOMETIME IN THE LATE '90'S UNDER THE LAWS OF THE COUNTRY OF

CHOUDHURY – DIRECT / BANCHERO

1    CYPRUS; IS THAT RIGHT?

2    A    YES.

3    Q    CYPRUS IS THE -- IS AN ISLAND IN THE MEDITERRANEAN?

4    A    IT'S PART OF THE EU.

5    Q    PART OF THE EU, YES.

6            AND AMISIL HOLDINGS, LIMITED IS ALSO REGISTERED UNDER

7    THE LAWS OF BERMUDA; IS THAT RIGHT?

8    A    IT'S REGISTERED TO DO BUSINESS BASED IN BERMUDA.

9    Q    OKAY.  AND TODAY YOU ARE AN AGENT FOR AMISIL HOLDINGS,

10   LIMITED.

11   A    YES, IN THE UNITED STATES.

12   Q    AND ONE OF THE THINGS THAT YOU DO AS THE AGENT FOR AMISIL

13   HOLDINGS IN THE UNITED STATES IS YOU ARE HELPING THE COMPANY

14   PROSECUTE A LAWSUIT THAT WAS ORIGINALLY FILED IN THIS COURT; IS

15   THAT CORRECT?

16   A    YES.

17   Q    THE LAWSUIT WAS REMOVED, OR I SHOULD SAY THERE WAS SOME

18   LEGAL PROCEEDINGS.  THE LAWSUIT IS NOW IN FRONT OF AN

19   ARBITRATION PANEL. AND IT'S SCHEDULED TO GO TO -- TO BE DECIDED

20   IN ARBITRATION IN DECEMBER OF THIS YEAR; IS THAT RIGHT?

21   A    THAT'S MY UNDERSTANDING.

22   Q    OKAY. AND THIS AMISIL HOLDINGS LAWSUIT THERE'S A CLAIM OF

23   MONEY IN THE LAWSUIT; IS THAT RIGHT?

24   A    THERE'S A CLAIM OF -- YES, THAT WOULD BE CORRECT.

25   Q    SO AMISIL HOLDING IS ATTEMPTING TO RECOVER MONEY FROM THE

CHOUDHURY – DIRECT / BANCHERO

1  DEFENDANTS THAT AMISIL HOLDINGS SUED IN THIS COURTHOUSE, YES?

2  A  I BELIEVE IT'S OWED MONEY, AND THAT'S WHAT IT'S TRYING TO

3  GET.

4  Q  ALL RIGHT. AND ACCORDING TO THE CLAIMS IN THAT LAWSUIT, IT'S

5  OWED SOMETHING IN THE NEIGHBORHOOD OF $18 MILLION?

6  A  I DON'T THINK THERE'S ANYTHING IN THE LAWSUIT ABOUT A DOLLAR

7  AMOUNT.

8  Q  HAVE YOU BEEN ABLE TO DETERMINE THE AMOUNT OF MONEY THAT

9  AMISIL HOLDINGS IS CLAIMING IN THAT LAWSUIT?

10  A  THUS FAR I'VE BEEN BARRED BY THE DEFENDANTS FROM LOOKING AT

11  ANY DOCUMENTS.

12  Q  WELL, WHAT AMOUNT IS AMISIL HOLDINGS CLAIMING IN THAT

13  LAWSUIT?

14  A  WE DON'T KNOW. THAT'S WHAT WE'RE TRYING TO FIGURE OUT.

15  Q  DO YOU IN YOUR MIND HAVE AN IDEA AS TO WHAT AMOUNT AMISIL

16  HOLDINGS IS OWED FROM THE DEFENDANTS IN THAT LAWSUIT?

17          MR. MAZER:  YOUR HONOR, OBJECTION, RELEVANCY.

18          MR. BANCHERO:  I CAN PROVE THIS UP.

19          THE COURT:  WELL, LET ME ASK:  YOUR RELATION TO

20  AMISIL HOLDINGS, DO YOU HAVE AN OWNERSHIP INTEREST IN AMISIL

21  HOLDINGS?

22          THE WITNESS:  NO, SIR.

23          THE COURT:  WERE YOU AN INVESTOR IN AMISIL HOLDINGS?

24          THE WITNESS:  NO, SIR.

25          THE COURT:  WHAT IS YOUR CONNECTION WITH THE LAWSUIT

CHOUDHURY – DIRECT / BANCHERO

1   WITH RESPECT TO AMISIL HOLDINGS?

2        THE WITNESS:  I WAS THEIR AGENT TO HELP THEM MAKE

3   INVESTMENTS IN THE UNITED STATES.

4        THE COURT:  SO IF AMISIL HOLDINGS RECOVERS ANY MONEY

5   FROM THAT LAWSUIT WILL YOU BE ENTITLED TO PARTICIPATE IN THAT

6   RECOVERY?

7        THE WITNESS:  ENTITLED?  NO.

8        THE COURT:  WELL, DO YOU HAVE AN UNDERSTANDING THAT

