E. Jeffrey Banchero (SBN 93077)
ejb@kastnerbanchero.com
Sydney L. Howell (SBN 197536)
slh@kastnerbanchero.com
KASTNER | BANCHERO LLP
20 California Street, Seventh Floor
San Francisco, California 94111
Telephone: (415) 398-7000
Facsimile: (415) 616-7000

Attorneys for Plaintiff/Judgment Creditor
ELIZABETH GREWAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GREWAL,<br><br>　　　　Plaintiff/Judgment Creditor,<br><br>　v.<br><br>AMIT CHOUDHURY,<br><br>　　　　Defendant/Judgment Debtor. | CASE NO. C-07-4218 CRB (JL)<br><br>**[PROPOSED] ORDER GRANTING CONTINUANCE OF JUDGMENT DEBTOR'S EXAMINATION**<br><br>Motion to be Heard by the Hon. James Larson, Magistrate Judge<br><br>Courtroom: F |

1  On October 23, 2008, plaintiff and judgment-creditor, Elizabeth Grewal, filed a motion for
2  administrative relief under Local Rule 7-11.  The Court has reviewed the motion and the
3  accompanying Memorandum of Points and Authorities, Declaration of E. Jeffrey Banchero, and
4  exhibits thereto.
5  For good cause appearing, the motion is GRANTED.
6  The examination of the defendant and judgment-debtor, Amit Choudhury, ordered to take
7  place on October 29, 2008, by this Court's Order to Appear for Examination, dated October 10,
8  2008, is continued to November 12, 2008.  at 10:30 a.m.
9  The examination shall take place at the United States District Court, Northern District of
10 California, 450 Golden Gate Avenue, San Francisco, California 94102, in Room F on Floor 15.
11 IT IS SO ORDERED.
12 Date:  October 27, 2008

_____
Hon. James Larson, Magistrate Judge

-1-
[PROPOSED] ORDER GRANTING CONTINUANCE OF JUDGMENT DEBTOR'S EXAMINATION
Case No. C-07-4218 CRB (JL)