```
 1  Harvey L. Leiderman (SBN 55838)
    HLeiderman@ReedSmith.com
 2  David S. Reidy (SBN 225904)
    DReidy@ReedSmith.com
 3  REED SMITH LLP
    Two Embarcadero Center, Suite 2000
 4  San Francisco, CA  94111-3922

 5  **Mailing Address:**
    P.O. Box 7936
 6  San Francisco, CA  94120-7936

 7  Telephone:    (415) 543-8700
    Facsimile:    (415) 391-8269
 8
```

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GREWAL, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>AMIT CHOUDHURY, an individual,<br><br>　　　　　　Defendant. | Case No.: C-07-4218 CRB<br><br>**SUBSTITUTION OF COUNSEL; STIPULATION IN SUPPORT THEREOF**<br><br>Compl. Filed:　　July 19, 2007<br>Trial Date:　　　August 4, 2008<br><br>*Honorable Charles R. Breyer* |

## MOTION

Based on the stipulation below, defendant Amit Choudhury ("Choudhury") hereby substitutes in to represent himself in pro se, and the law firm of Reed Smith LLP ("Reed Smith") hereby withdraws as counsel of record for Choudhury based on upon the substitution.

## STIPULATION

WHEREAS, trial in this matter was completed on August 11, 2008, and post-trial motions were heard and denied on October 10, 2008; and

WHEREAS, the docket in this action indicates that the matter is closed;

WHEREAS, the law firm of Reed Smith, by agreement with Amit Choudhury, has ceased its representation of Choudhury following conclusion of the trial and post trial matters; and

1  WHEREAS, Choudhury now seeks to commence an appeal in pro se and wishes to file a
2 notice of appeal:

3  IT IS THEREFORE STIPULATED by and between Choudhury and Reed Smith LLP, that
4 Choudhury shall and hereby does represent himself in pro se in this action, effective immediately,
5 and Reed Smith LLP will no longer serve as Choudhury's counsel of record in this matter, based
6 upon the substitution.

7  **SO STIPULATED**:

8  DATED:  November 5, 2008            REED SMITH LLP

10                                       By   /s/
                                              David S. Reidy

12  DATED:  November 5, 2008            By   /s/
13                                              AMIT CHOUDHURY

