E. Jeffrey Banchero (SBN 93077)
ejb@kastnerbanchero.com
Scott R. Raber (SBN 194924)
srr@kastnerbanchero.com
KASTNER | BANCHERO LLP
20 California Street, Seventh Floor
San Francisco, California 94111
Telephone: (415) 398-7000
Facsimile: (415) 616-7000

Attorneys for Plaintiff/Judgment Creditor
ELIZABETH GREWAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GREWAL,<br><br>        Plaintiff/Judgment Creditor,<br><br>v.<br><br>AMIT CHOUDHURY,<br><br>        Defendant/Judgment Debtor. | CASE NO. C-07-4218 CRB (JL)<br><br>[PROPOSED] **ORDER FOLLOWING JUDGMENT DEBTOR'S FAILURE TO APPEAR AT THE SCHEDULED JUDGMENT DEBTOR'S EXAMINATION ON NOVEMBER 12, 2008**<br><br>(Hon. James Larson, Magistrate Judge) |

---

[PROPOSED] ORDER FOLLOWING JUDGMENT DEBTOR'S FAILURE TO APPEAR AT THE SCHEDULED JUDGMENT DEBTOR'S
EXAMINATION ON NOVEMBER 12, 2008
Case No. C-07-4218 CRB

1  WHEREAS, on October 10, 2008, this Court issued an Order to Appear for Examination to Defendant and Judgment Debtor Amit Choudhury ("Choudhury"), commanding Choudhury to appear for a judgment debtor examination on October 29, 2008;

4  On October 13, 2008, Choudhury was served personally with the Order to Appear for Examination and with a Notice to Attend and Produce Documents at Debtor's Examination, dated October 13, 2008 (Att. A hereto);

7  On October 27, 2008, this Court, by order of Magistrate Judge James Larson, ordered that the judgment debtor examination be continued from October 29 to November 12, 2008 at 10:30 A.M., at the United States District Court, Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102; and

11  On November 12, 2008, Choudhury failed to appear for the judgment debtor examination, as required by the Court's order of October 27, 2008.

13  CHOUDHURY HAVING FAILED TO APPEAR for the judgment debtor examination, the Court, on November 12, 2008, conducted a hearing to address the non-appearance. E. Jeffrey Banchero, of Kastner | Banchero LLP, appeared on behalf of Plaintiff and Judgment Creditor, Elizabeth Grewal; Gregory Nuti, of Schnader Harrison Segal & Lewis LLP, appeared on behalf of Defendant and Judgment Debtor, Amit Choudhury;

18  NOW, the Court, having heard and considered arguments by counsel and the record in this matter, and FOR GOOD CAUSE APPEARING, hereby ORDERS as follows:

    1. As directed by the Court at the November 12, 2008, hearing and in its minute entry of the same date (Doc. No. 188), Choudhury is required to submit to the Court no later than November 14, 2008, a declaration, executed under penalty of perjury, detailing his travel itinerary and whereabouts between November 12, 2008, and December 16, 2008, for the purpose of resetting the judgment debtor examination.

    2. Choudhury shall appear for a judgment debtor examination on December 17, 2008 at 10:30 A.M. The examination shall take place at the United States District Court, Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102, in Room F on Floor 15.

-1-
[PROP.] ORDER FOLLOWING JUDGM. DEBTOR'S FAILURE TO APPEAR AT THE SCHEDULED JUDGM. DEBTOR'S EXAM.
Case No. C-07-4218 CRB (JL)

3. Choudhury shall produce documents called for by the Notice to Attend and Produce Documents at Debtor's Examination, dated October 13, 2008, on or before <u>December 10, 2008</u>, by causing the documents to be delivered to the offices of judgment creditor's counsel.

4. Until further order of the Court, Choudhury is forbidden, other than in the ordinary course of business (a) from transferring or assigning to any third-party any assets that he owns, possesses, or controls; and (b) from causing or permitting the transfer or assignment of any assets owned, possessed, or controlled by entities in which Choudhury holds an interest or controlling interest, whether in the United States, Canada, or elsewhere in the world. Such prohibited transfers include, but are not limited to, transfers of any assets or property of Pinnacle Partners, Inc.; Pinnacle Partners, Inc. (Canada); Pinnacle Partners Systems, Inc.; Pinnacle Partners AG; Pinnacle Partners Blue Licensing, GmbH; Pinnacle Partners Grey Licensing GmbH; Pinnacle Partners DE, GmbH; and Pinnacle Partners CH, GmbH, whether such transfers are characterized as loan repayments, expense reimbursements, salaries, or some other kind of transfer. Choudhury is further forbidden from transferring or assigning the settlement or any proceeds of the settlement between Pinnacle Partners, Inc. and Alante Corporation, which he identified during his testimony at the trial of this matter (Trial Transcript pp. 805:22 – 808:14, Att. B hereto).

IT IS SO ORDERED.

Date: <u>November 20</u>, 2008

Hon. James Larson, Chief Magistrate Judge

APPROVED AS TO FORM:

Kevin W. Coleman
Schnader Harrison Segal & Lewis LLP

-2-
[PROP.] ORDER FOLLOWING JUDGM. DEBTOR'S FAILURE TO APPEAR AT THE SCHEDULED JUDGM. DEBTOR'S EXAM.
Case No. C-07-4218 CRB (JL)