1  E. JEFFREY BANCHERO (SBN 93077)
   ejb@bancherolaw.com
2  SCOTT R. RABER (SBN 194924)
   srr@bancherolaw.com
3  THE BANCHERO LAW FIRM LLP
4  20 California Street, Seventh Floor
   San Francisco, California 94111
5  Telephone: (415) 398-7000
   Facsimile: (415) 616-7000
6
7  Attorneys for Plaintiff/Judgment Creditor
   ELIZABETH GREWAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GREWAL, | CASE NO. C-07-4218 CRB (JL) |
| Plaintiff/Judgment Creditor, | [PROPOSED] ORDER |
| v. | |
| AMIT CHOUDHURY, | (Hon. James Larson, Magistrate Judge) |
| Defendant/Judgment Debtor. | |

PROPOSED ORDER
Case No. C-07-4218 CRB

E. JEFFREY BANCHERO (SBN 93077)
ejb@bancherolaw.com
SCOTT R. RABER (SBN 194924)
srr@bancherolaw.com
THE BANCHERO LAW FIRM LLP
20 California Street, Seventh Floor
San Francisco, California 94111
Telephone: (415) 398-7000
Facsimile: (415) 616-7000

Attorneys for Plaintiff/Judgment Creditor
ELIZABETH GREWAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GREWAL, | CASE NO. C-07-4218 CRB (JL) |
| Plaintiff/Judgment Creditor, | **ORDER** |
| v. | |
| AMIT CHOUDHURY, | (Hon. James Larson, Magistrate Judge) |
| Defendant/Judgment Debtor. | |

ORDER
Case No. C-07-4218 CRB

1  On February 9, 2009, Plaintiff and Judgment Creditor filed her Motion Pursuant To Civ. L. R. 6-3 To Shorten Time For Hearing Plaintiff/Judgment Creditor's Motion To Amend Judgment To Add Amisil Holdings, Ltd., Defendant/Judgment Debtor's Alter Ego, As A Judgment Debtor (the "Motion to Amend Judgment").

This Court has reviewed the motion and the accompanying Memorandum of Points and Authorities, the Declaration of Scott R. Raber, and exhibits thereto.

For good cause appearing, the motion is GRANTED as follows:

1. Plaintiff's Motion to Amend Judgment will be heard by this Court on February 25, 2009, at 9:30 a.m., in Courtroom F;

2. Defendant's Opposition papers to the Motion to Amend Judgment must be filed no later than February 19, 2009;

3. Plaintiff's reply memorandum, if any, will be due no later than February 23, 2009.

IT IS SO ORDERED.

Date: February 10, 2009

Hon. James Larson, Magistrate Judge

ORDER
Case No. C-07-4218 CRB