AT-138, EJ-125

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|

E. Jeffrey Banchero (SBN 93077)
The Banchero Law Firm LLP
20 California Street, 7th Floor
San Francisco, California 94111
TELEPHONE NO: 415 398-7000    FAX NO: 415 616-7000
ATTORNEY FOR (Name): Judgment Creditor Elizabeth Grewal

NAME OF COURT: United States District Court, N.D. California
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, California 94104
BRANCH NAME:

**FILED**

FEB 1 3 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PLAINTIFF: Elizabeth Grewal

DEFENDANT: Amit Choudhury

| APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION | CASE NUMBER |
|---|---|
| ☐ ENFORCEMENT OF JUDGMENT   ☐ ATTACHMENT (Third Person)   ☐ Judgment Debtor   ☑ Third Person | C 07 04218 JL |

**ORDER TO APPEAR FOR EXAMINATION**

1. TO (name): Christopher Wanger, Manatt Phelps & Phillips, LLP
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. ☐ furnish information to aid in enforcement of a money judgment against you.
   b. ☑ answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. ☐ answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.   9:30   A.M

| Date: February 25 2009   Time: ~~10:00~~ A.M.   Dept. or Div.:   Rm.: Courtroom F, 15th Floor |
|---|
| Address of court ☑ shown above ☐ is: |

3. This order may be served by a sheriff, marshal, registered process server, or the following specially appointed person (name):

Date: 2-13-09

_____
JUDGE OR REFEREE
JAMES LARSON
U.S. MAGISTRATE JUDGE

This order must be served not less than 10 days before the date set for the examination.

**IMPORTANT NOTICES ON REVERSE**

**APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION**

4. ☑ Judgment creditor   ☐ Assignee of record   ☐ Plaintiff who has a right to attach order
   applies for an order requiring (name): Christopher L. Wanger, Manatt Phelps & Phillip to appear and furnish information to aid in enforcement of the money judgment or to answer concerning property or debt.
5. The person to be examined is
   a. ☐ the judgment debtor.
   b. ☑ a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.
6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
7. ☐ This court is **not** the court in which the money judgment is entered or (attachment only) the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
8. ☐ The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____          ▶          _____
E. Jeffrey Banchero                                 (SIGNATURE OF DECLARANT)
(TYPE OR PRINT NAME)

(Continued on reverse)

Form Adopted for Mandatory Use
Judicial Council of California
AT-138, EJ-125 [Rev. July 1, 2000]

**APPLICATION AND ORDER
FOR APPEARANCE AND EXAMINATION
(Attachment—Enforcement of Judgment)**

Code of Civil Procedure,
§§ 491.110, 708.110, 708.120

American LegalNet, Inc.
www.USCourtForms.com

---

## APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)

**NOTICE TO JUDGMENT DEBTOR   If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.**

---

## APPEARANCE OF A THIRD PERSON
## (ENFORCEMENT OF JUDGMENT)

**(1) NOTICE TO PERSON SERVED   If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.**

**(2) NOTICE TO JUDGMENT DEBTOR   The person in whose favor the judgment was entered in this action claims that the person to be examined pursuant to this order has possession or control of property which is yours or owes you a debt. This property or debt is as follows *(Describe the property or debt using typewritten capital letters)*:**

**If you claim that all or any portion of this property or debt is exempt from enforcement of the money judgment, you must file your exemption claim in writing with the court and have a copy personally served on the judgment creditor not later than three days before the date set for the examination. You must appear at the time and place set for the examination to establish your claim of exemption or your exemption may be waived.**

---

## APPEARANCE OF A THIRD PERSON (ATTACHMENT)

**NOTICE TO PERSON SERVED   If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the plaintiff in this proceeding.**

---

## APPEARANCE OF A CORPORATION, PARTNERSHIP,
## ASSOCIATION, TRUST, OR OTHER ORGANIZATION

**It is your duty to designate one or more of the following to appear and be examined: officers, directors, managing agents, or other persons who are familiar with your property and debts.**

