E. JEFFREY BANCHERO (SBN 93077)
ejb@bancherolaw.com
SCOTT R. RABER (SBN 194924)
srr@bancherolaw.com
THE BANCHERO LAW FIRM LLP
20 California Street, Seventh Floor
San Francisco, California 94111
Telephone: (415) 398-7000
Facsimile: (415) 616-7000

Attorneys for Plaintiff/Judgment Creditor
ELIZABETH GREWAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ELIZABETH GREWAL, | CASE NO. C-07-4218 CRB (JL) |
|---|---|
| Plaintiff/Judgment Creditor, | [~~PROPOSED~~] **SUPPLEMENTAL ORDER IN AID OF EXECUTION** |
| v. | |
| AMIT CHOUDHURY, | Courtroom: F, 15th Floor |
| Defendant/Judgment Debtor. | (Before Hon. James Larson, Magistrate Judge) |

---

[PROPOSED] SUPPLEMENTAL ORDER IN AID OF EXECUTION
Case No. C-07-4218 CRB (JL)

-1-

WHEREAS, on September 11, 2008, this Court issued a writ of execution to enforce judgment in favor of Elizabeth Grewal ("Grewal") and against Choudhury in the amount of $1,923,740.00, with interest accruing from August 12, 2008 at the per diem rate of $117.53;

On November 20, 2008, this Court issued an Order Following Judgment Debtor's Failure to Appear at the Scheduled Judgment Debtor's Examination on November 21, 2008;

The Order of November 20, 2008, directed the judgment debtor, Amit Choudhury ("Choudhury"), to appear for a judgment-debtor examination in this Court on December 17, 2008, and, among other matters, prohibited Choudhury "(a) from transferring or assigning to any third-party any assets that he owns, possesses, or controls; and (b) from causing or permitting the transfer of any assets owned, possessed, or controlled by entities in which Choudhury holds an interest or controlling interest, whether in the United States, Canada, or elsewhere in the world[;]"

On December 17, 2008, Choudhury appeared in this Court and was subject to a judgment-debtor's examination conducted by counsel for the judgment creditor, Elizabeth Grewal ("Grewal" or "judgment creditor");

On December 23, 2008, this Court issued its Amended Turnover Order In Aid of Execution Following Judgment Debtor's Examination (the "Amended Turnover Order");

On February 9, 2009, judgment creditor filed her Motion to Amend Judgment to Add Amisil Holdings, Ltd., Defendant/Judgment Creditor's Alter Ego, As A Judgment Debtor (the "Motion to Amend"), which will be heard by the Honorable Charles Breyer on February 27, 2009;

On February 23, 2009, judgment creditor applied *ex parte* before this Court for a Supplemental Order In Aid of Execution, based upon further information obtained by her at Choudhury's continued judgment-debtor examination on February 20, 2009;

NOW, the Court, having heard and considered arguments by counsel and the record in this matter, and FOR GOOD CAUSE APPEARING, hereby ORDERS as follows:

Pursuant to California Code of Civil Procedure §§ 609.040, 708.180(c) and 708.240, Choudhury, Amisil Holdings, and any of Amisil Holdings' or Choudhury's agents, assigns, or affiliates are hereby prohibited from (i) executing, negotiating, or entering into any settlement

[PROPOSED] SUPPLEMENTAL ORDER IN AID OF EXECUTION
Case No. C-07-4218 CRB (JL)

1 agreement(s) whatsoever with any third-party, including but not limited to Clarium Capital
2 Management LLC, in any pending litigation or dispute, or (ii) receiving any proceeds whatsoever in
3 connection with any pending litigation matter or dispute, including but not limited to Amisil's
4 pending lawsuit against Clarium Capital Management LLC, until such time as this Court orders
5 otherwise.

7 NOTICE IS HEREBY GIVEN THAT FAILURE BY THE JUDGMENT DEBTOR CHOUDHURY
8 TO COMPLY WITH THIS ORDER MAY SUBJECT THE JUDGMENT DEBTOR TO ARREST
9 AND PUNISHMENT FOR CONTEMPT OF COURT.

11 Date: February 25, 2009  _____
                            Hon. James Larson, Chief Magistrate Judge

-2-
[PROPOSED] SUPPLEMENTAL ORDER IN AID OF EXECUTION
Case No. C-07-4218 CRB (JL)