IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GREWAL, | No. C 07-04218 CRB |
| Plaintiff/Judgment Creditor, | **ORDER** |
| v. | |
| AMIT CHOUDHURY, | |
| Defendant/Judgment Debtor. | |

This matter is before the Court on contempt proceedings in relation to Judgment Debtor's alleged willful violation of Court orders. The Court convened evidentiary hearings on March 5, 2009 and April 13, 2009. Judgment Creditor seeks to recover funds created by a Settlement Agreement between Pinnacle Partners, Inc. (a company owned by Judgment Debtor), and the Allante Corporation. This fund, originally worth $315,000, is paid out in twice-yearly disbursements of $40,000. After a writ of execution was issued against Judgment Debtor, Judgment Debtor pledged his interest in the Allante Settlement Agreement to an Escrow Account held by Bougainvillea Capital LLC. In exchange, Bougainvillea agreed to assist in funding litigation between Amisil Holdings and Clarium Capital Management LLC. Judgment Debtor is an agent of Amisil Holdings. A disbursement of $40,000 was transferred to the Escrow Account in December 2008.

The Court hereby finds that a lien was placed on all of Judgment Debtor's property at the time he was served with notice of the Judgment Debtor's Examination, pursuant to

California Civil Procedure Code § 708.110(d).  Accordingly, Judgment Debtor is hereby directed to cause all future disbursements from the Allante Settlement be deposited with the Clerk of the United States District Court for the Northern District of California.

**IT IS SO ORDERED.**

Dated:   April 13, 2009

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE