UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELIZABETH GREWAL, | Case No. C-07-4218 CRB (JL) |
| Plaintiff | [~~PROPOSED~~] ORDER |
| vs. | |
| AMIT CHOUDHURY and DOES 1-100, | |
| Defendant | |

The Court has entered several Orders in relation to the efforts of Plaintiff Elizabeth Grewal ("Grewal") to execute upon her judgment against Amit Choudhury ("Choudhury") in this matter and to amend her judgment to add Amisil Holdings. Limited ("Amisil") as a judgment debtor as the alter ego of Choudhury. These Orders include the Order to Appear for Examination, dated October 10, 2008 (Document #169); the Order Following Judgment Debtor's Failure to Appear at the Scheduled Judgment Debtor's Examination on November 12, 2008, dated November 20, 2008 (Document # 192); the Amended Turnover Order in Aid of Execution Following Judgment Debtor's Examination dated December 23, 2008 (Document #201); the Supplemental Order in Aid of Execution dated February 25, 2009 (Document # 262); the Order dated February 27, 2009 (Document #275); and the Order dated April 13, 2009 (Document #323).

Amisil and Mr. Choudhury are currently parties to arbitration proceedings pending before

1  the International Centre for Dispute Resolution, the international division of the American
2  Arbitration Association (the "ICDR") against Clarium Capital Management LLC, ICDR Case
3  Nos. 50 181 T 00365 07 and 50 181 T 00495 08, the "Clarium Litigation". As reflected in this
4  Court's Order of April 13, 2009 (Document # 322), the Court aims to ensure that Amisil pursues
5  a fair and reasonable disposition of the Clarium Litigation. Accordingly, to avoid confusion and
6  notwithstanding anything in the prior Orders entered in this matter, including the Orders
7  referenced above, Amisil may make reasonable payments of costs in connection with the
8  prosecution of the Clarium Litigation as follows:

9      1.    Costs to the ICDR;

10      2.    Costs and reasonable fees to Hemming Morse and Huron Consulting Group (the
11  employers of Amisil's two expert witness);

12      3.    Costs payable to a mediation service, including the reasonable fees of the
13  mediator; and

14      4.    Costs to court reporting services and copying services.

15  This Order is without prejudice to any claim by Grewal that prior payments by Amisil or
16  by others on Amisil's behalf made in connection with the Clarium Litigation violated Grewal's
17  liens and/or the Orders of the Court. This Order is also without prejudice to any claim by Amisil
18  or its counsel that, as they relate to them, the prior Orders of the Court were in excess of the
19  Court's jurisdiction, were not supported by law, and/or should be vacated or modified.

20  **IT IS SO ORDERED.**

22  Dated: ~~April~~ May 28, 2009

                                      CHARLES R. BREYER
23                                        UNITED STATES DISTRICT JUDGE