IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GREWAL, | No. C 07-04218 CRB |
| Plaintiff, | **UNSEALING ORDER** |
| v. | |
| AMIT CHOUDHURY, | |
| Defendant. / | |

The Court's order of June 30, 2009, previously filed under seal, is hereby UNSEALED.

**IT IS SO ORDERED.**

Dated: July 23, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\4218\unsealing order.wpd