FILED

JUN 30 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GREWAL, | No. C 07-04218 CRB |
| Plaintiff/Judgment Creditor, | **ORDER** |
| v. | |
| AMIT CHOUDHURY, | |
| Defendant/Judgment Debtor. | |

The Court hereby modifies its order of June 24, 2009 by vacating all restrictions placed on Judgment Debtor's ability to settle or dismiss any legal claim in a separate pending action. Any and all funds obtained through a settlement in litigation pending between Amisil Holdings Limited and Clarium Capital Management LLC shall be deposited in the trust account of the Manatt, Phelps & Phillips, LLP firm. Judgment Creditor is directed to assert any claim to an interest in those funds no later than July 24, 2009. Opposition to such a claim shall be submitted no later than July 31, 2009. If a claim is asserted, the Court will hold a hearing on Thursday, August 6, 2009 at 10 a.m.

**IT IS SO ORDERED.**

Dated: June 30, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\4218\order vacate.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH GREWAL,

        Plaintiff,

v.

AMIT CHOUDHURY et al,

        Defendant.
                              /

Case Number: CV07-04218 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 30, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christopher L. Wanger
Manatt Phelps & Phillips LLP
1001 Page Mill Road
Building 2
Palo Alto, CA 94304

E. Jeffrey Banchero
The Banchero Law Firm LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111

Heather J. Macklin
Barack Ferrazzano Kirschbaum & Nagelberg LLP
200 W. Madison St., Suite 3900
Chicago, IL 60606

Kevin W. Coleman
Schnader Harrison Segal & Lewis LLP
One Montgomery Street
Suite 2200
San Francisco, CA 94104

Dated: June 30, 2009

                                            Richard W. Wieking, Clerk
                                            By: Barbara Espinoza, Deputy Clerk