Gregory C. Nuti (Bar No. 151754)
Kevin W. Coleman (CSBN 168538)
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785

Attorneys for Amit and Karen Choudhury

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ELIZABETH GREWAL, | Case No.: C-0704218 CRB (JL) |
|---|---|
| Plaintiff/Judgment Creditor, | **ORDER AUTHORIZING RELEASE OF TRANSCRIPT** |
| v. | |
| AMIT CHOUDHURY, | Date:    **[no hearing required]** |
| Defendant/Debtor. | Time: |

Upon the request of Amit Choudhury ("Choudhury") and for good cause appearing, the Clerk of the United States District Court is authorized to release the sealed portions of the transcript of the hearing held on April 13, 2009 in this matter to Choudhury and his counsel of record. The sealed contents of the transcript shall not be disclosed except as permitted by existing orders and rules of the Court, or further order of this Court.

DATED: August 6, 2009

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE