IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GREWAL,<br><br>    Plaintiff/Judgment Creditor,<br><br>  v.<br><br>AMIT CHOUDHURY,<br><br>    Defendant/Judgment Debtor. | No. C 07-04218 CRB<br><br>**ORDER** |

For the reasons stated in open court at a hearing on August 6, 2009, Judgment Creditor Elizabeth Grewal's asserted interest in settlement proceeds from litigation between Amisil Holdings and Clarium Capital Management LLC is hereby DENIED. All restrictions on the transfer of the settlement funds are hereby VACATED.

**IT IS SO ORDERED.**

Dated: August 11, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\4218\order clarium settlement.wpd