| | |
|---|---|
| 1 | E. Jeffrey Banchero (SBN 93077) |
| 2 | ejb@bancherolaw.com |
|   | Scott R. Raber (SBN 194924) |
| 3 | srr@bancherolaw.com |
|   | THE BANCHERO LAW FIRM LLP |
| 4 | Four Embarcadero Center, 17th Floor |
|   | San Francisco, California 94111 |
| 5 | Telephone:   (415) 398-7000 |
|   | Facsimile:   (415) 616-7000 |
| 6 | |
| 7 | Attorneys for Plaintiff/Judgment Creditor |
|   | ELIZABETH GREWAL |
| 8 | |
| 9 | Kevin W. Coleman, Esq. (SBN 168538) |
|   | kcoleman@schnader.com |
| 10 | SCHNADER HARRISON SEGAL & LEWIS LLP |
|    | One Montgomery Street, Suite 2200 |
| 11 | San Francisco, California 94104 |
| 12 | Telephone:   (415) 364-6700 |
|    | Facsimile:   (415) 364-6785 |
| 13 | |
| 14 | Attorneys for Defendant/Judgment Debtor, |
|    | AMIT CHOUDHURY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ELIZABETH GREWAL, | CASE NO. C-07-4218 CRB (JL) |
|---|---|
| Plaintiff/Judgment Creditor, | |
| v. | **STIPULATION AND** [PROPOSED] **ORDER RESCHEDULING JUDGMENT-DEBTOR EXAMINATION** |
| AMIT CHOUDHURY, | |
| Defendant/Judgment Debtor. | Date:       September 30, 2009 |
| | Time:       10:00 A.M. |
| | Location:   U.S. District Court, |
| |             Northern District of California |
| | Courtroom:  F, 15th Floor |
| | (Hon. Charles R. Breyer, U.S. District Judge) |

Plaintiff, Elizabeth Grewal, and defendant, Amit Choudhury, by and through their respective counsel, hereby stipulate as follows:

On August 6, 2009, this Court, by the Honorable Charles R. Breyer, issued an order to appear for examination to defendant and judgment debtor, Amit Choudhury, requiring him to appear for examination in Department 8 of this Court on August 27, 2009, at 10:00 A.M.;

Following issuance of the order, the Court directed the parties to conduct the examination before the Honorable James Larson, Magistrate Judge;

After consulting with the Courtroom Deputy of Magistrate Judge Larson for an available date, and upon taking the schedules of the parties and their counsel into account;

NOW, THEREFOR,

The examination of defendant and judgment debtor, Amit Choudhury, which was ordered to take place on August 27, 2009, by this Court's Order to Appear for Examination, dated August 6, 2009, is continued to September 30, 2009, at 9:30 a.m. The examination shall take place at the United States District Court, Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102, in Courtroom F, 15th Floor.

Dated: September 10, 2009     THE BANCHERO LAW FIRM LLP

By: _____
Jeffrey Banchero
Scott R. Raber
Attorneys for Plaintiff/Judgment Creditor,
Elizabeth Grewal

Dated: September 10, 2009    SCHNADER HARRISON SEGAL & LEWIS LLP

By: _____
Kevin W. Coleman, Esq.
Attorneys for Defendant/Judgment Debtor,
Amit Choudhury

1 | IT IS SO ORDERED.

3 | Dated: September 14, 2009

*[signature: James Larson]*

Honorable James Larson
Magistrate Judge
United States District Court