1  E. JEFFREY BANCHERO (SBN 93077)
   ejb@bancherolaw.com
2  SCOTT R. RABER (SBN 194924)
   srr@bancherolaw.com
3  THE BANCHERO LAW FIRM LLP
4  20 California Street, Seventh Floor
   San Francisco, California 94111
5  Telephone: (415) 398-7000
   Facsimile: (415) 616-7000
6
7  Attorneys for Plaintiff/Judgment Creditor
   ELIZABETH GREWAL

**FILED**

SEP 3 0 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ELIZABETH GREWAL, | CASE NO. C-07-4218 CRB (JL) |
|---|---|
| Plaintiff/Judgment Creditor, | [~~PROPOSED~~] **TURNOVER ORDER NO. TWO IN AID OF EXECUTION FOLLOWING JUDGMENT-DEBTOR'S EXAMINATION** |
| v. | |
| AMIT CHOUDHURY, | |
| Defendant/Judgment Debtor. | Courtroom:  F, 15th Floor |
| | (Before Hon. James Larson, Magistrate Judge) |

[PROPOSED] SUPPLEMENTAL ORDER IN AID OF EXECUTION
Case No. C-07-4218 CRB (JL)

1  WHEREAS, on September 11, 2008, this Court issued a writ of execution to enforce
2  judgment in favor of Elizabeth Grewal ("Grewal") and against Choudhury in the amount of
3  $1,923,740.00, with interest accruing from August 12, 2008 at the per diem rate of $117.53; and
4  On September 30, 2009, Choudhury appeared in this Court and was subject to a judgment-
5  debtor's examination conducted by counsel for the judgment creditor, Elizabeth Grewal ("Grewal"
6  or "judgment creditor");
7  NOW, the Court, having heard and considered arguments by counsel and the record in this
8  matter, and FOR GOOD CAUSE APPEARING, hereby ORDERS as follows:
9  1.  Pursuant to California Code of Civil Procedure § 708.205 and § 699.040 and in the
10 interests of justice, Choudhury's interests in the property described in this order shall be applied
11 toward the satisfaction of the money judgment in this action, subject to the terms of this Order.
12 2.  Choudhury shall transfer the property described in this order to the United States
13 Marshall, Northern District of California, U. S. Courthouse, 450 Golden Gate Avenue, Room 15-
14 2848, San Francisco, California 94102, or such other levying officer as the Court approves, not later
15 than 5:00 P.M. on  Oct. 21, 2009   .
16 3.  Prior to levy on the property described in this Order by the judgment-creditor,
17 Choudhury may file objections to the levy by serving and filing objections with the Court on or
18 before  Oct. 28, 2009   . Grewal may file a response to these objections on or
19 before  Nov 4, 2009   . The hearing on these objections shall take place in
20 this Court at 9:30 A.M. on  Nov 18, 2009   .
21 4.  Pursuant to California Code of Civil Procedure §700.130 and California Commercial
22 Code § 8112, Choudhury, his agents, servants, employees, attorney, and those active in concert or
23 participation with them, shall be restrained and enjoined from transferring, disposing of, or
24 otherwise encumbering any of the property described in this Order other than in compliance with
25 paragraph 2, above, without further order of this Court.

-1-
[PROPOSED] TURNOVER ORDER NO. TWO IN AID OF EXECUTION
Case No. C-07-4218 CRB (JL)

1   5.   The property to be turned over to the United States Marshall pursuant to this Order is as follows:

a. The entire amount of money maintained by Choudhury in the account at HDFC Bank, New Delhi, India, evidenced by the Statement of Account, Exh. 292, doc. no. Choudhury 431-441; Balance as of May 31, 2009: 13,824.63 Rupees.

b. The entire amount of money maintained by Choudhury in the account at HDFC Bank, New Delhi, India, evidenced by the Statement of Account, Exh. 293, doc. no. Choudhury 415-430; Balance as of July 31, 2009: 170,650.31 Rupees.

NOTICE IS HEREBY GIVEN THAT FAILURE BY THE JUDGMENT DEBTOR CHOUDHURY TO COMPLY WITH THIS ORDER MAY SUBJECT THE JUDGMENT DEBTOR TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT.

Date: 9-30, 2009

Hon. James Larson, Chief Magistrate Judge