9   YOU ARE GOING TO BE PAID SOME PORTION OF ANY MONIES THAT ARE

10  RECOVERED?

11       THE WITNESS:  THERE'S NO UNDERSTANDING AS OF NOW.

12  I'VE JUST MADE A REQUEST.

13       THE COURT:  WHAT IS YOUR REQUEST?

14       THE WITNESS:  MY QUESTION WAS:  I WOULD LIKE TO BE

15  CONSIDERED TO RECEIVE SOME PAYMENT. I HAVE NOT RECEIVED A REPLY.

16       THE COURT:  AND WHAT DID YOU REQUEST IN TERMS OF THE

17  PAYMENT, HOW MUCH?

18       THE WITNESS:  MY EXACT STATEMENT WAS:

19            "I WOULD LIKE TO BE CONSIDERED FOR RECEIVING

20            SOMETHING." THAT WAS IT.

21       THE COURT:  DID YOU SUGGEST IN YOUR CLAIM AS TO WHAT

22  YOU THINK YOU MIGHT BE ENTITLED TO IN TERMS OF A PAYMENT OR A

23  PERCENTAGE OF RECOVERY?

24       THE WITNESS:  NO, BECAUSE I DON'T KNOW WHAT IT'S

25  WORTH. NOBODY KNOWS WHAT IT'S WORTH.

1    THE COURT:  REGARDLESS OF WHAT IT'S WORTH, WHAT ABOUT

2  A PERCENTAGE OF THE RECOVERY?

3    THE WITNESS:  I DIDN'T ASK FOR A PERCENTAGE, NO.

4    THE COURT:  SO YOUR VIEW IS THAT YOU SHOULD RECEIVE

5  SOME MONEY.  YOU DON'T KNOW HOW MUCH.  AND YOU'VE MADE NO CLAIM

6  FOR ANY PERCENTAGE OR FIXED AMOUNT?

7    THE WITNESS:  I WOULD LIKE TO RECEIVE SOME PAYMENT.

8    THE COURT:  WHAT WOULD YOU LIKE TO RECEIVE?

9    THE WITNESS:  SOME MONEY TO PAY MY BILLS.

10    THE COURT:  WHAT DO YOU BELIEVE TO BE YOUR -- YOUR

11  ENTITLEMENT TO THE FUNDS?  HOW MUCH DO YOU THINK IN FAIRNESS TO

12  YOU YOU SHOULD RECEIVE AS A PERCENTAGE OF THE RECOVERY?

13    THE WITNESS:  I'M NOT SURE WHAT THE NORMS ARE IN THE

14  INDUSTRY, BUT I WOULD LIKE TO RECEIVE AS MUCH AS THEY ARE

15  WILLING TO GIVE ME.  I HAVEN'T REALLY THOUGHT ABOUT THE NUMBER.

16  BY MR. BANCHERO

17  Q   MR. CHOUDHURY --

18    MR. BANCHERO:  I'M SORRY, YOUR HONOR.  IF I MAY?  ARE

19  YOU FINISHED?

20    THE COURT:  GO AHEAD.

21  BY MR. BANCHERO

22  Q   MR. CHOUDHURY, APPROXIMATELY HOW MANY HOURS HAVE YOU SPENT

23  WORKING ON THIS LAWSUIT IN THE LAST TWO YEARS?

24    THE COURT:  THE AMISIL LAWSUIT?

25    MR. BANCHERO:  YES.

CHOUDHURY – DIRECT / BANCHERO

1    **THE WITNESS:** PERSONALLY? THE LAST SIX MONTHS, NOT

2    VERY MUCH BECAUSE I'M NOT ALLOWED TO LOOK AT ANY DOCUMENTS.

3    BY MR. BANCHERO

4    Q    WELL, THE LAWSUIT WAS FILED TWO YEARS AGO, YES?

5    A    YES.

6    Q    CAN YOU ESTIMATE HOW MUCH TIME YOU'VE PUT INTO THE LAWSUIT

7    IN THE LAST TWO YEARS?

8    A    PRIOR TO FILING THE LAWSUIT I SPENT A FAIR AMOUNT OF TIME

9    TRYING TO DISCUSS AND NEGOTIATE SOMETHING BEFORE FILING THE

10   LAWSUIT. DURING THE FILING OF THE LAWSUIT, MAYBE A FEW HUNDRED

11   HOURS.

12   Q    WERE YOU RESPONSIBLE FOR HIRING LAWYERS WHO ARE REPRESENTING

13   AMISIL HOLDINGS IN THIS LAWSUIT?

14   A    YES.

15   Q    AND THOSE LAWYERS ARE MR. LEIDERMAN AND HIS LAW FIRM, REED

16   SMITH?

17   A    YES.

18   Q    THE LAWSUIT CONCERNS THE FOUNDING, DOES IT NOT, OF PAY PAL?

19        **MR. LEIDERMAN:** YOUR HONOR, I'M GOING TO OBJECT

20   AGAIN. THIS IS ENTIRELY IRRELEVANT.

21        **THE COURT:** WELL, I DON'T KNOW THAT IT'S IRRELEVANT.