---

AT-138, EJ-125 [Rev. July 1, 2000]
**APPLICATION AND ORDER
FOR APPEARANCE AND EXAMINATION
(Attachment—Enforcement of Judgment)**
Page two

1   E. JEFFREY BANCHERO (SBN 93077)
    ejb@bancherolaw.com
2   SCOTT R. RABER (SBN 194924)
    srr@bancherolaw.com
3   THE BANCHERO LAW FIRM LLP
4   20 California Street, Seventh Floor
    San Francisco, California 94111
5   Telephone: (415) 398-7000
    Facsimile: (415) 616-7000
6
7
8                                        FILED

                                         FEB 1 3 2009

                                         RICHARD W. WIEKING
                                         CLERK, U.S. DISTRICT COURT
                                         NORTHERN DISTRICT OF CALIFORNIA

                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
11   ELIZABETH GREWAL,                    CASE NO. C-07-4218 CRB (JL)
12            Plaintiff/Judgment Creditor,  **DECLARATION OF E. JEFFREY
                                            BANCHERO IN SUPPORT OF
13                                          PLAINTIFF/JUDGMENT CREDITOR'S
         v.                                 APPLICATION FOR ORDER FOR
14                                          APPEARANCE AND EXAMINATION**
15   AMIT CHOUDHURY,
16            Defendant/Judgment Debtor    (Before Magistrate Judge James Larson)
17
18
19
20
21
22
23
24
25
26
27
28

DECL. OF E. JEFFREY BANCHERO

1    I, E. JEFFREY BANCHERO, hereby declare:

2    1.    I am an attorney admitted to practice before the courts of the State of California and

3    counsel representing plaintiff and judgment creditor Elizabeth Grewal in this action. I submit this

4    declaration pursuant to California Code of Civil Procedure § 491.110 in support of Plaintiff and

5    Judgment Creditor's Application for Appearance and Examination. I have personal knowledge of

6    the facts herein and could testify competently to these facts if called to do so.

7    2.    On December 23, 2008, this Court issued an Amended Turnover Order In Aid of

8    Execution Following Judgment Debtor's Examination. The turnover order (¶5(d)) directed the

9    judgment debtor, Amit Choudhury to transfer to the United States Marshall "Any and all monies

10   held in trust by law firms representing Choudhury" or a series of companies, including Amisil

11   Holdings Limited, including monies held in trust by "the following law firms: ... (ii) Manatt

12   Phelps & Philips ... ."

13   3.    Following the issuance of the turnover order, Choudhury testified at a judgment-

14   debtor examination and produced documents to the effect that he caused assets to be pledged to a

15   fund in Chicago that resulted in the Manatt firm receiving $200,000 for the prosecution of an

16   action brought in San Francisco Amisil Holdings Limited against Clarium Capital Management.

17   According to Choudhury's testimony, the Manatt firm is authorized to draw an additional

18   $300,000 from the fund because of the pledge.

19   4.    It is my belief that the judgment creditor has a right to these funds, because Amisil

20   Holdings Limited is the alter ego of the defendant, Choudhury. In addition, according to

21   Choudhury's testimony, the funds are the product of a pledge of the proceeds of a settlement

22   agreement with one of Choudhury's companies, Pinnacle Partners, Inc., that was also subject to

23   this Courts turnover order. See Turnover Order ¶5 (b), which requires Choudhury to transfer to the

24   U.S. Marshall "All proceeds of the settlement between Pinnacle Partners, Inc. and Allante

25   Corporation."

26   5.    For these reasons, I believe the Manatt firm is in possession of "property in which

27   the defendant has an interest," as set forth in California Code of Civil Procedure § 491.110.

28

1    6.    I have named Christopher L. Wanger, a member of the Manatt firm, in the

2   Application for Appearance and Examination, because I am informed that Mr. Wanger is one of

3   the lawyers at Manatt representing Amisil Holdings Limited in its action against Clarium Capital

4   Management.

5

6       I declare under penalty of perjury that the foregoing is true and correct.

7       Executed this 10th day of February, 2009, at San Francisco, California.

8

9                         E. Jeffrey Banchero

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECL. OF E. JEFFREY BANCHERO