22   IF HE HAS AN EXPECTATION OR A CLAIM FOR SOME PORTION OF A

23   RECOVERY, WHY WOULDN'T THAT BE AN ASSET?

24        **MR. MAZER:** IT WOULD BE, BUT HE'S ALREADY EXPLAINED

25   WHAT HIS -- THERE'S NOTHING OTHER THAN A REQUEST.

CHOUDHURY – DIRECT / BANCHERO

1          THE COURT:  BUT HE MUST HAVE -- MAYBE HE DOESN'T, BUT

2    I DON'T KNOW THAT COUNSEL HAS TO ACCEPT THAT HE HAS NO IDEA.

3          MR. LEIDERMAN:  HE HASN'T SAID THAT HE HAD NO IDEA.

4          THE COURT:  WELL --

5          MR. LEIDERMAN:  WE'RE STARTING NOW TO ENTER THE

6    PROVINCE OF ATTORNEY/CLIENT RELATIONSHIP THINGS. COUNSEL FOR THE

7    OPPOSING PARTY IS IN THE COURTROOM. I THINK THIS IS HIGHLY

8    IRRELEVANT AND PREJUDICIAL.

9          MR. BANCHERO:  YOUR HONOR, IF I MAY?

10          THE COURT:  GO AHEAD.

11          MR. BANCHERO:  I AM NOT -- I DID NOT PLAN TO TALK

12    ABOUT WHAT THE LAWSUIT WAS ABOUT.  WHAT I'M ATTEMPTING TO

13    ASCERTAIN IS THE POTENTIAL VALUE OF THE CLAIM BECAUSE THAT'S THE

14    ONLY WAY WE CAN PUT --

15          THE COURT:  OKAY.  SO RESTRICT YOUR QUESTIONS TO THAT

16    ISSUE AS DISTINCT FROM EITHER THE MERITS OF THE LAWSUIT OR ANY

17    COMMUNICATIONS WITH RESPECT TO THE MERITS OF THE LAWSUIT.

18    BY MR. BANCHERO

19    Q   MR. CHOUDHURY, ARE YOU ABLE TO ESTIMATE THE AMOUNT OF MONEY

20    THAT AMISIL HOLDINGS IS CLAIMING IN THE LAWSUIT?

21    A   NO. BUT MR. CARO (PHONETIC)  AND MR. GIBNEY (PHONETIC) WHO

22    ARE IN THE AUDIENCE MAY BE ABLE TO TELL YOU THAT. THEY REPRESENT

23    THE DEFENDANTS.

24          THE COURT:  WELL, WHAT I DON'T UNDERSTAND, DID YOU

25    INITIATE THE LAWSUIT?

1          THE WITNESS:  YES.

2          THE COURT:  OKAY. SO WHEN YOU INITIATED IT, WHEN YOU

3    FILED THE LAWSUIT YOU HAD SOME IDEA, OR DID YOU HAVE ANY IDEA,

4    AS TO WHETHER THE LAWSUIT WAS WORTH IN YOUR OPINION A DOLLAR OR

5    A MILLION DOLLARS OR $50 MILLION?  DO YOU HAVE ANY EXPECTATION,

6    ANY THOUGHT ON THAT SUBJECT?

7          THE WITNESS:  IN OUR -- BEFORE WE FILED THE LAWSUIT

8    IN MY DISCUSSIONS WITH MR. THIEL, WHO IS THE MAJORITY

9    SHAREHOLDER OF THE DEFENDANTS, HE WANTED TO CAP THE VALUE AT ONE

10   MILLION. SO I THEREFORE EXPECT IT TO BE AT LEAST ONE MILLION.

11         THE COURT:  AND YOU REJECTED THAT, OR WHOEVER?

12         THE WITNESS:  HE WOULDN'T TELL US WHAT PERCENTAGE OF

13   OWNERSHIP, BECAUSE THERE'S BEEN A CHANGE IN OWNERSHIP.  AND

14   THAT'S WHAT WE'RE TRYING TO ASCERTAIN IS THE VALUE OF THAT

15   OWNERSHIP AND THE VALUE OF THE DISTRIBUTIONS THAT HE HAS MADE TO

16   HIMSELF BUT NOT TO AMISIL.

17   BY MR. BANCHERO

18   Q    IS IT YOUR TESTIMONY IN YOUR VIEW THAT THE LAWSUIT CLAIM IS

19   GREATER THAN ONE MILLION DOLLARS?

20   A    SINCE MR. THIEL CAPPED IT AT $1,000,000, LOGIC WOULD INDUCE

21   THAT IT PROBABLY IS WORTH MORE THAN ONE MILLION.

22   Q    WELL, WHAT'S YOUR VIEW?  DO YOU BELIEVE THAT THE CLAIM IS

23   GREATER THAN ONE MILLION DOLLARS?

24   A    THAT WOULD BE MY LOGICAL CONCLUSION, YES.

25   Q    IS IT YOUR BELIEF THAT THE CLAIM IS GREATER THAN $5 MILLION?

1    A    I HAVE NO IDEA.  BUT, LIKE I SAID, MR. GIBNEY, WHO IS THE

2    GENERAL COUNSEL FOR THE DEFENDANTS IS SITTING IN THE AUDIENCE.

3    YOU COULD ASK HIM.  HE PROBABLY KNOWS EXACTLY WHAT IT'S WORTH.

4    Q    WELL, MR. CHOUDHURY, HE'S NOT TESTIFYING.  AND I'M PERMITTED

5    TO ASK YOU QUESTIONS, NOT HIM.

6    A    OKAY.

7    Q    SO ALL I CAN DO IS ASK WHAT YOUR VIEWS ARE. BEFORE I LEAVE

8    THE TOPIC, LET ME ASK JUST A FEW RELATED QUESTIONS. THE OWNERS

9    OF AMISIL HOLDINGS ARE LOCATED WHERE?

10   A    THE COMPANY'S REGISTERED IN CYPRUS.

11   Q    IS THAT WHERE THE OWNERS RESIDE?

12   A    THE COMPANY IS OWNED BY SOME SHAREHOLDERS. I'M NOT SURE OF

13   ALL THE EXACT LOCATIONS.

14   Q    THE NAMES OF THESE SHAREHOLDERS ARE CONFIDENTIAL?

15   A    YES.

16   Q    ARE THESE THE PEOPLE THAT YOU REPORT TO IN YOUR REPORT ON

17   THE PROGRESS OF THE LAWSUIT?

18   A    I REPORT TO THE DIRECTOR WHO'S BASED IN CYPRUS.

19   Q    OKAY. AND HIS NAME IS CONFIDENTIAL?

20   A    YES.

21            THE COURT:  ARE YOU A SHAREHOLDER IN THIS?

22            THE WITNESS:  NO, SIR.

23   BY MR. BANCHERO

24   Q    FIRST OF ALL --

25            THE COURT:  WHEN I SAY "YOU," I MEAN YOU OR ANY OF

CHOUDHURY - DIRECT / BANCHERO

1    THE ENTITIES THAT YOU'RE RELATED TO.

2         **THE WITNESS:**  NO, SIR.

3    BY MR. BANCHERO

4    Q    IS IT TRUE THAT THE WORD "AMISIL" IS A CONTRACTION OF YOUR

5    FIRST NAME AND THE FIRST NAME OF A WOMAN THAT YOU WERE DATING

6    WHEN THE COMPANY WAS FORMED?

7    A    NO, SIR.

8    Q    WAS THERE A WOMAN WITH THE FIRST NAME OF SILVIA WHO WAS EVER

9    INVOLVED IN AMISIL HOLDINGS?

10   A    SILVIA IS MY FORMER GIRLFRIEND FROM ABOUT TEN YEARS AGO.

11   Q    OKAY. AND WHEN WAS AMISIL HOLDINGS FORMED?

12   A    ELEVEN YEARS AGO.

13   Q    OKAY. MR. CHOUDHURY, MY NEXT TOPIC HAS TO DO WITH -- PARDON

14   ME -- THANK YOU.

15        MY NEXT TOPIC HAS TO DO WITH TRANSFERS OF MONEY FROM

16   PINNACLE PARTNERS, INC. TO YOUR ACCOUNT.

17        **MR. BANCHERO:**  AND WITH THE COURT'S PERMISSION, I'M

18   GOING TO MARK A SERIES OF EXHIBITS TODAY THAT WILL BEAR THE SAME

19   NUMBERS THAT WERE MARKED DURING DEPOSITION. SO THERE WILL BE A

20   GAP, NOT TO SUGGEST THAT THERE ARE OTHER EXHIBITS WITHIN THAT

21   GAP.  BUT WE MARKED CERTAIN DEPOSITION EXHIBITS WITH HIGHER

22   NUMBERS THAN THE NUMBERS USED AT TRIAL.

23        SO, THE FIRST DOCUMENTS THAT I WOULD LIKE TO MARK IS

24   EXHIBIT 229.

25        THE RECORD WILL SHOW THAT I'M SHOWING A COPY OF THIS

KATHERINE WYATT, OFFICIAL REPORTER, CSR, RMR (415) 487-9834

1    OF LAST YEAR. THIS LAWSUIT WAS FILED ON JULY 19. AT THE END OF

2    THE MONTH OF JULY PINNACLE PARTNERS, INC. WAS SUPPOSED TO BE

3    ROLLED INTO PINNACLE PARTNERS SYSTEMS, INC. AS A PART OF THAT

4    TRANSACTION. BUT BECAUSE YOU FILED THE LAWSUIT WE KEPT IT

5    SEPARATE, SO THAT IT WOULDN'T TAINT AND AFFECT ALL THE

6    SHAREHOLDERS OF PINNACLE PARTNERS SYSTEMS, INC. INCLUDING MS.

7    GREWAL, WHO IS THE PERSON FILING THE LAWSUIT.

8    Q    WELL, I HAD NOTHING TO DO WITH THAT. THAT WAS A DECISION

9    THAT YOU MADE, CORRECT?

10    A    BUT WE WANTED TO MAKE SURE THAT THE OTHER SHAREHOLDERS OF

11    PINNACLE PARTNERS SYSTEMS, INC. WERE NOT TREATED UNFAVORABLY.

12    Q    ALL RIGHT.

13    A    SO WE KEPT IT SEPARATE.

14    Q    FAIR ENOUGH.

15    A    OTHERWISE, IT WOULD HAVE BEEN JUST ONE COMPANY BY NOW.

16    Q    ALL RIGHT. MY QUESTION, THOUGH, IS THE 631,000 ON THIS

17    PROFIT AND LOSS STATEMENT FOR 2007 WAS MONEY THAT FLOWED FROM

18    THE PINNACLE PARTNERS SYSTEMS INVESTORS INTO PINNACLE PARTNERS,

19    INC.; IS THAT TRUE?

20    A    YES, BECAUSE IT WAS NECESSITATED BY THIS LAWSUIT. OTHERWISE

21    THERE WOULD BE NO FLOWS.  IT WOULD JUST STAY ALL IN ONE COMPANY

22    AND ALL THE EMPLOYEES WOULD JUST BELONG TO ONE COMPANY.

23    Q    OKAY. THE SECOND LINE SAYS:

24              "FOR PROFESSIONAL SERVICES IN THE AMOUNT OF

25         $276,000."

CHOUDHURY – DIRECT / BANCHERO

1           NOW, THESE MONIES WERE MONIES THAT PINNACLE PARTNERS,

2   INC. EARNED THROUGH YOUR CONSULTING SERVICES; IS THAT TRUE?

3   A    MY CONSULTING AND THE REST OF THE TEAM.

4   Q    THE TEAM WOULD BE THE OTHER FIVE EMPLOYEES AT PINNACLE

5   PARTNERS, INC.?

6   A    YES.  NOW FIVE, YES.

7   Q    AND IN 2007 THE TEAM WAS WHAT?

8   A    I THINK IT WAS FOUR.  A COUPLE OF PEOPLE WENT BACK TO

9   SCHOOL, SO IT SORT OF CHANGED, BUT IT'S AVERAGED ABOUT BETWEEN

10  FOUR AND SIX TOTAL.

11  Q    ALL RIGHT.  AND YOU'RE THE LEADER OF THIS TEAM, RIGHT?

12  A    YES.

13  Q    AND IN 2007 YOU DID SOME CONSULTING WORK THAT LED TO

14  REVENUES OF $276,000, TRUE?

15  A    THAT INCLUDES THE 150,000 FROM ALLANITE.

16  Q    THE AMOUNT OF MONEY THAT PINNACLE PARTNERS, INC. EARNED IN

17  2007 INCLUDED CONSULTING WORK THAT YOU DID WITH SEVERAL WEALTHY

18  FAMILIES IN THE UNITED STATES?

19  A    INSTITUTIONS, FAMILIES, SO ABOUT $150,000 OF THAT 276 WOULD

20  HAVE BEEN THE CONSULTING WORK.  THE 50,000 WAS FROM ALANTE FOR

21  CONSULTING WORK OVER THE PREVIOUS SEVERAL YEARS THAT THEY PAID

22  US.

23  Q    AND THESE MONIES, THESE MONIES WERE EARNED THROUGH THE

24  CONSULTING EFFORTS OF YOU AND THE TEAM; IS THAT FAIR TO SAY?

25  A    THAT'S FAIR.

AMIT CHOUDHURY - DIRECT / MR. BANCHERO

1   Q.  AND AS A RESULT OF THAT LAWSUIT, THERE WAS A SETTLEMENT?

2   A.  YES, A CONFIDENTIAL SETTLEMENT AGREEMENT.

3   Q.  THERE WAS A SETTLEMENT IN THAT LAWSUIT.  AND AS A RESULT OF

4   THAT SETTLEMENT, THE ALANTE CORPORATION IS GOING TO PAY AND HAS

5   PAID PINNACLE PARTNERS, INC., MONEY?  YES?

6   A.  IT HAS PAID --

7   Q.  FORGIVE ME.  I'M GOING TO GET TO IT.

8           THE QUESTION IS:  THERE WAS A SETTLEMENT, AND IT

9   INCLUDES MONEY?  YES?

10  A.  YES.  THERE IS SOME MONEYS OWED TO PINNACLE PARTNERS, INC.

11  Q.  WELL, IN DECEMBER 2007, AS REFLECTED ON ONE OF THE BANK

12  ACCOUNT STATEMENTS THAT YOU PRODUCED YESTERDAY, THERE WAS A

13  PAYMENT OF $150,000 FROM ALANTE TO PINNACLE PARTNERS, INC.,

14  CORRECT?

15  A.  YES.

16  Q.  AND IN MAY OF 2008, THERE WAS A PAYMENT OF $40,000 TO

17  PINNACLE PARTNERS, INC., YES?

18  A.  YES.  THAT WAS FOR THE REPURCHASE OF THE STOCK.

19  Q.  THERE IS ANOTHER $40,000 DUE IN NOVEMBER 2008, CORRECT?

20  A.  THERE IS SEVEN MORE PAYMENTS DUE OVER THE NEXT THREE YEARS,

21  FOR A TOTAL OF 310,000.

22  Q.  THE FIRST OF THOSE PAYMENTS IS DUE IN NOVEMBER OF 2008?

23  A.  NOVEMBER 2008, YES.

24  Q.  AND THEN AFTER THAT, THERE'S $90,000 DUE EACH YEAR FOR THE

25  CALENDAR YEARS 2009, 2010, AND 2011, FOR A TOTAL PAYMENT OF --

1    DURING THOSE THREE YEARS OF $270,000, YES?

2    A.   YES.

3    Q.   AND THOSE PAYMENTS GO TO PINNACLE PARTNERS, INC., CORRECT?

4    A.   CORRECT, BECAUSE PINNACLE PARTNERS, INC., WAS THE

5    SHAREHOLDER OFF ALANTE CORPORATION.

6    Q.   AND PINNACLE PARTNERS, INC., IS WHOLLY OWNED BY YOU?

7    A.   YES.

8    Q.   THE AMOUNT OF MONEY THAT ALANTE IS PAYING TO PINNACLE

9    PARTNERS, INC., FROM THE PERIOD DECEMBER 2007 THROUGH 2011,

10   INCLUDING THE PURCHASE OF THE SHARES IS $500,000.  IS THAT

11   CORRECT?

12   A.   YES.

13   Q.   YES?

14   A.   YES.

15           MR. BANCHERO:   ALL RIGHT.  I'D LIKE TO MARK

16   EXHIBIT 227.

17                       (PLAINTIFF'S EXHIBIT 227 WAS

18                       MARKED FOR IDENTIFICATION.)

19        BY MR. BANCHERO

20   Q.   MR. CHOUDHURY, PLEASE HAVE A LOOK AT WHAT'S BEEN MARKED AS

21   EXHIBIT 227.  227 IS THE PINNACLE PARTNERS MAIN TWO ACCOUNT,

22   YES?

23   A.   YES.

24   Q.   THIS IS THE BANK ACCOUNT THAT PINNACLE PARTNERS USES AS

25   FIRST REPUBLIC BANK HERE IN SAN FRANCISCO TO RECEIVE FUNDS?

1

2                        CERTIFICATE OF REPORTERS

3           WE, LYDIA ZINN AND KATHY WYATT, OFFICIAL REPORTERS

4    FOR THE UNITED STATES COURT, NORTHERN DISTRICT OF CALIFORNIA,

5    EREBY CERTIFY THAT THE FOREGOING PROCEEDINGS IN C07-4218-CRB,

6    GREWAL V. CHOUDHURY, ET AL., WERE REPORTED BY US, CERTIFIED

7    SHORTHAND REPORTERS, AND WERE THEREAFTER TRANSCRIBED UNDER OUR

8    DIRECTION INTO TYPEWRITING; THAT THE FOREGOING IS A FULL,

9    COMPLETE AND TRUE RECORD OF SAID PROCEEDINGS AS BOUND BY US AT

10   THE TIME OF FILING.

11          THE VALIDITY OF THE REPORTERS' CERTIFICATION OF SAID

12   TRANSCRIPT MAY BE VOID UPON DISASSEMBLY AND/OR REMOVAL FROM THE

13   COURT FILE.

14

15

16          _____
            LYDIA ZINN, CSR 9223, RPR

17          KATHY WYATT, CSR 9866, RMR

18          MONDAY, AUGUST 11, 2008

19

20

21

22

23

24

25

Trial Exhibit 200

Trial Exhibit 200

5:25 PM

08/09/08

Cash Basis

PINNACLE PARTNERS INC.

# Balance Sheet

### As of August 9, 2008



|  | Aug 9, 08 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **First Republic Bank** | |
| First Rebublic Bank- Main II | 281.93 |
| First Republic Bank - Disbursem | 6,894.90 |
| First Republic Bank - Main | 47.28 |
| **Total First Republic Bank** | 7,224.11 |
| **Total Checking/Savings** | 7,224.11 |
| **Accounts Receivable** | |
| Accounts Receivable | -18,650.00 |
| **Total Accounts Receivable** | -18,650.00 |
| **Other Current Assets** | |
| Inventory- Licenses for resale | 27,246.00 |
| **Loans Receivable** | |
| PPS | 28,627.09 |
| **Total Loans Receivable** | 28,627.09 |
| **Total Other Current Assets** | 55,873.09 |
| **Total Current Assets** | 44,447.20 |
| **Fixed Assets** | |
| **Fixed Assets** | |
| Office Equipment | 10,336.98 |
| **Total Fixed Assets** | 10,336.98 |
| **Total Fixed Assets** | 10,336.98 |
| **Other Assets** | |
| **Org. Costs 2/97** | |
| Accum. amortization | -2,922.00 |
| Org. Costs 2/97 - Other | 2,922.00 |
| **Total Org. Costs 2/97** | 0.00 |
| **Total Other Assets** | 0.00 |
| **TOTAL ASSETS** | 54,784.18 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | -21,506.46 |
| **Total Accounts Payable** | -21,506.46 |
| **Credit Cards** | |
| **Credit Cards** | |
| First National Bank VISA | 9,074.53 |
| **Total Credit Cards** | 9,074.53 |
| **Total Credit Cards** | 9,074.53 |
| **Other Current Liabilities** | |
| **Other Current Payables** | |
| Other Payables to PPS | 9,175.92 |
| **Total Other Current Payables** | 9,175.92 |
| **Payroll Tax Liabilities** | |
| California State Withholding | -105.00 |
| Georgia Tax Withholding | 360.30 |
| **Total Payroll Tax Liabilities** | 255.30 |
| Advance from PPS | 183,000.00 |

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TRIAL EXHIBIT 200

Case No. 3:07-cv-04218-CRB

Date Entered: AUG 1 1 2008

By: _____ DEPUTY CLERK

300140

6:25 PM

08/09/08

Cash Basis

PINNACLE PARTNERS INC.
# Balance Sheet
### As of August 9, 2008

|  | Aug 9, 08 |
|---|---|
| **Loans Payable** | |
| Karen H Choudhury | 60,000.00 |
| Shareholder Loans | 1,229,487.46 |
| **Total Loans Payable** | 1,289,487.46 |
| **Total Other Current Liabilities** | 1,481,918.68 |
| **Total Current Liabilities** | 1,469,486.75 |
| **Total Liabilities** | 1,469,486.75 |
| **Equity** | |
| 1110 · Retained Earnings | -1,039,617.79 |
| 2300 · Capital Stock | 2,500.00 |
| 3000 · Opening Bal Equity | 0.02 |
| Net Income | -377,584.80 |
| **Total Equity** | -1,414,702.57 |
| **TOTAL LIABILITIES & EQUITY** | 54,784.18 |

300141

Trial Exhibit 202

Trial Exhibit 202



5:24 PM
08/09/08
Cash Basis

**PINNACLE PARTNERS INC.**
# Profit & Loss
### January through December 2007

|  | Jan - Dec 07 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4005 · Contract Services (PPS) | 631,018.00 |
| 4010 · Professional Services | 276,237.00 |
| **Total Income** | 907,255.00 |
| | |
| **Gross Profit** | 907,255.00 |
| | |
| **Expense** | |
| **SUPPLIES** | |
| 6125 · Office Supplies | 2,550.42 |
| 6135 · Supplies- Other | 493.55 |
| 6145 · Software Supplies | 1,457.70 |
| 6155 · Computer Supplies | 2,632.02 |
| **Total SUPPLIES** | 7,133.69 |
| | |
| **OTHER EXPENSES** | |
| Charitable Contributions | 4,800.00 |
| 6250 · Postage & Delivery | 979.58 |
| 6160 · Dues & Subscriptions | 1,171.58 |
| 6680 · Bad Debt and Uncollectables | 222,065.00 |
| 6720 · Employee Recruitment & Testing | 254.58 |
| 6120 · Bank Service Charges | 1,275.44 |
| 6770 · Security | 1,132.00 |
| 6210 · Finance Charge | 1,070.60 |
| 6180 · Maintenance and Repairs | 1,074.00 |
| 5040 · Hardware/Software | 3,902.18 |
| **Total OTHER EXPENSES** | 237,724.96 |
| | |
| **LEGAL & PROFESSIONAL SERVICES** | |
| 6650 · Accounting Services | 14,065.00 |
| 6280 · Legal Services | 408,508.63 |
| 6281 · Prof/Consulting Services | 9,500.00 |
| **Total LEGAL & PROFESSIONAL SERVICES** | 432,073.63 |
| | |
| **UTILITIES** | |
| 6340 · Telephone | 10,532.49 |
| 6345 · Internet and VOIP | 5,620.18 |
| 6342 · Telephone - Mobile | 1,164.45 |
| 6290 · Rent | 82,383.70 |
| **Total UTILITIES** | 99,700.82 |
| | |
| **PAYROLL EXPENSES** | |
| 6183 · Healthcare | 8,296.12 |
| 6182 · Dental | 380.64 |
| 6181 · 401(K) | 777.00 |
| 5061 · Employee Salary & Wages | 215,188.12 |
| 5069 · Payroll Processing Fees | 1,832.06 |
| 5064 · Payroll Tax-Employer | 15,984.61 |
| **Total PAYROLL EXPENSES** | 242,458.55 |
| | |
| **INSURANCE** | |
| 6184 · Workers Compensation | 887.50 |
| 6185 · General & Liability Insurance | 5,572.50 |
| 6186 · Officers Life Insurance | 4,478.24 |
| **Total INSURANCE** | 10,938.24 |
| | |
| **TRAVEL & ENTERTAINMENT** | |
| 6351 · Ground Transportation | 1,798.54 |
| 6352 · Other Travel | 71.20 |
| 6354 · Lodging | 903.97 |
| 6355 · Meals & Entertainment | 19,118.10 |
| 6356 · Airfare | 4,242.38 |
| **Total TRAVEL & ENTERTAINMENT** | 26,134.19 |

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TRIAL EXHIBIT 202

Case No. 3:07-cv-04218-CRB

Date Entered: AUG 1 1 2008

By: _____ DEPUTY CLERK

300138

9:24 PM

08/09/08

Cash Basis

PINNACLE PARTNERS INC.

# Profit & Loss

### January through December 2007

|  | Jan - Dec 07 |
|---|---|
| **TAXES** | |
| 6863 · Delaware State Taxes | 1,670.00 |
| 6861 · California Taxes | 1,315.00 |
| 6840 · Local Taxes | 394.93 |
| **Total TAXES** | 3,379.93 |
| **Total Expense** | 1,059,544.01 |
| **Net Ordinary Income** | -152,289.01 |
| **Net Income** | -152,289.01 |

300139